# EXHIBIT 1

# DATA INTEGRATION ADDENDUM

This **DATA INTEGRATION ADDENDUM** ("Addendum") is by and between Intus Care, Inc. ("Company") and the undersigned ("Client") (collectively with the Client, "Parties" and/or individually, "Party"). This Addendum is agreed upon and shall become effective when signed by both the Parties ("Effective Date"). By and through their respective signatures, the Client and the Company hereby agree as follows.

1. **Data Integration**. The Client uses an electronic health record system ("EHR System") to house, without limitation, patient, health, and/or clinical information and data about and/or relating to a patient and/or patients' medical history and/or treatment in electronic health record form and/or similar ("EHR Data"). The Parties duly executed a certain agreement for the Company to provide services to the Client involving such EHR Data ("Agreement"). The Client desires to receive such services from the Company and, in relation thereto, to download the EHR Data from the EHR System through an automated data integration process.

2. **EHR Download**. The Client represents and warrants that it has the authority, ability, and right to use an automated script by and through its log-in credentials solely to download the EHR Data from the EHR System and that its use of the automated script and/or such use and/or access of the EHR System and/or EHR Data is by its election and does not violate and/or breach any law, statute, regulation, rule, contract and/or agreement to which the Client is subject and/or a party.

3. **Miscellaneous**. Through this Addendum, the Parties desire to supplement and/or amend the Agreement. Except as herein modified, all other terms of the Agreement remain in full force and effect and are hereby incorporated into the Addendum. This Addendum is retroactive to the effective date of the Agreement as set forth therein. This Addendum is the complete agreement of the Company and the Client concerning its subject matter and it supersedes all prior oral and written agreements concerning its subject matter, except the Agreement (as amended by this Addendum). This Addendum may not be amended unless such amendment is in writing and signed by both the Parties hereto. This Addendum may be signed in counterparts that taken together constitute the same and valid legal instrument.

**CLIENT:**

Signature: _/s/ M Smith_

Name: MICHAEL SMITH

Title: CFO

Company: COMMUNITY PACE AT HOME

DATE: 5/4/23

**COMPANY:**

Signature: _Evan Jackson_

Name: Evan Jackson

Title: COO

Company: Intus Care

DATE: 05/04/23

1