UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., <br><br>    Plaintiff, <br><br>v. <br><br>RTZ ASSOCIATES, INC., <br><br>    Defendant. | Case No. 24-cv-01132-JST (AGT) <br><br>**DISCOVERY ORDER** <br><br>Re: Dkt. No. 49 |

    RTZ Associates, Inc., seeks a court order that would require Intus Care, Inc., to produce, within 21 days, documents responsive to eight of RTZ's requests for production.

    Intus "recognizes that the disputed requests may relate to some of the allegations in [RTZ's] Counterclaims." *Id.* at 5. But Intus "requests that RTZ . . . specifically identify the information it needs prior to mediation," as Intus believes the disputed RFPs are "extremely broad and vague," and may seek information that "RTZ already has and/or that will take months for Intus to gather, review, and produce." *Id.*

    The parties' mediation deadline is December 13, 2024, while their fact-discovery cutoff isn't until June 20, 2025. *See* Dkt. 40 at 1. Given that timeline, the Court agrees with Intus that the current focus should be on discovery needed for a productive mediation. The parties are in the best position to identify what they need, and the Court isn't convinced that

they have exhausted their meet-and-confer efforts. They shall meet and confer further, by September 18, 2024, to discuss the scope of pre-mediation discovery. If a good-faith dispute remains thereafter, they may file another joint letter brief with the undersigned.

**IT IS SO ORDERED.**

Dated: September 12, 2024

_____
Alex G. Tse
United States Magistrate Judge