MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-1132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| v. | **DECLARATION OF CHARLES E. WEIR IN SUPPORT OF PLAINTIFF INTUSCARE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants. | Date: June 19, 2025 Time: 2:00 p.m. Courtroom: 6 |
| | Complaint Filed: February 23, 2024 Amended Complaint Filed: April 2, 2024 Counterclaims Filed: June 20, 2024 |

## DECLARATION OF CHARLES E. WEIR

I, Charles E. Weir, declare:

1.      I am an attorney at law, duly authorized and licensed to practice before all of the courts of the state of California, and before this Court, and I am a partner with Manatt, Phelps & Phillips, LLP, counsel of record for Plaintiff IntusCare Inc. ("Intu's"). I make this declaration in support of Plaintiff Intus' Motion for Partial Summary Judgment. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to those facts.

2.      On April 15, 2025, Manatt personnel pulled the "RTZ" search result from the ONC's Certified Health IT Product List website. A true and correct copy of the webpage showing this search result is attached hereto as **Exhibit 1.**

3.      On January 24, 2024, Manatt personnel captured the homepage of RTZ's website on which RTZ stated that it is a "ONC-ATBC certified Electronic Health Record." A true and correct copy of the webpage showing this search result is attached hereto as **Exhibit 2.**

4.      On April 15, 2024, Manatt personnel captured the homepage of RTZ's website on which RTZ stated that PACECare provides "[c]ertified lab interfaces (e.g., Quest, Sunquest)" and "[c]ertified e-prescribe interfaces (e.g., CareKinesis, Surescripts)." A true and correct copy of the webpage showing this search result is attached hereto as **Exhibit 3.**

5.      A true and correct copy of emails produced by Intus in this action is attached hereto as **Exhibit 4**.

6.      A true and correct copy of RTZ's contract with Brio Living Services, produced by RTZ in this action, is attached hereto as **Exhibit 5**.

- 2 -

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW

7.      A true and correct copy of RTZ's contract with Esperanza Health Centers, produced by RTZ in this action, is attached hereto as **Exhibit 6**.

8.      A true and correct copy of RTZ's contract with PACE CNY, produced by RTZ in this action, is attached hereto as **Exhibit 7**.

9.      A true and correct copy of RTZ's contract with Beacon Ventures, LLC, produced by RTZ in this action, is attached hereto as **Exhibit 8**.

10.      A true and correct copy of emails produced by Intus in this action is attached hereto as **Exhibit 9**.

11.      Intus is not accessing RTZ's intellectual property and has provided RTZ with all of the information it needs to confirm that, including the automated scripts Intus ran to secure the necessary information from the Intus Clients, and dates of Intus' logins to PACECare for the Intus Clients.

I declare under penalty of perjury under the laws of the State of California that the contents of this declaration are true and correct. Executed on the 18th day of April, 2025 in Los Angeles, California.


MANATT, PHELPS & PHILLIPS, LLP

By: _____

Charles E. Weir

DECLARATION OF CHARLES E. WEIR IN SUPPORT OF PLAINTIFF INTUSCARE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT 1

# RTZChartCare (a comprehensive, standalone EHR system compatible with the GetCare family of products, including PACECare, CADCare, HOMCare, MSSPCare, and more)

VIEW LISTING HISTORY 👁    COMPARE ✛



LISTING INFORMATION ≡    CERTIFICATION CRITERIA ▤    CLINICAL QUALITY MEASURES ✅    COMPLIAN

## Listing Information

**CHPL PRODUCT NUMBER:**
CHP-007607

**ONC-ACB CERTIFICATION ID:**
IG-2561-11-0123

**CERTIFICATION DATE:**
Sep 30, 2011

**VERSION:**
v.2

**CERTIFICATION EDITION:**
2011

**CERTIFICATION STATUS:**
Retired 🏛

**PRACTICE TYPE:**
Ambulatory

**CLASSIFICATION TYPE:**
Complete EHR

**ONC-AUTHORIZED CERTIFICATION BODY:**
UL LLC

**ONC-AUTHORIZED TESTING LABORATORY:**
**RELIED UPON SOFTWARE:**
N/A

**MANDATORY DISCLOSURES:**
No report on File

### Developer

**DEVELOPER:**
RTZ Associates, Inc.

**DEVELOPER WEBSITE:**
http://RTZAssociates.com
(http://RTZAssociates.com)    ⤢
(http://www.hhs.gov/d
isclaimer.html)

**SELF-DEVELOPER:**
No

**Contact**
Rick Zawadski
510-896-6700
rick@rtzassociates.com

**Address:**
150 Grand AVe, Suite 201
Oakland, CA 94612, USA

## Conditions and Maintenance of Certification

**ATTESTATIONS:**
RTZ Associates, Inc.

## Certification Criteria                                    (35 found)

| ✓ | **Retired | 170.302 (a)** | Drug-drug, drug-allergy interaction checks |

| ✓ | **Retired | 170.302 (b)** | Drug formulary checks |

| ✓ | **Retired | 170.302 (c)** | Maintain up-to-date problem list |

| ✓ | **Retired | 170.302 (d)** | Maintain active medication list |

| ✓ | **Retired | 170.302 (e)** | Maintain active medication allergy list |

| ✓ | **Retired | 170.302 (f)(1)** | Vital signs |

| ✓ | **Retired | 170.302 (f)(2)** | Calculate body mass index |

| ✓ | **Retired | 170.302 (f)(3)** | Plot and display growth charts |

| ✓ | **Retired | 170.302 (g)** | Smoking status |

| ✓ | **Retired | 170.302 (h)** | Incorporate laboratory test results |

| ✓ | **Retired | 170.302 (i)** | Generate patient lists |

✓ **Retired | 170.302 (j)**    Medication reconciliation

✓ **Retired | 170.302 (k)**    Submission to immunization registries

✓ **Retired | 170.302 (l)**    Public health surveillance

✓ **Retired | 170.302 (m)**    Patient specific education resources

✓ **Retired | 170.302 (n)**    Automated measure calculation

✓ **Retired | 170.302 (o)**    Access control

✓ **Retired | 170.302 (p)**    Emergency access

✓ **Retired | 170.302 (q)**    Automatic log-off

✓ **Retired | 170.302 (r)**    Audit log

✓ **Retired | 170.302 (s)**    Integrity

✓ **Retired | 170.302 (t)**    Authentication

✓ **Retired | 170.302 (u)**    General encryption

✓ **Retired | 170.302 (v)**    Encryption when exchanging electronic health information

✓ **Retired | 170.302 (w)**    Accounting of disclosures (optional)

✓ **Retired | 170.304 (a)**    Computerized provider order entry

✓ **Retired | 170.304 (b)**    Electronic Prescribing

✓ **Retired | 170.304 (c)**    Record demographics

✓ **Retired | 170.304 (d)**    Patient reminders

✓ **Retired | 170.304 (e)**    Clinical decision support

| ✓ | **Retired | 170.304 (f)** | Electronic copy of health information |

| ✓ | **Retired | 170.304 (g)** | Timely access |

| ✓ | **Retired | 170.304 (h)** | Clinical summaries |

| ✓ | **Retired | 170.304 (i)** | Exchange clinical information and patient summary record |

| ✓ | **Retired | 170.304 (j)** | Calculate and submit clinical quality measures |

## Clinical Quality Measures

SEE ALL CQMS  (13 found)

| Meets | Quality Measure |
|-------|-----------------|
| ✓ | NQF-0013: Hypertension: Blood Pressure Measurement |
| ✓ | NQF-0018: Controlling High Blood Pressure |
| ✓ | NQF-0024: Weight Assessment and Counseling for Children and Adolescents |
| ✓ | NQF-0028: Preventive Care and Screening Measure Pair: a) Tobacco Use Assessment b) Tobacco Cessation Intervention |
| ✓ | NQF-0038: Childhood Immunization Status |
| ✓ | NQF-0041: Preventive Care and Screening: Influenza Immunization for Patients >= 50 Years Old |
| ✓ | NQF-0043: Pneumonia Vaccination Status for Older Adults |
| ✓ | NQF-0059: Diabetes: HbA1c Poor Control |
| ✓ | NQF-0061: Diabetes: Blood Pressure Management |
| ✓ | NQF-0064: Diabetes: LDL Management & Control |

| Meets | Quality Measure |
|-------|-----------------|
| ✓ | NQF-0084: Heart Failure (HF): Warfarin Therapy Patients with Atrial Fibrillation |
| ✓ | NQF-0421: Adult Weight Screening and Follow-up |
| ✓ | NQF-0575: Diabetes: HbA1c Control (<8%) |

## Compliance Activities

| Inherited Certified Status Surveillance Activities | (0 found) | Show Details ⌄ |
|---|---|---|
| Surveillance Activities | (0 found) | Show Details ⌄ |
| Direct Review Activities | (0 found) | Show Details ⌄ |

## Additional Information

### Certification History

N/A

### Estimated Number of Promoting Interoperability Users

No Promoting Interoperability Users data exists.

Helpful Links    Home | Privacy Policy (http://www.hhs.gov/privacy.html) | Disclaimer (http://www.hhs.gov/disclaimer.html) | Viewers & Players (http://www.hhs.gov/plugins.html)

Affiliate Websites     (https://www.whitehouse.gov/)    (https://www.usa.gov/)    (http://www.hhs.gov/)    (https://gobierno.usa.gov/)

Owned by the Assistant Secretary for Technology Policy

# EXHIBIT 2



**Request Demo**    **Client Portal**



### EASY-TO-USE SOFTWARE. EASY-TO-WORK-WITH COMPANY.

An ONC-ATBC certified Electronic Health Record designed specifically for PACE by people who know PACE.



### FUTURE-PROOF SOLUTION: NO-COST SYSTEM UPDATES.

Never worry about your software becoming outdated over time or falling out of compliance.



### HELP WHEN YOU NEED IT SO YOU CAN FOCUS ON YOUR CLIENTS.

Connect with subject-matter experts, system specialists, and product focus/user groups to get answers quickly.

# EXHIBIT 3

**PACE**Care
by RTZ Systems

Request Demo    Client Portal

Learn more about our company

Everything you need in one product:

✓ **Complete PACE-specific system**
(from marketing / intake to claims adjudication)

✓ **Advanced scheduling modules**
(from day center to transportation scheduling)

✓ **Certified lab interfaces**
(e.g. Quest, Sunquest)

✓ **Certified e-prescribe interfaces**
(e.g. CareKinesis, Surescripts)

✓ **Centralized care plan functionality designed around your workflow**
(IDT-centric, CMS-aligned)

✓ **Full compliance reporting**
(e.g. RAPS, Encounters, HPMS, DataPACE3)

✓ **Mobile device ready**
(e.g. iOS, Android)

# EXHIBIT 4

**EXHIBIT FILED UNDER SEAL**

# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL