| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | Charles E. Weir (Bar No. 211091) |
|   | CWeir@manatt.com |
| 3 | Andrew Beshai (Bar No. 308030) |
|   | ABeshai@manatt.com |
| 4 | 2049 Century Park East, Suite 1700 |
|   | Los Angeles, CA 90067 |
| 5 | Telephone: (310) 312-4000 |
| 6 | Facsimile: (310) 312-4224 |

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-1132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF INTUSCARE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants. | ~~Date: June 19, 2025~~ |
| | ~~Time: 2:00 p.m.~~ |
| | ~~Courtroom: 6~~ |
| | Complaint Filed: February 23, 2024 |
| | Amended Complaint Filed: April 2, 2024 |
| | Counterclaims Filed: June 20, 2024 |

Plaintiff IntusCare Inc. ("Intus," or "Plaintiff") filed an Administrative Motion to File Under Seal. ~~The Motion came on for hearing on June 19, 2025, at 2:00 p.m. in Courtroom 6 before the Honorable Jon S. Tigar. The parties appeared through their counsel of record.~~ Defendant RTZ Associates, Inc., did not oppose the motion.

Having read ~~the parties'~~ Intus's moving papers and considered the arguments of counsel and the relevant legal authority, the Court has found compelling reasons to seal the documents below:

| Document Title | Document Description | Court Ruling |
| --- | --- | --- |
| Exhibit 4 in support of Plaintiff's Motion for Partial Summary Judgment | Email between Intus and RTZ discussing a non-disclosure agreement | GRANTED |
| Exhibit 9 in support of Plaintiff's Motion for Partial Summary Judgment | Email between Intus and one of its clients discussing confidential information | GRANTED |

**IT IS SO ORDERED.**

Dated: ____April 29____, 2025

_____
Honorable Jon S. Tigar
United States District Judge