1  NOSSAMAN LLP
   DAVID C. LEE (SBN 193743)
2  dlee@nossaman.com
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone: 415.398.3600
4  Facsimile:  415.398.2438

5  NOSSAMAN LLP
   KASIA PENN (SBN 306056)
6  kpenn@nossaman.com
   18101 Von Karman Avenue, Suite 1800
7  Irvine, CA 92612
   Telephone:  949.833.7800
8  Facsimile:  949.833.7878

9  Attorneys for Defendant and Counterclaimaint
   RTZ ASSOCIATES, INC.
10

11              UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 | INTUS CARE, INC., | Case No: 4:24-cv-01132-JST
15 | Plaintiff, | Assigned to: Hon. Jon S. Tigar
16 | vs. | **[PROPOSED] ORDER DENYING INTUSCARE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
17 | RTZ ASSOCIATES, INC.; and DOES 1 through 10, |
18 | |
19 | Defendants, |
20 | | Date: June 26, 2025
   | | Time: 2:00 p.m.
21 | | Courtroom: 6
22
23 | | Complaint Filed: February 23, 2024
   | | Amended Complaint Filed: April 2, 2024
24 | | Counterclaims Filed: June 20, 2024
25
26
27
28

1  Plaintiff IntusCare, Inc.'s ("Intus") Motion for Partial Summary Judgment against
2  Defendant RTZ Associates, Inc. ("RTZ," or "Defendant") came on regularly for hearing on June
3  26, 2025, in Courtroom 6 before the Honorable Jon S. Tigar.
4  The Court having reviewed the pleadings, moving papers, RTZ's opposition, evidence
5  and arguments presented to the Court, and good cause appearing therefor,
6  IT IS HEREBY ORDERED that Intus' Motion is DENIED in its entirety.

8  **IT IS SO ORDERED.**

10 Dated: _____, 2025       _____
                                    Honorable Jon S. Tigar
11                                  United States District Judge