NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Defendant RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendants, | Case No: 4:24-cv-01132-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF PARTIAL SUMMARY JUDGMENT** <br><br> [Filed concurrently with (1) Declaration of David C. Lee In Support of Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and (2) Proposed Order] <br><br> Date: June 26, 2025 <br> Time: 2:00 p.m. <br> Courtroom: 6 <br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

4:24-cv-01132-JST
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

63465846.v2

Defendant RTZ Associates, Inc. ("RTZ," or "Defendant") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. RTZ has reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5).

By this Administrative Motion, RTZ moves for the Court to consider whether Exhibit 6 should be sealed. As explained in RTZ's Opposition, Intus developed and used the automated scripts (or bots), without RTZ's knowledge, to automatically extract PACE data from its customers' PACECare systems. The automated scripts are pertinent to multiple material facts implicated by Intus's Motion including establishing Intus's actual access to PACECare and further establishing the applicable exceptions delineated within the Cures Act to remove a party's conduct from the definition of "information blocking."

Intus designated Exhibit as CONFIDENTIAL pursuant to the Stipulated Protective Order § 2.2. These scripts contain Intus' confidential and sensitive business information. All references to the content of Exhibit 6 have also been redacted from the publicly filed version of RTZ's Opposition to Intus' Motion for Partial Summary Judgment.

Pursuant to Civil Local Rule 79-5(f), RTZ need not satisfy the showing required in subsection (c)(1) (i.e., "a specific statement of the applicable legal standard and the reasons for keeping a document under seal").

Dated: May 2, 2025

NOSSAMAN LLP
DAVID C. LEE
KASIA PENN

By: _____
David C. Lee

Attorneys for Defendant RTZ ASSOCIATES, INC.