MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 4:24-cv-1132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INTUSCARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>~~Date: June 19, 2025~~<br>~~Time: 2:00 p.m.~~<br>~~Courtroom: 6~~<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Los Angeles

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF INTUSCARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1   Plaintiff IntusCare Inc. ("Intus," or "Plaintiff") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. ~~The Motion came on for hearing on June 19, 2025, at 2:00 p.m. in Courtroom 6 before the Honorable Jon S. Tigar. The parties appeared through their counsel of record.~~

Having read the parties' papers and considered the arguments of counsel and the relevant legal authority, and good cause appearing, the Court HEREBY GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Exhibits 5 through 8 in support of Intus's motion for partial summary judgment may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____May 6_____, 2025

_____
Honorable Jon S. Tigar
United States District Judge

---

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF INTUSCARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED