MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendants. | Case No. 4:24-cv-1132-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON** <br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

Plaintiff IntusCare, Inc. ("Intus" or "Plaintiff") and Defendant RTZ Associates, Inc. ("RTZ" or "Defendant"), by and through their respective counsel, enter into the following stipulation:

WHEREAS, on February 23, 2024, Intus filed its Complaint against RTZ;

WHEREAS, on April 2, 2024, Intus filed its Amended Complaint against RTZ;

WHEREAS, on June 20, 2024, RTZ filed its Counterclaims against Intus;

WHEREAS, on June 14, 2024, the Court entered a scheduling order;

WHEREAS, a jury trial is currently scheduled to begin on January 12, 2026 at 8:00 a.m.

WHEREAS, discovery deadlines are set for the following dates:

1. Fact discovery cut-off: June 20, 2025
2. Expert disclosures: July 11, 2025
3. Expert rebuttal: August 1, 2025
4. Expert discovery cut-off: August 22, 2025

WHEREAS, the Parties have been diligent both in propounding and producing discovery in a timely manner, and the proposed dates do not prejudice either party to appear at trial on the noticed and scheduled dates.

NOW, THEREFORE, the parties stipulate and agree to continue the above discovery deadlines by 45 days, as follows:

1. Fact discovery cut-off: August 4, 2025
2. Expert disclosures: August 25, 2025
3. Expert rebuttal: September 15, 2025
4. Expert discovery cut-off: October 6, 2025

Dated: May 9, 2025                MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Charles E. Weir*
   Charles E. Weir
   Andrew Beshai

   *Attorneys for Plaintiff*
   INTUS CARE, INC.

Dated: May 9, 2025

NOSSAMAN LLP

By: */s/ Kasia Penn*
David C. Lee
Kasia Penn

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

## [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue Discovery Deadlines, hereby ORDERS THAT:

1. The fact discovery cut-off is continued to August 4, 2025.
2. The expert disclosure deadline is continued to August 25, 2025.
3. The expert rebuttal deadline is continued to September 15, 2025.
4. The expert discovery cut-off is continued to October 6, 2025.

**IT IS SO ORDERED**

Dated: May 9, 2025

_____
Hon. Jon. S. Tigar
United States District Judge

**PROOF OF SERVICE**