UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., <br>            Plaintiff, <br> v. <br> RTZ ASSOCIATES, INC., <br>            Defendant. | Case No. 24-cv-01132-JST <br><br> **ORDER DENYING MOTION TO FILE UNDER SEAL** <br> Re: ECF No. 63 |

On May 2, 2025, Defendant filed a motion to file under seal material that has been designated as confidential by Plaintiff. ECF No. 63. Plaintiff failed to file a timely responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). On May 13, 2025, the Court "provide[d] an additional seven days for Plaintiff to file the required documents. ECF No. 74. The Court explained that "[i]f no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material." *Id.* The seven-day period has now passed, and Plaintiff has not filed the required supporting documents. Accordingly, Defendant's motion to seal the designated material is denied. Defendant shall file the material on the public docket within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____
JON S. TIGAR
United States District Judge