MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendants. | Case No. 4:24-cv-1132-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **DECLARATION OF CHARLES E. WEIR IN SUPPORT OF RTZ ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Date: June 26, 2025 <br> Time: 2:00 p.m. <br> Courtroom: 6 <br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW

DECLARATION OF CHARLES E. WEIR IN SUPPORT OF RTZ ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

## DECLARATION OF CHARLES E. WEIR

I, Charles E. Weir, declare:

1. I am an attorney at law, duly authorized and licensed to practice before all of the courts of the state of California, and before this Court, and I am a partner with Manatt, Phelps & Phillips, LLP, counsel of record for Plaintiff IntusCare Inc. ("Intus"). I make this declaration in support of RTZ Associates, Inc.'s ("RTZ") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to those facts.

2. In its Opposition to Intus' Motion for Partial Summary Judgment ("Opposition"), RTZ filed under seal Exhibit 6, which consists of Intus' automated scripts produced by Intus in this action. Intus designated Exhibit 6 as "CONFIDENTIAL" pursuant to the Stipulated Protective Order § 2.2. These automated scripts contain Intus' confidential and sensitive business information, as they show the specific data Intus is pulling for its analytics software, which is a core, proprietary element of its product. RTZ has not objected to Intus' designation of Exhibit 6 as "CONFIDENTIAL," and RTZ does not oppose keeping Exhibit 6 under seal.

3. The sensitive business information contained in Exhibit 6 could cause competitive harm to Intus if disclosed to the public. The "compelling reasons"

- 2 -

DECLARATION OF CHARLES E. WEIR IN SUPPORT OF RTZ ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Manatt, Phelps & Phillips, LLP
Attorneys at Law

standard for sealing materials "is met for confidential business information that would harm a party's competitive standing." *Skillz Platform Inc. v. AviaGames Inc.*, No. 21-CV-02436-BLF, 2023 WL 7928746, at *3 (N.D. Cal. Nov. 16, 2023) (citing cases). There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.[1]

      I declare under penalty of perjury under the laws of the State of California that the contents of this declaration are true and correct. Executed on the 23rd day of May, 2025 in Los Angeles, California.

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Charles E. Weir*
     Charles E. Weir

---

[1] The Court issued a ruling on May 13, 2025, allowing Intus seven days to file this declaration. Due to an oversight, Intus did not file the declaration within the seven-day period, but it has acted diligently to file the declaration as soon as it was alerted to the lapse.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Regina Coprich
Regina Coprich

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Washington, DC

CERTIFICATE OF SERVICE