MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendants. | Case No. 4:24-cv-1132-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; [PROPOSED] ORDER THEREON** <br><br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

1  Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") and Defendant RTZ Associates, Inc. ("RTZ" or "Defendant"), by and through their respective counsel, enter into the following stipulation:

WHEREAS, on February 23, 2024, Intus filed its Complaint against RTZ;

WHEREAS, on April 2, 2024, Intus filed its Amended Complaint against RTZ;

WHEREAS, on June 20, 2024, RTZ filed its Counterclaims against Intus;

WHEREAS, on June 14, 2024, the Court entered a scheduling order;

WHEREAS, a jury trial is currently scheduled to begin on January 12, 2026 at 8:00 a.m.;

WHEREAS, on May 12, 2025, the Court granted the parties' first stipulation to continue discovery deadlines;

WHEREAS, discovery deadlines are currently set for the following dates:

1. Fact Discovery Cut-off: August 4, 2025
2. Expert Disclosures: August 25, 2025
3. Expert Rebuttal: September 15, 2025
4. Expert Discovery Cut-off: October 6, 2025

WHEREAS, the parties have been diligent both in propounding and producing discovery in a timely manner. Depositions have begun and will continue throughout August, September, and October. The parties do not at this time anticipate bringing any additional dispositive motions (beyond Intus' currently pending Motion for Summary Judgment), so the requested continuance of the discovery dates is not expected to result in any new dispositive motions and is not expected to affect the parties' ability to prepare for and proceed with a January 12, 2026 trial date. The proposed dates do not prejudice either party to appear at trial on the noticed and scheduled dates.

//
//
//
//
//
//

NOW, THEREFORE, the parties stipulate and agree to continue the expert disclosure and rebuttal deadlines by 21 days, the expert discovery cut-off by 26 days, and the fact discovery cut-off by 90 days, as follows:

1. Expert Disclosures: September 15, 2025
2. Expert Rebuttal: October 6, 2025
3. Fact and Expert Discovery Cut-off: October 31, 2025

Dated: August 5, 2025               MANATT, PHELPS & PHILLIPS, LLP


By: */s/ Charles E. Weir*
    Charles E. Weir
    Andrew Beshai

    *Attorneys for Plaintiff*
    INTUS CARE, INC.


Dated: August 5, 2025               NOSSAMAN LLP


By: */s/ Kasia Penn*
    David C. Lee
    Kasia Penn

    *Attorneys for Defendant*
    RTZ ASSOCIATES, INC.

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue Discovery Deadlines, hereby ORDERS THAT:

1. Expert Disclosures: September 15, 2025
2. Expert Rebuttal: October 6, 2025
3. Fact and Expert Discovery Cut-off: October 31, 2025

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 5, 2025

Hon. Jon. S. Tigar
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Regina Coprich
Regina Coprich