1  MANATT, PHELPS & PHILLIPS, LLP
   Charles E. Weir (Bar No. 211091)
2  CWeir@manatt.com
   Andrew Beshai (Bar No. 308030)
3  ABeshai@manatt.com
   2049 Century Park East, Suite 1700
4  Los Angeles, CA 90067
   Telephone: (310) 312-4000
5  Facsimile: (310) 312-4224

6  Attorneys for Plaintiff INTUSCARE INC.

7

   NOSSAMAN LLP
8  DAVID C. LEE (SBN 193743)
   dlee@nossaman.com
9  50 California Street, 34th Floor
   San Francisco, CA 94111
10 Telephone: 415.398.3600
   Facsimile:  415.398.2438
11
   NOSSAMAN LLP
12 KASIA PENN (SBN 306056)
   kpenn@nossaman.com
13 18101 Von Karman Avenue, Suite 1800
   Irvine, CA 92612
14 Telephone:  949.833.7800
   Facsimile:   949.833.7878
15
   Attorneys for Defendant RTZ ASSOCIATES, INC.
16

17                 UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20

21 INTUS CARE, INC.,                    | Case No: 4:24-cv-01132-JST

22         Plaintiff,                   | Assigned to: Hon. Jon S. Tigar

23     vs.                              | **JOINT STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER**

24 RTZ ASSOCIATES, INC.; and DOES 1 through 10,

25         Defendants,                  | Complaint Filed: February 23, 2024
                                        | Amended Complaint Filed: April 2, 2024
26                                      | Counterclaims Filed: June 20, 2024

27

28

Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") and Defendant RTZ Associates, Inc. ("RTZ" or "Defendant"), hereby jointly submit this Stipulation seeking a continuance of the January 12, 2026 trial date and a corresponding extension of the pretrial schedule.

Counsel for both sides have met and conferred and agreed to extend the current deadlines by approximately six months. The parties believe this extension will promote efficiency because it will:

1. Allow trial counsel adequate time to prepare for trial given the following conflicting trial dates of trial counsel:
   a. Plaintiff's trial counsel Andrew Beshai is engaged in the following trial:
      i. October 13, 2025: *G.I. Industries dba Waste Management v. Arakelian Enterprises, Inc.* (Ventura County Superior Court, Case No. 56-2021-00556158-CU-BT-VTA); expected trial length is 3 weeks.
   b. Plaintiff's trial counsel Charles Weir, along with trial counsel Andrew Beshai, are engaged in the following trial:
      i. November 3, 2025: *Golden State Dermatology Associates, Inc. v. Amin Esfahani* (JAMS Arbitration, Case No. 5220008107); expected trial length is 1 week.
   c. Defendant's trial counsel David Lee is engaged in the following trials:
      i. December 22, 2025: *Friant Water Authority, et al. v. Eastern Tule Groundwater Sustainability Agency* (Tulare County Superior Court, Case No. VCU306343); expected trial length is 3 weeks.
      ii. April 13, 2026: *City of Alameda v. Greenway Golf Associates, Inc., et al.* (Alameda County Superior Court, Case No. 22CV011964); expected trial length is 2-4 weeks;
2. Accommodate witness schedules for multiple depositions, including depositions requiring cross-country travel; and
3. Provide additional time for the parties to resolve outstanding discovery issues, thereby reducing the need for judicial intervention.

1  To date, the Court has not continued the trial date in this case. Accordingly, the parties
2  respectfully request that the Court extend the discovery deadlines as set forth below.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery Cut-off | October 31, 2025 | March 9, 2026 |
| Expert Disclosures | September 15, 2025 | March 23, 2026 |
| Expert Rebuttal | October 6, 2025 | April 13, 2026 |
| Expert Discovery Cut-off | October 31, 2025 | May 4, 2026 |
| Dispositive Motion Hearing Deadline | October 9, 2025 | March 19, 2026 |
| Trial | January 12, 2026 | June 8, 2026 |

Dated:  September 17, 2025

NOSSAMAN LLP
DAVID C. LEE
KASIA PENN

By:  /s/ Kasia Penn
         Kasia Penn

*Attorneys for Defendant* RTZ ASSOCIATES, INC.

Dated:   September 17, 2025

MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Andrew Beshai
          Charles E. Weir
          Andrew Beshai

*Attorneys for Plaintiff* INTUS CARE, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Andrew Beshai, attest under penalty of perjury that I have obtained concurrence and authorization from Kasia Penn, counsel for RTZ, to affix her signature to this filing.

Dated: September 17, 2025            MANATT, PHELPS & PHILLIPS, LLP
                                     ANDREW BESHAI


                                     By: /s/ Andrew Beshai
                                            Andrew Beshai

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue the Trial and Pretrial Dates Deadlines, hereby ORDERS THAT:

1. Fact Discovery Cut-off
2. Expert Disclosures:
3. Expert Rebuttal:
4. Fact and Expert Discovery Cut-off:
5. Dispositive Motion Hearing Deadline:
6. Trial:

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

Hon. Jon. S. Tigar
United States District Judge