| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | Charles E. Weir (Bar No. 211091) |
|   | CWeir@manatt.com |
|   | Andrew Beshai (Bar No. 308030) |
| 3 | ABeshai@manatt.com |
|   | 2049 Century Park East, Suite 1700 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 312-4000 |
| 5 | Facsimile: (310) 312-4224 |
| 6 | Attorneys for Plaintiff INTUSCARE INC. |
| 7 | |
| 8 | NOSSAMAN LLP |
|   | DAVID C. LEE (SBN 193743) |
|   | dlee@nossaman.com |
| 9 | 50 California Street, 34th Floor |
|   | San Francisco, CA 94111 |
| 10 | Telephone: 415.398.3600 |
|   | Facsimile:   415.398.2438 |
| 11 | |
| 12 | NOSSAMAN LLP |
|   | KASIA PENN (SBN 306056) |
|   | kpenn@nossaman.com |
| 13 | 18101 Von Karman Avenue, Suite 1800 |
|   | Irvine, CA 92612 |
| 14 | Telephone:  949.833.7800 |
|   | Facsimile:   949.833.7878 |
| 15 | |
| 16 | Attorneys for Defendant RTZ ASSOCIATES, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., | Case No: 4:24-cv-01132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| vs. | **JOINT STIPULATED PROPOSED REDACTED VERSION OF THE COURT'S 9/11/202 SUMMARY JUDGMENT ORDER** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants, | Complaint Filed: February 23, 2024 |
| | Amended Complaint Filed: April 2, 2024 |
| | Counterclaims Filed: June 20, 2024 |

On September 11, 2025, the Court issued an Order on Plaintiff's Motion for Partial Summary Judgment ("Order"). The Court restricted public access to the Order because it contains or refers to material subject to sealing orders. In a separate order, also issued on September 11, 2025 (Dkt. 85), the Court gave the parties the option of filing "a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request be sealed."

Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") and Defendant RTZ Associates, Inc. ("RTZ" or "Defendant"), hereby jointly submit a proposed redacted version of the Court's 9/11/2025 Summary Judgment Order, attached hereto as **Exhibit A**.

Dated: September 17, 2025

NOSSAMAN LLP
DAVID C. LEE
KASIA PENN

By: /s/ Kasia Penn
        Kasia Penn

*Attorneys for Defendant* RTZ ASSOCIATES, INC.

Dated: September 17, 2025

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Andrew Beshai
        Charles E. Weir
        Andrew Beshai

*Attorneys for Plaintiff* INTUS CARE, INC.

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Andrew Beshai, attest under penalty of perjury that I have obtained concurrence and authorization from Kasia Penn, counsel for RTZ, to affix her signature to this filing.

Dated: September 17, 2025

MANATT, PHELPS & PHILLIPS, LLP
ANDREW BESHAI

By: /s/ Andrew Beshai
Andrew Beshai