NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:    415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878

Attorneys for Defendant RTZ ASSOCIATES, INC.

MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff INTUSCARE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>                    Defendants, | Case No: 4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**SUPPLEMENTAL INFORMATION RE JOINT STIPULATION FOR TRIAL CONTINUANCE**<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

Pursuant to this Court's September 17, 2025 Order (ECF No. 87) (the "Order"), Plaintiff IntusCare, Inc. ("Intus") and RTZ Associates, Inc. ("RTZ") jointly submit this statement of additional information. Specifically, the Court has requested that the parties specify "the dates on which the listed trial dates [identified in ECF No. 86] were scheduled."

Initially, the parties jointly acknowledge that each of their listed trials posing conflicts was scheduled after this Court set the trial date in this case on June 14, 2024. For three of these trials (all but the November 2025 arbitration, which was set in April 2025), counsel were added to the trial teams for those conflicting matters after June 14, 2024. However, the circumstances of the attorney assignments vary for each conflicting trial. For instance, in connection with the case of *Friant Water Authority, et al. v. Eastern Tule Groundwater Sustainability Agency* (Tulare County Superior Court, Case No. VCU306343) (the "ETGSA case"), which is scheduled to proceed to trial on December 22, 2025, David C. Lee (lead counsel in this instant case) was asked to join the trial team in January 2025 in anticipation of its then-scheduled trial date on June 2, 2025. On March 10, 2025, in response to a joint request to continue that trial to a date in 2026, the court unilaterally scheduled trial for December 22, 2025 without input from counsel. Consequently, through no fault of his own, Mr. Lee is confronted with conflicting trial dates.

Likewise, in connection with the *City of Alameda v. Greenway Golf Associates, Inc.* (Alameda County Superior Court, Case No. 22CV011964) (the "Greenway case"), Mr. Lee was asked to join the trial team in mid-2024 in anticipation of its then-scheduled trial date in December 2024. That trial date was continued by the Court to April 13, 2026, without input from counsel.

In connection with *G.I. Industries dba Waste Management v. Arakelian Enterprises, Inc.* (Ventura County Superior Court, Case No. 56-2021-00556158-CU-BT-VTA) (the "Waste Management case"), Andrew Beshai was asked to join the trial team in mid-2025 in anticipation of its then-scheduled trial date in October 2025. That trial date was continued to April 27, 2026, just a few days ago (on September 22, 2025). The court unilaterally scheduled trial for April 27, 2026, without soliciting any input from counsel.

///

SUPPLEMENTAL INFORMATION RE JOINT STIPULATION FOR TRIAL CONTINUANCE
63808393.v5

The parties are mindful of and respect the Court's scheduling order (ECF No. 40) and the admonitions contained therein. Notwithstanding, the parties respectfully seek the Court's approval of the requested continuance described in ECF No. 86 to accommodate the genuine trial conflicts confronting the parties' legal counsel. This instant case was filed approximately one and a half years ago (February 2024) and this is first request for a trial continuance in this case. Moreover, the parties are not seeking to reset or continue the dispositive motion hearing deadline. The parties further commit to seeking no further continuances of trial in this matter. With trial in this case more than three months away, the parties are acting proactively to manage their respective trial calendars and are, therefore, mutually seeking a brief continuance to June 8, 2026.

Accordingly, the parties respectfully request that the Court extend the case deadlines as set forth below.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery Cut-off | October 31, 2025 | March 9, 2026 |
| Expert Disclosures | September 15, 2025 | March 23, 2026 |
| Expert Rebuttal | October 6, 2025 | April 13, 2026 |
| Expert Discovery Cut-off | October 31, 2025 | May 4, 2026 |
| Trial | January 12, 2026 | June 8, 2026 |

Dated:  September 24, 2025

NOSSAMAN LLP
DAVID C. LEE
KASIA PENN


By: /s/ Kasia Penn
     Kasia Penn

*Attorneys for Defendant* RTZ ASSOCIATES, INC.

SUPPLEMENTAL INFORMATION RE JOINT STIPULATION FOR TRIAL CONTINUANCE
63808393.v5

Dated:   September 24, 2025                    MANATT, PHELPS & PHILLIPS, LLP

                                              By:   /s/ Andrew Beshai
                                                    Charles E. Weir
                                                    Andrew Beshai

                                              *Attorneys for Plaintiff* INTUS CARE, INC.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Kasia Penn, attest under penalty of perjury that I have obtained concurrence and authorization from Andrew Beshai, counsel for Intus, to affix his signature to this filing.

Dated:  September 24, 2025                     NOSSAMAN LLP
                                              KASIA PENN

                                              By:  /s/ Kasia Penn
                                                    Kasia Penn

SUPPLEMENTAL INFORMATION RE JOINT STIPULATION FOR TRIAL CONTINUANCE
63808393.v5

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue the Trial and Pretrial Dates Deadlines, hereby ORDERS THAT:

1.  Fact Discovery Cut-off:

2.  Expert Disclosures:

3.  Expert Rebuttal:

4.  Fact and Expert Discovery Cut-off:

5.  Trial:

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                _____

                                                               Hon. Jon. S. Tigar
                                                      United States District Judge

SUPPLEMENTAL INFORMATION RE JOINT STIPULATION FOR TRIAL CONTINUANCE
63808393.v5