UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RTZ ASSOCIATES, INC.,<br><br>        Defendant. | Case No. 24-cv-01132-JST<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: ECF Nos. 86, 90 |

The parties have stipulated to continue the trial and pretrial dates. ECF Nos. 86, 90. Having reviewed the parties' request, including the supplemental information filed in response to the Court's September 17, 2025 order, ECF No. 87, the Court hereby resets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | March 9, 2026 |
| Expert disclosures | March 23, 2026 |
| Expert rebuttal | April 13, 2026 |
| Expert discovery cut-off | May 4, 2026 |
| Pretrial conference statement due | May 29, 2026 |
| Pretrial conference | June 5, 2026, at 2:00 p.m. |
| Trial | June 29, 2026, at 8:00 a.m. |

| Event | Deadline |
| --- | --- |
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert, or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

In addition, the parties have "commit[ted] to seeking no further continuance of trial in this matter." ECF No. 90 at 3. The Court has set trial to begin on June 29, 2026, rather than the parties' requested date of June 8, 2026. If the parties have a conflict with a June 29, 2026 trial date, they must, within seven days of the date of this order, file a joint statement that proposes alternate trial dates on which all counsel are available.

**IT IS SO ORDERED.**

Dated: September 30, 2025



JON S. TIGAR
United States District Judge