UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUS CARE, INC.,

         Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

         Defendant.

Case No. 24-cv-01132-JST (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 94

Intus reads the counterclaims too narrowly. RTZ alleges not only that Intus caused system strain by accessing RTZ's PACECare system without authorization, but also that Intus "used such unauthorized access to mine other valuable data from the PACECare system . . . to expedite and refine its own development of a competing [electronic medical record] system." Dkt. 41, Counterclaim ¶ 53. That competing electronic medical record system is Intus's CareHub. And because CareHub is one of the fruits of Intus's alleged unauthorized access of PACECare, CareHub's development, functionality, and use are relevant to damages. Even though RTZ isn't pursuing intellectual-property claims, CareHub is still relevant to damages for RTZ's unauthorized-access claims.

Nineteen of RTZ's RFPs relate to CareHub's development, functionality, and use. *See* Dkt. 94 at 12–24, RFPs 66–84. All of these RFPs seek relevant documents. The Court accordingly overrules Intus's relevance objection. Intus raised other objections to these RFPs (e.g., the burden of production) that the parties didn't address in their joint statement. Given

that those objections haven't been considered, the Court orders the parties to meet and confer further about RFPs 66–84, by March 20, 2026. The fact-discovery cutoff was March 9, 2026, dkt. 91, but the parties timely raised their CareHub dispute, Civil L.R. 37-3. They may not serve additional CareHub discovery requests, but they will have until April 3, 2026, to complete all CareHub-related discovery.

By April 1, 2026, Intus must make available for two follow-up depositions (each not to exceed two hours) Alex Rothberg and Evan Jackson, the two Intus officers who declined to answer questions about CareHub.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Alex G. Tse
United States Magistrate Judge