UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUS CARE, INC.,

         Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

         Defendant.

Case No. 24-cv-01132-JST (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 95

1. If RTZ has yet to produce the additional documents it recently identified as responsive to RFPs 28–81 and RFPs 100–101, it must produce those documents by March 20, 2026. After that production, if Intus continues to dispute the adequacy of RTZ's search, the parties may file an additional joint letter brief by March 25, 2026.

2. By March 23, 2026, RTZ must identify the date ranges of the Gmail inboxes RTZ preserved. By the same date, RTZ must confirm that it preserved Melanie Martinez's Gmail inbox. With the exception of Martinez, Intus hasn't suggested that the list of employees for whom RTZ preserved Gmail accounts is incomplete or erroneous. The Court thus sees no need to order RTZ to provide a further "description of whether . . . Gmail inboxes were preserved." Dkt. 95 at 3.

3. The Court won't order RTZ "to provide a description of whether audit trails [of

Intus's access to RTZ's system] . . . were preserved." *Id.* Intus hasn't identified any RFP in which it asked RTZ to produce these audit trails.

4. Collabrios Health LLC needn't respond to Intus's RFPs. Even though Collabrios acquired RTZ's equity in 2024, *id.* at 5, Collabrios is a non-party. "As a non-party, [Collabrios] is not required to respond to interrogatories or requests for production of documents served pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure." *Willing v. Arms*, 2015 WL 5554128, at *2 (D. Nev. Sept. 21, 2015); *see also* Fed. R. Civ. P. 34(c) (stating that "a nonparty may be compelled to produce documents" as "provided in Rule 45," which requires the party seeking discovery to serve a subpoena). Nor will the Court order RTZ to produce Collabrios's documents. Intus hasn't established that RTZ has "control" over Collabrios's documents. Fed. R. Civ. P. 34(a)(1).

**IT IS SO ORDERED.**

Dated: March 18, 2026

Alex G. Tse
United States Magistrate Judge