UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,

          Plaintiff,

     v.

RTZ ASSOCIATES, INC.,

          Defendant.

Case No. 24-cv-01132-JST

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: ECF No. 98

Plaintiff IntusCare Inc. has filed a motion for leave to file a second amended complaint. ECF No. 98.  The motion relies solely on Rule 15(a) of the Federal Rules of Civil Procedure.

The Court's scheduling order set a July 12, 2024 deadline to add parties or amend the pleadings and explained that "[a]fter this deadline, a party may still seek amendment, but must demonstrate good cause" under Rule 16(b)(4) of the Federal Rules of Civil Procedure.  ECF No. 40 at 1 & n.1.  If good cause is shown, the moving party must then show that amendment is proper under Rule 15.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607–09 (9th Cir. 1992).

The Court denies IntusCare's motion because IntusCare did not engage in the required Rule 16(b) analysis.  This denial is without prejudice to IntusCare's filing a motion that addresses the appropriate legal standard.

     **IT IS SO ORDERED.**

     Dated:  March 20, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California