MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-1132-JST |
| Plaintiff, | Assigned to: Hon. Alex G. Tse |
| v. | **JOINT STIPULATION TO CONTINUE DEADLINE FOR LETTER BRIEF; [PROPOSED] ORDER THEREON** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants. | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") and Defendant RTZ Associates, Inc. ("RTZ" or "Defendant"), by and through their respective counsel, enter into the following stipulation:

WHEREAS, on March 18, 2026, Judge Alex G. Tse ordered that "If RTZ has yet to produce the additional documents it recently identified as responsive to RFPs 28–81 and RFPs 100–101, it must produce those documents by March 20, 2026. After that production, if Intus continues to dispute the adequacy of RTZ's search, the parties may file an additional joint letter brief by March 25, 2026."

WHEREAS, on March 20, 2026, RTZ produced over 12,000 documents;

WHEREAS, Intus requires additional time to review these documents and assess whether another letter brief is necessary;

WHEREAS, a jury trial is currently scheduled to begin on June 29, 2026 at 8:00 a.m.

WHEREAS, the requested extension will not prejudice either party or interfere with the remaining case deadlines.

NOW, THEREFORE, the parties stipulate and agree to continue the above March 25, 2026 joint letter brief deadline by 12 days, to April 6, 2026.

Dated: March 25, 2026                    MANATT, PHELPS & PHILLIPS, LLP


                                         By: /s/ Charles E. Weir
                                             Charles E. Weir
                                             Andrew Beshai

                                             *Attorneys for Plaintiff*
                                             INTUS CARE, INC.

Dated: March 25, 2026                    NOSSAMAN LLP


                                         By: /s/ Kasia Penn
                                             David C. Lee
                                             Kasia Penn

                                             *Attorneys for Defendant*
                                             RTZ ASSOCIATES, INC.

- 2 -

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue Deadline for Joint Letter Brief, hereby ORDERS THAT:

The deadline for the Parties to file a joint letter brief pursuant to the Court's March 18, 2026 Discovery Order is continued from March 25, 2026 to April 6, 2026.

**IT IS SO ORDERED**

Dated: March 26, 2026

_____
Hon. Alex G. Tse
United States Magistrate Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO CONTINUE DEADLINE FOR JOINT LETTER BRIEF; [PROPOSED] ORDER
THEREON