NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., | Case No:     4:24-cv-01132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| vs. | **DECLARATION OF DAVID C. LEE IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT RTZ ASSOCIATES, INC.'S OPPOSITION TO INTUSCARE INC.'S MOTION TO MODIFY THE COURT'S SCHEDULING ORDER AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants, | |
| | [Filed concurrently with Opposition] |
| | Date:          May 28, 2026 |
| | Time:          2:00 p.m. |
| | Courtroom: 6 |

- 1 -                          Case No. 4:24-cv-01132-JST
DECLARATION OF DAVID C. LEE IN SUPPORT OF RTZ ASSOCIATES, INC'S OPPOSITION TO
INTUSCARE INC.'S MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE SAC
70210277.v1

## DECLARATION OF DAVID C. LEE

I, David C. Lee, declare as follows:

1.     I am an attorney at law admitted to practice in this Court, and a partner of Nossaman LLP, counsel of record in this action for Defendant RTZ Associates, Inc. ("RTZ").  I make this declaration in support of RTZ's Opposition to IntusCare Inc.'s Motion to Modify the Court's Scheduling Order and for Leave to File Second Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to those facts.

2.     On October 10, 2024 (after the filing of this action), RTZ Associates, Inc. (a California corporation) converted into a new Delaware limited liability corporation, RTZ, LLC, which is and remains a separate legal entity from Collabrios Health LLC. On March 9, 2026, I printed out the entity details for both RTZ, LLC and Collabrios Health LLC from the Delaware Secretary of State's website, which confirm that these are two separate entities, and I attached these documents to the Joint Letter Brief submitted to Magistrate Judge Tse later that day. Attached as **Exhibit 1** is a true and correct copy of the RTZ conversion records. Attached as **Exhibit 2** is a true and correct copy of Collabrios Health LLC's entity detail.

3.     Attached as **Exhibit 3** is a true and correct copy of relevant excerpts from the Deposition of Michael Zawadski, taken on February 23, 2026.

4.     Attached as **Exhibit 4** is a true and correct copy of relevant excerpts from the Deposition of Melanie Martinez, taken on March 6, 2026.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this 6th day of April 2026 in San Francisco, California.

_____
DAVID C. LEE

- 2 -          Case No. 4:24-cv-01132-JST
DECLARATION OF DAVID C. LEE IN SUPPORT OF RTZ ASSOCIATES, INC'S OPPOSITION TO INTUSCARE INC.'S MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE SAC
70210277.v1

# Exhibit 1



**State of California**
**Secretary of State**

**Certificate of Conversion**

CONV-1A

File # _____

For Office Use Only

**-FILED-**

File No.: BA20241803981

Date Filed: 10/10/2024

Fee: $150.00 if a California corporation is the converting entity. $30.00 for all other conversions.

This Space For Filing Use Only

## Converted Entity Information

1. Name of Converted Entity
RTZ, LLC

| 2. Form of Entity | 3. Jurisdiction |
|---|---|
| Limited Liability Company | Delaware |

4. Mailing Address of Principal Office of Converted Entity (Complete only if converting a California limited partnership.)  City  State  Zip Code

5. Street Address of Principal Office of Converted Entity - *Do not list a P.O. Box* (Complete only if converting a California limited liability company or a registered California general partnership.)  City  State  Zip Code

6. Street Address of the California Principal Office of Converted Entity, if any - *Do not list a P.O. Box* (Complete only if converting a registered California general partnership.)  City  State CA  Zip Code

7. If the converting entity is a California corporation, limited liability company, limited partnership or general partnership, you must designate an agent for service of process: Item 7a: List the name of an individual or a corporation registered in CA under California Corporations Code section 1505 that agrees to be your agent for service of process. You may not list the converted entity as the agent. Item 7b: If the agent is an individual, list the agent's business or residential street address. Item 7c: If the agent is an individual, list the mailing address of the converted entity's agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.

a. Name of Agent For Service of Process
Michael Zawadski

| b. If an individual, Street Address of Agent for Service of Process - *Do not list a P.O. Box* | City | State | Zip Code |
|---|---|---|---|
| 3736 Mt. Diablo Blvd., Suite 200 | Lafayette | CA | 94549 |

| c. If an individual, Mailing Address of Agent for Service of Process | City | State | Zip Code |
|---|---|---|---|
| 3736 Mt. Diablo Blvd., Suite 200 | Lafayette | CA | 94549 |

## Converting Entity Information

8. Name of Converting Entity
RTZ Associates, Inc.

| 9. Entity Type | 10. Jurisdiction | 11. CA Secretary of State Entity Number, if any |
|---|---|---|
| Corporation | California | 2490140 |

12. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, the following was required for each class:

| The class and number of outstanding interests entitled to vote. | AND | The percentage vote required of each class. |
|---|---|---|
| 1,000 shares of common stock | | 51% |

## Additional Information

13. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

14. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge. I declare I am the person who executed this instrument, which execution is my act and deed.

10/9/2024
Date

Signature of Authorized Person

Michael Zawadski, Chief Executive Officer
Type or Print Name and Title of Authorized Person

Signature of Authorized Person

Rick Zawadski, Secretary
Type or Print Name and Title of Authorized Person

CONV-1A (REV 12/2022)

2022 California Secretary of State

B3013-5834 10/10/2024 9:14 PM Received by California Secretary of State



**Department of State: Division of Corporations**

[Allowable Characters](Allowable Characters)

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5157664 | Incorporation Date / Formation Date: | 10/10/2024 (mm/dd/yyyy) |
| Entity Name: | RTZ, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit 2



**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3959688 | Incorporation Date / Formation Date: | 6/17/2024 (mm/dd/yyyy) |
| Entity Name: | COLLABRIOS HEALTH LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

)

INTUSCARE INC.,                )

)

Plaintiff,            )

)

vs.                            ) No. 4:24-cv-1132-JST

)

RTZ ASSOCIATES, INC.; and      )

DOES 1 through 10,             )

)

Defendants.           )

_____)

VIDEOTAPED DEPOSITION OF MICHAEL ZAWADSKI

San Francisco, California

Monday, February 23, 2026

Volume I

Reported by:

CATHERINE A. NOLASCO, RMR, CRR, BS

CSR No. 8239

Job No. CA 7889273

PAGES 1 - 205

Page 1

Veritext Legal Solutions

866-299-5127          calendar-ca@veritext.com          www.veritext.com

A    And -- and I was informed, rather than

10:12:28

led, when that actually took place.

Q    Okay.

Okay.  So the -- so let's set the Tabula Rasa asset acquisition to the side.

10:12:57

A    Sure.

Q    What do you know about the corporate creation of Collabrios that you can tell me?

A    Just that it was the subject of intense debate between McGuireWoods, who represented HP, and

10:13:14

Cooley, who represented RTZ Associates, and it took a couple steps.  And that's really as far as I understood.

The goal was, obviously, something that legal counsel understood, and both came to some sort

10:13:34

of resolution of what was fair for both parties.

Q    Okay.  So, like, the -- do you know, one way or the other, currently where liabilities associated with RTZ currently reside?

MR. LEE:  I'm going to object to the

10:13:51

extent that it calls for speculation, lacks foundation, and seeks a legal conclusion.

If --

THE WITNESS:  Well --

MR. LEE:  -- you can answer.

10:14:01

Page 29

BY MR. WEIR:

10:14:02

Q    I was asking if you know.

A    I don't really think I have any clear understanding of where exactly it lands in there.

Q    So who are the owners of Collabrios?

10:14:12

A    The owners of Collabrios -- and again, there may be more entities that I'm not aware of -- but AHP has an investment fund.  That investment fund, under some vehicle, I presume, is the primary owner and the decision maker for what Collabrios

10:14:34

does.  That's the extent to which I understand.

I still have equity in the entity, but, unfortunately, nowhere near a majority decision-making part.

Q    Okay.  And was -- AHP, that investment

10:14:52

arm, did that hold equity in RTZ before the Collabrios transaction?

A    The -- if you go prior to October, when we did the transaction -- so if you talk about September, no.

10:15:14

But if you talk about the multiple-step purchases -- I don't know exactly when their ownership kicked in in the multiple-step purchases.

But if you're talking about prior to the series of transactions, no, they had none.

10:15:25

Page 30

# Exhibit 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,                 ) CASE NO. 4:24-CV-1132-JST
                                 )
          PLAINTIFF,             )
                                 )
     v.                          )
                                 )
RTZ ASSOCIATES, INC.; AND        )
DOES 1 THROUGH 10,               )
                                 )
          DEFENDANTS.            )
_____)

DEPOSITION OF MELANIE MARTINEZ

FRIDAY, MARCH 6, 2026

CALIFORNIA

FILE  CA 7946249

REPORTED BY  MARK McCLURE, CRR

CAL CSR 12203

Page 1

Q.    What's your current role?

A.    Implementation manager.

Q.    In Collabrios?

Well, RTZ became Collabrios in October 2024.

MR. LEE:  Objection.  Lacks foundation.  Calls for speculation.

You can answer, if you know.

THE WITNESS:   I don't know.

BY MR. BESHAI:

Q.   Well, at one point, were you working for a company called RTZ?

A.   Yes.

Q.   But now you're working for Collabrios?

A.   Yes.

Q.   So something changed, right?

A.   Yes.

Q.   Okay.  And in your own words and to the best of your knowledge, what changed?

A.   We combined some companies and created a new company.  I honestly don't know.  That's all I know.

Q.   Okay.  That's fine.  And this is not a test, and I know you're not a mergers and acquisitions lawyer, but because you're an employee, you're on the ground, to your knowledge, RTZ combined with some other companies and created Collabrios, is that right?

Page 8