UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUS CARE, INC.,

          Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

          Defendant.

Case No. 24-cv-01132-JST (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 104

RTZ's request to compel Intus to respond further to RFPs 91–97 and RFPs 99–113 is denied as untimely. The fact discovery cutoff was March 9, 2026. Dkt. 91 at 1. All discovery-related disputes needed to be raised by March 16, 2026. *See* Civil L.R. 37-3.

RTZ filed its current request to compel on April 6, 2026. Dkt. 104. Before then, RTZ had never flagged these RFPs or asked the Court to compel Intus to respond further to them. RTZ waited too long to move to compel further responses.

    **IT IS SO ORDERED.**

Dated: April 8, 2026

Alex G. Tse
United States Magistrate Judge