MANATT, PHELPS & PHILLIPS, LLP
CHARLES E. WEIR (Bar No. CA 211091)
CWeir@manatt.com
ANDREW BESHAI (Bar No. CA 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:    (310) 312-4000
Facsimile:    (310) 312-4224


Attorneys for Plaintiff and Counter-defendant
INTUSCARE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC.,<br><br>                          Plaintiff,<br><br>          v.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>                          Defendants. | Case No. 4:24-cv-01132-JST<br><br>**UNREDACTED – FILED UNDER SEAL**<br><br>**DECLARATION OF ANDREW BESHAI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Reply in Support of Intus' Motion for Leave to File Second Amended Complaint]<br><br>Honorable Jon S. Tigar<br><br>Hearing Date:  May 28, 2026<br>Time:               2:00 p.m.<br>Courtroom:       6<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

**DECLARATION OF ANDREW BESHAI**

I, Andrew Beshai, declare as follows:

1.      I am an attorney licensed to practice before this Court and counsel of record for Plaintiff IntusCare Inc. ("Intus") in this action. I have personal knowledge of the matters stated herein or have learned them through my involvement in this case, and if called as a witness, I could and would competently testify thereto.

2.      In response to discovery requests propounded to RTZ Associates, Inc. ("RTZ") in this case, RTZ produced an email dated December 12, 2024 (RTZ_0004456). A true and correct copy of that email is attached hereto as **Exhibit A**.

3.      In response to discovery requests propounded to RTZ in this case, RTZ produced communications between Collabrios and PACE programs throughout 2025 discussing various aspects of PACECare, such as pricing and services (RTZ_0008192; RTZ_0008156). True and correct copies of such emails are attached hereto as **Exhibit B**.

4.      In response to discovery requests propounded to RTZ in this case, RTZ produced contracts between Collabrios and PACE programs governing access to PACECare (RTZ_0008151; RTZ_0008202). True and correct copies of such contracts are attached hereto as **Exhibit C**.

5.      In response to discovery requests propounded to Intus in this case, Intus produced communications between PACE programs and Collabrios regarding access to PACECare. (Intus_00019831; Intus_00019527; Intus_0004137). True and correct copies of such contracts are attached hereto as **Exhibit D**.

6.      Up until Intus filed its motion for leave to amend to add Collabrios Health, LLC as a Defendant, counsel for RTZ had been representing Collabrios' president, Kevin Lathrop in the scheduling and lead-up to Mr. Lathrop's deposition. Counsel for RTZ had also indicated that he would be defending Mr. Lathrop's deposition. True and correct copies of email correspondence between RTZ's counsel and Intus' counsel discussing Mr. Lathrop's deposition are attached as **Exhibit E**.

7.      On March 26, 2026, one week after Intus filed its motion for leave to amend, counsel for RTZ informed Intus, for the first time in this litigation, that new counsel would be representing Mr. Lathrop in his deposition. A true and correct copy of that March 26, 2026 email is attached as **Exhibit F**.

MANATT,
PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF ANDREW BESHAI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE

8. In response to an order from Magistrate Judge Tse (Dkt. 93), RTZ produced a list of current clients, a true and correct copy of which is attached hereto as **Exhibit G**.

9. A true and correct copy of excerpts from the deposition transcript of Michael Zawadski are attached hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2026, at Los Angeles, California.

_/s/ Andrew Beshai_____
Andrew Beshai

DECLARATION OF ANDREW BESHAI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE