UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

)

INTUSCARE INC.,                        )

)

Plaintiff,              )

)

vs.                                    ) No. 4:24-cv-1132-JST

)

RTZ ASSOCIATES, INC.; and          )

DOES 1 through 10,                   )

)

Defendants.             )

_____)

VIDEOTAPED DEPOSITION OF MICHAEL ZAWADSKI

San Francisco, California

Monday, February 23, 2026

Volume I

Reported by:

CATHERINE A. NOLASCO, RMR, CRR, BS

CSR No. 8239

Job No. CA 7889273

PAGES 1 - 205

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

INTUSCARE INC.,                    )
                                   )
            Plaintiff,             )
                                   )
vs.                                ) No. 4:24-cv-1132-JST
                                   )
RTZ ASSOCIATES, INC.; and          )
DOES 1 through 10,                 )
                                   )
            Defendants.            )
_____)

            Videotaped deposition of MICHAEL ZAWADSKI, Volume I, taken on behalf of Plaintiff, with the Witness appearing at MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California, beginning at 9:47 a.m. and ending at 4:09 p.m., on Monday, February 23, 2026, before CATHERINE A. NOLASCO, Certified Shorthand Reporter No. 8239.

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

APPEARANCES:


For Plaintiff:

    MANATT, PHELPS & PHILLIPS, LLP

    BY:   CHARLES E. WEIR

    Attorney at Law

    2049 Century Park East, Suite 1700

    Los Angeles, California  90067

    310.312.4000

    310.312.4224, Fax

    cweir@manatt.com



For Defendant and the Witness:

    NOSSAMAN LLP

    BY:   DAVID C. LEE

    Attorney at Law

    50 California Street, 34th Floor

    San Francisco, California  94111

    415.398.3600

    415.398.2438 Fax

    dlee@nossaman.com



ALSO PRESENT:

PETER YAROSCHUK, Videographer, Veritext

              ---o0o---

Page 3

INDEX

WITNESS                                              EXAMINATION

MICHAEL ZAWADSKI

Volume I

BY MR. WEIR                                              9


EXHIBITS

NUMBER                    DESCRIPTION                    PAGES

Exhibit 47  Email series dated 9/1/2022, "Subject:    73
            Re: Intus Care access to PCO" and
            attachment; Bates RTZ0002768 -
            RTZ0002771


Exhibit 48  Email series, "Subject:  [External]      77
            Re: Catching up and NDA for RTZ
            integration" and attachment; Bates
            RTZ00000809 - RTZ0000813


Exhibit 49  Email series, "Subject:  Re: Catching    78
            up and NDA for RTZ integration" and
            attachment; Bates RTZ0007671 -
            RTZ0007676


Exhibit 50  "Request for PACECare Access /            87
            Non-Disclosure Agreement"; Bates Intus
            004125 - Intus 004128

Page 4

EXHIBITS (Continued)

| NUMBER | DESCRIPTION | PAGES |
|---|---|---|
| Exhibit 51 | Email series, "Subject:  [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract"; Bates RTZ0000020 - RTZ0000033 | 88 |
| Exhibit 52 | Email series, "Subject:  Re: NDA for Secure Transportation"; Bates RTZ0005586 - RTZ0005587 | 113 |
| Exhibit 53 | Email series, "Subject:  Re: FW: Service Disruption"; Bates RTZ0007693 - RTZ0007695 | 119 |
| Exhibit 54 | "Amendment 2 to PACECare License Agreement"; Bates RTZ0000814 - RTZ0000818 | 125 |
| Exhibit 55 | "PACECare Agreement 'Software as a Service'"; Bates RTZ0000847 - RTZ0000866 | 131 |

//

Page 5

                        EXHIBITS (Continued)

    NUMBER                  DESCRIPTION                    PAGES

    Exhibit 56  Email series, "Subject:  FW:              136

                Disclosure Agreements"; Bates Intus

                002191 - Intus 002193


    Exhibit 57  "ELECTRONIC HEALTH RECORD DATA USE AND   152

                ACCESS AGREEMENT, Tabula Rasa

                HealthCare Group, Inc., and Intus

                Care, Inc."; 16 pages


    Exhibit 58  Email series, "Subject:  [External]       175

                RE: Intus Care/RTZ Associates: Data

                Integration/Data Extract"; Bates

                RTZ0000477 - RTZ0000483


    Exhibit 59  Email series, "Subject:  RE: Intus        179

                Care/RTZ Associates: Data

                Integration/Data Extract"; Bates

                RTZ0000606 - RTZ0000614


    Exhibit 60  Email series, "Subject:  Re: Intus        184

                Care Collaboration"; Bates RTZ0002765

                - RTZ0002767

    //

Veritext Legal Solutions
866-299-5127              calendar-ca@veritext.com              www.veritext.com

EXHIBITS (Continued)

NUMBER                    DESCRIPTION                          PAGES

Exhibit 61   Email series, "Subject:  Re: FW: New     191
             Intus Care Features - IT Support
             Needed"; Bates RTZ0004198 - RTZ0004204


                         ---o0o---

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

San Francisco, California; Monday, February 23, 2026

9:47 a.m.

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:47 a.m. on February 23rd, 2026.

Please note that microphones are sensitive and may pick up whispering and private conversations.

Please mute your phones at this time.

Audio and video recording will continue to take place, unless all parties agree to go off the record.

This is Media No. 1 of the video-recorded deposition of Michael Zawadski, taken by counsel for Plaintiff in the matter IntusCare Incorporated versus RTZ Associates, Incorporated, filed in the United States District Court, Northern District of California, Case No. 4:24-cv-1132-JST.

My name is Peter Yaroschuk, representing Veritext.  I am the videographer.  I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

09:47:35

09:47:50

09:47:59

09:48:26

09:48:37

Page 8

Counsel and all present, please now state

09:48:40

your appearances and affiliations for the record,

beginning with the noticing attorney.

MR. WEIR:  Charles Weir, of Manatt Phelps

& Philips, on behalf of Plaintiff IntusCare.

09:48:51

MR. LEE:  Good morning.  David Lee on

behalf of Defendant, RTZ Associates, Inc.

THE VIDEOGRAPHER:  Thank you.

Will the court reporter please introduce

yourself, administer the oath to the witness, and

09:48:59

then counsel may proceed.

THE REPORTER:  Good morning.  My name is

Catherine Nolasco, and my CSR number is 8239.

Would you please raise your right hand.

09:49:08

MICHAEL ZAWADKSI,

having been administered an oath, was examined and

testified as follows:

EXAMINATION

09:49:23

BY MR. WEIR:

Q    Good morning, Mr. Zawadski.

Have you been deposed before?

A    I have not.

Q    I suspect that you went over some of the

09:49:33

Page 9

ground rules with your counsel, and I -- just to

09:49:36

move things along, I'm not going to belabor them, but there are a few things that I did -- I do want to go -- go with -- go over with you up front.

The -- probably the most important thing

09:49:50

is making sure that you understand my questions.  I will do my best to ask you questions that are clear, but sometimes they're clunkers and they don't come out the way I intend them to be.

So if you do not understand one of my

09:50:04

questions, will you please note that, and then I can attempt to clarify things?  Because if you answer, I'm going to assume you understood.

Is that fair?

A    Yes.

09:50:16

Q    I -- I generally like to take a break about every hour or so, but this is not designed to be an endurance contest.  So if you need a break, for any reason, before an hour is up, just -- just let me know.  The only thing I would ask, that,

09:50:34

before we take a break, if you need one, if there's a question pending, that you answer the question before we take a break.

Is that fair?

A    Sure.  I'll do my best.

09:50:44

Page 10

Q     The -- is there anything that you are

09:50:47

aware of that would prevent you from giving your

best testimony today?

A     No.

Q     You're not on any sort of medications or

09:50:56

anything like that?

A     No.  I was going to comment on the

temperature in the room, but it's going to be okay.

Q     We're working on fixing that for you, so

we should -- we should be good.

09:51:08

A     That would be great.

Q     All right.  I don't want to spend too much

time and belabor it, but I would like to get a sense

of your educational background --

A     Sure.

09:51:16

Q     -- and work history.  So can you just, I

guess, you know, kind of start with college and walk

me through -- walk me through your CV.

A     Sure.

I graduated from the University of

09:51:25

California, Santa Barbara.  I went to law school at

the University of Illinois; graduated in 1998.  I,

after that point, started working in software, spent

time building systems that eventually became the

company that got bought and turned into Collabrios

09:51:48

Page 11

in 2024.

09:51:53

Q    Did you ever practice as a lawyer?

A    I did not.

Q    What year did you graduate UCSB?

A    1995.

09:52:05

Q    And what was your degree in?

A    That's a great question.  I think it was poly-sci or political economy.  It was -- I was not really that concerned with what it was, since I knew I was going to grad school.  I looked to avoid as

09:52:20

much math as possible.

Q    How did it come to be that you got into software development?

A    Two things.  It was -- when I graduated, it was 1998.  We were sitting at the turn from, you

09:52:37

know, the analog world to the Internet world, and it was just really an exciting time to do it.  I absolutely hated my externship and decided that there was no fate I wanted to pursue less than the career in law, and so -- I wanted to build stuff, so

09:52:52

I went and did that route.

Q    Well, thanks for making David and me feel bad about our life choices.

A    I have a healthy group of recovering lawyers, if you ever want to join the other side.

09:53:09

Page 12

Q    So the -- what was the name of the

09:53:11

company -- the software company when you were building the systems --

A    It was RTZ Associates and then RTZ Systems, just because it was originally more

09:53:18

consulting, when my father worked there.  And then when I took over and started doing it, we really pivoted hard into information systems.

Q    Okay.  So the --

A    So that was a naming change and really

09:53:34

just an evolution of what we did.

Q    All right.

A    But that was, like, 2015-ish.  I mean, it was quite a while ago.

Q    Okay.  One thing that I --

09:53:44

A    I'm not positive on the year, but ...

Q    Yeah.  Let's break that down a little bit, and I want to make sure I understand --

A    Sure.

Q    -- what RTZ Associates is and which entity

09:53:50

is which and what happened to it.

But just one thing for the court reporter. If we're both talking at the same time, it makes it very difficult for her.  So I will try to wait for you before I jump in with a new question.  If you

09:54:04

Page 13

could try to wait for me to finish my question

09:54:06

before you answer, it will just make it much easier on her and we'll get a cleaner record.

Is that fair?

A    Sounds.

09:54:14

Q    Okay.  So we're in the late '90s, and you go to work for RTZ Associates.

Is that the -- just from a corporate-form standpoint, is that the same entity that ultimately was rolled up into Collabrios, or was there an

09:54:30

entity change?

A    There were -- I'm not remembering the specific moments, but it was, like, two people in a sole proprietorship, and that then became an S corp. That S corp is what became Collabrios.  The

09:54:48

S corp -- I don't know the exact year it happened, but it was around that period of time, around 2000 or so, but I don't know the exact date.

Q    Okay.  So --

A    It's been a few years.

09:55:01

Q    Fair enough.

So the -- and whether it was '99 or 2000 or 2001, for, I think, our purposes, it doesn't matter.  I just want to make sure I'm tracing the corporate entity.

09:55:10

Page 14

So -- and that corporate entity, when it became an S corp, it was RTZ Associates; is that what it was called?

A   Correct.

Q   And it remained that same S corp until the Collabrios transaction; is that correct?

A   Correct.

Q   All right.  Can you describe for me what -- what Collabrios is?

And, you know, I know there was a transaction.  It brought a number of different companies, maybe parts of companies together.

Can you walk me through what happened there?

MR. LEE:  I'm going to interpose an objection.  Vague and ambiguous.  Calls for speculation.

And also, to the extent your response requires you to reveal attorney-client communications, I'd ask that you not do so.  To the extent that you can answer the question without doing so, then go ahead and respond.

THE WITNESS:  To clarify the question, are you talking about business purpose or formation or --

Page 15

BY MR. WEIR:

09:56:05

Q    I want -- I want to kind of know all those things, and I -- maybe we break them down into -- so why don't we just start with why it happened.

So what was the business purpose of

09:56:14

creating Collabrios, from your perspective?

A    Candidly, the entity had gotten large.  We were growing at a good clip.  I had done it for about 20 years, give or take -- I mean, a little more, but I like to call it 20.  And we were at a

09:56:32

point where we were growing fast and it was time to really look at how we could grow infrastructure better.

Q    So the -- when you say "we" were growing fast, I assume you mean RTZ was growing fast?

09:56:49

A    Correct.

Q    And then the Collabrios transaction, just so I have the timeline, when did that close?

A    The Collabrios transaction closed in October of 2024.  I don't remember the exact date.

09:57:05

Q    Another thing that will come up throughout the course of the deposition:  I don't want you to just randomly guess about stuff.

A    Okay.

Q    But if you have a general basis -- and you

09:57:20

Page 16

did a good job there for, "yeah, I" -- "it was in
09:57:22
this general time frame" or, you know, "I would
estimate this."  I'm entitled to those things, but
just rank speculation, I don't want that.

     A     Fair enough.
09:57:34

     Q     But -- so you did -- you did a good job
there.  And that will come up from time to time
throughout the deposition.

          All right.  So immediately prior to the
Collabrios transaction -- so let's call it the 2023
09:57:45
time period -- can you describe for me RTZ's lines
of business?

     A     Sure.

          We did -- and these are -- RTZ had a very
dense book of business.  We had services for PACE,
09:58:06
which included everything from operational tools, a
TPA, we had adult day services.  We had systems for
state governments that looked at bringing together
case management tools, so we had a lot of state
contracts going through.  We did 1915(c) waiver
09:58:29
programs.

          The genesis of RTZ, back -- going to the
associates days, was the idea that information
should drive decision-making.  And there was always
the phrase, going back to when I started, that --
09:58:42

Page 17

program-based, policy-oriented.  So we always looked
09:58:44
at informing these organizations, not just how to do
their job, but how to do it in the context of policy
and continuous quality improvement, which seems to
change the acronym every so often, but making
09:58:55
information really make an impact difference.  And
that goes back to the beginning of PACE, that
started in San Francisco at On Lok, which is a
program my father worked at as the information
director back in the '80s.
09:59:07

Q    You said "On Block"?

A    On Lok.

Q    Oh, On Lok.

A    Yeah.  And apologies to the Lunar New
Year.  I don't know exactly what it means, like
09:59:17
happy home or something to that extent.

Q    So was the -- you mentioned a number of
different services.  Were they all PACE-related?

A    No.

Q    What -- what portion of the business would
09:59:38
you say in the -- let's call it the '23 time
period -- related to PACE products --

A    I --

Q    -- or services?

A    PACE was, overall in the country, going --
09:59:48

Page 18

a lot of growth, and it was growing for us in the

09:59:53

same way.  So it was probably half or more than half, but historically it had probably been closer to a third.

But I don't -- that's a recollection.  I

10:00:03

would have to go back and look.

Q    Okay.  What is -- if you could describe for me what PACECare is.

A    PACECare is a information system that organizes the workflows of a PACE organization from

10:00:27

the first call -- a participant inquires in the program -- all the way through the management of that participant.  The management of the participant includes ambulatory EMR functions, includes authorizations, includes day center, includes

10:00:45

financial transactions, includes over- -- overview information about how to manage those clients and do reporting at the federal level and many states.

That's a synopsis, but we'd be here all day if I gave you every detail.

10:01:02

Q    Fair enough.

So who -- who is -- I mean, PACE programs are using it, obviously.  I mean, that's the --

A    Yeah.

Q    -- that's the target customer.

10:01:11

Page 19

But within that -- you know, within that,

10:01:14

who is accessing the system to populate it with information, for example?  Are physicians adding information to it or caregivers adding information to the PACE system?  How does that work?

10:01:27

A    Ideally, it's based on the philosophy that everybody is.

Q    And when you say everyone is, what do you mean?

A    It was designed to be the screen for which

10:01:38

people within a PACE program who had operational functions would run their daily tasks and enter their information.

Q    And how do -- how do the caregivers, the actual people who are taking care of patients -- how

10:01:58

do they fit into that information system?

A    So I'm going to ask a clarifying question.

Q    Right.

A    Because "caregiver" is such an amorphous term, that I --

10:02:12

Q    Fair enough.

A    So it covers too much ground, so let me know which way you want to go with it, and I'll do my best to answer.

Q    Well, let's do it this way, so that I --

10:02:20

Page 20

we can come up with a -- in some ways, I don't care

10:02:22

what the definition is because I just want to get --
I want to get your sense of how you would describe
it.

So, you know, when I say "caregiver,"

10:02:27

how -- you know, what -- what definition would you
give me?

A    Respectfully, you know, caregiver or case
manager are two terms that I always break down
because they just mean such dramatically different

10:02:38

things within context inside the industry.

Q    So, I mean, how -- so let's -- I have been
using "caregiver" as a -- so what -- if you have
a -- you have a nurse who sees -- you know, makes
a -- you know, goes to the patient's home twice a

10:03:00

week, how would you -- or where -- what bucket would
you put that person in?

A    I would -- I mean, the way PACECare is
organized is that we really look at job-title
responsibility.  So they would be in there as a

10:03:16

nurse.  And so we would go with specificity of the
role, and that's one of the characteristics we keep
on their user profiles.

Q    All right.  And so that -- that nurse goes
to -- goes out to a patient's home and provides

10:03:29

Page 21

certain healthcare services.

10:03:34

How -- how does PACECare fit into that from an information collection, storage-sharing standpoint?

A    Do you want me to give you, like, soup to

10:03:45

nuts sort of how --

Q    Yeah, that would be great.

A    So the nurse's role for a new participant would be to collect assessment information, participate in the care plan process; from the care

10:03:56

plan process, to agree with the interdisciplinary team how many times they would service that client. The client's family signs off on that.  They then generate a schedule and a service delivery log within the system that they go and record their

10:04:10

services for and the organization would be aware of based on their notes and other delivery information.

Q    And I picked a nurse because it's a common caregiver, which is a term I know you hate, but --

A    It --

10:04:31

Q    But, you know, what else -- from a caregiver's standpoint, what other titles would fall under that bucket?  We have a nurse, I assume a physician.  What else?

A    Personal care assistant, driver, front

10:04:42

Page 22

desk worker, social worker, speech therapist,

10:04:46

occupational therapist, PT, dietitian, nurse

practitioner, physician assistant.

That's probably a pretty decent list,

although there's probably more.

10:05:01

Q   Okay.  So all of these folks are entering

data regarding the patients into the PACECare system

on a daily basis, correct?

A   I mean, that -- my dream and my hope and

my training, yeah, but not always.

10:05:15

Q   But -- yeah, fair enough.  Fair enough,

yeah.  But that's -- that's fundamentally the goal

that you're -- it's a place where all these various

folks that you identified can input information,

share information to drive better outcomes for the

10:05:28

patient?

A   Mm-hmm.

Q   Is that fair?

A   Mm-hmm.

THE REPORTER:  Is that "Yes"?

10:05:35

THE WITNESS:  Yes.

BY MR. WEIR:

Q   Okay.  Aside from PACECare, there is -- I

have generally referred to this -- and we're

probably going to have another definitional problem,

10:05:50

Page 23

but I've -- I've generally referred to their

10:05:52

services associated with, you know, analytics of health care data or utilization management tools.

Does -- did RTZ provide any of those types of services?

10:06:08

A    The RTZ platform has always had reports geared towards management of the organization built into it.  And if you look at what those comprise, they look at managing how many, like -- I'll give you a longer answer than going through -- but if you

10:06:31

look at how PACE was originally constructed, it was set up as a data-driven service, and PACE has what's called National Data PACE and Run Data PACE 3, I believe, and it has a series of data collection standards and reporting standards that have evolved

10:06:48

over the years.

Our system has always looked at collecting and reporting back those things, and we've had various times where we've had comps coming out of those things to go through.

10:07:00

The first project I worked on after law school was an NIH-funded survey -- maybe it was National Institute of Aging or Health, but it's irrelevant.  It's SBR1 -- that looked at building a common data set across adult-day services and

10:07:17

Page 24

looking at analytics about how those services could

10:07:19

be described or delivered.

And, really, when you look at what RTZ Associates has provided over time, we've always gone through and, like -- LA County has the public

10:07:28

authority. The public authority and data work on that was done by RTZ Associates.

So when we were on the associates mode, we were data first. When we were on the systems side, we became system first, but we never gave up the

10:07:40

data side. It just became second fiddle to the operational side.

Q    And when you say "data side," that -- that's -- that's more the data analysis and -- and utilization management-type services?

10:07:50

A    Correct.

Q    Okay. When did -- when did PACECare launch; do you remember?

A    PACECare launched in the early 2000s, so 200 maybe 3 or so. I mean, I don't remember the

10:08:11

exact year.

Q    And I assume it went through different upgrades and different iter- -- iter- --

A    It started off as a PC-based system, for five minutes, and became a web-based system. It's

10:08:23

Page 25

had -- it's a SaaS-provided product, so it has

10:08:26

regular updates.

Q   And do you have a -- could you give me an estimate of how many PACE programs there are in the country?

10:08:48

A   It's a moving target because there are so many that are going through.  You know, I always think of it about 150, but it's probably closer to 200 today.

Q   Yeah.  And I was thinking it was actually

10:09:02

even more than that, but ...

A   I think you get into a question of counting programs and sites, which can be very different.

Q   And --

10:09:16

A   And you get into state budgets, that are not looking good, so it might be different again.

Q   Also fair enough.

So, again, we're still pre-Collabrios time.

10:09:27

How many PACE programs were using the PACECare system in the -- I guess it was called the 2023 time period?

A   I don't remember the exact number at that point in time, but let's say -- it's going to sound

10:09:41

Page 26

like a big range.  We're adding very quickly --
10:09:46
between 25 and 50 at that point in time.

Q   Okay.  All right.  So now -- we kind of talked about some of the whys and what RTZ is.

So the Collabrios transaction.  So what
10:10:14
happened to RTZ Associates, Inc., the entity, in connection with the Collabrios transaction?

A   If you're talking about the corporate formation and transformation, I will tell you this is why I stopped being a lawyer and stopped
10:10:33
listening and relied on Cooley to figure out that answer.

Q   So as you sit here, you don't know, one way or the other, whether RTZ Associates, Inc., was merged into the entity that's called Collabrios or
10:10:46
whether there was some sort of -- or the deal structure was different?

A   The deal structure was complicated, and I would refer to them in terms of why and how.

Q   Okay.  Does -- do you know if the entity
10:10:59
RTZ Associates, Inc., continues to exist in a stand-alone form?

A   I do not.

Q   So it is my understanding that Collabrios is kind of a combination of three different
10:11:18

Page 27

companies or three different buckets.

10:11:23

First of all, is that -- is my understanding correct?

A    What are the three buckets that you think it is?  And -- and -- I will tell you, I'm not sure

10:11:32

I understand the answer they came up with.  It was something that legal counsel, for strategy and tax planning and other things, that I just wasn't a part of, probably has a better understanding of.

Q    So, for example, there's some part of

10:11:48

Collabrios that -- there was another project -- or another product referred to as PACELogic.

Are you familiar with that product?

A    I'm familiar with that product.

And I think you're referencing the

10:12:03

transaction that had to do with buying the assets from Tabula Rasa, which took place not as part of the same transaction --

Q    Oh, okay.

A    -- where RTZ Associates was bought.  It

10:12:16

took place approximately 30 to 45 days later.

Q    Got it.  I was assuming all of those came together.  So that is --

A    No.

Q    -- not the case.

10:12:26

Page 28

A    And -- and I was informed, rather than 10:12:28 led, when that actually took place.

Q    Okay.

Okay.  So the -- so let's set the Tabula Rasa asset acquisition to the side. 10:12:57

A    Sure.

Q    What do you know about the corporate creation of Collabrios that you can tell me?

A    Just that it was the subject of intense debate between McGuireWoods, who represented HP, and 10:13:14 Cooley, who represented RTZ Associates, and it took a couple steps.  And that's really as far as I understood.

The goal was, obviously, something that legal counsel understood, and both came to some sort 10:13:34 of resolution of what was fair for both parties.

Q    Okay.  So, like, the -- do you know, one way or the other, currently where liabilities associated with RTZ currently reside?

MR. LEE:  I'm going to object to the 10:13:51 extent that it calls for speculation, lacks foundation, and seeks a legal conclusion.

If --

THE WITNESS:  Well --

MR. LEE:  -- you can answer. 10:14:01

Page 29

BY MR. WEIR:

10:14:02

Q    I was asking if you know.

A    I don't really think I have any clear understanding of where exactly it lands in there.

Q    So who are the owners of Collabrios?

10:14:12

A    The owners of Collabrios -- and again, there may be more entities that I'm not aware of -- but AHP has an investment fund.  That investment fund, under some vehicle, I presume, is the primary owner and the decision maker for what Collabrios

10:14:34

does.  That's the extent to which I understand.

I still have equity in the entity, but, unfortunately, nowhere near a majority decision-making part.

Q    Okay.  And was -- AHP, that investment

10:14:52

arm, did that hold equity in RTZ before the Collabrios transaction?

A    The -- if you go prior to October, when we did the transaction -- so if you talk about September, no.

10:15:14

But if you talk about the multiple-step purchases -- I don't know exactly when their ownership kicked in in the multiple-step purchases.

But if you're talking about prior to the series of transactions, no, they had none.

10:15:25

Page 30

Q   Okay.  So prior to the series of

10:15:28

transactions, who owned RTZ?

A   My family.

Q   And then, as part of the Collabrios

transaction, then, your family sold their

10:15:51

controlling interest in RTZ.

And the -- whatever the lawyers came up

with for a structure, I need to talk to them?

A   You do, and I would set aside a lot of

time, because I don't consider myself dumb, and I'm

10:16:03

not sure I understand it, so ...

Q   Fair enough.  Fair enough.  There's a

reason I'm not a transactional lawyer.

MR. LEE:  I agree with that.

BY MR. WEIR:

10:16:24

Q   All right.  So a lot of this is going to

be, kind of, pre- and post-transaction.

A   Sure.

Q   So pre-transaction, how many employees did

RTZ have?

10:16:39

A   Pre-transaction, RTZ had less than 50

employees.  I don't know the exact number we had.

Q   And can you give me, just so I can get a

sense of the size of the organization, you know,

what was the average annual revenue from, call it,

10:17:03

Page 31

2021 to 2024?

10:17:07

A     You're asking a much tougher question than you think.

We -- we grew very quickly during that period of time.  RTZ revenue grew from -- let's call

10:17:16

it high sevens to about 15 over that period of time.

Q     So 7 million to 15 million?

A     Yeah, not -- not quite 15 million, but, like, really, really close.  You know, I like to keep track of, you know, significant digits

10:17:36

changing, and that was one of the goals.  So ...

And, again, it -- it was one of those things that, since we were a SaaS entity, I was really looking more and thinking about annual recurring revenue more than actual revenue.

10:17:49

And we also were a cash, not an accrual, entity, because we started off small, so -- but when you look at where we went out at the end, we were at basically almost a 15-million-dollar run rate, which was almost double where we had been prior to that.

10:18:04

Q     Okay.

A     And, again, I don't remember the exact numbers, but thematically that's right.

Q     You mentioned you still have some equity in Collabrios.

10:18:19

Page 32

I don't need the exact number, but can you

10:18:20

give me a -- just kind of a general estimate of what your -- how much skin in the game you still have?

A    From the family side, because there's trusts and other things -- but I'll just answer on

10:18:34

behalf of the family, in terms of going through -- probably about a third, but that's an estimate because I haven't received all the information on all the dilution of the subsequent transactions.

Q    Okay.  One of the folks that shows up on

10:18:52

some -- a number of emails is somebody by the name of Melanie Martinez.

I assume you know who that is?

A    I do.

Q    What was -- what was her role with RTZ?

10:19:06

A    Melanie's role was a tech support role.  I mean, RTZ was very lax on titles.  So when I look at her day-to-day responsibilities, she worked on helping clients get started with the system, training the different parts of the organization;

10:19:25

and then, as they got up to speed, you know, questions I went through, but she -- she basically coached organizations onto the tool.  Some people would call it a success manager, today, I think.

Q    A success manager?

10:19:46

Page 33

A   I hate the term, but someone has told
10:19:47
me -- you know, one of the things I got was a whole
lot of education about how titles are really
everyone's favorite thing, and just never anything I
got personally excited about, but probably my own
10:19:57
shortcoming.

Q   All right.  That's a new one for me.  I
never heard that one.

A   It's pervasive.

Q   So what -- what are you currently doing?
10:20:09
Are you still working at RTZ?  Do you have any --

A   Sorry.

Q   -- any sort of role?

A   Yeah.  Just for people watching the video,
they're poking a stick at the ceiling.  So I want
10:20:25
that reaction to --

MR. WEIR:  Let's take a -- let's take a
quick break because that's fair.  I don't know
what's going on either.

THE VIDEOGRAPHER:  We're off the record at
10:20:34
10:20 a.m.

(Recess.)

(Record read by the reporter as follows:

"QUESTION:  So what -- what are you

currently doing?  Are you still working at
10:27:15

Page 34

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

RTZ?  Do you have any --")

10:27:15

"ANSWER:  Sorry.

"QUESTION:  -- any sort of role?

"ANSWER:  Yeah.  Just for people watching the video, they're poking a stick at the

10:27:15

ceiling.  So I want that reaction to --")

THE VIDEOGRAPHER:  This marks the beginning of Media No. 2 in the deposition of Michael Zawadski.  The time is 10:27 a.m.  We are on the record.

10:27:47

BY MR. WEIR:

Q    All right, Mr. Zawadski.  Before our break, I asked you about what you're currently doing and whether any of that relates to continued work with Collabrios.

10:27:58

So can you describe --

A    Sure.

Q    -- what your current role is?

A    My current role with Collabrios is that I am on the board.  At the -- towards the end of '25,

10:28:07

I brought the entities together and had, you know, happily handed it off and moved on to just a board role.

I'm also on the board of the National Association of Adult Day Services and looking at

10:28:21

Page 35

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

some -- just getting a little bit obsessed with AI

10:28:25

technology and then managing some real estate I have.

Q   So before the Collabrios transaction, what was your title with RTZ?

10:28:35

A   I think my title was, technically, president.

Q   And did you -- post-transaction, were you -- did you retain that title for at least a period of time?

10:28:49

A   I -- for about a year after the transaction, I was CEO of Collabrios, bringing the entities together and setting up the infrastructure to go forward.

Q   And I take it from your prior answer that

10:29:02

you are no longer the president of Collabrios?

A   I was never president of Collabrios.  I was CEO of Collabrios.

Q   Oh, CEO.  I'm sorry.

A   And so, you know, when I was at RTZ, I was

10:29:11

president, but, again, we weren't great on titles, but ...

Q   Let me ask that again, because I -- I screwed that one up.

So -- so you are -- you are no longer the

10:29:20

Page 36

CEO of Collabrios?

10:29:23

A    Correct.

Q    Do you have any -- any executive function at all, or is it purely just the board --

A    Just the --

10:29:32

Q    -- role?

A    -- board.

Q    And who took your spot as CEO?

A    The CEO is now a gentleman named David.  I don't know his last name, so let's -- can we get --

10:29:46

stricken that from the record?  Because I look really bad, not remembering his last name.

Q    Okay.  Well, I won't tell David, so -- but --

A    Memorable.

10:29:55

Q    All right.  I -- so you said about a year.  So is this a fairly new development?

A    Yeah, last few months.

Q    And what is Collabrios's -- just from a product standpoint, did it continue with PACECare?

10:30:21

Is it the same product with a new name?  What's the status of that?

A    That is a debated topic.  I would describe it as an evolving product.  It's always been a SaaS-based product.  So it's always undergone

10:30:41

Page 37

changes.

10:30:45

In terms of changes of name, PACECare became PACEHero for a moment.  I think it has been subsequently renamed CollabriOS, but I -- I don't quite know what their marketing strategy is on the

10:30:57

name.

Q    Okay.  But there's a period of time where it was referred to as -- the Collabrios EMR platform was referred to as PACEHero?

A    Yes, but it was a lot of conversation

10:31:08

about what to name it as -- and there was a lot of renaming of things going on during that period of time, as we came together as one company.

Q    And how did the PACELogic product fit into the development of PACEHero, if at all?

10:31:27

A    You know, bringing together the teams -- PACELogic's team was brought in.  We had in-person meetings in Berkeley, California.  We had lots of meetings reviewing the individual products, and we tried to get a best-of-breed feature set moving

10:31:56

towards a single platform --

Q    How long --

A    -- which is still underway.

Q    Okay.

So how long -- was there a period of

10:32:08

Page  38

time -- it sounds like the answer is yes, there

10:32:10

was -- where Collabrios was still supporting or selling both the PACECare and PACELogic platforms?

A    That is true.  Even to this day, they're both supported.

10:32:24

Q    Okay.  You're familiar with the CURES Act, I assume, correct?

A    I know what the CURES Act is.

Q    And in particular, the information-blocking portion of the CURES Act, you

10:32:54

have a general understanding of that?

A    I do.

Q    What is that general understanding?

A    The CURES Act looks at certified health records, exchanging information between different

10:33:11

entities.

Q    Would you agree with me that the CURES Act, one of its goals or designs is to encourage the sharing of information among healthcare providers and service providers in the healthcare space?

10:33:43

A    I can't speak directly to the legislative intent of it, but to the extent it talks about certified record exchanges, I -- it's a reasonable inference.

Q    Did RTZ or Collabrios -- did they have,

10:34:07

Page 39

like, a compliance officer that would look at the

10:34:11

CURES Act and figure out whether you're complying
with it or not?

A    We did not have a specific person assigned
to the CURES Act.

10:34:24

Q    Would you agree with me that you're -- if
you are housing records that other service providers
need access to to perform healthcare-related
services, that you can't block that access for any
reason?

10:34:57

MR. LEE:  Objection.  Vague and ambiguous
as to the term --
MR. WEIR:  Yeah.
MR. LEE:  -- "block that access".
BY MR. WEIR:

10:35:02

Q    Do you understand the question?
I'm not sure that was one of my winners.
A    I'm not sure I understand the question
either.
Do you want to --

10:35:10

Q    Yeah.
A    -- take another shot at it?
Q    I thought you might -- I thought -- I
thought you might say that.
I mean, do you have an understanding that,

10:35:19

Page 40

if you're going to limit access for a -- to health

10:35:24

records for a service provider, that there has to

be -- there are certain reasons where -- that are

permitted under the CURES Act, and then there are

certain things that are not permitted?

10:35:39

Is that -- is that fair?

A    I'm not sure.  I'm not much of an expert

on the CURES Act to know.

Q    Okay.  Is there anybody in your

organization that was tasked with trying to figure

10:35:54

that out?

MR. LEE:  I'm sorry.  Which organization?

MR. WEIR:  Either one.

Q    RTZ or Collabrios, that, you know, okay,

where's the -- where's the line on what we can and

10:36:04

can't do, with respect to CURES Act compliance?

A    Our understanding, in review of the CURES

Act, was something we availed of legal counsel for,

and it's discussions with legal counsel that

informed those opinions.

10:36:25

Q    All right.  Well, I -- one of the things

we didn't go over, but there was an objection about

earlier, I -- you should assume that none of my

questions ever are going to ask about the substance

of communications you had with --

10:36:44

Page 41

A    Okay.

10:36:46

Q    -- this guy sitting right here or, frankly, any of your lawyers.

A    Okay.

Q    The -- I -- one of the things I am

10:36:52

entitled to know, though, if -- is kind of, you know, who the legal counsel was, when those took place, but I'm not entitled to the substance.

MR. WEIR:  So -- and since I'm -- you can tell, David, I'm going to ask follow-up questions, I

10:37:08

would have just said:  If you want to add to that, so that we don't trip over any privileges, you know, obviously, please do so.

MR. LEE:  Yeah, the same instruction as before.  To the extent your answer requires you to

10:37:18

summarize or recount discussions that you've had with legal counsel, I'm going to ask that you not provide that testimony.

To the extent that you can do so, above and beyond any discussions that you had had with

10:37:34

legal counsel, then he's entitled to that.

THE WITNESS:  Yeah, I --

BY MR. WEIR:

Q    So let me just add that -- so these will be, in part, a series of yes-or-no questions, and

10:37:44

Page 42

then also, you know, some questions about, kind of,

10:37:47

generally who.

So with respect to CURES Act compliance, who was your legal counsel in that?

A   David Lee.

10:37:58

Q   And when did you first consult with Mr. Lee about that?

A   Probably from the first time it was raised by Intus, as David Lee had represented RTZ for many, many years.  We had an ongoing relationship.

10:38:18

Q   So you associate the -- you associate it with Intus raising the issue?  That was kind of the first time this CURES Act thing popped up?

A   I do.

Q   Did you ever -- you, personally -- form a

10:39:02

view that RTZ could refuse access to PACECare to Intus for any reason at all?

MR. LEE:  Objection.  Vague and ambiguous.

If you understand the question, you can answer.

10:39:31

THE WITNESS:  I don't.

BY MR. WEIR:

Q   Did you ever form a belief or have an understanding that Intus, under the CURES Act, had some sort of right to access information that was

10:39:41

Page 43

housed on PACECare?

10:39:46

A    In discussions with legal counsel, I developed a strategy for how the CURES Act applied to us, and I acted in accordance with that.

Q    Okay.  Was part of -- again, I'm trying to

10:40:03

craft questions that don't -- that are not just going to draw an objection here.

So -- so was -- again, as part of that -- part of your response, did you ever develop a understanding that there was at least -- we can

10:40:29

debate about what that right would be, but there was at least some access right that Intus would have to information that sat on PACECare?

MR. LEE:  I'm going to instruct you not to answer the question, to the extent that you rely

10:40:44

upon -- or that answer relies upon communications that you've had with legal counsel.  If it doesn't, then you can tell him that.

THE WITNESS:  It was all the fruit of our conversations, in terms of going through.

10:40:56

BY MR. WEIR:

Q    All right.  Let's talk about Intus a little bit.

When did you first hear about Intus, become aware of Intus?

10:41:14

Page  44

A    You know, I tried to figure that out a

10:41:16

whole lot.  You know, I look back at this.  But 2021-ish.  I mean, the -- I mean, contextually, just because it seems like a million years ago.  I mean, we had the pandemic, kids on Zoom classes in the

10:41:30

house.  We were doing the system for City and County of San Francisco, doing COVID triage.  And, you know, I was, you know, made aware that, you know, Intus was working on the data thing, but I don't know how much before.

10:41:50

The emails with the senior care partners one, that I'm on, I heard about it, but I feel like I heard about it slightly before then.

Q    I mean, what was your -- when you initially heard about them, what was your

10:42:09

understanding about who they were and what they were doing?

A    I was told they are a couple of really likable kids that are doing something with technology, and since I like technology, I would

10:42:20

like them.

Q    Have you ever met any of the Intus founders?

A    Evan and Robbie, yes.  Alex, I think I was on one Zoom call, but I almost have no recollection

10:42:34

Page 45

about him.

10:42:36

Q    And Evan and Robbie, you met them in person at --

A    Multiple times.

Q    -- PACE --

10:42:47

A    Multiple times.

Q    -- events and stuff?

Initially, did you view them as a competitor to RTZ?

A    I viewed them as a complication to my

10:42:57

life, but I -- I viewed them as aspirational and likable, but having a lot of lack of structure, that was complicated.  But they were bright, likable kids.

Q    And maybe the -- maybe your answer doesn't

10:43:26

change, but I've got to ask you:  Did you view them as competitors for RTZ's products or services?

A    When we first started talking, I think I saw them as not a competitor in the classic sense, but we were occupying the same general space.

10:43:51

And there are so many people who come into these spaces and disappear shortly thereafter, and I was more curious if they were sticking around or passing through.

Q    Was there -- was there a point in time in

10:44:12

Page 46

which you did begin to view them as a competitor for
10:44:16
RTZ's services?

A    There's definitely a point in time when I saw them that way.  The transformation from complication to competitor, I don't know exactly.
10:44:33
It was an evolution.

Q    Can you give me a general time frame in which, in your mind, you started to view them as a competitor?

A    I think when they talked about
10:44:50
co-marketing or working on a system with us to sell to people, I sort of said, "Okay.  Well, we're clearly now in the same space"; whereas, initially, it felt a little more differentiated.

But it's a small enough space that you're
10:45:05
going to be brushing up against each other either way.

Q    Did that concern you?

A    No more than any other competitor does.

Q    Who -- aside from Intus, who would you
10:45:22
list as RTZ/Collabrios's competitors?

A    In the PACE space?

Q    Yes.

A    Obviously Tabula Rasa, which was PACELogic; Peak; Innermark; you know, Epic and
10:45:39

Page 47

Athena, but I think, while they're competitors with
10:45:52
us, they don't know we exist, but technically they
fight for the same scrap of food.

Q    You mentioned Peak.
What is Peak?
10:46:07
A    Peak was a third-party administrator
service that was created, bought by Tabula Rasa, and
subsequently winded down.

Q    So what -- did they -- I assume -- you
described them as a TPA, so I'm assuming they did
10:46:30
typical TPA functions; billing and that type of
stuff?

A    Yep.

Q    What about from a data analytics
standpoint?  Who were your competitors in that space
10:46:41
for that service?

A    You know, data analytics wasn't -- it's
still a sort of segment that I would say is poorly
defined, where you have a lot of individual entities
who do it in-house.  They use things like Power BI
10:47:01
to do them.
There was a group that BoldAge used.
There was -- I mean, there's just -- there's -- a
lot of people do it, in terms of coming through,
because unlike building a system that has a big
10:47:16

Page 48

runway to get started, data analytics, you take the

10:47:19

accumulated set of information, and you're rehashing it. So it -- it's just anybody can do it, in terms of going through.

Q So other than -- I guess, is there any- --

10:47:33

other than Intus, is there anybody that you can identify for me, as you sit here today, that would be a competitor, as you would put it, in the data analytics space, as you just described it?

A I think a lot of the TPA services describe

10:47:51

themselves that way, like Meridian, where they look at utilization management and other things, if I understand their marketing stuff.

There is also -- and I'm blanking on the name of it, but Tabula Rasa has a risk adjustment

10:48:06

service that is really squarely in the analytics space. What they're really -- I think it's called Capstone, if I'm not mistaken, but it's had a couple different names over the years. And I think they really are a data analytics platform, concentrating

10:48:21

on risk adjustment, but their point is to analyze the PACE organization's operations.

Q And then the -- another term we've- -- I've used is "utilization management."

Would you put the folks providing

10:48:37

Page 49

utilization management services also in that data

10:48:41

analytics bucket?

A    They probably -- much like I think "caregiver" is way too glommed in, people who do data analytics probably think these are really

10:48:52

bright-line differentiations, but I think they all contain, really, analysis of more or less the same data points, just slightly different levels of focus.

But that's -- I mean, that's already sort

10:49:04

of stretching my understanding of exactly how they think they differentiate themselves, but they're all about what got used, how it got charged for, what got calculated.

Q    So the -- if I -- if we're using the term

10:49:14

"utilization management," would that increase any -- cause you to increase your list of competitors that you've identified when we were using the data analytics definition?

A    Probably not, but there probably are more.

10:49:30

It's just not an area that I know with a great degree of specificity, in part because all of these things just relate to that core idea that the reason you collect data is operations, but also to understand your program.

10:49:45

Page 50

Veritext Legal Solutions

866-299-5127          calendar-ca@veritext.com          www.veritext.com

And although many people make a lot of hay

10:49:46

about putting a different title on a report and slightly presenting it differently, it really comes down to the same operational decision points.  And a lot of people charge more for the labels on the

10:49:59

reports than the underlying content of them.

Q    So let's just take a couple that you identified.

So Capstone and Meridian and Peak, we'll use -- we can use Peak, too.

10:50:10

A    Yeah.

Q    So what did -- well, I guess I -- would you agree with me that, if you have a PACE program that is on PACECare, and they wanted to use Peak's services, Peak would need some sort of access to

10:50:26

PACECare?

MR. LEE:  Objection.  Lacks foundation.

You can answer, if you understand.

THE WITNESS:  I'm going to -- so Peak would need data from PACECare, but not access to

10:50:49

PACECare.

BY MR. WEIR:

Q    Can you describe for me the distinction you're making there?

A    Sure.

10:51:10

Page 51

There is conceptually two very different

10:51:15

things in the world:  One is experiencing the
product as a user and how it's organized, what's
collected, how it functions, how it flows.  And the
other is discrete, classic data elements that you

10:51:29

need to do a defined job.

And Peak would need discrete, classic data
elements to do a defined job, but they wouldn't need
to be any part of the workflow in the system or see
the interface or be a user of it.

10:51:45

Q    And what -- what are you basing that
understanding on?
A    I don't want to sound flippant, but it's
common sense.
Q    All right.

10:52:01

A    And if you want me to elaborate --
Q    Yeah.
A    -- I can elaborate.
Q    Yeah.  No, it's a -- that was what --
A    David is going to hit me if you don't ask

10:52:12

the question before I give the answer.
Q    Yeah, no.  I would like you to elaborate.
I mean, I just want to -- I want to hear how you
describe it and why -- this distinction that you're
making.

10:52:22

Page 52

A    There's data in a system that follows
10:52:23
prescribed industry norms that don't give up any
proprietary work product but do give information to
a knowledgeable third party to do a discrete task.
That's usually the provenance of an API, in terms of
10:52:46
going through, or a data file that gets created.

Q    So did RTZ, in the '22, '23 time period --
did it have clients that worked with Peak?

A    We did.

Q    And did the information that sat on the
10:53:12
RTZ system -- was that shared with Peak?

A    It was.

Q    And I think you've already previewed this,
but how was that shared?

A    There is a data file that was made
10:53:28
available -- I don't know the exact mechanics of the
last mile, but there was a data file created for
Peak, that Peak had access to, after negotiating
what they needed to get, so they could get efficient
information.  It was an older data file.  It was not
10:53:41
just in '22.  I don't know the year it was first
done.

Q    And what about some of these other
companies that we talked, about like Capstone?
Did -- same deal with Capstone?
10:53:57

Page 53

A    Capstone had an NDA and a prescribed way
10:53:59
of accessing a discrete set of data.

Q    Do you remember what that was?

A    I don't remember a huge amount of detail,
but they had a very narrow ask regarding how they
10:54:17
analyzed a certain subset of data they needed.

Q    And what about Meridian?

A    We had no interactions with Meridian in
part because they did a parallel thing to us.  So if
you used Meridian's system, I think they also sold
10:54:30
you analysis; but if you didn't use their system, I
don't think they were selling you analysis.

Q    Okay.  So as far as -- are there any
other -- as you sit here today, any other third
parties that were providing services to PACE
10:54:45
entities that needed information from the RTZ system
to provide the services that the PACE entity had
hired them to provide?

A    There were a number of requests for
interfaces, especially as you get into the 2020s and
10:55:04
you start going through; and we set up a process to
evaluate those interfaces, because we got so many
requests and it was hard to keep up with them all.
And so there was a methodology where people would
send a request to interfaces, and they would go
10:55:24

Page 54

through, and we'd try to figure out what we could

10:55:26

do.  But they were really, like -- over time, like, an overwhelming number of requests for people who wanted to interface.

Q    All right.  So just -- can you give me

10:55:36

a -- how many are we talking about here?

A    The number who asked, I don't know, because we really tried to figure out how we could get to the most important by basically going in and trying to figure out, you know, what would be a way

10:55:47

of going through and analyzing what was coming through.

But, like, ones that come immediately to mind are, like, Labcorp and Quest, which were interfaces to work on labs.  And since, you know,

10:55:58

labs and prescriptions are sort of the life blood of a -- you know, a PACE organization, in terms of how they need to talk to the world, those were ones that got top billing, in terms of going through.

Q    And -- but Labcorp and Quest, they

10:56:19

would -- they would need -- were they actually adding data to the system?

A    Yes.

Q    So they would actually need some sort of user interface, correct?

10:56:27

Page 55

A      No, they do it all through API.

10:56:29

Q      Anybody else you can think of?

A      Bronson Medical Group.  There was a imaging group, which I don't remember who it was. There were other record systems, like Athena and

10:56:47

Epic.

Q      And who was responsible for processing those requests at RTZ?

A      There was, over time, basically an interfaces group of people who would get them and

10:57:06

work on them, but, I mean, trying to triage and sort them was always a big task.

Q      So how many -- we've talked about NDAs and these agreements that you -- served part of just any NDA.

10:57:26

Do you have a sense, as you're sitting here, how many NDAs RTZ signed related to information access to the PACECare system?

A      More than a handful seems right.  I don't know the exact number.

10:57:40

Q      So I'm interpreting that as kind of more than five, less than ten type thing?

A      I'm not sure of the number, just because they came in on a rolling basis, and some of the entities would work with multiple single entities

10:57:57

Page 56

and some would not.

10:58:00

I mean, the interfaces were, in and of themselves, a very overwhelming number of requests on them.

Q   So the -- I guess what I'm -- so let's

10:58:09

take the Labcorp one.

So what -- what was the solution?  What did you do?

A   Labcorp had a file format that they gave us.  They had basically structured data, that was in

10:58:23

a classic format, that would go out, and we produced that file, and then they produced a return file, rough cut.

So I was not involved in the day-to-day, but -- and that's more or less the same process for

10:58:42

Quest.

Q   And then that return file would get uploaded into the PACECare system so that it would --

A   Comes back as data.

10:58:52

Q   Okay.  As far as the user -- and I think you called it the user -- experience of the user interface -- who would -- did RTZ provide user access to any third parties that were working with PACE programs?

10:59:23

Page 57

A    I believe Capstone got access to notes on 10:59:37 medical appointments.  I don't know of anybody else who got direct access, but I don't know that's the complete universe.

Q    So talk about the user interface and what 11:00:07 the user can see.

So I am assuming that the user is not privy to any of the underlying source code that drives the platform; is that correct?

A    They are not privy to the source code. 11:00:26

Q    There's obviously the user interface of some sort.  So there's a screen that, you know, has various boxes on it that -- I -- so there is that component, correct?

A    If you're describing the user experience 11:00:51 of the system in terms of what a user experiences and sees --

Q    Yeah.

A    -- and how they navigate the system, yes, there is such a thing within the application. 11:00:59

Q    And the -- beyond what a user would see with respect to layout or reports that could be run, what is it about the user -- strike that.

What is it about giving a company like Intus just access to the product as a user that was 11:01:26

Page 58

problematic for RTZ?
11:01:33

A     Everything.

Q     Why is that?

A     Because the task of building a system for a poorly understood entity that's incredibly niche
11:01:42
involves a lot of things that don't fall under classic intellectual property protection that you want to protect contractually because it involves development of workflows, variables, things that relate to an industry and resonate with them, and
11:02:00
it's the most valuable work product you'll create.

The source code is cheap compared to the time putting in the user interface and the selection of variables and workflows.

Q     When you say "the selection of variables
11:02:15
and workflows," what are you talking about?

A     PACE organizations across the country, they have a phrase that:  If you've seen one PACE organization, you've seen one PACE organization. They don't do things the same way.  They don't call
11:02:28
things the same thing.  They don't operate especially efficiently.

The goal of PACECare was always to figure out how you could create a best-of-breed, simplified way that you could create the mundane tasks and run
11:02:40

Page 59

them efficiently.

11:02:44

To do so, you had to create commonality across organizations that was accurate, workflows that were efficient, things that would resonate, different reporting standards, come up with new

11:02:52

variables and new things that would move things along, such as where you put in reports.

That was the work of 20 years, of trying to figure out how to make an organization really function.

11:03:04

Q   So let me make sure I understand.

For each organization that PACECare -- that RTZ was working with and used PACECare, were they all the same across all the platforms or was there a great -- was there a bunch of customization

11:03:22

that was done for each -- each PACE program?

A   Negligible customization, in large part because customization isn't necessarily that friendly, although there is some state variations on reports, there is some settings files where people

11:03:37

can make some adjustments, but the idea was to find uniformity to make a best-of-breed function.

Q   All right.  And -- and so, I guess, what is it that the user is seeing that you -- that you were concerned that somebody like Intus might see?

11:04:11

Page 60

MR. LEE:  Objection.  Asked and answered.

11:04:15

You can answer again.

THE WITNESS:  I mean, really, just everything.  Once you see how someone builds and creates something, you now hyper-speed forward their

11:04:24

development of anything else.  And once you see it, you're not going to unsee it, if you're coming in with a trained eye.

BY MR. WEIR:

Q    But the -- I mean, the product -- every --

11:04:38

every user that you sell this to sees -- sees that interface, right?

A    They see parts of the interface because it's job-specific.

Q    So I'm just trying to get at the -- you

11:04:56

know, where the -- you know, where the sausage making, you know, actually stops and where the, you know, proprietary information that you're describing begins.

So, I mean, what -- you know, there's a --

11:05:13

so there's a layout to the -- to the product, right?

A    Correct.

Q    And what is -- in your view, is there something special about the layout, that if an Intus, for example, saw the layout, that it would

11:05:29

Page 61

just give them this massive leg up in product

11:05:32

development?

A    Yes.

Q    And what is that?  What's -- what's --
what's that specialty?  What is it?

11:05:37

A    It's global.  The entire organizational
principle of the system took years to develop.  The
individual items that are called out and work done
took years to develop.  It's a cumulative set of
knowledge, in terms of how it's set up, that shows

11:05:53

progression from the last 20 years of all the
updates based on accumulated user feedback,
understandings about what people understood and what
they didn't.

It's the basis of why SaaS company stocks,

11:06:06

that don't have proper protections, have now gone in
half in the last year, because they say, "Go create
me a Salesforce," or "Go create me a CrowdStrike,"
or "Go create me an Adobe."

Once you have seen somebody create

11:06:21

something, the source code, the easy and cheap part
to rip off, can be done.  You're just putting it
through a Xerox machine.  It's what you Xerox that
really is special.

Q    And do you think anybody has, as you put

11:06:40

Page 62

it, you know, copied anything about PACECare or used

11:06:43

it to develop any, you know, competing products?

          A     That would be pure speculation on my side.

          Q     So did RTZ, with respect to Intus -- we're

going to get into the NDA discussions in a -- in a

11:07:22

second here and then some -- some of the documents.

               But the line between data access and

system access seems to be important in your mind.

               Do I have that right?

          A     You do.

11:07:41

          Q     And the -- is there a reason why RTZ

didn't just give data access to Intus through -- I

mean, it sounds like there's various forms that that

can take place -- why they didn't just give data

access three, four years ago?

11:08:03

          A     They had it through the expanded export.

          Q     All right.  Describe for me what you think

they had and what this expanded export is.

          A     The expanded export was designed for

organizations to be able to do their own analysis

11:08:21

globally across the vast majority of data within the

PACE application.

          Q     But what -- what is it?  What -- what data

was being exported?

          A     There are hundreds of variables that you

11:08:36

Page 63

can go through, and you have filters to run on top

11:08:38

of it, so it's a very extensive list.

Q    And is that a -- is that a list that, you know, Intus could say, "Look, we need all of these variables," gives you -- gives RTZ the list of

11:08:52

variables, and they do a bulk data export of all those variables?

Is that how it works?

A    They wouldn't even need to come to us. They could give it to the client, and the client

11:09:02

could export it to them.

Q    How would the client go about exporting it?

A    There's instructions, that we distribute to clients, on how to do it.

11:09:09

Q    Well, what would -- what would the output be?

A    It would be a data file.

Q    About how long would it take the client to create the data file and create the export and give

11:09:24

it to Intus?

A    Maybe two, three minutes, because you can save the filters.  So it just has to run the job. It creates a file, send it off.

Q    So it -- it was your understanding that a

11:09:36

Page 64

client, in two or three minutes, could create a data
11:09:39
export that Intus -- that would include all the data
Intus would need to perform its analytic services?

A   The first time you're going to pick off
all these variables.  So the first time is going to
11:09:51
be more than two to three minutes, but subsequent
times, you could go in and say, "Run this file,"
place it on an FTP folder in your organization, and
you'd be done.  And I think you could do that in
less than five minutes, yes.
11:10:03

Q   There was -- at some point in time, Intus
was having their clients -- their mutual clients
with RTZ run an automated script over the system to
create the output file.

Are you familiar with that?
11:10:24

A   I think there was multiple automated
scripts or automated things, so I'm not sure which
one you're referencing.

But the one I'm probably most familiar
with, if you're in the expanded export world, is
11:10:39
they basically took those two to three minutes the
client would have to spend and tried to create a bot
to do it, was my understanding.

Q   Okay.  And RTZ had an issue with that?

A   We did have an issue with that.
11:10:55

Page 65

Q    Why?

11:10:57

A    Because it doesn't follow the regular parameters of a user logging into the system, so it has some security concerns on it.

Q    What are those security concerns?

11:11:05

A    We don't know what else the bot is doing as it goes through.

Q    I'm not sure I follow that.

If you have the script, wouldn't you know exactly what the bot is doing on your system?

11:11:19

A    We didn't have the script.  We just had found out subsequently what it was doing and what it was running.  In fact, I think that's a big part of some of the discovery, is trying to figure out exactly what it's doing.  So we never knew exactly

11:11:31

what it was doing.

Q    So how does the back end of the sys- -- the RTZ or the PACECare system work?

So can you tell -- Community PACE ran these ten reports on this time period, and this is

11:11:49

the information they -- they pulled up.

Is that something that RTZ can tell from its system without actually having to go to Community PACE to get it?

A    I'm going to answer the question very

11:12:04

Page 66

precisely, not so much that I think it's a tricky answer, but I just want to make sure we're aligned in our understanding.

The client has an instance of the tool. Many clients put in -- you know, they -- they're going to use the tools they go through.

Our responsibility is to have security procedures on how that works.  Like, don't give away passwords or use them for different things.

When a client uses the tool, their copy of the system creates an audit log for them that is visible to them.  As the sellers of the system, if they asked us to look at their audit log, we would be able to.  And if we felt there was an emergent security threat, we have permission to.  But we don't maintain their security log at the user level.

And I hope that was helpful, because it just -- it is a very precise answer, but it's important precision to --

Q    No, no.  And sometimes -- you are more familiar with the technical aspects of how the system works than I am.  So sometimes -- sometimes my language may be imprecise, which is -- so the -- but back to, I guess, my -- my question.

If you had a concern that Intus -- at some

Page 67

point in time, you became aware that Intus was

11:13:28

getting access to data on the PACECare system,

correct?

A    At some point in this process, yeah.

Q    And you became aware of that before there

11:13:38

was -- well, there has never been an NDA or anything

signed between RTZ and Intus.

So when -- once you became aware that

Intus was accessing data in the PACECare system, you

would be able to look at those audit logs and figure

11:13:56

out exactly what they're accessing, right?

A    Once we became aware, if they logged in

with credentials that had Intus attached to it, we

could go in looking for Intus transactions.

Q    And did RTZ issue credentials that had

11:14:16

Intus attached to it?

A    I do not believe RTZ ever issued

credentials with Intus attached to it.

Q    And then with respect to the automated

script, once you became aware that they were

11:14:30

accessing data through the automated script, you

could go to the audit logs and figure out what they

were accessing, right?

A    It's more complicated, because if the

automated script used credentials of a real user, it

11:14:40

Page 68

would show that the real user did it, when really

11:14:44

the automated script did it.

Q    Okay.  What about -- you would still be able to track the output in the audit trails, correct?

11:15:11

A    Many -- and most transactions are tracked. So if somebody did an action in the system, we would have some visibility into the action they took.

Q    All right.  So if -- I guess what I'm having trouble with is, if the -- if RTZ is fine

11:15:28

with the client giving Intus data -- the client's data that sits on the system, why does RTZ care whether the client collected that manually or through an automated script?

A    If we knew how the automated script was

11:15:53

used and the parameters for which it was used, our concern may be different, but we didn't know all that.

Q    All right.  But I mean, I -- I guess I'm still -- but what is it about the automated script

11:16:09

that could possibly give rise to a concern about the system layout and IP that we talked about earlier?

A    Well, you're very eloquently asking a precise question that has another way of thinking about it.

11:16:24

Page 69

If you give away your user credentials to
11:16:25
people who aren't you, to log in with them, we don't
know how many times they're using them for other
purposes.

Q    Well -- but that -- I -- so I guess the --
11:16:39
let's -- Intus comes to you and says, "Look, we're
running this automated script.  This is the most
efficient way to get data out of the PACECare system
over to us so that we can perform the services we
need.  Here's the script.  This is what it's going
11:16:59
to pull.  It's going to show up as X, Y, Z user."
What -- how would you respond to that?
What say -- what say RTZ in response to that?

MR. LEE:  Objection.

THE WITNESS:  Yeah.
11:17:17

MR. LEE:  Incomplete hypothetical.  Lacks
foundation.  Calls for speculation.

You can answer.

BY MR. WEIR:

Q    Other- -- otherwise, it was a perfect
11:17:24
question.  Let me -- let me try again.  So --

A    Compound, multiple points of speculation.

Q    So let's --

A    I mean, your question really is:  If Intus
had been more honest, more forthright, and more
11:17:37

Page 70

specific and more cooperative, might we have gotten

11:17:41

somewhere?  Sure.

Q    Well, I'm just trying to figure out what the -- I mean, because at a certain point in time, RTZ is aware that Intus is accessing the system.

11:17:50

They have the ability to figure out what they're accessing.  And we still couldn't get to an NDA.

And so I'm trying to figure out where the disconnect was --

A    Well, you're talking about -- I didn't

11:18:03

mean to talk over you.  Go ahead.

Q    Yeah.  I'm trying to figure out where the disconnect was.  If this was -- if RTZ was always willing to share the data on the PACECare system -- the data that belongs to the clients -- with Intus,

11:18:13

I'm trying to figure out why there was two years of negotiations and no resolution reached, in your mind.

A    I think you need to talk to your client on that one.  Because we were willing to.  And, in

11:18:29

fact, they've always had access to the data.

It -- the question was:  How much of a silver platter and how much on their timeline?

It wasn't about ever giving them the data; it was about them being cooperative and going

11:18:40

Page 71

through a process to work something out.
11:18:43

But they always had access to the data, which is another reason why it wasn't as time-critical, because the client could always produce it for them, out of the expanded export.
11:18:51

That is a two- to three-minute lift to do this, and it was always there.

Q    You've been on emails with joint clients, where they've said, "Look, we can't -- Intus is saying they can't pull this information, and it's a
11:19:13

real problem for us."

I mean, you -- I know you've -- well, strike that.

You've had communications with joint Intus-RTZ clients, where those clients were upset
11:19:24

because the information was not flowing efficiently between RTZ and Intus.

Is that -- do I have that wrong?

A    There are conversations with clients about interfacing with Intus.
11:19:42

Q    And --

A    In those conversations, they do say, "Can you guys get along better?"

Q    And what was -- I mean, how did you respond to that?
11:19:55

Page 72

A    I hired a lawyer to talk to their lawyer
and try to work something out.

Q    Okay.  So I guess the -- let's -- where
did I say we were leaving off at?

MR. LEE:  I think you said 46.

MR. WEIR:  All right.  Forty-six.

MR. LEE:  But I'm not sure if the last
number was 46 or your first number is 46.

MR. WEIR:  All right.  Just so we don't
double up, we'll just go with 47, and if we have a
blank, we have a blank, so ...

MR. LEE:  Thanks.

(Exhibit 47 was marked for
identification by the court reporter.)

MR. WEIR:  Okay.

Q    It looks like -- so this is -- what I've
marked as Exhibit 47, it's an email from Melanie
Martinez -- it looks like you're BCC'd on this --
September 1st of 2022.

Do I have all that right?

A    There is an email September 1st, 2022,
from Melanie to Pinni, BCC'ing me.

Q    Okay.  And it looks like it relates to,
you know, Intus signing an NDA so that they can
have, as Melanie puts it here, "access to the

Page 73

system."

11:22:05

Do you see that in her email?

A   Mm-hmm.

Q   And in this context, what -- what access to the system?  Was that user access, or was that

11:22:14

something else?

A   This seems like it's referencing user access, to me.

Q   And the -- so we talked about this a little bit earlier.

11:22:38

This NDA that's attached, was this, like, a standard form that RTZ was using, that other people had signed, or was this something that was specifically created for the Intus relationship?

A   I don't remember if it is a revised NDA,

11:22:59

but I know the original NDA we started off with -- and they evolve over time through consultation with counsel -- was based on the one that was signed with Tabula Rasa.

Q   Okay.  So there's one between RTZ and

11:23:13

Tabula Rasa somewhere that is going to be similar to the one we have marked as Exhibit 47?

A   It's been four years, but that sounds about right.

Q   Fair enough.

11:23:29

Page 74

All right.  And Ms. Martinez also refers

11:23:33

to:  "Intus needs to sign an NDA like LAVAA."

Do you know what that refers to?

A    That was another entity that Acute Care had hired to work on analytics for them.

11:23:52

Q    And did RTZ give them access to the system, or was it -- was it just a data transfer issue?

A    I think they got access primarily to the data transfer.

11:24:10

They -- they did ask us some follow-up questions on the data, but I think they mainly worked from the data side, if my recollection is correct.

Q    And the attachment here, was it RTZ's

11:24:21

position that this is kind of a take-it-or-leave-it deal?  "This is our NDA.  Sign it, and you can have access; or don't sign it, and you don't get access"?

A    It's not an adhesion contract.  People are welcome to ask questions and work on it, which is

11:24:42

why, if they want to do that, they would need to go through our counsel and their counsel to do it.

Q    And with respect to other instances where NDAs were signed and access was given, do you know if there were negotiated points?

11:24:58

Page 75

A    I know the Tabula Rasa one was one we had meetings with them.  David was on those with me.

Q    And with the Tabula Rasa one, where did you -- where did you ultimately land?  Did they get access to the system, or did they just get access to the data file?

A    They got access to one very specific part of the system that they needed to do their role.

Q    And what -- do you remember what part that was?

A    It's the same thing I referenced earlier regarding notes for medical appointments.

Q    Ah.  Ms. Martinez writes here, too: "Intus is very aware of this requirement as it has been flagged at other sites."

So at -- I guess, at this point in time, were you aware that Intus was working with PACE programs that were also on the PACECare system?

MR. LEE:  Do you mean as of the date of this email?

MR. WEIR:  Yeah, September 1st, '22.

THE WITNESS:  I believe I was.

BY MR. WEIR:

Q    And based on what you knew about Intus, you would have known that they would -- they would

Page 76

need data of some sort to -- to provide the services

11:26:43

that they provide?

A    Correct.

Q    And how did you think they were getting that data, as of September 1st of '22?

11:26:56

A    I would have assumed the client was sending them the expanded export.

Q    Were you aware, in September of '22, that there was an automated script being used?

A    I don't believe I was.

11:27:23

Q    Were you aware that clients were giving Intus -- allowing them to use their log-ins to access data on the system?

A    I think that would have come about the same time as the automated script, so I don't

11:27:37

believe.  But honestly, I don't have a very precise recollection of when that was discovered.

MR. WEIR:  Okay.  Let's do one more exhibit here, and then let's -- we'll take our next break.

11:27:54

(Exhibit 48 was marked for identification by the court reporter.)

BY MR. WEIR:

Q    So go ahead and take a look at what we've marked as Exhibit 48.  It looks like it's an email

11:28:40

Page 77

thread between you and Robbie Felton in the

11:28:51

September '22 time period.

Let me know when you've had a chance to review it.

(Pause.)

11:29:44

A    Okay.

Q    Do you -- do you recall this exchange?

A    I -- more or less, yeah.

Q    And -- here, why don't we do this, so that I -- you don't have -- so we're going to kind of

11:30:17

keep a couple of these things handy here.

A    Sure.

MR. WEIR:  Let's mark this one as 49.

So we've got 48 and 49.

Forty-eight is your response.

11:30:35

Forty-nine is Robbie's email to you, attaching -- attaching, you know, his proposal on the access -- or Intus's proposal on access.

(Exhibit 49 was marked for identification by the court reporter.)

11:31:02

THE WITNESS:  And just for my clarification, the email in 49 and 48, it's the same email; it's just the attachment that's different in 49?

//

Page 78

BY MR. WEIR:

11:31:14

Q   Yeah.  So 48 is actually your response to --

A   Okay.

Q   -- Robbie's email in 49.

11:31:18

A   Okay.

(Pause.)

Q   Let me know when you're ready.  I kind of threw a bunch of stuff at you, so --

A   Sure.

11:32:18

(Pause.)

A   Okay.

Q   All right.  So I guess I'll just ask you a general question on this.

MR. LEE:  I'm sorry.  Which exhibit?

11:33:48

MR. WEIR:  It's kind of both of them.

MR. LEE:  Okay.

BY MR. WEIR:

Q   So I take it from your response, which is in Exhibit 48, that you didn't -- you didn't like

11:33:54

what Robbie had sent you on September 13th of '22. It seems like you were kind of almost offended by it.

A   You know, if I -- if I look back at Robbie's emails, he talks about sending me a couple

11:34:13

Page 79

redlines, and he didn't send me a couple redlines.

11:34:17

He sent me an entirely new agreement.

And then he also just said, "I'll, like, send you out a DocuSign."  So it's kind of like, "Please don't read it.  I'm telling you one thing,

11:34:28

but I'm doing another."

So I thought that process was a little bit offensive.

Q   Okay.  Process aside, what -- what about what he sent was so offensive to you?

11:34:40

A   I think, if I look at the underlying agreement and I go through, it doesn't really address the concerns we had in ours, about protection of the interfaces and other things that are hard to protect.  It creates a very extensive

11:35:04

term and a very tough termination.  And so it basically -- you know, for them wanting to do an interface with us, it basically gets us down to the beginning.

And it seems like the process should have

11:35:23

been, "Here's what we need and why, and we're changing the entire agreement."

But it was sort of like, "Oh, here's a totally different thing.  Maybe you won't look at it.  Just sign it."

11:35:33

Page 80

So it really was the process more than any

11:35:34

individual section of this, but it is also, again, the idea that now we have to undertake an entirely fresh process, rather than tweaking one that existed, that had been acceptable to other parties

11:35:47

up to that point.

Q   Okay.  And it seems like you were so upset by that that you reach out -- I'm assuming you reach out to the guy sitting next to you, Mr. Lee, and have him write a letter to Robbie in response; is

11:36:01

that correct?

A   You know, I don't know, by the time I reached out to David, if I was upset.

I think, all of a sudden, I was really cautious because the information that was coming in,

11:36:12

the words said one thing, the actions said another. And, to me, that's just a big warning to slow down.

Q   Okay.  All right.  Let's take a look at your response in 48.

A   Okay.

11:36:27

Q   So the -- you -- you tell him that his proposal in the document he sent you is -- it's not in any way usable.

Do you see that?

A   Yep.

11:36:45

Page 81

Q    And then you have:  "Given this string of

11:36:46

events, I have attached a letter for clarity."

What was your motivation for attaching this kind of cease-and-desist letter to -- to Robbie at this point in time?

11:37:04

A    It seemed like we were talking past each other and not really understanding what was going on, so I didn't want to continue to talk past each other.

Q    And then it said (as read):  "Hand it off

11:37:12

to the appropriate member of your organization."

So I assume you wanted this to turn into lawyer-to-lawyer discussions?

A    Agreed.

Q    All right.  Let's take a look at the

11:37:22

attached letter.

All right.  Second paragraph here, it says:  "Notwithstanding, we have learned that Intus Care has gained access to RTZ's PACECare product on multiple occasions without RTZ's written approval or

11:37:50

consent."

Do you see that?

You with me?

A    Mm-hmm.

Q    What is it that you had learned about

11:38:01

Page 82

Intus's access as of September 14th of '22?

11:38:03

A    I don't remember exactly what I -- we were referencing in that, but we had learned that they had accessed the system at that point in time --

Q    That --

11:38:20

A    -- through the front end.

Q    The "front end" being through the user interface?

A    Yeah.

Q    I assume, given the way you've stated

11:38:27

that, there's also a back end to it.

A    There is.  I mean, you could go into the data files directly.

Q    And would that have been something that RTZ would have had an issue with, if they went into

11:38:39

the data files directly?

A    It would have been more acceptable. There's some variable things.  The best way to do it would have been working through the structured exported data.

11:38:53

Q    Okay.  But as you sit here today, nothing else you can remember about RTZ or your state of mind as to what Intus -- what access Intus had attained as of September 14th of '22?

A    Not -- I don't know what I was thinking

11:39:19

Page 83

specifically in terms of an action at the time this

11:39:22

letter was written.

Q    Okay.  The -- by this letter, were you -- what did you think the next steps were going to be?  Were there going to be continued discussions about

11:40:01

the manner and type of access that Intus would receive to PACECare, or was this an effort to kind of terminate those discussions?

A    It was an effort to transition those to parties who may be productive at having those

11:40:17

conversations, because the exchange that you just saw between Robbie and I was, "Yeah, your stuff looks pretty good.  We'll get you a couple redlines.  Here's an entirely new agreement."

So I felt like we're clearly not

11:40:30

communicating well on this.  Let's turn it over to somebody who can work it through.

Q    Well -- all right.  So then I guess the -- here, let's do this.

I mean, ultimately, you do get to --

11:40:44

ultimately, you do get to redlines of -- I said that --

How are you -- how are you doing?  Do you need a break or ...?

A    I'm fine taking a break now.  We've been

11:41:00

Page 84

going --

11:41:02

MR. WEIR:  Let's take a break now --

THE WITNESS:  Yeah.

MR. WEIR:  -- because I don't -- I want to stay true to my hour -- I've actually gone over,

11:41:05

so ...

THE WITNESS:  It's all good.

MR. WEIR:  All right.  So let's take a break before we get into the next one.

THE VIDEOGRAPHER:  This marks the end of

11:41:13

Media No. 2 in the deposition of Michael Zawadski. The time is 11:41 a.m.  We are off the record.

(Lunch Recess.)

THE VIDEOGRAPHER:  This marks the beginning of Media No. 3 in the deposition of

12:41:20

Michael Zawadski.  The time is 12:41 p.m.  We are on the record.

BY MR. WEIR:

Q    All right.  When we -- before we took our lunch break, we were talking about the first NDAs

12:41:38

and different access agreements that were bouncing back and forth between the parties.

Before we get into the documents, what -- what was your role in, I guess, negotiating what would be an acceptable NDA or access agreement on

12:41:59

Page 85

behalf of RTZ?

12:42:03

A    I think my goal was to facilitate, between legal counsel and the organization, what was reasonable.  So, I guess, you know, in some ways, I had a role of -- no one else was assigned the task,

12:42:19

so it fell to me.  Yeah.

Q    So, ultimately, you know, kind of where you landed on what would be acceptable to RTZ was going to be your call; is that fair?

A    It was going to -- I was going to be the

12:42:34

decision-maker in consultation with legal counsel.

Q    Okay.  All right.  After -- do you still have -- here, I'm going to give you your basket back.

A    Okay.  I'm just going to take everything

12:42:54

out of the basket.  Then I'll put everything back in the basket.

Q    We'll go with that as a system.

A    Okay.  Okay.

Q    So after your email on September 14th --

12:43:03

So it's -- I'm at Exhibit 48.

A    Okay.

Q    -- did you have any other direct communications with Robbie on this topic of an NDA or an access agreement?

12:43:25

Page 86

A    I spoke to Robbie many times after this.

12:43:28

I mean, I think this topic was always in the mix, but I don't know if there's a formal negotiation specifically on it.

MR. WEIR:  Okay.  All right.  And then

12:43:40

let's go to -- let's mark this one -- where are we at here?  Fifty?

MR. LEE:  Fifty, yeah.

MR. WEIR:  Let's mark this one as 50.

(Exhibit 50 was marked for

12:44:12

identification by the court reporter.)

THE WITNESS:  Thank you.

BY MR. WEIR:

Q    So go ahead and take a look at what I've marked as 50, and I -- preview to my first question

12:44:23

is going to be:  Do you recognize what it is?

A    It looks like a revision to the NDA, although I don't know which timeline or email it's attached to.  But it says "Beacon," so it's still the same client.  It looks like some redlines to it.

12:44:40

Q    Yeah.  So I -- just kind of putting this together, I was -- I think, if you go back to Exhibit 47, that this is -- and I'll represent to you -- and I can show you the email why I think this is the case.

12:45:03

Page 87

A      Okay.

12:45:04

Q      But this is a -- this is Intus's redline of what RTZ sent to Intus on September 1st, as reflected in Exhibit 47.

A      Okay.

12:45:15

Q      Does that seem consistent with what you're looking at?

MR. LEE:  Just -- just for clarity, do you have the date of -- on which Exhibit 50 was actually transmitted?

12:45:28

MR. WEIR:  Yeah, so I think -- we've got to use another --

MR. LEE:  My memory is that it was a little while later.

MR. WEIR:  It was.

12:45:34

So here.  Let's -- for some reason, the way these get -- so let's use this as 51.

(Exhibit 51 was marked for identification by the court reporter.)

MR. WEIR:  I've got a mess going here.

12:45:56

Q      So I don't know that we need to get too deep into Exhibit 51, but just to orient everybody from a timing perspective, I believe that the -- what we marked as 50 was sent to your counsel by Intus's counsel on or about November 17th of '22.

12:46:29

Page 88

A    Okay.

12:46:37

Q    Does this -- does this generally seem consistent with your recollection of the timing of these negotiations on the NDA?

A    You know, I can't say I have a specific --

12:46:50

I mean -- I mean, we're talking, just looking at it now, a few months after the other conversation and covering a lot of ground, and that's always hard to pick up start, pick up, start.

Q    Was it, from your perspective -- it looks

12:47:09

like the discussion started in early September, and we're into November.  So two and a half months-ish have gone by.

From your perspective --

A    Sounds right.

12:47:23

Q    -- do you recall why there was that two-and-a-half-month delay?

A    I don't recall why.

Q    Was --

A    I mean, looking at the note in 51, I think

12:47:38

there's something from Chiulli saying he had hoped to turn it around sooner, but go ahead and have David give him a call.

So I'm not sure what was going through, but I think it's indicative of how many starts and

12:47:59

Page 89

stops there were and how many breaks in this

12:48:01

process.

Q    Yeah.  It looks like, in Exhibit 51, it's -- it is quite a lengthy email thread.  I don't want you to go back and read it all because I don't

12:48:15

think you're on any of --

A    That's the kind of email thread I like.

Q    You're not -- it's between Intus's counsel --

A    Okay.

12:48:26

Q    -- and your counsel.

But I do want to ask you generally:  Were you kept -- were you aware that these were the discussions and the positions that were being taken by Intus's counsel in the October-November time

12:48:35

period?

A    I don't remember getting a lot of interim updates.

Q    Was this -- I imagine -- you were the president of the company, so you probably had a lot

12:49:00

of things going on, but --

A    That was -- would be a common theme.

Q    If you can give me a sense of that, you know, where was -- where was resolving this -- with -- this access issue with Intus kind of on your

12:49:10

Page 90

priority list at the time?

12:49:14

A    I mean, it's kind of like that battle between Northern California and Southern California, that Northern California is really fired up and Southern California is having a good time at the

12:49:22

beach.

I think that RTZ had so much going on and we were growing quick, that we created a way to try to prioritize things.  We went through a process of trying to accommodate, and Intus kept restructuring

12:49:37

the conversation.

And I think, for them, this was a huge deal; and for us, this was one of many interfaces. And so we tried to respond to things in a reasonable way, and I feel like we did.

12:49:57

But I do think it's one of those things that this was in the middle of a whole lot going on.

Q    What else was going on?

A    I mean, we were working through Labcorp, Quest, Bronson interfaces.  We were adding a good

12:50:08

deal of clients.  We were competing for other business.  So, I mean, it was a busy time.

And this was -- you know, if you look at this '22-'23 period, this is when we were going -- undergoing a lot of growth and also trying to return

12:50:24

Page 91

from the pandemic.

12:50:26

Q   All right.  Let's take a look at 50.

Do you know if RTZ ever provided a response to this, as far as a markup of what Intus was providing to RTZ?

12:50:50

A   I don't recall either way.

Q   If -- if that happened, you would have -- you would expect that it would have been through communications from Mr. Lee to Alex Chiulli?

A   I -- I would be guessing, but that's a

12:51:14

reasonable guess.

Q   I'm just trying to figure out -- I mean, I had -- because I think I have those communications --

A   Okay.

12:51:22

Q   -- if there was another pipeline where --

A   I don't recall another pipeline, but --

Q   Okay.  Because I -- I mean, you probably knew this because of the question, but I have not -- I have not seen a response from RTZ to this markup

12:51:32

of the NDA.

Is that -- is that inconsistent with your recollection?

A   It's not inconsistent with my recollection; although, I don't know it's true, it's

12:51:44

Page 92

not inconsistent with my recollection.

12:51:47

Q   Was there -- was there any particular -- as you sit here today, can you think of any particular reason why there wasn't a response to the markup?

12:52:02

A   I would think just a matter of timing, and also the evolution of the asks and what was going on.  I mean, this wasn't -- I mean, this wasn't the only thing on the plate.  There was a lot on the plate.

12:52:18

Q   Okay.  Well, let's look at some of the -- if we could, look at some of the --

A   Yeah.

Q   -- changes.

I mean, it didn't get signed, so I assume

12:52:30

that, because of that, this was not acceptable to RTZ.

I'll just ask a big question and then ask follow-ups.

But why wasn't -- what's wrong with this?

12:52:41

Why wasn't this acceptable to RTZ?

A   I think when you look at the acceptability of it, I mean, obviously those are going to hinge on conversations and advice of counsel.

Q   Well, I mean, I guess let's -- let's test

12:52:57

Page 93

that a little bit.

12:53:05

I mean, the -- was the overarching concern yours -- your overarching concern still you wanted to make sure you had some protections of the IP in the interface?  Is that fair?

12:53:19

A    Not looking at the document, but knowing where my concerns lie, it was always the position I had that they had a route to the data, they continued to have a route to the data, and I didn't want to expose all of our work product that's hard

12:53:34

to protect and become the teacher of somebody of how to do something.  You know, that's not our role. That's not a fair ask.

Q    Okay.

A    And this all happened, coincidentally,

12:53:45

with running into Intus at conferences and having side conversations, and the vast majority of them very pleasant.  And not quite understanding, you know, where they started traveling other ideas that might come up.

12:53:58

So it's kind of like, "When are we getting to a final?"

And there was this sort of, we go down one road, we get closer, and then we start a new road.

And so it's like, you have so many things

12:54:08

Page 94

on your plate, you're like:  Is this the final-final
12:54:09
that I really respond to, or do I wait for the asks
to evolve?

Q    What do you recall -- you mentioned some
communications and the ask evolving.
12:54:17
What do you recall about that?  What
communications?

A    You know, if you look at this time period,
November of '22, I think we ran into each other.  I
think that's the year of the Seattle PACE
12:54:27
conference, where we talked there.

This is kind of like you're on, you know,
a circuit, where, you know, when we come into the
PACE world, which was approximately half of my
world, they were one of the topics that was talked
12:54:44
about, and they would come up.

And it was unclear where they were
ultimately going, so I wanted to talk to David and
say, "When are we at something final that's going to
be enduring, and when is the ask going to change
12:54:55
again?"

And so there really was this idea:  Is
this the final-final and we dig in, or do we wait
for more evolution of the ask?

And, indeed, they eventually then switched
12:55:06

Page 95

to try to buy us, in terms of going through.  So the

12:55:07

ask did change again.

Q    Okay.  When was that?

A    When did they try to buy us?

Q    Yeah.

12:55:17

A    That was '23.

It wasn't completely out of the blue.
They, you know, started conversations about
collaboration and partnership in different
directions.

12:55:27

You know, I think, for context, you have
Robbie and Evan, who are young, energetic, and have
one focus going on a hundred miles an hour.  And you
have RTZ, which has a whole lot of clients, a whole
lot of deliverables.  And it's hard to focus that

12:55:49

time to go into it.  And there really was a desire
to figure out how to get closure.

And I really did, you know -- I mean, this
came up in Evan's deposition, too.  I mean, I think
the really ironic part was there was an interest in

12:56:02

getting something done.  We just could never do it
because the ask kept evolving from our side.

And I think their business model and what
they wanted to produce kept evolving, too.  They
were in constant motion of who they were, what they

12:56:13

Page 96

were, and what they were doing, which made it harder
12:56:15
and harder to figure out how to make a relationship
more structured than just getting the data file they
were already getting.

Q    When you say "getting the data file they
12:56:23
were already getting," getting it from who?

A    The client could produce the expanded
export, or I guess they also had a script, at some
point in time, there.

Q    So -- but you do recall that RTZ informed
12:56:33
the clients that were on PACECare that the use of
the automated -- that they believed the use of the
automated script violated RTZ's contracts with RTZ
clients, right?

A    I think -- right, and I think it does.
12:56:49
But that doesn't mean the client couldn't produce
the file for them, and take the two to three minutes
to do it.

Q    We talked about this a little bit earlier.

A    Yeah.
12:56:58
Q    How -- how does the automated script
violate, in your view, the contract that RTZ had
with its clients?

A    The contract for RTZ Associates provides
that every user of the system gets a login that they
12:57:10

Page 97

must personally use.  The bot is not a person, and

12:57:13

it's logging into the system to do a task.

Q    But the -- as you sit here today, the
output that the bot created -- did you have any --
any issues with that output going to Intus?

12:57:33

A    I'm not entirely sure what it produced,
but if it produced the exact same file a person
could create, because we would allow the person to
create it, I wouldn't have had problems with the
output.

12:57:47

Q    When did you find out about the automated
script?

A    I don't know precisely.  The emails are
probably a better guide.

And no one told me directly.  You find

12:58:00

these things out in pieces and rumors, and then
things get verified.

Q    So let's just look at some of the changes
on Exhibit 50.

A    Okay.

12:58:13

Q    So the -- I guess -- let's just kind of
walk through them.

So there are some changes in -- there are
some definitional changes in the beginning paragraph
2, looks like it's the first set of substantive

12:58:32

Page 98

changes.

12:58:37

What -- what's wrong with these?

(Pause.)

A    You wanted me to read section 2?

Q    Yeah, I was just going to kind of go

12:59:25

through it section by section.  I mean, there's only three sections, it looks like, that have changes to it, so ...

A    I think section 2, we would need to define "specific purpose."  So if the specific purpose was

12:59:35

to run the expanded export, then that -- this probably could be made acceptable.  If the specific purpose is to go in and, you know, use different parts of the system to gather general information -- so specific purpose is vague.

12:59:50

Q    Well -- but the -- the language describing that the access -- what the access was for, that's RTZ's language, right?

A    I don't know whose language it is, but it should be more clear what that purpose is, as you go

13:00:14

through.

Q    Okay.  And then -- so then the -- there's some changes to the sentence regarding Intus no longer needing access because they're not providing services to the customer anymore.

13:00:36

Page 99

Do you see that?

13:00:38

A    What line are you on?  I'm sorry.

Q    I'm sorry.  It's right after Purpose.

A    Okay.

Q    The definition of "purpose."

13:00:45

A    "In the event" -- okay.

Q    So this changes -- it just says:  If Intus no longer needs access anymore, RTZ -- it actually gives RTZ an additional right that they can revoke access after Intus doesn't need it anymore.

13:01:05

I would imagine there was no issue with that, right?

A    That specific change is sort of an overstatement, but, no, there's nothing wrong with saying:  If they no longer are working with that

13:01:16

person, they don't need to have access.

Q    And then the last sentence here looks like it went from RTZ can terminate or restrict access at any time, for any reason, without prior notice, to providing a -- if there's a breach in the agreement,

13:01:39

then there's a cure period.

Do you see that?

A    I do.

Q    Do you have an issue with that?

A    I mean, material breach is a lot higher

13:01:48

Page 100

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

than a breach.  And remains uncured for ten days, so

13:01:50

I would nitpick both of those.

Q    I'm sorry.  You would what?

A    I said I would probably nitpick "remains uncured for ten days" and "material breach," to just

13:02:00

"a breach."

Q    The -- was RTZ's -- so I guess the concept that termination would be triggered upon a breach was not something that offended you, I guess?

Is that a fair statement?

13:02:22

A    I don't think it's offensive to terminate an agreement on a breach.  I think material breach is a high bar, but, anyways, it's not a crazy statement.

Q    Well, what -- I guess, just in -- what do

13:02:37

you -- give me a for-instance of if Intus does what, RTZ would want the ability to -- to terminate the NDA access agreement.

A    I mean, do you want me to list off possible things that --

13:03:00

Q    Sure.  I mean, that -- or things that you think they did or ...

A    I mean, in terms of going through, one, you know, creating copies of the system, going through, using the system for any purpose, other

13:03:18

Page 101

than just gleaning the data out of it; that --

13:03:20

that -- you could probably state that a number of different ways, but it's the feeling that kept coming over time, of this fishing expedition and learning from the system, rather than having a

13:03:34

discrete data ask they needed from it, that kept trying to come back and get more definitional in a way.

Q    Well, if it was just -- if it was just a data transfer, would they even need an NDA?

13:03:45

A    Well, if it was just a data transfer, they need an NDA?  It depends on how they were obtaining the data.  If the client was sending them the data, no.

Q    So if the client runs an automated script

13:04:13

and then sends them the results of that data output, that would be fine and could happen without an NDA?

MR. LEE:  Objection.  Mischaracterizes the witness's testimony.

You can answer, if you understand.

13:04:28

THE WITNESS:  Can you repeat the question, please?

BY MR. WEIR:

Q    So if the client runs an automated script that produces a data output and then gives that to

13:04:34

Page 102

Intus, that would be fine without an NDA?

13:04:37

MR. LEE:  Same objection.

You can answer.

THE WITNESS:  I -- I think the client running the automated script may have an objection

13:04:54

in terms of are they creating their own bot to use the system, which I would still have the same user question of that's not a real-person user.

The idea of the client obtaining their own data to use the data for what they need as a purpose

13:05:09

would not require an NDA.

BY MR. WEIR:

Q    Okay.  So the --

MR. LEE:  I guess I'm not a hundred percent sure what the -- what your --

13:05:23

THE WITNESS:  Well, we're trying to find out how many angels can dance on the head of a pin, depending on which side door they go in.

BY MR. WEIR:

Q    No, that's true.  Yeah.  Look, this is

13:05:34

the -- you went to law school.  You know how this works.

A    I'm not -- I -- I said that earlier.  And I also said I don't practice, so ...

Q    Look, the -- so if -- I'm just trying

13:05:44

Page 103

to -- so if the client creates the automated script, 13:05:46 runs it, and then gives the output to Intus, they can do that without an NDA?

A    The client creating a bot to run against the -- the system, I would have an objection to. 13:06:02

The provision of the data to Intus would still be their data.

Q    Okay.  So your -- your issue is --

A    There's two separate issues:  One is, who gets to see what?  The other is, can you falsify 13:06:24 users to make access agent-based rather than person-based.  And agent-based users have a different footprint, have different security concerns.

It will be -- it will terrorize all our 13:06:35 lives for the next years, with all the AI companies, when you start thinking of agent-based users.  So this was the camel under the -- camel's nose under the tent, and now we will hear this everywhere, because it's not well understood now, but it will be 13:06:48 very soon, what that means.

Q    As you sit here today, are you aware of any evidence that the proprietary interface or anything about the proprietary interface was being captured by the automated script that was being run 13:07:02

Page 104

on Intus's behalf?

13:07:05

A    I'm not aware of a specific transgression based on the automated script --

Q    Are you --

A    -- in terms of capturing what's going on,

13:07:16

other than the data.  I'm not -- not sure there was or there wasn't.

Q    Are you aware -- aside from the automated script, are you aware of any evidence that any manner of access that Intus engaged in led to the

13:07:30

capture of RTZ's intellectual property and was used in a way that was wrong or untoward?

A    I don't mean this to be flippant, so I'll say, like, have I been told they wandered around the system and learned from it, in terms of going

13:07:53

through.  People have suggested that to me.

I think that -- I don't know what they did with that.  I've never seen -- I mean, I've never seen their analytics product, and I've never seen their EMR product, so I don't know what they

13:08:09

specifically produced.

But I am -- have been told that they have accessed the system for more than the purposes of looking at this.

And I know my life.  Developing a system

13:08:19

Page 105

866-299-5127          calendar-ca@veritext.com          www.veritext.com

would have been a whole hell of a lot easier had I
13:08:24
got to go through someone's system and see how they
spent the last 20 years organizing something.

Q    So who -- who told you that, that they had
gone through the system and rooted around and looked
13:08:34
at things beyond just the data pull?

A    Well, I believe, as we go back in time,
when we looked at some of the user account access
stuff, that there was some access by them in the
system at Senior Care Partners and at Beacon.
13:08:52

Q    And because of the audit trails, can you
tell what they did and didn't access?

A    I don't know what those were, but you
could look that up in the audit trail if the records
are -- I mean, it's now been many years, so we'd
13:09:08
have to see where the records are, but that would be
in the audit trail, where they went, to the extent
they accessed a module.  It doesn't show what saves
are or some of the reports, but it does show
navigation generally.
13:09:22

Q    And did you, at any point in time,
actually do that and look and see what --

A    I asked members of our team to ask if they
had gone places in the system, but we -- I don't --
didn't ask for a report to be specifically compiled
13:09:34

Page 106

on it.

13:09:37

Q   So the -- so -- well, what would that look like?  So if I wanted to go back and look at the audit trails, what --

A   So --

13:09:48

Q   -- what do I look at?

A   The audit trails, in terms of going through the system, you go to a section of the system, you look at a user, you look at a time period, and it will show you saves, it will show you

13:09:56

many navigational steps.  It looks like a long series of transactions.

Q   So the -- if you know that it's -- the user is titled "Intus access" --

A   Right.

13:10:14

Q   -- is the name of the user, you could go, and you could pull the audit trails in the system for everything that Intus accessed, that user --

A   That user --

Q   -- went in, identified, touched --

13:10:25

A   Yep.

Q   -- saw?

A   Yep.

Q   Okay.  And did you have your folks pull those audit trails for the Intus users you

13:10:34

Page 107

identified to see what Intus had actually done on
13:10:37
the system?

A    I asked somebody, when we were going
through this process, "Have they been in a copy?"
And someone said, "Yes, you know, in terms
13:10:46
of going through, I think they did set up an account
for them at" -- I think -- I think it was for Robbie
at Beacon, although I'm not a hundred percent sure.
And they did wander around the whole system.
I didn't go through and ask them to run
13:10:59
and prepare a whole report for me.  I probably
should have, but I didn't.

Q    And is it -- do you still have -- could we
do that now?

A    Depending on how long they had backed up
13:11:09
the audit trails -- because the audit trails get
large -- it's possible that you could still do it
now.
It's also -- the audit trails have a
slightly different timing than system data.  And not
13:11:19
being day to day at Collabrios anymore, I don't know
how they adjusted those times.

Q    What about back at RTZ?

A    In the RTZ days, I think we kept it for,
like, three years or something like that.
13:11:31

Page 108

The audit trails end up being larger than

13:11:34

the system data because it's everywhere you go.  So

you have to make these choices.

Q    But it would have been -- you would have

had -- so, like, September of 2022 --

13:11:45

A    When we looked at it in this context, it

was available for them to look at.

Q    Okay.

A    Yeah.

Q    All right.  So that would have been post

13:11:53

September of '22?

A    Yeah.

Q    And do you know if anything was done to

preserve the audit trails to figure out whether --

where they had gone and what they did --

13:12:08

A    I don't know --

Q    -- and what was --

A    -- specifically what was saved.

Q    Back to our -- back to our document.

A    That's good.

13:12:27

Q    So the next one -- I think we're in

section 3 here, paragraph 3.  It looks like we're

just refining the definition of "confidential

information."

A    Sure.

13:12:39

Page 109

Q    Any -- any issues with -- with this
13:12:44
addition -- or these changes in paragraph 3?

A    I think -- I mean, I recall having some
concerns, and still would.  I mean, protecting some
of the things that don't fall under classic
13:13:08
intellectual property protections and then talking
about public domain and what would count as public
domain, I think this is confusing to me, how we
effectuate the end we want to.

And I think the law does a very bad job of
13:13:21
protecting look-feel workflow functions.  And I
think this is probably one of the most complicated
sections of this to get right.

Q    So were you trying to extend what would
be -- through contract, what would be, you know,
13:13:36
kind of normal IP protections?

A    No.  I was trying to create, through
contract, privacy for the unique work product that
we've produced.

Yeah, I look at Salesforce, and I remember
13:13:59
a very specific client who just showed Salesforce
the whole system.  They go, "Great.  We can copy it
now."

And they said, "Well, since there was
nothing saying we couldn't copy it, we did."
13:14:09

Page 110

Q    All right.  So other than -- I guess I'm

13:14:24

not entirely sure I follow your answer, but the --
just go through these things.

I mean, I -- some of these things, you
know, I think are probably bootstrapping and fairly

13:14:37

common.

So I would assume you wouldn't have had an
issue with confidential information not being
information that's in the public domain, right?

A    I think, genuinely, this is -- I mean, my

13:14:52

time that I've spent with David on different things
has generally looked at protecting things that are
hard to protect, because that's so much of where we
spend our time.

I'm not an intellectual property attorney

13:15:05

or an attorney of any kind.  And trying to figure
out how to craft this really is complicated, and I
don't know if public domain -- what it really
includes.

Is it anything you've ever trained

13:15:16

somebody on?  Is it only something that has been
published on the Internet?

I mean, these are all of the things I
would rely on counsel for.

Q    Okay.  Let's go to 6.  It looks like the

13:15:24

Page 111

last substantive changes.

13:15:32

A    You -- are you -- 4.6?  Is that what you're referencing?

Q    Well, it looks like, for some reason, the redline changed the numbering or something.  I don't

13:15:49

know.  So it's -- yeah, the 4 is struck out, and it's the term.  Let's just do it that way.

A    Fair enough.

Q    So anything jump out at you about these changes that were unacceptable to you?

13:16:06

A    I mean, it's essentially a five-year agreement, which is a long agreement.  But, I mean, it's probably not the heart of the matter.  It really is in that other section.

Q    Okay.  Were there certain rights to

13:16:39

terminate that RTZ was looking to maintain?

A    I think if there was malfeasance, we wanted to be able to end it.  I don't think it was more complicated than that.  I think if you come back to this agreement, it really is about purpose

13:17:02

and scope and confidentiality and what's confidential, where the heartburn was.

Q    Okay. All right.  All right.  What -- are we at 51?

A    Does this relate to these again, or can I

13:18:59

Page 112

put these in the basket?

13:19:02

MR. WEIR:  I think you can put those in the basket.

THE WITNESS:  Do you want me to reorder them before I put them in the basket?

13:19:10

THE REPORTER:  No, that's fine.

(Exhibit 52 was marked for identification by the court reporter.)

MR. WEIR:  Sorry.  I have created a colossal mess here.  Fifty-two.  Thank you.

13:19:24

Q    All right.  Go ahead and take a look at what we've marked as 52.

A    Sure.

(Pause.)

Q    You through it?

13:20:38

A    Yep.

Q    All right.  So just a couple of questions about this.

It looks like an email thread from September of 2024.  And so it relates to an NDA

13:20:47

regarding Secure Transportation.

Do you know what Secure Transportation is?

A    I do.

Q    What is it?

A    Secure Transportation is an entity that

13:20:58

Page 113

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

operates within PACE programs, basically essentially

13:21:01

owns their vehicles and runs their transportation department, acting as that organization.  So they're kind of like staff plus equipment, only they sometimes use the PACE site staff, and they

13:21:16

sometimes use the PACE site's equipment, to make it even more confusing.  But they're basically trying to create a sub-entity for transportation within the PACE program, with the idea that outsourcing it becomes more efficient.

13:21:29

Q    Okay.  And because they're driving the participants in the program, they're driving them around, they need access to the system?

A    They do, yeah.  I mean, that's correct.

I thought you were going to ask me why it

13:21:40

was more efficient, which I'm not sure it is.  It may be way out of scope, but you'll get a great answer.

Q    Yeah, there's a lot of things about health care that people think are more efficient, and they

13:21:51

change their minds.

A    They're not.

Q    All right.  So the top email, September 13th of '24, from Melanie Martinez, she's talking about there's different NDAs for different

13:22:07

Page 114

types of access.

13:22:11

A    It's a complicated email.

Q    Yeah.  So I guess subpart 2:  "We have slightly different NDAs for different types of access (e.g. a TRHC" --

13:22:19

I assume is Tabula Rasa, right?

A    Yeah.

Q    -- is slightly different than, you know, one that isn't for that.

A    Right.

13:22:30

Q    So how many different forms of NDAs was RTZ using?

A    At this point in time, I don't know how many slightly different drafts.

This is -- November 13th of 2024 was sort

13:22:41

of -- from this point, until we actually closed, we were about to close every single week, and all I was really working on was closing.

So in some ways, this email, which is a little bit complicated to read, I think reflects the

13:22:58

fact that they basically were trying to create some NDAs for different people, which is good.

And, you know, if you do have a sole proprietor accessing it, or someone for a different purpose, you are going to tailor them, but I think

13:23:14

Page 115

they were all from the same common base, that they

13:23:17

were just adding in the purpose that they were doing each of them.

Q    Okay.  And then 3 here, in her email, says:  "There are some entities (such as Intus)

13:23:28

where signing an NDA is not appropriate at this point in time and access is being handled through different means."

Do you see that?

A    I do.

13:23:38

Q    Do you know why, at this point in time, that it was not appropriate to sign an NDA with Intus?

A    I think because no one had ever agreed on a format for it, so ...

13:23:49

Q    And --

A    I mean, this was, again, post-NDA discussions, post Intus going through and making an acquisition attempt on RTZ, and not reinvigorating new discussions after that point in time.

13:24:10

So they were basically, you know, frozen, and they were working on their data file, which was giving them what they needed.

Q    So the access is being handled through different means.  What --

13:24:22

Page 116

A    The dat- -- the data extract file.

13:24:23

Q    And that would -- that would be the file that --

A    I think it's called expanded export, was the term of art that PACECare called it.  Whether

13:24:31

it's been renamed or not, I'm not sure.

Q    And that is the -- I think you've described that a few times today.

So that would be the file that the client would have to extract and then send it to -- send it

13:24:42

to Intus?

A    Yeah.

Q    Did any of -- did any of your clients or RTZ's clients, that also had Intus, ever tell you that the expanded export and having them do it was

13:25:01

inconvenient and didn't work?

A    I mean, I have no idea if they complained about that specifically, but clients complained about everything constantly.  I mean, it was -- I mean, the reality is they felt there were too many

13:25:15

clicks in the system to navigate.  They didn't like how quickly it refreshed from Quest.  They wanted to go through the CareKinesis export.  I mean, we had conversations with Capstone.

Creating and supporting any integration is

13:25:29

Page 117

a lot, a lot of work.

13:25:31

Q    But setting those issues aside, though, any -- any specific recollection of clients coming to you and saying, "You know, this -- the -- this idea that we can run these reports ourselves and

13:25:43

send this export is -- just doesn't work, and it's creating all sorts of problems"?

A    I -- I'm sure -- I mean, there -- there was sort of this cadence of every Intus client that they would sign up would call us up and go, "Oh,

13:26:02

send data to Intus."

And we'd go, "Oh, did they tell you that we're having trouble setting up parameters for it, but there's the expanded export?"

And they would say, "No, no one ever told

13:26:14

us that.  They just told us to contact you for access."

And we'd go, "Well, they really should have told you this thing, in terms of going through."

13:26:22

And then they'd go, "Oh, well, that's kind of annoying."

So there was this very disingenuous Kabuki theater about the whole thing.

Q    So the -- how many PACE clients do you

13:26:36

Page 118

recall having the conversation you just described

13:26:40

with?

A    With me?

Q    Yeah.

A    I mean, one to three.  I don't remember

13:26:46

specifically.

MR. WEIR:  All right.  Let's go -- we're at 53?

THE REPORTER:  Correct.

THE WITNESS:  Are we done with 52?

13:27:12

MR. WEIR:  Yeah, you can throw that in the basket for now.

THE WITNESS:  Sounds good.

(Exhibit 53 was marked for identification by the court reporter.)

13:27:18

BY MR. WEIR:

Q    Have you had a chance to look at this one?

A    Yep.

Q    All right.  So I think you had mentioned them before, too.

13:28:24

So Senior Care Partners was one that, I guess, even before seeing this, you recalled having some communications about?

A    I know Senior Care Partners very well.

Q    Why -- why do they stand out in

13:28:36

Page 119

particular?

13:28:38

A    I mean, Sally, who ran the organization for a number of years, like, would always take me out for drinks.  Qiana, who runs it now, I would always have a meal with at conferences.  They're

13:28:48

probably one of the clients we became super overly comfortable with.  In fact, Dr. Schreiner, who used to work at the organization, was a part-time employee when I was there, and has now come on to collaborate with us as a full-time employee.

13:29:02

They essentially became like an intermingled group of folks that we talked to.  So, like, I mean, they were, like, the number one call on everybody's call list, because they got the newest version of the application and had an endless

13:29:11

number of opinions on everything, but mostly for the better.

I mean, I genuinely -- you know, whether it's Alex, Sally, or Qiana, I like all of those people quite a bit, in terms of going through -- and

13:29:24

Dr. Schreiner, too, for that matter.

Q    All right.  The -- I mean, maybe this is just my mis-recollection about this, but Alex Lueth, did -- did she actually -- did she work for RTZ for a while?

13:29:47

Page 120

A    She did.

13:29:48

Q    And was it --

A    I think she was technically a consultant, but, like, full-time consultant.

Q    Was it before or after this email; do you

13:29:54

know?

A    After.

Q    After.  Okay.  How long was she with RTZ?

A    Now you're asking me tough questions.
Like, 14-ish months.  I don't know.

13:30:01

Q    Okay.  So you're -- your note at the top says:  "IMO" --
Which I assume means "in my opinion"?

A    Yep.

Q    -- "it's an incredibly dishonest note."

13:30:15

A    Mm-hmm.

Q    Then you ask to talk to her?

A    Yeah.

Q    So let's go back to Robbie's note.

A    Yep.

13:30:25

Q    And why -- why do you think this was dishonest?

A    Because I think this is exactly the same time we were trying to have conversations about the NDA.  Nothing was a surprise, and it acts like

13:30:39

Page 121

somehow this was something that happened in the dead

13:30:44

of night, without much warning, understanding, or anything else, rather than a process that was started and stopped multiple times over.

I think to add more context here, Laura

13:30:55

Ferrara used to be the CEO of Senior Care Partners. I believe she was fired by them at one point in time. I don't know that that's true, but she was -- you know, this is the most incestuous group of people you could ever find.

13:31:11

Q    So I guess let's just go through what he says here (as read):

"We want to alert you to a temporary downtime of the Intus -- Intus Care Data Pipeline. We apologize for any inconvenience this may cause.

13:31:22

"On Tuesday, September 14th, 2022, RTZ Systems directed Intus Care to cease accessing RTZ's PACECare product unless and until RTZ provides its additional written consent."

Do you see that?

13:31:43

A    Mm-hmm.

Q    I mean, that's -- that's true, isn't it, that RTZ directed Intus to no longer access the system for purposes of pulling data or for any purpose, frankly, right?

13:31:53

Page 122

A    I think that paragraph is accurate.

13:31:57

Q    So the -- I guess, what -- what was Intus supposed to do, in your mind --

A    I --

Q    -- after it got the letter from your

13:32:08

lawyer telling them to stop accessing the system?

A    Respond before mid November.

Q    Well, I mean, there's a whole -- there's a whole series -- there's, like, a 40-page email thread back and forth.

13:32:28

A    I would refer that to David, in terms of going through.

And -- and they also were talking about us affirmatively stopping something that we didn't really even understand was going on at the time.

13:32:36

So, I mean, this -- this is written from the perspective of someone who is shocked by a unilateral unannounced action, but that's really not what's going on.  We had many conversations, and we couldn't work something out.

13:32:49

Q    Do you know if you talked to Alex on or about September 18th --

A    I talked to Alex endlessly.  I mean, I just -- she's somebody I'd got to know through the process, and we had countless conversations.

13:33:29

Page 123

Q    What do you remember about those

13:33:32

conversations?

A    This one?  I basically just said the same thing.  I said, "Look, we've been trying to work something out with them, and it's just going

13:33:39

nowhere.  We're going 'round and 'round."

And then I think she probably was really mad about the Bronson interface.  I mean, it was -- you know, Alex had a dynamic to-do list, that I made her re-prioritize every week, because every week the

13:33:52

priorities were different, in terms of what she wanted.  Which isn't unusual, in terms of going through.

And Senior Care Partners was a great partner in terms of prioritizing what they wanted as

13:34:00

they went through different pieces of the implementation.

Q    Do you know if Senior Care Partners terminated their relationship with Intus as a result of the access issue?

13:34:11

A    I don't think that was their motivation or reasoning behind it, but you should ask them.

Q    But you know that it did -- that the relationship did terminate?

A    I am aware they did terminate it.

13:34:27

Page 124

MR. WEIR:  We're about at an hour mark.

Do you want to take a break before I get to another document?

THE WITNESS:  No.  Let's keep going.

MR. WEIR:  Do you want to keep going?

THE WITNESS:  Let's get you on a flight home earlier than later.  Unless you're here tomorrow, in which case, then we can slow it down.

I'm sorry.  Did you -- do you want a break?  I don't like listening to me for this long anyways, so it's okay if you want a break.

Are we done with document 53?

MR. WEIR:  For now, yeah.  We may go back to it, but ...

All right.  Let's go -- where are we at?

Fifty-four.

(Exhibit 54 was marked for identification by the court reporter.)

BY MR. WEIR:

Q    Go ahead and flip through it.  Let me know when you've had a chance to review.

(Pause.)

A    For the purpose of your questions, do I need to read the pricing attachment, too, Attachment A, or is it --

Page 125

Q    Well, it is --

13:37:36

A    I can keep going.  That's fine.

Q    Well, it's the standard terms and conditions.  I didn't think it was a pricing attachment, but maybe I'm --

13:37:47

A    I think Attachment A is standard terms and conditions.  I'll keep reading.

Q    Yeah.

(Pause.)

A    Okay.

13:39:41

Q    So this -- this is a amendment, it looks like to me, to an existing agreement with -- with Beacon/PACE.

Do I have that right?

A    I think so.  I mean, Beacon was in sort of

13:39:55

a complicated space, where they were switching to be BoldAge and they were adding a lot of locations, so they were sort of at a crossroads of how they were growing.  So I think this was looking at some of their new sites, was some of the auspices of what

13:40:13

this was going towards.

Q    So the --

A    The Heartland PACE is what makes me think that when I read it.  And I think Beacon Ventures -- I don't know if that's still the name or it's

13:40:26

Page 126

BoldAge, but I think they operate under BoldAge.

13:40:30

Q    So the Attachment A was -- these were new terms and conditions that RTZ wanted Beacon to agree to in July of '23, correct?

A    Yeah.  I mean, it just -- they had had a

13:40:58

really old agreement, so we tried to bring them up to current paper.

Q    All right.  So if you go to Bates label at the bottom RTZ -818.

A    What page?

13:41:23

Q    It says "Ownership."

A    Okay.  I've got it.

Q    That section.

A    Yep.

Q    All right.  So do you know if, prior to

13:41:32

the amendment in '23, if this same ownership language existed in the agreement with Beacon?

A    I don't know specifically if this passage existed because I don't know how old their contract paper was, but the concept of ownership is in most

13:41:55

of the paper going back.

Q    Okay.  What about the -- what about specifically calling out certain software vendors?

I guess, according to this, it says (as read):  "Competing with or seeking to compete with

13:42:21

Page 127

RTZ, including but not limited to Tabula Rasa, Intus

13:42:23

Care, Epic Systems, and Salesforce as well as their affiliates or agents."

When did that language specific to IntusCare get added to the RTZ contracts?

13:42:40

A    Probably '22 or '23.  I don't know when it got added.  But, I mean, that's a list of everybody who we've ended up working on or conceptually would end up interfacing with, so we tried to call them out.

13:42:56

But it's not adding a restriction; it's just trying to make it easier for the reader, 'cause they're still falling under the third-party rule, regardless of whether they're listed.

Q    Okay.  So according to this (as read):

13:43:06

"The client agrees that it will not seek to reverse engineer PACECare or provide" -- subpart (c) says: "Forms/documents/reports/extracts produced by PACECare to any internal software development team or third party" -- and then "specifically" -- and it

13:43:24

goes on to list "Intus Care," right?

A    It does.

Q    So doesn't the language in the contracts that you're adding in 2023 specifically prohibit sending reports and extracts produced by PACECare,

13:43:47

Page 128

which I'm assuming would be this extract file that

13:43:51

we talked about, that the client would be prohibited from providing that to Intus, under this language, no?

A    Well, the next paragraph starts (as read):

13:44:04

"Client agrees not to provide RT -- provide RTZ with any electronic files containing other stuff," so, like, going in.

But if you go to the previous section, under their stuff, they had worked out specifically

13:44:14

this broader extract of data that they had use of and were using, and they were the ones that -- I think they gave this to both Intus and LAVAA Systems, which is this large data link that they have access to, that falls outside of that.

13:44:34

Q    Okay.  So -- but, I guess, let's focus back on my question in this section.

So we have a specific prohibition in the RTZ contracts with its clients that bars the client from sending reports and extracts produced by

13:45:01

PACECare to Intus, right?

A    If you read those two sections, they appear a little bit to be in conflict with each other, because we're trying to get to the idea that the data warehouse would be something clients would

13:45:24

Page 129

share, rather than system reports.

13:45:27

Q    Okay.  What -- you referred to a different section.

A    The data analytics and warehouse component.

13:45:34

Q    Where is -- where is that?

A    It's on the front page.

Because BoldAge had talked about how they were getting larger, how they wanted direct access to their data and more control over it.

13:45:41

So we said, "Great.  We have this new thing where we're making data more available.  You get a copy of the full data set, so you don't need to use system reports anymore."

And they provided it to that LAVAA Systems

13:45:51

that we gave it to, and whatever else they wanted to do with it.  And so they would have the data warehouse component, which would be their way of interfacing with the world, which was everything in the system rather than a subset of the system.

13:46:03

So we were trying to differentiate between what became system reports versus what became just their pool of data that they had control over.  That was the goal of that.

Q    Okay.  Did RTZ threaten to terminate any

13:46:17

Page 130

contracts with any of its clients that were also

13:46:37

using Intus because the client was sending reports

and information produced by PACECare to Intus?

        A    I don't think we did, no.

                MR. WEIR:  Let's do the next in order

13:47:23

    here.

                (Exhibit 55 was marked for

                identification by the court reporter.)

                MR. WEIR:  Are we at 54?

                THE WITNESS:  Five.

13:47:43

                THE REPORTER:  Five.

                MR. WEIR:  Oops.  Did I give you one I

    wrote on?  I probably did.  Is there a mark on that

    one?

                MR. LEE:  Oh, I don't know.  I haven't

13:47:55

    looked at it.  Not that I see.

                MR. WEIR:  Maybe I'm just hallucinating

    because it's 5,000 degrees in here.  I thought I

    wrote on it, and I didn't.

                MR. LEE:  It was a mirage.

13:48:18

                MR. WEIR:  Or maybe it's this one

    (indicating).

        Q    All right.  Let's -- let's get through

    this document --

        A    Sure.

13:48:25

Page 131

Q     -- and then we'll -- we'll take a little

13:48:26

bit of a break, and we can all cool off for five

minutes --

A     Find a cool conference room.

Q     -- and come back to the sauna.

13:48:35

All right.  Have you had a chance to look

at what we've marked as Exhibit 55?

A     A very cursory look, in terms of going

through, but I can read it in depth or you can

direct me.

13:48:55

Q     Well, I mean, I guess, in general, this

is -- this is a PACECare agreement with High Desert

PACE, right?

A     Yes.

Q     And I am assuming that since the contracts

13:49:05

I have seen all look generally similar, that all

these contracts start with kind of a base form; is

that right?

A     Well, they're sure supposed to, to make

life easier for diligence, but I can tell you they

13:49:19

didn't always get there.

Q     Fair enough.

But this is not -- this form of contract

here, that we're looking at, is not something that

you're unfamiliar with?

13:49:30

Page 132

A    Many sections look familiar.

13:49:31

How good people got at assembling them was a point of frustration for me.

Q    Fair enough.

All right.  So -- all right.  So -- and if

13:49:42

you go to RTZ -850 -- it looks like it's page 4 of 20 of the document -- no, no, no.  Sorry.

A    Okay.

Q    You have the right -- it's still Exhibit 55.

13:49:58

A    Okay.  Sorry.

Q    It's just the Bates numbers at the bottom --

A    Okay.

Q    -- right are the --

13:50:01

A    Okay.

Q    So it looks like we have the same -- this same language, about not sharing forms, documents, reports with IntusCare, as we saw in the amendment with Beacon; is that -- is that correct?

13:50:20

A    A quick read, it looks very similar, yes.

Q    All right.  And this one doesn't appear to have any sort of reference to data analytics or warehousing.

A    It doesn't, but it came afterwards, so it

13:50:39

Page 133

should have, because this one is from August and the
13:50:42
other one was from June or July, I thought.

Q    Yeah, correct.

So is there any way that a PACE client of
RTZ's could run a report -- well, how would they
13:51:43
extract the data without running the report that we
were talking about earlier?

MR. LEE:  I would just like to clarify one
thing, and that is that the language in section 7.1
of Exhibit 55 doesn't actually mention extracts,
13:52:02
like it does in the prior exhibit that we just
looked at.

So I just -- I want to make certain that
everybody is on the same page.

MR. WEIR:  Okay.
13:52:18

Q    I guess just -- last question to close it
out.

So why, in 2022, 2023, were you adding
language to your contracts prohibiting reports
and -- at least one had extracts; one doesn't -- why
13:52:41
were you adding that language prohibiting your
clients from giving those materials to Intus?

A    Well, I think we were trying to go through
and move towards a uniform process of doing it, and
we were calling out what was system versus data, is
13:53:07

Page 134

what we were trying to do.

13:53:12

Q   Okay.  But where does it -- where does it say that in section 7.2, the drawing a distinction between --

A   Well, it says (as read):  "CLIENT owns all

13:53:31

data that it enters into PACECare.  RTZ shall not acquire any rights or any such CLIENT data or information."

So the client owns that piece.  Therefore, they would have free dominion over it.

13:53:42

And so we're trying to differentiate structure that we're creating versus the data that they own.  But we could have been better with the wording on it.

MR. WEIR:  Okay.  All right.  Let's --

13:53:55

THE WITNESS:  Go somewhere cooler?

MR. WEIR:  -- take -- take a break.

THE VIDEOGRAPHER:  This marks the end of Media No. 3 in the deposition of Michael Zawadski.  The time is 1:53 p.m.  We are off the record.

13:54:08

(Recess.)

THE VIDEOGRAPHER:  This marks the beginning of Media No. 4 in the deposition of Michael Zawadski.  The time is 2:12 p.m.  We are on the record.

14:12:15

Page 135

(Exhibit 56 was marked for

14:12:16

identification by the court reporter.)

MR. WEIR:  What number is this?

THE REPORTER:  Fifty-six.

MR. WEIR:  Fifty-six.  Thanks.

14:12:50

Q   All right.  Mr. Zawadski, we've marked an email thread from September of '22 as Exhibit 56.

Take a look at it, and let me know when -- when you're ready.

A   Good to go.

14:13:06

Q   Good to go.

THE REPORTER:  Could you put on your microphone, please?

MR. WEIR:  Sorry about that.  Better?

THE REPORTER:  Thank you.

14:13:15

BY MR. WEIR:

Q   So let me do that again so we got it.

So we've marked, as Exhibit 56, an email thread from September of '22, which involves you, and it relates to Neighborhood Healthcare; is that

14:13:28

correct?

A   Correct.

Q   All right.  So who is -- who is Neighborhood Healthcare?

A   Neighborhood Healthcare is -- I don't know

14:13:38

Page 136

if it's the trade name or not, but it is a health

14:13:40

care organization in Southern California,

specifically, I believe, in Riverside County.

Q    And is that -- it is a PACE program, I

assume?

14:13:50

A    It is.

Q    And I assume you know who Jeffrey Glenn

is, correct?

A    I do.

Q    And what -- what is your relationship with

14:14:18

Mr. Glenn?

A    He was a client.

Q    All right.  So he -- let's just start at

the back of the thread here.

So he -- it looks like he's reaching out

14:14:42

to you on September 26 of '22 about there being an

impasse with Intus.

Do you see that?

A    I do.

Q    It seems like there's -- at least in his

14:14:56

mind, did you take this that he had some urgency in

the request?

At least that's how I read it.  Would you

agree with me?

A    I -- Jeff had many urgent matters.  This

14:15:05

Page 137

was in his group of urgent matters.

14:15:07

Q    Fair enough.

A    I've never gotten anything from a doctor that doesn't say, "This involves patient health and safety."

14:15:15

And I'm like, "The birthday list?  Exactly how?"

Q    So the -- all right.  So, then, you respond on the 27th (as read):

"This with our legal team.  I can't

14:15:23

comment.  I asked Intus to set-up a call with their Lawyer and ours quite a bit ago and they did not take that opportunity.

"Take" -- "Take care."

Was that your understanding of where

14:15:38

things stood in late September --

A    It was.

Q    -- that there was no outreach?

A    Well, I don't know if there was no outreach, but I think we were at an impasse, in

14:15:44

terms of going through, that it was David and Chiulli at that point.

Q    All right.  Then --

A    But, I mean, I -- you know, trying to remember exactly where, but it was part of the

14:15:59

Page 138

merry-go-round of NDA conversations.

14:16:02

Q    Okay.  The -- it says -- next one up says (as read):  "Michael, On a call right now with CMS," pressing on quality scorecards.  He's threatening to escalate to legal counsel.

14:16:18

The -- again, did the -- was anything in his response and the apparent urgency -- did that -- did that give you any concerns about the relationship with Neighborhood Healthcare or the issues they were --

14:16:45

A    I mean, there was the same level of urgency with their Labcorp interface.  There was the same level of urgency with their Capstone stuff, when they were setting things up, if I remember correctly, that we had a weekend call to get

14:16:58

something set up with -- I believe it was Sarah, on the Capstone side.

So, I mean, Jeff was starting a program that didn't have a lot of background in PACE.  He didn't have a lot of background in PACE.  He was a

14:17:11

good guy, but he had been in a different world.  And he was very concerned and wanted help from all angles.  He had -- extra visits to his site.  Good guy.  Concerned about everything.

And I think it would have been good if

14:17:25

Page 139

they involved their legal counsel and David and
14:17:27
Chiulli, because we needed an answer to go forward.
And it's really hard to have a conversation through
a client.  It's better that everybody get on board
and have that conversation.
14:17:36

Q    And do you know if RTZ ever heard from
Neighborhood's legal counsel?

A    I don't believe we ever did.

Q    Do you know how this issue with -- was
resolved with Neighborhood?
14:17:49

A    I don't specifically know how it was
resolved.

Q    All right.  So then you respond to his
email about getting -- him getting legal counsel
involved, and you say:  "Your" -- you say (as read):
14:18:10
"Jeff, Your argument is with Intus not RTZ.  We
offered them an N- -- NDA that gave them access."
Has (as read):  "Care" -- "CareKinesis and TRHC
signed an NDA without issue, As have other
organizations."
14:18:27

Do you see that?

A    Yeah.

Q    Now, what is -- what is CareKinesis?

A    CareKinesis is an e-prescribing platform.
I think its actual current name is EireneRx.
14:18:39

Page 140

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

Although, if you stick around in this industry long

14:18:42

enough, every single change names [sic] three times, just to make it straightforward.

Q    So CareKinesis would have been a -- not really a competitor of RTZ?

14:18:57

A    They are and they aren't, because CareKinesis was ultimately part of Tabula Rasa, which sold PACELogic, so they were technically a competitor.

Q    Well, they were -- it sounds like they

14:19:15

were attached to a competitor.

A    Well, they're one organization with different departments, and their methodology was to sell any service and then try to get every other service.  So it was -- they were pretty much a

14:19:29

competitor in the truest sense.

Q    Okay.  So when you write, "CareKinesis and TRHC signed an NDA without issue," it was for the services that CareKinesis would have offered --

A    I think they also went with Capstone, and

14:19:42

they may -- and so I think they went with Capstone and CareKinesis.  I'm not positive they went with Capstone, but I, for some reason, think they did.

Q    Okay.  In response to this, did -- did you -- did you do anything to follow up, what's the

14:20:09

Page 141

status, can we move this along, we've got clients
14:20:12
who seem very concerned about -- about this --
        A    Well --
        Q    -- anything of that ilk?
        A    I mean, the process was with David and
14:20:22
Chiulli, at that point, to try to go forward with
it.
            And it looks like, from the documents you
provided me today, that we got something back in mid
November on it.
14:20:34
        Q    Well -- but I guess my question is a
little bit different.
            Did you --
        A    Okay.
        Q    Did you -- did you care about the concerns
14:20:40
being raised by Mr. Glenn?
        A    I mean, I think I cared too much about all
these clients and their concerns.  And I mean that
genuinely.
            I mean, they are trying to balance
14:20:53
multiple entities that they have obligations for,
and they're trying to do about 50 different things.
So there's always just this aspect of triaging.  And
you have these -- I mean, the whole concept of PACE
and, by extension, PACECare, is burdened by the fact
14:21:07

Page 142

that you have 200-person health plans that

14:21:10

approximate what Kaiser does.  They provide direct services.  They buy services from the outside world. They run a day center.  They run a clinic.  And yet they have almost no staff and a small footprint.

14:21:21

So PACE is always about one catastrophic item to the next.  I mean, it is why some of them are trying to get bigger and doing a good job of it, but it is really a challenge for the model, especially as it gets more regulated.

14:21:36

Q    The -- all right.  Do you remember talking to --

Is it Mr. Glenn or Dr. Glenn?

A    Mr. Glenn.

Q    Mr. Glenn.

14:21:49

Do you remember -- do you remember talking to him around this time, saying, you know, "Hey, let me follow up on this.  Let me see where we're at. Let me see if I can push this along," anything to that effect?

14:21:59

A    He was calling me with some regularity on different things with their setup, so I had multiple conversations with him.  I don't think this was the highlight of any of these conversations.  Maybe one of them, but, I mean, we talked on a whole bunch of

14:22:10

Page 143

topics a whole bunch of times.

14:22:13

Q    Would he send you emails on those other topics?

A    He probably would.  Definitely on the Labcorp issue.  That was one we went back and forth

14:22:19

on.

And then also, when I was doing an AI project, I remember talking to some of his other staff, like, six months ago.  So, I mean, there was different things that would come up.

14:22:36

Q    But I assume, on this, you didn't reach out to Robbie and say, "Hey, you know, look, we've got a joint client here.  It looks like they have some pretty big issues.  You know, let's move this along, and we've got to get this figured out"?

14:22:47

A    No, because it went to counsel at that point in time.

Q    Did you view it, as of this -- well, you wrote this here.  So your argument is with Intus, not RTZ.

14:22:56

So you viewed this as the ball was in Intus's court?

A    I did.

Q    I mean, did -- did you care, one way -- did you really care, one way or the other, whether

14:23:11

Page 144

this got resolved with Intus?

14:23:14

A    I would have loved it to have gotten resolved.

Q    So after -- so in September, when it went over to counsel, did you personally do anything that

14:23:44

would facilitate a resolution of the NDA issue?

A    Besides talking to David and trying to figure out what to do, no.  David was the point of contact at that point it went to counsel.

Q    From a financial perspective, let's just

14:24:15

focus on Neighborhood --

A    Sure.

Q    -- Healthcare.

Whether or not there was an NDA between RTZ and Intus regarding access, does that -- does

14:24:28

that impact RTZ's bottomline at all?

A    I mean, anytime you set up an interface with something, there are some costs associated with it.

But, honestly, the process costs of not

14:24:43

being able to resolve this were more annoying than probably the costs of getting it right, as we are here, four years later, still having this conversation.

Q    As far as -- as far as costs go, so the --

14:24:58

Page 145

was there a period of time -- let me ask it

14:25:07

differently.

A    Okay.

Q    I -- it seems to me that there was a
period of time that Intus was accessing PACECare and

14:25:12

getting data from PACECare and that RTZ was unaware
of that.

A    That's -- that sounds right.

Q    So did -- was there any -- did this access
that Intus, you know, had, that RTZ was unaware

14:25:34

of -- did it have any impact on RTZ?

A    Yeah.  I mean, any user is going to put
strain on the system as you go through.  And, you
know, you do have this thing about -- I mean, you
can see this from any system -- running that

14:25:51

expanded extract does take a chunk of going through,
because it accesses all the data files.  Not
necessarily bad to use capacity, but those usages of
either bots crawling systems, which we're not
talking about here, because we don't know they did

14:26:07

it and they may not have done it -- but the act of
going in and acting as a user to run that report,
that's a fairly intensive activity.  And you do get
charged from Amazon, based on, you know, some usage
parameters.

14:26:20

Page 146

Q    That RTZ gets charged --

14:26:22

A    Yeah.

Q    -- that?

A    Yeah.

Q    So I thought you mentioned earlier that

14:26:26

the expanded extract would be a two- or three-minute
process?

A    It is.  It's just -- it's an intense -- I
mean, if you -- if you look at how -- what it does,
it opens the majority of data files in the systems

14:26:36

to create extract for the user.  Which is why, when
people run it -- and through various generations of
this report, we've tried to make it more and more
efficient to run, because it basically has to run
through the entire system, gathering up the -- you

14:26:50

know, the latest parts of everything going in.

Q    So how does it -- like, if -- so if I'm a
user --

A    Yeah.

Q    -- and I want to run that, like, how

14:26:57

many -- how many clicks is it?  I mean, is it --

A    The second time you run it, it's like, you
go in, you say, "Here's the filter I saved.  Run
that filter," you're done.

         The first time you do it, you have a

14:27:07

Page 147

series of pick-the-date parameter you want.  You
14:27:09
have pick-the-areas you want.  You have pick, you
know, the choices you go through.  So you have a
menu of choices you're going through.

After you pick from that menu of choices,
14:27:18
you say, "Save this as a filter," or "Save this as a
report" -- I forget the nomenclature of it -- and
then you save it.

And the second time you come back, you
just go to the filter and say, "Run report X," you
14:27:28
know, in terms of going through, and it produces it
for you, and the system does the work.

The system has to go through and run it
each time.

Q    So how does the date-picking aspect of it
14:27:37
work?  Does it -- can I just pick a start date and
have it go through present, or do you have to pick a
date window each time?

A    I don't know if there is a date window
that goes to present or you pick the current date
14:27:48
and the most recent one.  It depends how you've set
up the filter, probably, but honestly, like -- it's
like when you run your credit card statements, as
you go through.

Q    So the -- I guess before you were aware
14:28:05

Page 148

that Intus was accessing the system or having these
14:28:08
automated scripts pull data, did you notice any sort
of, like, system strain or delay issues or --

A    We did have some sort of bursts and speed
issues, but even to this day, I don't know if that
14:28:29
was Intus running the reports or the clients running
them for their own -- creating their own data
warehouse to go through and do stuff.

But, I mean, you would see people during
reporting periods, "All of a sudden, it's very slow
14:28:43
this morning."

And we're like, "Yeah.  Well, you ran this
report that grabs every data table at once."

Q    So I suppose, based on your answer, the
slowness could have absolutely nothing to do with
14:29:05
Intus or running reports or running the --

A    It's probably the expanded export that is
to blame, but it doesn't mean Intus was running the
expanded export, in fairness to them, because they
weren't the only ones using that report.
14:29:16

But we do know that that report
specifically, when we did reviews, came up as a big
pig in the pipeline going through.

Q    So how long would it take the system to
generate the report?
14:29:35

Page 149

A    Generally about two to three minutes.

14:29:36

What could be a challenge for any section of the system or any system is, when people don't get it back in a minute and click on it five times. Although anybody who ran it regularly wouldn't do

14:29:46

that. So you really generally saw it in two to three minutes go through, so --

Q    All right. So the --

A    I mean, you can screw up anything if you try hard enough, but really -- so the -- yeah, like,

14:29:57

you click it -- and you even -- and the way we set it up, too, so the user wouldn't be inconvenienced, is you eventually ended up with the ability to set it up and just have it run in background, so you could come back and click it later, because we

14:30:10

didn't want them to have to wait around for it. So -- and we wrote special instructions how to do it. So we tried to make it easier and easier to do over time.

Q    Okay. Do you know who Community PACE is?

14:30:23

A    I believe Community PACE is a program in the State of Michigan. I don't know where in the State of Michigan, but there's a lot of PACE programs that contain the word "community," so I could be mistaken.

14:30:52

Page 150

Q     Were you aware that they received a
14:30:59
cease-and-desist letter about providing access to
Intus?
A     I am aware that they got a letter.
Q     Was that something that you directed?
14:31:11
A     That was something in consultation with
counsel that was decided to be sent.
Q     The -- any particular -- any particular
reason why it was sent to them?
A     I think there was a whole narrative around
14:31:35
access that was very strange with Community PACE,
specifically where Intus purported to be part of
Tabula Rasa and covered by their NDA, and,
therefore, they should be given access without an
NDA.  And it just sounded really strange, and we
14:31:55
wanted to sort of get more information on that.
Q     Was that the -- is that the only reason
you recollect?
A     I mean, that's odd, in terms of going
through, so it just raised questions about what they
14:32:13
were trying to do.
Q     When you -- let's shift gears a little bit
here.
In the acquisition of Tabula Rasa, the
PACELogic product, were you aware, in the course of
14:32:40

Page 151

acquiring those assets, that there was a access

14:32:46

agreement between Intus and Tabula Rasa?

     A    Complicated answer.

         I've asked for a copy of this agreement. People have referenced things.  I've never seen a

14:32:59

document specifically to that effect, but I remember having several conversations trying to clarify the fact that there was some understanding that there was access.

         MR. WEIR:  Well, today is your day.

14:33:18

         THE WITNESS:  That's good.

         MR. WEIR:  At least I can be helpful on one thing.

         THE WITNESS:  I told you this was a Valentine's box that people were going to drop

14:33:28

things in.

         (Exhibit 57 was marked for

         identification by the court reporter.)

         THE WITNESS:  Lots of reading.

BY MR. WEIR:

14:33:51

     Q    So this is 57, right?

     A    Yeah.

         David, are you familiar with this document?

         MR. LEE:  Has this been produced?

14:33:58

Page 152

THE WITNESS:  I feel like we've asked for

14:33:59

it a whole bunch of times.

MR. WEIR:  I believe it has, although I don't see Bates numbers on it.  So I'm not sure why we don't have a Bates one.  I did ask my team to

14:34:07

make sure it was produced, so -- and I'm -- there may be actually more than one agreement on this, but ...

Q    So I take it that you've never seen this before?

14:34:30

A    I have not, although I've heard rumors of it.  No, I mean, it is a document that I've asked to see several times during the acquisition and subsequently from David during this process.

Q    Now, just so I understand the dynamics --

14:35:08

A    Sure.

Q    So in -- this was signed in -- this was signed in '22 -- it looks like August-September of '22.

A    Okay.

14:35:18

Q    So the -- it's about the same time as the discussions -- that Intus is in discussions or at least starting discussions with RTZ on an access arrangement.

A    Yeah.

14:35:32

Page 153

Q    And the -- I'm sure there's different
14:35:33
functionality, but at its core, does the PACECare
product and the PACELogic product -- at least as in
2022, do they have overlapping -- largely
overlapping functionality?
14:35:55
A    I'm going to give you another complicated
answer.  You're going to love me for this, but
again --
PACELogic is set up as a coordinator of
other systems, specifically Greenway for medical
14:36:06
information.  And PACELogic, which was doing some of
the PACE-specific functions and it contained no
financial section -- PACECare did all of those
within one architecture.  So collectively, it did
the functions -- if you bought Peak as a third-party
14:36:26
administrator, you used PACELogic to do your PACE
stuff and then you used Greenway to do the EMR, and
they were sort of daisy-chained together, which was
one of the big challenges with it.
But that's -- so with that ground, they
14:36:41
covered similar stuff, but finance was outsourced
rather than part of the underlying model.
Q    Okay.  And so the -- I guess when
Collabrios acquired the Tabula Rasa assets related
to PACELogic, I guess, if I'm -- this -- this did
14:37:06

Page 154

not come up in the due diligence?

14:37:11

A    It was discussed, requested, and never provided.

Q    Okay.

A    I don't know why it's such a complicated

14:37:29

document to get ahold of, but if you look at it, it talks about Intus is being deployed and will pay TRHC $10,000 per month.  I know specifically when I asked about where those payments were or were they happening, I was told they never happened, it never

14:37:46

happened.

And so I said, "I thought there was a data agreement and you were paying for it."

And they said, "Don't worry about it. That doesn't really -- that's something that didn't

14:37:55

really come to fruition."

So it was Schrödinger's cat.  I mean, it existed and it didn't exist, and then it didn't come over as part of that packet.

Q    So your understanding is the -- this was

14:38:07

not a contract that was acquired by Collabrios?

A    My understanding was that this was essentially a stillborn contract, where the $10,000 was never actually paid, and it never really got effectuated.

14:38:19

Page 155

And again, my understanding was based on

14:38:25

the fact that no one wanted to produce this document for me, so it was kind of like talking around in circles on things.  So understanding the structure, I was brought in by AHP to be part of the

14:38:34

conversation around PACELogic, but AHP technically acquired the Tabula Rasa assets, not me as the Collabrios lead, but they brought them in and then merged them in.  So I was present but not the person directing those pieces.

14:38:50

So I don't know if they received documents other than I did.  I know that I never, you know, sort of got chapter and verse on this, because I wanted to understand were we still getting this revenue and what was the obligation under it.

14:39:02

I know, perhaps complicating it -- I think Cal Knowlton left shortly after this was signed. Cal Norton was the founder of Tabula Rasa, but Tabula Rasa was part of a take-private that deposed Cal, for lack of a better term.  So I don't know if

14:39:20

this was, like, the last thing he did or something they all ignored or what, but it was very confusing.

Q    So if you look at Confidential Information --

A    Uh-huh.

14:39:39

Page 156

Q    Now, I would assume that you would agree
14:39:39
with me that the folks -- the makers of PACELogic
would have the similar IP concerns that you
expressed earlier, with respect to interface and
whatnot.
14:39:54
        Would that be a fair statement?  Would you
agree with me on that?
    A    I think we saw --
        MR. LEE:  Objection.
        THE WITNESS:  -- the world --
14:39:59
        MR. LEE:  Hold on.
        THE WITNESS:  -- very differently.
        MR. LEE:  Hold on.  Objection.  Calls for
speculation.
BY MR. WEIR:
14:40:05
    Q    You said --
        MR. LEE:  If you know, you can answer.
BY MR. WEIR:
    Q    Yeah, you said you saw the world very
differently.
14:40:09
        Describe for me what you mean.
    A    I think Tabula Rasa was a medication
company that ended up with some IT assets that they
never knew what to do with.  And so they didn't know
either what they had or what they wanted to do with
14:40:25

Page 157

them.

14:40:27

And that's my personal opinion on it, not -- I can't give you chapter and verse of why I felt this, but that's why their assets were in play.

Q   Okay.  All right.  So since you have not

14:40:39

seen this before, and you do -- and it sounds like you don't believe it was an asset that was acquired by Collabrios --

A   I'm not sure that any payments were -- I mean, I think -- I'm not sure any payments ever

14:41:01

existed under this arrangement, is the other thing that's -- Robbie signed it.

I don't know if you asked Evan about this in his deposition or not.

But I don't know, in terms of going

14:41:16

through -- the way it was explained to me by so many different people was, like, yeah, technically it existed and everyone ignored that it existed.  And so it was rumored, but it seems like did this ever actually get put into place or not was unclear too.

14:41:32

Q   Okay.

A   That was one of the reasons, allegedly, why it wasn't provided to me, too.  Like, oh, it doesn't really matter.  It didn't really happen.

So I'm certainly not the person most

14:41:46

Page 158

knowledgeable on it.  I was the person most

14:41:48

interested in it, however.

MR. LEE:  You've answered.

MR. WEIR:  Yeah.  The --

THE WITNESS:  Sorry.

14:41:54

MR. WEIR:  Fair enough.

Q    You know, there's a -- I won't -- I won't ask you that.  That's not -- since you didn't write it and you didn't sign it, let's -- at least now you have a copy of it.

14:42:08

A    That's good.

Q    Was Community PACE, if you know, the only PACE -- the only PACE entity that received a -- some sort of cease-and-desist letter from RTZ regarding Intus's access?

14:43:20

A    I don't know the answer to that question.

Q    How often would you say you were directly interacting with PACE clients via email?

MR. LEE:  Over what period of time?

MR. WEIR:  Let's call it from '22 to '24.

14:44:17

THE WITNESS:  How do I -- I mean, what do you mean by the question?  Like, how often would I talk to any individual client --

MR. WEIR:  (Nods head.)

THE WITNESS:  -- or all clients?

14:44:38

Page 159

I really only talked to clients who either
14:44:39
approached me directly on a question, 'cause they had historical background with me, or was having an acute issue that got raised to me.

So from '22 to '24, it went from a period
14:44:51
where we staffed up and we had a lot of people who were now taking over items, and I would get sort of the outside issue.  It's why Senior Care Partners, that was working on a new version -- I'd talk to them more than I'd talk to, like, average clients.
14:45:04
So it was sort of, when things got elevated to me, they went through, but, generally, if it wasn't elevated, I wasn't the person doing it.

BY MR. WEIR:

Q    And so who would have been your folks on
14:45:15
the front lines dealing with the PACE program directly?

A    It -- '22 was a big transition people year, just because we came out of the pandemic and people had to go back to the office as we went into
14:45:27
'22, so -- but Melanie was there.  Laura was there. Dylan was there.

Q    Just for the record, I know some of these, like Melanie Martinez.

A    Laura Emery, Melanie Martinez, Dylan
14:45:43

Page 160

Clements.  Those are the people who most likely

14:45:46

would have had things that they would have given me.

There were other people in the support

regime.  Amanda.  She got married.  I don't remember

her last name.  I apologize.  Maybe Munoz, in terms

14:45:58

of going through.

And Emma Oto-Pale.

And then Alex Lueth came on towards the

end of that point, and she was the person that got

the majority of those points of contact.

14:46:15

Q    What did you do, personally, to look for

documents related to communications with PACE

programs about Intus?

A    I went into the email and put in search

parameters using "Intus," using "NDA," using other

14:46:32

things that came up like that.

Q    When you say you went into the email, like

just went into Outlook and put in --

A    Gmail, but yeah.

Q    Gmail, okay.

14:46:51

A    Yeah.  Collabrios switched to Outlook from

Gmail, but Gmail was what we used up until a more

recent period.

Q    Okay.  So, like, this Neighborhood PACE

exhibit --

14:47:03

Page 161

A    I'm pretty sure that's a Gmail.

14:47:03

Q    Okay.

A    That's '22.

Q    So yeah.  So '22 -- it's back -- it's Exhibit 56.

14:47:09

So mike@rtcassociates.com would have been a Gmail --

A    Yeah.

Q    -- interface?

A    Yep.

14:47:15

Q    Okay.  Do you know what some of these other employees that you mentioned -- Melanie, Laura, Dylan, Amanda, Emma -- do you know what they did to search for communications with PACE programs?

A    I would imagine they did the same thing.

14:47:34

I mean, Gmail search capabilities are pretty good, pretty well understood.

Q    Do you know -- you mentioned a couple of search terms, "NDA" being one of them and "Intus" being one of them.

14:47:49

Any other search terms you ran?

A    I did run other search terms, but I don't know what they were off the top of my head.

Q    Did you write those down?  Are they documented in any way?

14:47:58

Page 162

A   They're not documented in a specific way.

14:47:59

Q   Did you limit the time period of the search?

A   I did.  I think I ran it from 2021 forward.

14:48:10

Q   Did you do any searches for specific people, like "all of my communications with Robbie"?

A   I did do that.

Q   You said that Collabrios has moved to a Outlook-based system?

14:48:38

A   Yes.

Q   Was -- were the communications that existed on the Gmail-based system ported over into the Outlook system?

A   Not all of them.  There's a time cut-off.

14:48:54

I'm not sure where they ultimately did that time cut-off.

Q   Do you know if the Gmail system is still available for searching?

A   I do not know if it's still available.

14:49:07

Q   Who would know that?

A   Kevin Lathrop would know that 'cause he supervises the CTO.

Q   When did Kevin come aboard?

A   Call it January of '25, maybe.

14:49:24

Page 163

Q    So shortly after the Collabrios

14:49:27

acquisition --

A    Yeah.

Q    -- or deal?

A    Yeah.

14:49:32

Q    And did you know Kevin before the
transaction?

A    No.

Q    Was -- was he introduced by the investors?

A    He was through a search firm.

14:49:51

Q    Oh, okay.

A    I won't elaborate on it because it will
just get me in trouble for giving too long an
answer, but it's also not germane, so you're not
missing anything.

14:50:06

Q    Okay.  And I assume same thing with
respect to -- well, do you know, one way or the
other, whether there was any sort of, like, email
capture or in-box capture for your documents?

          MR. LEE:  Objection.  Vague and ambiguous.

14:50:28

          MR. WEIR:  Sorry.  That wasn't a very good
question.

Q    So sometimes -- sometimes what we'll do in
these cases is we'll take a snapshot of your
in-box --

14:50:38

Page 164

A     Okay.

14:50:39

Q     -- and sent items, and then that gets exported or saved in some way.

Do you know if that happened in this case?

A     I do not.

14:50:45

Q     And I assume that same answer with respect to all of the potential people that might have sent relevant emails?

A     Yeah.

Q     Okay.  Are you aware that you have filed

14:50:57

counterclaims in this case?

A     I am.

Q     Do you know what they are?

A     I believe, as we go through, we filed some for wrongful access and for interference with some

14:51:48

of the things we've done.

We've debated different counterclaims.  I don't know which ones have ultimately survived to be part of the record.

Q     With respect to the access counterclaims,

14:52:02

what is your understanding of how RTZ has been or its systems have been harmed by the Intus access?

A     I think strain on the systems, as we've talked about.

Q     Anything else?

14:52:33

Page 165

A    You know, it's been a long time since I've
14:52:37
thought about the counterclaim side of this.
Nothing immediately comes to mind, but ...
Q    There was an allegation that RTZ made in
the case about Intus mining valuable data from
14:53:20
PACECare functionality, operability, layout,
interfaces, et cetera.
Can you tell me everything you know about
that allegation?
A    I think that stems from a suspicion that
14:53:36
the speed with which they built their system and the
basis of their running start was an understanding
and ability to explore our system.
Q    What's your understanding of how long it
took -- I assume you're referring to CareHub; is
14:53:52
that correct?
A    I am.
Q    What's your understanding as to how long
it took Intus to create CareHub?
A    I don't know how long it took them to
14:54:04
create CareHub in personnel hours, which is probably
the relevant math.  I don't know how big their staff
is.
I do think that their methodology appeared
to be look at all the systems that are there and
14:54:17

Page 166

then iterate upon them, which is always our concern

14:54:19

on access to our systems.

Q   So you keep saying it's a concern.

Do you have any -- as you sit here today, any evidence that you can point to that that

14:54:32

actually happened?

A   I haven't seen their system, nor am I aware of exactly where they went in our system.

Q   Has anybody at Collabrios or RTZ -- do you know -- have they seen CareHub?

14:54:58

A   No one I've spoken to has seen CareHub.

Q   And then I think we talked about it earlier in the audit trails.

Is that the universe of people that would have been associated with or trying to review what

14:55:14

areas of PACECare Intus accessed?

A   Can you take another shot at that one?

MR. LEE:  Vague and ambiguous.

MR. WEIR:  Yeah.  Fair enough.

Q   We talked about audit trails a little bit

14:55:29

before.

I don't think I asked you the ultimate question about who are the people that did the audit -- audit trail work that you referred to.

A   Who looked at -- they would have been

14:55:38

Page 167

someone on the DBA team.

14:55:40

Q    On the DBA?

A    Database administration team, looking at logs.

The way that would have come to me would

14:55:45

have likely been, "Can someone check where they've been?"

And then someone would have asked a technical person to produce it, and then they would have relayed the information to me.

14:55:55

Q    And what do you recall being relayed to you about that?

A    That -- I believe -- and I'm going back a number of years -- that Robbie had been given an account by Beacon, and he had gone through the

14:56:18

system.

Q    Okay.  Has RTZ lost any -- lost any clients or any business as a result of anything that Intus has done?

A    I -- I would -- I mean, this calls for

14:56:55

some speculatization [sic] -- I can't talk and the air conditioning kicked in, too, so -- I think the way the conversations have gone have been prejudicial in terms of how RTZ has been viewed by clients.  And I think it's evidenced by notes that

14:57:16

Page 168

we saw from Intus earlier today and many, many more

14:57:20

like them that Intus has presented itself as this very virtuous party who only -- only wants what's fair, and then when we get to the one-on-one dialogue, they keep changing and moving the ball and

14:57:32

making it hard to do, and then come back and complain to clients.

And I think, for us, we've tried to be sort of slow and steady, and they've been -- move around fast and break stuff, because they were in a

14:57:42

different direction in a different timeline.

And I think that has made it really difficult for us to go through and do things.

Q     But as --

A     As a tortious interference question, I --

14:57:56

you know, I think they've gone in with clients we've had and spent a lot of time.  I think if you look at Beacon, which has become a client, and one where Robbie had access, it looks like, yeah, they spent time going through the system and then talking to

14:58:10

that client and then taking that client on.

So it seems like if he did indeed go into Beacon and Beacon did become their client, I think he used that access to really talk to them and understand where they're coming from and then to

14:58:22

Page 169

iterate for them.

14:58:24

Q    Well, I mean, I assume you're not saying that Beacon can't talk to Robbie about things they like and dislike about the RTZ system.

A    I'm saying Beacon shouldn't have provided

14:58:41

Robbie access to the system to go in and facilitate that conversation.

Q    And your basis for saying that that conversation took place or it was facilitated by access is what?

14:58:56

A    Based on the questioning of my team, "Can someone check if he went into that system?" and them saying they did.

Q    Anything else?

A    That would be the primary.

14:59:16

Q    So are you -- and let me just make sure I understand what you're saying.

A    Sure.

Q    Are you saying that you believe that -- that you lost the -- does RTZ no longer service

14:59:27

Beacon?

A    We do -- we no longer -- I think we service a subset of them.

Q    And I guess I should say Collabrios now, not RTZ.

14:59:40

Page 170

A    Fair enough.

Q    So -- and is it your view that the loss of any business related to Beacon is somehow Intus's fault?

A    I think it stems from that head start in time in the system.

Q    Any -- any other PACE entities that you think you've lost as a result of Intus?

A    I think the High Desert situation, which happened after I left Collabrios, seems to have similar hallmarks of some of those pieces.  But I think, in terms of when I departed Collabrios, we hadn't really lost that many former RTZ clients, but that doesn't mean that that's the current state of affairs, since I've left.  So some of those things would take time to play out.

Q    I just want -- you say you have not lost very many RTZ clients?

A    (Witness nods head.)  Yeah.

Q    Other than Beacon, have you lost any?

A    Nothing immediately comes to mind.

Q    And I guess I should clarify.  If I'm understanding you right, the Beacon business just shrank?  You didn't lose them entirely?

A    I think it's en route to transitioning

Page 171

over, but ...

15:01:16

Q    How was -- not how -- I guess when you were there, how was Collabrios handling requests to transfer data from a -- either an RTZ system, PACELogic, PACEHero, over to CareHub?

15:01:38

A    I'd have to defer that to somebody who is there now.  I don't know.

Q    Was that an issue that came up while you were in the CEO role at Collabrios?

A    Not one I was ever asked to deal with.

15:01:51

Q    Do you know if Collabrios has a policy of not transferring the data that -- the client's data over to CareHub?

MR. LEE:  Objection.  Vague and ambiguous.

BY MR. WEIR:

15:02:16

Q    Do you understand the question?

A    Not really.  Seems like there's a double-negative, and it's late in the day, so ...

Q    Yeah.  That's fair.  That's what I told you; they're not all winners.

15:02:24

So are you aware of a policy that R- -- that Collabrios has -- a policy that Collabrios has to not transfer data from a Collabrios system to CareHub at the request of a client?

A    I'm not aware of a current policy to not

15:02:52

Page 172

transfer data.

15:02:56

Q    Was there ever a policy to not transfer that data or to delay the transfer of the data?

A    The last time I was in control or knowledgeable of how those policies worked, clients

15:03:07

could request their data.  If they were in good standing, in terms of going through, they could get a copy of their data, and that was the data that would be used as a means of transferring.

Q    What do you mean, if they're in good

15:03:24

standing?

A    They're paid up, not, like, six months behind.

Q    Okay.  Does -- does -- does Collabrios or did RTZ -- would -- if a client didn't pay, would

15:03:37

they hold their data?

A    We -- when -- in ancient times, when I was in control, everybody was always more than happy to pay up to date to get their data.  It didn't come up a lot.

15:03:52

But I think everyone is on good behavior at the end.  They want their data, and they want to make sure there's no reason to do anything.  So they pay their bill, we provide the data, and everyone pretends to like each other, in the hopes that they

15:04:02

Page 173

can again someday.

15:04:05

MR. WEIR:  All right.  Let's take a --
let's take a break.  Let me get organized and look
at my notes --

THE WITNESS:  Sure.

15:04:10

MR. WEIR:  -- and then we'll close this
out.

THE VIDEOGRAPHER:  This marks the end of
Media No. 4 in the deposition of Michael Zawadski.
The time is 3:04 p.m.  We're off the record.

15:04:16

(Recess.)

THE VIDEOGRAPHER:  This marks the
beginning of Media No. 5 in the deposition of
Michael Zawadski.  The time is 3:21 p.m.  We are on
the record.

15:22:08

BY MR. WEIR:

    Q    All right.  We're going to bounce around a
little bit.  We don't have too many exhibits left
because I've narrowed all of the stuff down to four,
so ...

15:22:22

    A    Optimistic.

MR. WEIR:  All right.  Let's -- let's mark
this.

MR. LEE:  Is this 58?

THE REPORTER:  (Nods head.)

15:22:37

Page 174

MR. WEIR:  Was that a "Yes"?

15:22:44

THE REPORTER:  Yes.

MR. WEIR:  Okay.  Thank you.

(Exhibit 58 was marked for

identification by the court reporter.)

15:22:50

THE WITNESS:  Thank you.

BY MR. WEIR:

Q    So 58 -- I'm trying to figure out a way to
do this efficiently.

Fifty-eight is a thread between RTZ's

15:23:08

counsel and Intus's counsel in, it looks like,
October of -- October of 2022.

You with me?

A    Yeah.

Q    And flip through whatever you think you

15:23:31

need to flip through to scan --

A    There's a lot here.

Q    Yeah.

A    It's a dense document.

Q    It's a dense document.  That's what ...

15:23:39

(Pause.)

Let me know when you're --

A    Sure.

Q    -- done.

A    Okay.

15:26:07

Page 175

Q   All right.  So I recognize the awkwardness

15:26:08

of me asking you questions about communications that David wrote, while he's sitting right next to you, but with -- I don't -- I don't mean anything by it. It just is what it is, and this is how the parties

15:26:23

chose to communicate back in the time.

So, sorry, David.  I just don't --

MR. LEE:  I mean, depending on the questions --

MR. WEIR:  I don't know what else to do,

15:26:34

so --

MR. LEE:  -- you're going to get the instructions.

BY MR. WEIR:

Q   So -- so Exhibit 58, is this a document

15:26:40

that you have seen before?

A   I don't remember seeing it in this format, but it's been, like, four years almost, so --

Q   Do the concepts included in here and what Intus was suggesting -- does any of that ring a bell

15:27:04

to you?

A   I mean, it's in greater depth than I remember discussing through the process.

Q   Okay.  Did -- did -- in prepping for your deposition, did you look -- did you review any

15:27:23

Page 176

documents?

15:27:25

A    I did look at some emails, in terms of going through.

Q    About how many?

A    About 15 or 20.

15:27:32

Q    And what -- do you recall generally what they were about?

A    They were mostly emails that were like the one between Jeffrey Glenn and Alex Lueth, in terms of coming through.

15:27:51

Q    And I assume that you spent some time with your counsel?

A    Yeah.

Q    I don't want to know what you guys talked about, but about how -- how long did you meet with

15:28:06

them?

A    Maybe about three to four hours, broken up into two different sessions.  Probably like an hour and a half each, maybe a little bit more.

Q    And when were those sessions?

15:28:20

A    Last week.

Q    And who else -- I assume David Lee was one of the people you met with, at least?

A    He was.

Q    Was there anybody else there?

15:28:31

Page 177

A    There was not.

15:28:32

Q    Okay.  All right.  Let's take a look at Exhibit 58.

A    Okay.

Q    The front page of it -- it's a rather

15:28:38

lengthy email from Intus's counsel, Alex Chiulli. He's discussing this data-extract concept.

The -- I guess, in general, did you take issue with this idea that there would be a data extract and a -- and create a situation where Intus

15:29:10

would not even need to access PACECare?

A    No.  That's ultimately the direction I wanted to go.

Q    Okay.  So what -- from your perspective, what happened here?  Why -- why did -- why was an

15:29:26

agreement not reached, based upon the concept being introduced in Alex's October 27th of '22 email?

A    I think the multiple back and forth and starts and stop, more than the content of any individual item, became a challenge.

15:29:55

Q    Well, I guess, what -- what do you -- what do you mean by that?  Because it seems to me that, conceptually, this would have been relatively close, but, again, maybe I'm -- maybe I misunderstood your testimony earlier.

15:30:23

Page 178

A   No.  I don't think that the idea of a file

15:30:25

exchange was a bad idea, in terms of going through. I think that the process became much more elongated and more complicated to engage in because it became elongated and then shifted at different points.

15:30:43

I --

Q   Shifted to -- to what, I guess?  What -- what created the --

A   You know, I think, for me, it's like we would start off on these linear stretches of talking

15:30:59

about things, and then it would switch to going to a business arrangement; or it would start off with things like Community saying that they're part of Tabula Rasa.  So it was like there were different flags and distractions the whole way through.

15:31:17

I think, had the process been calmer, more straightforward, and probably locked in a room, we probably could have reached a conclusion, but the process of going back and forth, I think for both parties, really inhibited a good ending.

15:31:32

(Exhibit 59 was marked for identification by the court reporter.)

MR. WEIR:  So this one is going to be 59.

THE WITNESS:  Fifty-nine.

//

Page 179

BY MR. WEIR:

15:32:35

Q    All right.  So this is -- just to make this a little bit easier --

A    Sure.

Q    -- 85 percent of what I just gave you is

15:32:38

the same one --

A    Is the email in front of it?

Q    -- is the same.

A    Okay.

Q    And -- so, basically, there is another two

15:32:49

pages of back and forth, and then the substantive response to the email we were just talking about appears on November 11th -- or excuse me -- November 7th of '22.

A    Is the November 11th email in here?

15:33:12

Q    Yeah.  It should be the very top one.

A    The top one I have here is dated October 28th.

MR. LEE:  Yeah, same.

MR. WEIR:  Oh, you know what?  I probably

15:33:23

gave you the wrong one.  Let's -- give me that back.

THE WITNESS:  Absolutely.

MR. WEIR:  Yeah, let's scratch that one from the record.  This will be 59.  Sorry about that.

15:33:49

Page 180

THE WITNESS:  No problem.

15:33:49

(Pause.)

THE WITNESS:  Okay.

MR. WEIR:  All right.

Q    So this is -- the November 7th email is

15:35:35

clearly a rejection of the -- at least I read it as a rejection of the proposal that Mr. Chiulli made on October 27th.

Is that -- is that your understanding of this as well?

15:35:47

A    I see it as a good-natured debate on policy and -- I mean, I think it shows the frustration that each party had.

Q    The -- I -- I guess I -- given the desire, as I understood it, on RTZ's part to provide the

15:36:09

underlying data without access, I guess I was surprised by this response rejecting that as a concept.

Am I -- is that -- am I kind of misreading this, or am I misunderstanding where the parties

15:36:32

were on November 7th of '22?

MR. LEE:  I'll object on the basis that it mischaracterizes the document itself and also, I think, lacks foundation.

To the extent you can answer, go ahead.

15:36:47

Page 181

MR. WEIR:  That's actually -- actually,

15:36:49

sometimes we'll agree on things, which will lead me

to rephrasing.

BY MR. WEIR:

Q    So have you seen this November 7th email

15:36:56

before?

A    I'm familiar with the tone in some of the

passages.  I don't know if I saw this exact email.

Q    Okay.  But you --

A    Maybe I followed the discussion, but the

15:37:07

concept here is the same concept we've spent all day

on, which is:  If they have a file they can get,

they have what they need.  Trying to spend a huge

amount of time changing the methodology of getting

that file, and in an extreme amount of complication

15:37:21

and frustration around it, seems to have really

pushed everybody to the edge, in terms of going

through.

Q    Well --

A    I mean --

15:37:34

Q    -- did you ever think that it wasn't a

file that is easily provided by clients, such that

Intus could do the work it needed to do?

A    I continue to think that if you can

produce it in a few minutes, it's not a big lift.

15:37:51

Page 182

Q    But is that the -- this -- what did you

15:37:58

call it earlier -- the expanded export or whatever

it was?

A    Uh-huh.

Q    I mean, did you have reason to believe

15:38:11

that that would be sufficient for Intus to run the

analytics that it wants to run, or that its clients

are asking it to run?

A    It seems like it would be pretty inclusive

of everything in the tool.

15:38:24

Q    So I guess the -- well, let me just ask

you a general question to cut through this,

hopefully.

So why did -- I'm assuming, based on this

email, that you believed that there was something --

15:39:27

some request that was made, that it really wasn't a

single file or there was some sort of bad faith

going on here on the part of Intus in trying to

reach this solution.

Do I have that right, or am I just reading

15:39:42

too much into this correspondence and the animosity

that drips from it?

A    I mean, letters between lawyers often

contain a lot of posturing.  I think that's probably

fair.

15:39:59

Page 183

I don't -- I think there's a real

15:40:05

confusion, on the part of me personally, of them always having this data and the ask always evolving and the process always evolving.  So there is frustration that there wasn't a defined endpoint.

15:40:14

And we've talked about how hard it is for clients to spend two minutes to generate a file, but this was a Herculean task of trying to track down what they wanted through so many conversations and different evolutions of the ask.

15:40:29

MR. WEIR:  Okay.  All right.  Let's go to -- all right.  Let's go to this one next.  This will be 60.

THE WITNESS:  Are we done with 59?

MR. WEIR:  Yeah.

15:41:19

(Exhibit 60 was marked for identification by the court reporter.)

BY MR. WEIR:

Q    All right.  Take a look at what we've marked as Exhibit 60.

15:41:48

(Pause.)

Q    Have you had a chance to look at it?

A    I did.

Q    All right.  So this is a email thread between Melanie Martinez at RTZ and it looks like a

15:42:26

Page 184

Cassandra da Rosa at St. Paul's PACE.  You are 15:42:32 copied on at least one of the -- one of the emails.  It's -- and it's dated June and July of '23.

Do I have that -- all that right?

A    You do.

15:42:48

Q    All right.  So it looks like, from -- if you start at the bottom of the thread, it -- it looks like St. Paul's PACE is trying to -- is reaching out to RTZ folks to try to get -- you know, work on the same problem that you and I have been 15:43:11 talking about all day, which is how do we get data from the PACECare system to Intus.

Is that a fair characterization?

A    That seems to be the topic.

Q    And PCO has been referred to in a lot of 15:43:26 these emails, and I neglected to ask you -- I've been assuming that that is PACECare?

A    PACECare Online.  PCO, yeah.

Q    All right.  And so the -- it looks like we have -- the original email is June 30th.  Cassie 15:43:48 follows up July 5th, wanting to set up a call.

Do you see that?

A    Yep.

Q    And then Ms. Martinez responds, saying that they're unable to move forward with any calls 15:44:08

Page 185

to implement this project because there's no

15:44:10

established integration and collaboration between RTZ and Intus.

Was there -- did you have any discussions with Ms. Martinez about how you should respond to

15:44:26

Cassie's request for a call and --

A    We had a general comment that if people had questions about Intus, that we should say that we have legal counsel and they're engaged with each other.  So it may be a slower process, because we

15:44:42

need to make sure we get everybody in the loop in terms of going forward.

Q    Was there any discussion that -- of just telling the St. Paul PACE folks, "Look, you can just run the data reports and give them to Intus.  We

15:45:01

don't have any problem with that.  That should be sufficient"?

A    I don't think there was a conversation with Melanie around that.  Although, Melanie, I think, would have been aware of that, in terms of

15:45:14

going through.

I think probably what jumps out at me more is Cassie's note saying:  "It's my understanding that Intus and RTZ have worked in the past to set up other PCO clients with their tools," but that seems

15:45:29

Page 186

to be a statement in contradiction of everything

15:45:30

we've talked about.

Q    Well, I mean, they're also -- I mean, you do know that's disputed, right?  That there was a time period in which the Intus --

15:45:39

A    I mean, that's --

Q    -- folks had access --

A    -- that's a stretch of say- --

MR. LEE:  Let him -- let him answer -- sorry -- or ask his question and you can start.

15:45:47

BY MR. WEIR:

Q    I mean, there was -- there was a time period in which the Intus folks had access?

A    If you look at the sentence, it says, "Over the past year."  So it would have been between

15:45:59

'22 -- June 2022 and June 2023, which doesn't seem to describe what happened in that year period.

But I don't think we want to quibble over that.  It's been a long day.

Q    No.  And I -- my guess is that I'm not

15:46:15

going to be able to convince you and probably vice versa.

So I guess the -- I guess what I have understood, that this idea that, "Hey, they have everything they need already," I guess was there

15:46:36

Page 187

a -- was there a policy that RTZ had that, when you had clients reaching out to them, that you weren't going to say, "Look, you can give them all the data you want.  Just run the report, send it over.  You don't need an NDA"?  I'm not seeing that type of language in any of the communications with the PACE clients.

Was there a policy decision made that you weren't going to do that?

A    That was not part of our communication strategy, in terms of going through.

The expanded export was there.  I think many people knew about it, and it was sort of considered common knowledge, but we didn't have a formal set of talking points as it came up to Intus.

Specifically with St. Paul's PACE, they actually received a nightly backup of 100 percent of their data, and they'd done a lot of data projects on their own.  So they had data far in excess of most clients.

Q    Okay.

A    I think Mark is their CTO, and he was receiving a nightly full set of data.

Q    Was -- was the --

A    But Cassie and Melanie are kind of middle

Page 188

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

food chain, so, like, Mark would have been probably

15:47:58

the person making the Intus decision and probably

the person with the data.

Q    Okay.  Was the -- I mean, I'll just ask

the punch line question.

15:48:15

A    Sure.

Q    Was the goal to discourage St. Paul PACE

from working with Intus --

A    No.

Q    -- in sending this communication?

15:48:21

A    No.

Q    But if I understand your testimony right,

it was your belief -- it's your belief today, and it

was on July 6 of 2023, that the work that Intus was

doing could all be done with just a -- that expanded

15:48:39

export that we've been discussing?

A    I -- I don't know everything Intus does,

but when we originally and last had conversations

with Intus, that expanded export met their needs for

data.

15:48:55

There were then subsequent conversations

with counsel, with the acquisition, with other

things going forward, but no more content

discussions.

Q    Okay.  But I -- let me just make sure I

15:49:14

Page 189

have an answer to my question.

15:49:17

On the date of this email, July 6, '23, it would have been your view and position that everything Intus needed could have been accomplished with the expanded export?

15:49:25

A    I wasn't aware of everything Intus needed at that point in time, because we hadn't had a substantive conversation about what they did at that point in time.  However, the data file that St. Paul's got every night, which was a hundred

15:49:39

percent of their data, could certainly have accomplished it.

Q    Okay.  And -- but there was no statement in here to St. Paul's that, "Look, you guys have a data file already.  Just give that to Intus.  They

15:49:53

don't even need an NDA for that because it's your data"?

MR. LEE:  Objection --

THE WITNESS:  There was- --

MR. LEE:  Objection.  Asked and answered.

15:50:01

You can answer again.

THE WITNESS:  There wasn't, but I would have assumed that really would have lived with Mark rather than Cassie.  It would have been an IT question because they're the ones who got the data.

15:50:08

Page 190

MR. WEIR:  Okay.  Here's 61.

15:50:14

THE WITNESS:  Before we go to the next question, can I step out with David and ask a question, which is --

MR. LEE:  If you want to take a break,

15:50:43

just --

MR. WEIR:  Yeah.

THE WITNESS:  I mean, it's, like, 30 seconds.

MR. WEIR:  Yeah, no problem.

15:50:47

THE WITNESS:  I just don't know if it's germane or not, so I just want to ask it.

THE VIDEOGRAPHER:  I'll switch media.

This marks the end of Media No. 5 in the deposition of Michael Zawadski.  The time is

15:50:53

3:50 p.m.  We are off the record.

(Exhibit 61 was marked for

identification by the court reporter.)

(Recess.)

THE VIDEOGRAPHER:  This marks the

15:55:00

beginning of Media No. 6 in the deposition of Michael Zawadski.  The time is 3:54 p.m.  We are on the record.

BY MR. WEIR:

Q    All right.  So was this another exchange

15:55:09

Page 191

between folks at RTZ and -- let's see.  This one

15:55:16

is -- it looks like an entity called NH Care?

A    I think that's Neighborhood.

Q    Is this Neighborhood?

A    Mm-hmm.

15:55:34

Q    Okay.  Oh, there it is.  That's the one I'm looking for.  In Escondido.  Okay.

All right.  Go ahead and take a look at this, and then --

(Pause.)

15:56:44

Q    So -- you ready?

A    I think so.

Q    Okay.  So I think we had mentioned -- you had mentioned David before.

A    I don't think we mentioned this David

15:57:19

before.

Q    Okay.

A    This is a different individual, who was with the organization for about a year.

Q    Okay.  And what -- so David Van Reusen; is

15:57:25

that --

A    I think that's right.  Van Reusen, Van Reusen.  I've heard it both ways.

Q    So he -- what was his role?

A    He had a role very similar to Alex's, in

15:57:38

Page 192

that he was coordinating people.

15:57:41

He left shortly after Alex joined, if I'm remembering my chronology correctly.

Q   All right.  So the -- it looks like -- same issue pops up, and there's going to be a

15:58:06

relationship between Intus and Neighborhood PACE.

We saw some correspondence with Neighborhood PACE previously, about a year earlier than this.

A   Correct.

15:58:27

Q   Do you know what happened with respect to access in the intervening time period between -- end of '22 to the end of '23 regarding Intus?

A   It was my presumption they were provided the expanded export, but I was never formally told.

15:58:43

Q   Why did you assume that -- assume that?

A   Because that seemed to be the way most sites were going, so it seemed to be consistent with what people were doing.

Q   Okay.  So there's a -- so if you go to the

15:59:02

very first email -- so it's at the bottom here, RTZ -4203.  It's, like, the second-to-last page, if that helps you.

A   Yeah.  Just a second.  All right.

Q   All right.  So the -- this is a email from

15:59:22

Page 193

Intus's head of business development to a Janet --

15:59:28

A    Huang?

Q    -- Huang.

Do you understand the work that is being done by Intus here, the description of it?

15:59:43

A    I -- I mean, I can understand the words that are there, in terms of going through.  They're asking -- made a marketing pitch, followed by a description of certified EHRs, followed by a report type.

16:00:29

Q    So the -- the feature that apparently they want to use is -- it says it utilizes CCDA data for progress notes, labs, vitals, weight, and more.

Do you see that?

A    Yep.

16:00:47

Q    Do you know what CCDA data is?

A    I know vaguely what the acronym is.  I know conceptually very well what it does.  It's basically the medical record in a vaguely standardized format.

16:01:01

Q    And do you know, if using RTZ's system, that you can get to -- if you use the expanded export, can you capture all of the data that's needed --

A    The --

16:01:20

Page 194

Q    -- all the CCDA data?

16:01:20

A    They're referencing a certified EHR program in 2023.  PACECare was no longer a certified EHR program at that time period and did not contain that as a standard export.

16:01:34

Q    Okay.  So it wouldn't have been something that -- if that data was needed, it would -- that is not something that the expanded export would be able to provide?

A    There is a report element called HL7

16:01:48

exchange that, at one point in time -- and I don't know, through all the history of all the reports -- that would produce the CCDA.

But the CCDA is a specific format that has evolved many times over the years for which PACECare

16:02:10

didn't offer any standard approach to doing that.

Q    All right.  So the -- in reading this now, it sounds like it doesn't necessarily surprise you that there would have to be some sort of access beyond the --

16:02:31

A    The --

Q    -- expanded export?

A    The way I interpret it is they're not asking for differentiated access.  They're asking for a specific form of structured data that the

16:02:39

Page 195

system I do not believe produced at that point in
16:02:42
time.

Q    So how would -- what would the solution be
to that?  Is there a way to get at the data without
accessing PACECare?
16:02:53

A    I think the -- I don't think they could
ingest something that's not in that form -- there's
so many different points of speculation I have to
make to get to this one, so --

Q    Well --
16:03:08

A    And they're asking for access to run a
report from the system, implying that every
certified EHR should have this, which it wasn't a
certified EHR at that point in time, and it didn't
have that feature.
16:03:21

Q    You didn't have it.

A    Yeah.

Q    Okay.  The -- in this time period, did
you -- so we're in December of '23, and there are
these -- two of these requests coming in from Intus
16:03:33
about access and getting different data sets.

Was it -- I mean, did you think they were
making this up?  I mean, are these good-faith
requests, that they needed the data to perform the
services that they wanted?
16:03:49

Page 196

MR. LEE:  Objection.  Calls for

16:03:50

speculation.

If you --

BY MR. WEIR:

Q    I'm asking for your -- not what Intus was

16:03:53

doing.  I'm asking for your head space at this point
in time.  What --

A    I don't remember seeing this specific
request at all on the CCDA topic.

You know, putting a CCDA report in the

16:04:07

system is something that I was a proponent of, that
took time, that I believe they have accomplished
since then, but at that point in time, it was a
feature that wasn't available.  It was previously
available.  It wasn't available just because the

16:04:24

format changed, and I believe it is now available
again, but I don't know that to be true, because it
would have been about the time when I stopped being
involved day to day.

Q    Okay.  Do you recall -- so I -- you didn't

16:04:34

see this particular email thread, or you don't think
you did.

Do you recall any specific discussions
with David about -- David Van Reusen about how you
were going to respond to this request from Intus and

16:04:47

Page 197

Neighborhood PACE?

16:04:51

A    I don't.

Q    At this point in time, was there a policy that RTZ implemented with their, you know, client-facing personnel that they were just going to

16:05:06

say, with respect to Intus, "It's with the lawyers. We can't do anything"?

Was that -- was that --

A    I think we relied on Intus to explain to their clients, to give them the expanded export,

16:05:18

which they knew was allowed.  And we said we didn't want to engage in conversations that would get us into trouble, so it should be referred to legal counsel to go through.

Q    Okay.  So it sounds like maybe the answer

16:05:33

is -- was "Yes" to my question, that there was a -- at this point in time, RTC -- RTZ's default answer was simply to say, "Look, this is -- this is with the lawyers, so you'll have to talk to the lawyers"?

MR. LEE:  Objection.  Mischaracterizes the

16:05:51

witness's testimony.

You can answer.

THE WITNESS:  I think that is part of the answer, which is we relied on Intus to inform their clients of how they could get stuff out of the

16:06:01

Page 198

system and do it, and they clearly had a spirited

16:06:03

debate with their clients.  And we said, in terms of engaging in conversations about Intus's characterizations, they should avoid it and say it's with the lawyers.

16:06:15

BY MR. WEIR:

Q    Okay.  Was there a -- was there a -- an affirmative decision made that you would not tell the Intus clients that all of the data was available and usable through these expanded reports?

16:06:29

A    No.

MR. WEIR:  Okay.  All right.  Let's go off the record.

THE VIDEOGRAPHER:  This marks the end of Media No. 6 in the deposition of Michael Zawadski.

16:06:49

The time is 4:06 p.m.  We are off the record.

(Discussion Off the Record.)

THE VIDEOGRAPHER:  This marks the beginning of Media No. 7 in the deposition of Michael Zawadski.  The time is 4:08 p.m.  We're on

16:08:19

the record.

MR. WEIR:  We are keeping the deposition open because it is our understanding that there is additional discovery that will be produced.  And we reserve our right to ask Mr. Zawadski additional

16:08:38

Page 199

questions about those additional materials if we think that is necessary and appropriate.

MR. LEE:  I'll respond that, at this point in time, we -- you -- Mr. Zawadski's deposition service as having been completed.  Obviously we will meet and confer to the extent opposing counsel seeks to reopen the deposition, and we'll go from there.

THE REPORTER:  Would Counsel state for the record if they'd like a copy or a rough draft.

MR. WEIR:  I do not need a rough draft, but I do need a copy, a certified copy.

MR. LEE:  Yeah, and Defendant just needs a copy.

THE VIDEOGRAPHER:  And, Counsel Lee, did you want to get a copy of the video possibly?

MR. LEE:  Not at this time.

THE VIDEOGRAPHER:  Thank you.

I will conclude.

This concludes today's deposition of Michael Zawadski.  The number of media used was seven.  The time is 4:09 p.m.  We're off the record.

(TIME NOTED:  4:09 p.m.)

Page 200

I, MICHAEL ZAWADSKI, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____, 2026, at _____, _____.
                        (City)                    (State)


                          _____

                            MICHAEL ZAWADSKI

                              VOLUME I

Page 201

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ X ] was [  ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:    03/09/2026

Catherine A. Nolasco, RMR, CRR, BS
CSR No. 8239

Page 202

DAVID C. LEE

dlee@nossaman.com

March 9, 2026

RE: Intuscare Inc. v. RTZ Associates, Inc. Et Al.

2/23/2026, MICHAEL ZAWADSKI, (#7889273).

The above-referenced transcript has been

completed by Veritext Legal Solutions and

review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

to schedule a time to review the original transcript at

a Veritext office.

_XX_ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

Transcript - The witness should review the transcript and

make any necessary corrections on the errata pages included

below, notating the page and line number of the corrections.

The witness should then sign and date the errata and penalty

of perjury pages and return the completed pages to all

appearing counsel within the period of time determined at

the deposition or provided by the Code of Civil Procedure.

Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of

Counsel - Original transcript to be released for signature

as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the

time of the deposition.

Page 203

__ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 204

Intuscare Inc. v. RTZ Associates, Inc. Et Al.

MICHAEL ZAWADSKI (#7889273)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____


_____     _____

    (MICHAEL ZAWADSKI)                      Date

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[& - 3:54]**

| **&** |
| --- |
| **&** 2:14 3:4 9:5 203:24 204:9 |

| **0** |
| --- |
| **002191** 6:5 |
| **002193** 6:5 |
| **004125** 4:25 |
| **004128** 4:25 |
| **03/09/2026** 202:22 |

| **1** |
| --- |
| **1** 1:8,25 2:8 8:14 204:1 |
| **10** 1:8 2:8 |
| **10,000** 155:8,23 |
| **100** 188:17 |
| **10:20** 34:21 |
| **10:27** 35:9 |
| **113** 5:8 |
| **1132** 1:7 2:6 8:19 |
| **119** 5:12 |
| **11:41** 85:12 |
| **11th** 180:13,15 |
| **125** 5:16 |
| **12:41** 85:16 |
| **131** 5:20 |
| **136** 6:3 |
| **13th** 79:21 114:24 115:15 |
| **14** 121:10 |
| **14th** 83:1,24 86:20 122:16 |

**15** 32:6,7,8,19 177:5
**150** 26:8
**152** 6:7
**16** 6:10
**1700** 3:5
**175** 6:12
**179** 6:17
**17th** 88:25
**184** 6:22
**18th** 123:22
**191** 7:3
**1915** 17:20
**1995** 12:5
**1998** 11:22 12:15
**1:53** 135:20
**1st** 73:19,21 76:21 77:5 88:3

| **2** |
| --- |
| **2** 5:16 35:8 85:11 98:25 99:4,9 115:3 |
| **2/23/2026** 203:5 |
| **20** 16:9,10 60:8 62:11 106:3 133:7 177:5 |
| **200** 25:20 26:9 143:1 |
| **2000** 14:17,22 |
| **2000s** 25:19 |
| **2001** 14:23 |

**2015** 13:13
**2020s** 54:20
**2021** 32:1 45:3 163:4
**2022** 73:19,21 109:5 122:16 134:18 154:4 175:12 187:16
**2023** 17:10 26:23 128:24 134:18 187:16 189:14 195:3
**2024** 12:1 16:20 32:1 113:20 115:15
**2025.520** 203:9 203:12
**2026** 1:16 2:17 8:1,6 201:8 203:3
**2049** 3:5
**205** 1:25
**22** 53:7,21 76:21 77:5,8 78:2 79:21 83:1,24 88:25 91:24 95:9 109:11 128:6 136:7,19 137:16 153:18 153:19 159:20 160:5,18,21 162:3,4 178:17 180:14 181:21 187:16 193:13

**23** 1:16 2:17 8:1 18:21 53:7 91:24 96:6 127:4,16 128:6 185:3 190:2 193:13 196:19
**23rd** 8:5
**24** 114:24 159:20 160:5
**25** 27:2 35:20 163:25
**26** 137:16
**27th** 138:9 178:17 181:8
**28th** 180:18
**2:12** 135:24

| **3** |
| --- |
| **3** 24:13 25:20 85:15 109:22 109:22 110:2 116:4 135:19 |
| **30** 28:21 191:8 204:1 |
| **30th** 2:15 185:20 |
| **310.312.4000** 3:6 |
| **310.312.4224** 3:7 |
| **34th** 3:12 |
| **3:04** 174:10 |
| **3:21** 174:14 |
| **3:50** 191:16 |
| **3:54** 191:22 |

Veritext Legal Solutions
866-299-5127        calendar-ca@veritext.com        www.veritext.com

**[4 - access]**

| 4 | | 7 | ability 71:6 |
|---|---|---|---|

**4**

**4** 112:6 133:6 135:23 174:9
**4.6** 112:2
**40** 123:9
**415.398.2438** 3:14
**415.398.3600** 3:13
**4203** 193:22
**45** 28:21
**46** 73:5,8,8
**47** 4:8 73:10,13 73:17 74:22 87:23 88:4
**48** 4:13 77:21 77:25 78:14,22 79:2,20 81:19 86:21
**49** 4:18 78:13 78:14,19,22,24 79:5
**4:06** 199:16
**4:08** 199:20
**4:09** 2:17 200:21,22
**4:24** 1:7 2:6 8:19

**5**

**5** 174:13 191:14
**5,000** 131:18
**50** 3:12 4:23 27:2 31:21 87:9,10,15

88:9,24 92:2 98:19 142:22
**51** 5:3 88:17,18 88:22 89:20 90:3 112:24
**52** 5:8 113:7,12 119:10
**53** 5:12 119:8 119:14 125:12
**54** 5:16 125:17 131:9
**55** 5:20 131:7 132:7 133:10 134:10
**56** 6:3 136:1,7 136:18 162:5
**57** 6:7 152:17 152:21
**58** 6:12 174:24 175:4,8 176:15 178:3
**59** 6:17 179:21 179:23 180:24 184:14
**5th** 185:21

**6**

**6** 111:25 189:14 190:2 191:21 199:15
**60** 6:22 184:13 184:16,20
**61** 7:3 191:1,17

**7**

**7** 32:7 199:19
**7.1** 134:9
**7.2** 135:3
**73** 4:8
**7484** 202:24
**77** 4:13
**78** 4:18
**7889273** 1:23 203:5 205:2
**7th** 180:14 181:5,21 182:5

**8**

**80s** 18:10
**818** 127:9
**8239** 1:22 2:19 9:13 202:25
**85** 180:5
**850** 133:6
**87** 4:23
**88** 5:3

**9**

**9** 4:4 203:3
**9/1/2022** 4:8
**90067** 3:6
**90s** 14:6
**94111** 3:13
**99** 14:22
**9:47** 2:16 8:2,5

**a**

**a.m.** 2:16 8:2,5 34:21 35:9 85:12

ability 71:6 101:17 150:13 166:13
able 63:20 67:14 68:10 69:4 112:18 145:21 187:21 195:8
aboard 163:24
above 42:19 203:6
absolutely 12:18 149:15 180:22
acceptability 93:22
acceptable 81:5 83:17 85:25 86:8 93:16,21 99:12
access 4:9,23 6:8 40:8,9,14 41:1 43:16,25 44:12 51:15,20 53:18 56:18 57:24 58:1,3 58:25 63:7,8 63:12,15 68:2 71:21 72:2 73:25 74:4,5,8 75:6,9,18,18,24 76:5,5,7 77:13 78:18,18 82:19 83:1,23 84:6 85:21,25 86:25

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

[access - ago]

90:25 99:17,17 99:24 100:8,10 100:16,18 101:18 104:11 105:10 106:8,9 106:12 107:14 114:13 115:1,5 116:7,24 118:17 122:23 124:20 129:15 130:9 140:17 145:15 146:9 151:2,11,14 152:1,9 153:23 159:15 165:15 165:20,22 167:2 169:19 169:24 170:6 170:10 178:11 181:16 187:7 187:13 193:12 195:19,24 196:11,21
**accessed** 83:4 105:23 106:18 107:18 167:16
**accesses** 146:17
**accessing** 20:2 54:2 68:9,11 68:21,23 71:5 71:7 115:24 122:17 123:6 146:5 149:1 196:5

**accommodate** 91:10
**accomplished** 190:4,12 197:12
**accordance** 44:4
**account** 106:8 108:6 168:15
**accrual** 32:16
**accumulated** 49:2 62:12
**accurate** 60:3 123:1
**acquire** 135:7
**acquired** 154:24 155:21 156:7 158:7
**acquiring** 152:1
**acquisition** 29:5 116:19 151:24 153:13 164:2 189:22
**acronym** 18:5 194:17
**act** 39:6,8,10,14 39:18 40:2,5 41:4,8,16,18 43:3,13,24 44:3 146:21
**acted** 44:4
**acting** 114:3 146:22

**action** 8:22 69:7,8 84:1 123:18 202:17 202:19
**actions** 81:16
**activity** 146:23
**acts** 121:25
**actual** 20:15 32:15 140:25
**actually** 26:10 29:2 55:21,24 61:17 66:23 79:2 85:5 88:9 100:8 106:22 108:1 115:16 120:24 134:10 153:7 155:24 158:20 167:6 182:1,1 188:17
**acute** 75:4 160:4
**add** 42:11,24 122:5
**added** 128:5,7
**adding** 20:3,4 27:1 55:22 91:20 116:2 126:17 128:11 128:24 134:18 134:21
**addition** 110:2
**additional** 100:9 122:19 199:24,25 200:1

**address** 80:13
**adhesion** 75:19
**adjusted** 108:22
**adjustment** 49:15,21
**adjustments** 60:21
**administer** 9:10
**administered** 9:17 202:7
**administration** 168:3
**administrator** 48:6 154:16
**adobe** 62:19
**adult** 17:17 24:25 35:25
**advice** 93:24
**affairs** 171:15
**affiliates** 128:3
**affiliations** 9:2
**affirmative** 199:8
**affirmatively** 123:14
**agent** 104:11 104:12,17
**agents** 128:3
**aging** 24:23
**ago** 13:14 45:4 63:15 138:12 144:9

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[agree - appear]**

agree 8:12 22:11 31:14 39:17 40:6 51:13 127:3 137:24 157:1,7 182:2

agreed 82:14 116:14

agreement 4:24 5:17,20 6:8 80:2,12,22 84:14 85:25 86:25 100:20 101:12,18 112:12,12,20 126:12 127:6 127:17 132:12 152:2,4 153:7 155:13 178:16

agreements 6:4 56:14 85:21

agrees 128:16 129:6

ah 76:13

ahead 15:22 71:11 77:24 87:14 89:22 113:11 125:20 181:25 192:8

ahold 155:6

ahp 30:8,15 156:5,6

ai 36:1 104:16 144:7

air 168:22

al 203:4 205:1

alert 122:13

alex 45:24 92:9 120:19,23 123:21,23 124:9 161:8 177:9 178:6 193:2

alex's 178:17 192:25

aligned 67:2

allegation 166:4,9

allegedly 158:22

allow 98:8

allowed 198:11

allowing 77:12

amanda 161:4 162:13

amazon 146:24

ambiguous 15:16 40:11 43:18 164:20 167:18 172:14

ambulatory 19:14

amendment 5:16 126:11 127:16 133:19

amorphous 20:19

amount 54:4 182:14,15

analog 12:16

analysis 25:14 50:7 54:11,12 63:20

analytic 65:3

analytics 24:2 25:1 48:14,17 49:1,9,16,20 50:2,5,19 75:5 105:19 130:4 133:23 183:7

analyze 49:21

analyzed 54:6

analyzing 55:11

ancient 173:17

angeles 3:6

angels 103:17

angles 139:23

animosity 183:21

annoying 118:22 145:21

annual 31:25 32:14

answer 10:12 10:22 14:2 15:21 20:24 24:10 27:12 28:6 29:25 33:5 35:2,4 36:15 39:1 42:15 43:20 44:15,16 46:15 51:18 52:21

61:2 66:25 67:2,18 70:18 102:20 103:3 111:2 114:18 140:2 149:14 152:3 154:7 157:17 159:16 164:14 165:6 181:25 187:9 190:1,21 198:15,17,22 198:24

answered 61:1 159:3 190:20

anybody 41:9 49:3,6 56:2 58:2 62:25 150:5 167:9 177:25

anymore 99:25 100:8,10 108:21 130:14

anytime 145:17

anyways 101:13 125:11

api 53:5 56:1

apologies 18:14

apologize 122:15 161:5

apparent 139:7

apparently 194:11

appear 129:23 133:22 201:4

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[appearance - audit]**

appearance 8:25

appearances 3:1 9:2

appeared 166:24

appearing 2:14 203:18 204:7

appears 180:13

application 58:20 63:22 120:15

applied 44:3

appointments 58:2 76:12

approach 195:16

approached 160:2

appropriate 82:11 116:6,12 200:2

approval 82:20

approximate 143:2

approximately 28:21 95:14

architecture 154:14

area 50:21

areas 148:2 167:16

argument 140:16 144:19

arm 30:16

arrangement 153:24 158:11 179:12

art 117:5

aside 23:23 31:9 47:20 80:9 105:8 118:2

asked 35:13 55:7 61:1 67:13 106:23 108:3 138:11 152:4 153:1,12 155:9 158:13 167:22 168:8 172:10 190:20

asking 30:2 32:2 69:23 121:9 176:2 183:8 194:8 195:24,24 196:11 197:5,6

asks 93:7 95:2

aspect 142:23 148:15

aspects 67:21

aspirational 46:11

assembling 133:2

assessment 22:9

asset 29:5 158:7

assets 28:16 152:1 154:24 156:7 157:23 158:4

assigned 40:4 86:5

assistant 22:25 23:3

associate 43:11 43:11

associated 24:2 29:19 145:18 167:15

associates 1:8 2:7 5:4 6:13,18 8:17 9:7 13:4 13:20 14:7 15:2 17:23 25:4,7,8 27:6 27:14,21 28:20 29:11 97:24 203:4 205:1

association 35:25

assume 10:13 16:15 22:23 25:22 33:13 39:7 41:23 48:9 82:12 83:10 93:15 111:7 115:6 121:13 137:5,7 144:11 157:1 164:16 165:6 166:15 170:2

177:11,22 193:16,16

assumed 77:6 190:23

assuming 28:22 48:10 58:7 81:8 129:1 132:15 183:14 185:17

athena 48:1 56:5

attached 68:13 68:16,18 74:11 82:2,16 87:19 141:11 201:5

attaching 78:17 78:17 82:3

attachment 4:10,15,20 75:15 78:23 125:24,25 126:5,6 127:2

attained 83:24

attempt 10:12 116:19

attorney 3:5,12 9:3 15:19 111:15,16 202:18

audio 8:11

audit 67:11,13 68:10,22 69:4 106:11,14,17 107:4,7,17,25 108:16,16,19

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[audit - begins]**

109:1,14 167:13,20,24 167:24
**august** 134:1 153:18
**auspices** 126:20
**authority** 25:6 25:6
**authorizations** 19:15
**automated** 65:13,16,17 68:19,21,25 69:2,14,15,20 70:7 77:9,15 97:12,13,21 98:11 102:15 102:24 103:5 104:1,25 105:3 105:8 149:2
**available** 53:16 109:7 130:12 163:19,20 197:14,15,15 197:16 199:9
**availed** 41:18
**average** 31:25 160:10
**avoid** 12:10 199:4
**aware** 11:2 22:16 30:7 44:25 45:8 68:1,5,8,12,20

71:5 76:14,17 77:8,11 90:13 104:22 105:2,8 105:9 124:25 148:25 151:1,4 151:25 165:10 167:8 172:21 172:25 186:20 190:6
**awkwardness** 176:1

**b**

**b** 204:1
**back** 17:22,25 18:7,10 19:6 24:18 45:2 57:20 66:17 67:24 79:24 83:11 85:22 86:14,16 87:22 90:5 102:7 106:7 107:3 108:23 109:19 109:19 112:20 121:19 123:10 125:13 127:21 129:17 132:5 137:14 142:9 144:5 148:9 150:4,15 160:20 162:4 168:13 169:6 176:6 178:18 179:19 180:11 180:21

**backed** 108:15
**background** 11:14 139:19 139:20 150:14 160:3
**backup** 188:17
**bad** 12:23 37:12 110:10 146:18 179:2 183:17
**balance** 142:20
**ball** 144:21 169:5
**bar** 101:13
**barbara** 11:21
**bars** 129:19
**base** 116:1 132:17
**based** 18:1 20:6 22:17 25:24,25 37:25 62:12 74:18 76:24 104:11,12,12 104:17 105:3 146:24 149:14 156:1 163:10 163:13 170:11 178:16 183:14
**basically** 32:19 33:22 55:9 56:9 57:10 65:21 80:17,18 114:1,7 115:21 116:21 124:3 147:14 180:10

194:19
**basing** 52:11
**basis** 16:25 23:8 56:24 62:15 166:12 170:8 181:22
**basket** 86:13,16 86:17 113:1,3 113:5 119:12
**bates** 4:10,15 4:20,24 5:5,9 5:13,17,21 6:4 6:14,19,23 7:5 127:8 133:12 153:4,5
**battle** 91:2
**bcc'd** 73:18
**bcc'ing** 73:22
**beach** 91:6
**beacon** 87:19 106:10 108:8 126:13,15,24 127:3,17 133:20 168:15 169:18,23,23 170:3,5,21 171:3,20,23
**beginning** 2:16 9:3 18:7 35:8 80:19 85:15 98:24 135:23 174:13 191:21 199:19
**begins** 61:19

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[behalf - burdened]**

**behalf** 2:13 9:5 9:7 33:6 86:1 105:1
**behavior** 173:21
**belabor** 10:2 11:13
**belief** 43:23 189:13,13
**believe** 24:14 58:1 68:17 76:22 77:10,16 88:23 106:7 122:7 137:3 139:16 140:8 150:21 153:3 158:7 165:14 168:13 170:19 183:5 196:1 197:12,16
**believed** 97:12 183:15
**bell** 176:20
**belongs** 71:15
**berkeley** 38:18
**best** 10:7,25 11:3 20:24 38:20 59:24 60:22 83:18
**better** 16:13 23:15 28:9 72:23 98:14 120:17 135:13 136:14 140:4 156:20

**beyond** 42:20 58:21 106:6 195:20
**bi** 48:20
**big** 27:1 48:25 56:12 66:13 81:17 93:18 144:14 149:22 154:19 160:18 166:22 182:25
**bigger** 143:8
**bill** 173:24
**billing** 48:11 55:19
**birthday** 138:6
**bit** 13:17 36:1 44:23 74:10 80:7 94:1 97:19 115:20 120:20 129:23 132:2 138:12 142:12 151:22 167:20 174:18 177:19 180:3
**blame** 149:18
**blank** 73:11,11
**blanking** 49:14
**block** 18:11 40:9,14
**blocking** 39:10
**blood** 55:16
**blue** 96:7
**board** 35:20,22 35:24 37:4,7 140:4

**boldage** 48:22 126:17 127:1,1 130:8
**book** 17:15
**bootstrapping** 111:5
**bot** 65:22 66:6 66:10 98:1,4 103:6 104:4
**bots** 146:19
**bottom** 127:9 133:13 185:7 193:21
**bottomline** 145:16
**bought** 11:25 28:20 48:7 154:15
**bounce** 174:17
**bouncing** 85:21
**box** 152:15 164:19,25
**boxes** 58:13
**breach** 100:20 100:25 101:1,5 101:6,8,12,12
**break** 10:16,18 10:21,23 13:17 16:3 21:9 34:18 35:13 77:20 84:24,25 85:2,9,20 125:2,10,11 132:2 135:17 169:10 174:3

191:5
**breaks** 90:1
**breed** 38:20 59:24 60:22
**bright** 46:13 50:6
**bring** 127:6
**bringing** 17:18 36:12 38:16
**broader** 129:11
**broken** 177:17
**bronson** 56:3 91:20 124:8
**brought** 15:11 35:21 38:17 156:5,8
**brushing** 47:16
**bs** 1:21 202:24
**bucket** 21:16 22:23 50:2
**buckets** 28:1,4
**budgets** 26:16
**build** 12:20
**building** 11:24 13:3 24:24 48:25 59:4
**builds** 61:4
**built** 24:7 166:11
**bulk** 64:6
**bunch** 60:15 79:9 143:25 144:1 153:2
**burdened** 142:25

Veritext Legal Solutions
866-299-5127                    calendar-ca@veritext.com                    www.veritext.com

**[bursts - cease]**

| | | | |
|---|---|---|---|
| **bursts** 149:4 | 138:11 139:3 | **capturing** | 141:4,7,17,19 |
| **business** 15:24 | 139:15 159:20 | 105:5 | 141:22 |
| 16:5 17:12,15 | 163:25 183:2 | **card** 148:23 | **case** 8:19 17:19 |
| 18:20 91:22 | 185:21 186:6 | **care** 4:9 5:4 | 21:8 28:25 |
| 96:23 168:18 | **called** 15:3 | 6:10,13,18,23 | 87:25 125:8 |
| 171:3,23 | 24:13 26:22 | 7:4 20:15 21:1 | 165:4,11 166:5 |
| 179:12 194:1 | 27:15 49:17 | 22:10,10,25 | 202:14 |
| **busy** 91:22 | 57:22 62:8 | 24:3 45:11 | **cases** 164:24 |
| **buy** 96:1,4 | 117:4,5 192:2 | 69:12 75:4 | **cash** 32:16 |
| 143:3 | 195:10 | 82:19 106:10 | **cassandra** |
| **buying** 28:16 | **calling** 127:23 | 114:20 119:21 | 185:1 |
| **c** | 134:25 143:21 | 119:24 122:6 | **cassie** 185:20 |
| **c** 3:11 17:20 | **calls** 15:16 | 122:14,17 | 188:25 190:24 |
| 128:17 203:1 | 29:21 70:17 | 124:14,18 | **cassie's** 186:6 |
| **ca** 1:23 203:9 | 157:13 168:20 | 128:2,21 137:2 | 186:23 |
| 203:12,21 | 185:25 197:1 | 138:14 140:18 | **cat** 155:17 |
| **cadence** 118:9 | **calmer** 179:16 | 142:15 144:24 | **catastrophic** |
| **cal** 156:17,18 | **camel** 104:18 | 144:25 160:8 | 143:6 |
| 156:20 | **camel's** 104:18 | 192:2 | **catching** 4:14 |
| **calculated** | **candidly** 16:7 | **cared** 142:17 | 4:18 |
| 50:14 | **capabilities** | **career** 12:20 | **catherine** 1:21 |
| **california** 1:2 | 162:16 | **caregiver** 20:19 | 2:18 9:13 |
| 1:15 2:2,16 3:6 | **capacity** | 21:5,8,13 | 202:24 |
| 3:12,13 8:1,19 | 146:18 | 22:19 50:4 | **cause** 50:17 |
| 11:21 38:18 | **capstone** 49:18 | **caregiver's** | 122:15 128:12 |
| 91:3,3,4,5 | 51:9 53:24,25 | 22:22 | 160:2 163:22 |
| 137:2 202:2 | 54:1 58:1 | **caregivers** 20:4 | **cautious** 81:15 |
| **call** 16:10 | 117:24 139:13 | 20:14 | **ccda** 194:12,16 |
| 17:10 18:21 | 139:17 141:20 | **carehub** 166:15 | 195:1,13,14 |
| 19:11 31:25 | 141:21,23 | 166:19,21 | 197:9,10 |
| 32:5 33:24 | **capture** 105:11 | 167:10,11 | **ccp** 203:9,12 |
| 45:25 59:20 | 164:19,19 | 172:5,13,24 | **cease** 82:4 |
| 86:9 89:23 | 194:23 | **carekinesis** | 122:17 151:2 |
| 118:10 120:13 | **captured** | 117:23 140:18 | 159:14 |
| 120:14 128:9 | 104:25 | 140:23,24 | |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

[ceiling - clients]

ceiling   34:15 35:6

center   2:15 19:15 143:4

century   3:5

ceo   36:12,18,19 37:1,8,9 122:6 172:9

certain   22:1 41:3,5 54:6 71:4 112:15 127:23 134:13

certainly   158:25 190:11

certified   2:18 39:14,23 194:9 195:2,3 196:13 196:14 200:11 202:1

certify   202:3,16

cetera   166:7

chain   189:1

chained   154:18

challenge   143:9 150:2 178:20

challenges   154:19

chance   78:3 119:17 125:21 132:6 184:22

change   13:10 14:11 18:5 46:16 95:20 96:2 100:13 114:21 141:2

205:4,7,10,13 205:16,19

changed   112:5 197:16

changes   38:1,2 93:14 98:18,23 98:24 99:1,7 99:23 100:7 110:2 112:1,10

changing   32:11 80:22 169:5 182:14

chapter   156:13 158:3

characteristics 21:22

characterizati... 185:13

characterizati... 199:4

charge   51:5

charged   50:13 146:24 147:1

charles   3:4 9:4

cheap   59:12 62:21

check   168:6 170:12

chiulli   89:21 92:9 138:22 140:2 142:6 178:6 181:7

choices   12:23 109:3 148:3,4 148:5

chose   176:6

chronology 193:3

chunk   146:16

circles   156:4

circuit   95:13

city   45:6 201:8

civil   203:19,21

clarification 78:22

clarify   10:12 15:23 134:8 152:7 171:22

clarifying 20:17

clarity   82:2 88:8

classes   45:5

classic   46:19 52:5,7 57:11 59:7 110:5

cleaner   14:3

clear   10:7 30:3 99:20

clearly   47:13 84:15 181:6 199:1

clements   161:1

click   150:4,11 150:15

clicks   117:21 147:21

client   15:19 22:12 64:10,10 64:12,19 65:1

65:22 67:4,10 69:11,13 71:19 72:4 77:6 87:20 97:7,16 102:13,15,24 103:4,9 104:1 104:4 110:21 117:9 118:9 128:16 129:2,6 129:19 131:2 134:4 135:5,7 135:9 137:12 140:4 144:13 159:23 169:18 169:21,21,23 172:24 173:15 198:5

client's   22:13 69:11 172:12

clients   19:17 33:19 53:8 64:15 65:12,12 67:5 71:15 72:8,15,15,19 77:11 91:21 96:14 97:11,14 97:23 117:13 117:14,18 118:3,25 120:6 129:19,25 131:1 134:22 142:1,18 149:6 159:18,25 160:1,10 168:18,25

Veritext Legal Solutions
866-299-5127       calendar-ca@veritext.com       www.veritext.com

**[clients - competitors]**

169:7,16
171:13,18
173:5 182:22
183:7 184:6
186:25 188:2,7
188:20 198:10
198:25 199:2,9
**clinic** 143:4
**clip** 16:8
**close** 16:18
32:9 115:17
134:16 174:6
178:23
**closed** 16:19
115:16
**closer** 19:3 26:8
94:24
**closing** 115:18
**closure** 96:17
**clunkers** 10:8
**cms** 139:3
**coached** 33:23
**code** 58:8,10
59:12 62:21
203:9,12,19,21
**coincidentally**
94:15
**collaborate**
120:10
**collaboration**
6:23 96:9
186:2
**collabrios**
11:25 14:10,15
15:6,9 16:6,17

16:19 17:10
26:19 27:5,7
27:15,24 28:11
29:8 30:5,6,10
30:17 31:4
32:25 35:15,19
36:4,12,16,17
36:18 37:1
38:4,8 39:2,25
41:14 108:21
154:24 155:21
156:8 158:8
161:21 163:9
164:1 167:9
170:24 171:10
171:12 172:3,9
172:11,22,22
172:23 173:14
**collabrios's**
37:19 47:21
**collect** 22:9
50:24
**collected** 52:4
69:13
**collecting**
24:17
**collection** 22:3
24:14
**collectively**
154:14
**college** 11:17
**colossal** 113:10
**combination**
27:25

**come** 10:8
12:12 16:21
17:7 21:1
46:21 55:13
60:5 64:9
77:14 94:20
95:13,16 102:7
112:19 120:9
132:5 144:10
148:9 150:15
155:1,16,18
163:24 168:5
169:6 173:19
**comes** 51:3
57:20 70:6
166:3 171:21
**comfortable**
120:7
**coming** 24:19
48:24 55:11
61:7 81:15
102:4 118:3
169:25 177:10
196:20
**comment** 11:7
138:11 186:7
**common** 22:18
24:25 52:14
90:22 111:6
116:1 188:14
**commonality**
60:2
**communicate**
176:6

**communicating**
84:16
**communication**
188:10 189:10
**communicati...**
15:20 41:25
44:16 72:14
86:24 92:9,14
95:5,7 119:23
161:12 162:14
163:7,12 176:2
188:6
**community**
66:19,24
150:20,21,24
151:11 159:12
179:13
**companies**
15:12,12 28:1
53:24 104:16
**company** 11:25
13:2,2 38:13
58:24 62:15
90:20 157:23
**compared**
59:12
**compete** 127:25
**competing** 63:2
91:21 127:25
**competitor**
46:9,19 47:1,5
47:9,19 49:8
141:5,9,11,16
**competitors**
46:17 47:21

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[competitors - contract]**

| | | | |
|---|---|---|---|
| 48:1,15 50:17 | comprise  24:8 | confer  200:6 | 151:6 |
| **compiled** | **comps**  24:19 | **conference** | **consulting**  13:6 |
| 106:25 | **concentrating** | 95:11 132:4 | **contact**  118:16 |
| **complain**  169:7 | 49:20 | **conferences** | 145:9 161:10 |
| **complained** | **concept**  101:7 | 94:16 120:5 | 203:9,20 |
| 117:17,18 | 127:20 142:24 | **confidential** | **contain**  50:7 |
| **complete**  58:4 | 178:7,16 | 109:23 111:8 | 150:24 183:24 |
| **completed** | 181:18 182:11 | 112:22 156:23 | 195:4 |
| 200:5 203:7,17 | 182:11 | **confidentiality** | **contained** |
| 204:6 | **concepts** | 112:21 | 154:12 201:6 |
| **completely** | 176:19 | **conflict**  129:23 | **containing** |
| 96:7 | **conceptually** | **confusing** | 129:7 |
| **completion** | 52:1 128:8 | 110:8 114:7 | **content**  51:6 |
| 202:14 204:10 | 178:23 194:18 | 156:22 | 178:19 189:23 |
| **compliance** | **concern**  47:18 | **confusion** | **contest**  10:18 |
| 40:1 41:16 | 67:25 69:17,21 | 184:2 | **context**  18:3 |
| 43:3 | 94:2,3 167:1,3 | **connection** | 21:11 74:4 |
| **complicated** | **concerned**  12:9 | 27:7 | 96:11 109:6 |
| 27:18 46:13 | 60:25 139:22 | **consent**  82:21 | 122:5 |
| 68:24 110:12 | 139:24 142:2 | 122:19 | **contextually** |
| 111:17 112:19 | **concerns**  66:4,5 | **consider**  31:10 | 45:3 |
| 115:2,20 | 80:13 94:7 | **considered** | **continue**  8:11 |
| 126:16 152:3 | 104:14 110:4 | 188:14 | 37:20 82:8 |
| 154:6 155:5 | 139:8 142:15 | **consistent**  88:6 | 182:24 |
| 179:4 | 142:18 157:3 | 89:3 193:18 | **continued**  5:1 |
| **complicating** | **conclude** | **constant**  96:25 | 6:1 7:1 35:14 |
| 156:16 | 200:18 | **constantly** | 84:5 94:9 |
| **complication** | **concludes** | 117:19 | **continues** |
| 46:10 47:5 | 200:19 | **constructed** | 27:21 |
| 182:15 | **conclusion** | 24:11 | **continuous** |
| **complying**  40:2 | 29:22 179:18 | **consult**  43:6 | 18:4 |
| **component** | **conditioning** | **consultant** | **contract**  75:19 |
| 58:14 130:5,18 | 168:22 | 121:3,4 | 97:22,24 |
| **compound** | **conditions** | **consultation** | 110:15,18 |
| 70:22 | 126:4,7 127:3 | 74:17 86:11 | 127:19 132:23 |

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[contract - covers]**

155:21,23
**contracts** 17:20
  97:13 128:5,23
  129:19 131:1
  132:15,17
  134:19
**contractually**
  59:8
**contradiction**
  187:1
**control** 130:10
  130:23 173:4
  173:18
**controlling**
  31:6
**conversation**
  38:10 89:7
  91:11 119:1
  140:3,5 145:24
  156:6 170:7,9
  186:18 190:8
**conversations**
  8:9 44:20
  72:19,22 84:11
  93:24 94:17
  96:8 117:24
  121:24 123:19
  123:25 124:2
  139:1 143:23
  143:24 152:7
  168:23 184:9
  189:18,21
  198:12 199:3
**convince**
  187:21

**cool** 132:2,4
**cooler** 135:16
**cooley** 27:11
  29:11
**cooperative**
  71:1,25
**coordinating**
  193:1
**coordinator**
  154:9
**copied** 63:1
  185:2
**copies** 101:24
**copy** 67:10
  108:4 110:22
  110:25 130:13
  152:4 159:10
  173:8 200:9,11
  200:11,13,15
**core** 50:23
  154:2
**corp** 14:14,15
  14:16 15:2,5
**corporate** 14:8
  14:25 15:1
  27:8 29:7
**correct** 15:4,6,7
  16:16 23:8
  25:16 28:3
  37:2 39:7
  55:25 58:9,14
  61:22 68:3
  69:5 75:14
  77:3 81:11
  114:14 119:9

127:4 133:20
  134:3 136:21
  136:22 137:8
  166:16 193:10
  201:6
**corrected** 201:6
**corrections**
  201:4 203:14
  203:15 204:3,4
**correctly**
  139:15 193:3
**corresponden...**
  183:21 193:7
**costs** 145:18,20
  145:22,25
**counsel** 8:15
  9:1,11 10:1
  28:7 29:15
  41:18,19 42:7
  42:17,21 43:4
  44:2,17 74:18
  75:22,22 86:3
  86:11 88:24,25
  90:9,11,15
  93:24 111:24
  139:5 140:1,7
  140:14 144:16
  145:5,9 151:7
  175:11,11
  177:12 178:6
  186:9 189:22
  198:14 200:6,8
  200:14 203:18
  203:22 204:7

**count** 110:7
**counterclaim**
  166:2
**counterclaims**
  165:11,17,20
**counting** 26:13
**countless**
  123:25
**country** 18:25
  26:5 59:17
**county** 25:5
  45:6 137:3
**couple** 29:12
  45:18 49:18
  51:7 78:11
  79:25 80:1
  84:13 113:17
  162:18
**course** 16:22
  151:25
**court** 1:1 2:1
  8:18 9:9 13:22
  73:14 77:22
  78:20 87:11
  88:19 113:8
  119:15 125:18
  131:8 136:2
  144:22 152:18
  175:5 179:22
  184:17 191:18
**covered** 151:13
  154:21
**covering** 89:8
**covers** 20:22

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[covid - date]**

**covid** 45:7
**craft** 44:6
  111:17
**crawling**
  146:19
**crazy** 101:13
**create** 59:11,24
  59:25 60:2
  62:17,18,19,20
  64:20,20 65:1
  65:14,22 98:8
  98:9 110:17
  114:8 115:21
  147:11 166:19
  166:21 178:10
**created** 48:7
  53:6,17 74:14
  91:8 98:4
  113:9 179:8
**creates** 61:5
  64:24 67:11
  80:15 104:1
**creating** 16:6
  101:24 103:6
  104:4 117:25
  118:7 135:12
  149:7
**creation** 29:8
**credentials**
  68:13,15,18,25
  70:1
**credit** 148:23
**critical** 72:4
**crossroads**
  126:18

**crowdstrike**
  62:18
**crr** 1:21 202:24
**csr** 1:22 9:13
  202:25
**cto** 163:23
  188:22
**cumulative**
  62:9
**cure** 100:21
**cures** 39:6,8,10
  39:14,17 40:2
  40:5 41:4,8,16
  41:17 43:3,13
  43:24 44:3
**curious** 46:23
**current** 35:18
  35:19 127:7
  140:25 148:20
  171:14 172:25
**currently** 29:18
  29:19 34:10,25
  35:13
**cursory** 132:8
**customer** 19:25
  99:25
**customization**
  60:15,17,18
**cut** 57:13
  163:15,17
  183:12
**cv** 1:7 2:6 8:19
  11:18
**cweir** 3:7

**d**

**da** 185:1
**daily** 20:12
  23:8
**daisy** 154:18
**dance** 103:17
**dat** 117:1
**data** 5:4,5 6:7
  6:13,14,18,19
  23:7 24:3,12
  24:13,13,14,25
  25:6,9,11,13,14
  45:9 48:14,17
  49:1,8,20 50:1
  50:5,8,18,24
  51:20 52:5,7
  53:1,6,15,17,20
  54:2,6 55:22
  57:10,20 63:7
  63:12,14,21,23
  64:6,18,20
  65:1,2 68:2,9
  68:21 69:11,12
  70:8 71:14,15
  71:21,24 72:2
  75:7,10,12,13
  76:6 77:1,5,13
  83:13,16,20
  94:8,9 97:3,5
  102:1,6,10,11
  102:13,13,16
  102:25 103:10
  103:10 104:6,7
  105:6 106:6
  108:20 109:2

  116:22 117:1
  118:11 122:14
  122:24 129:11
  129:14,25
  130:4,10,12,13
  130:17,23
  133:23 134:6
  134:25 135:6,7
  135:12 146:6
  146:17 147:10
  149:2,7,13
  155:12 166:5
  172:4,12,12,23
  173:1,3,3,6,8,8
  173:16,19,22
  173:24 178:7,9
  181:16 184:3
  185:11 186:15
  188:3,18,18,19
  188:23 189:3
  189:20 190:9
  190:11,15,17
  190:25 194:12
  194:16,23
  195:1,7,25
  196:4,21,24
  199:9
**database** 168:3
**date** 14:18
  16:20 76:19
  88:9 148:1,15
  148:16,18,19
  148:20 173:19
  190:2 202:20
  203:16 204:5

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[date - desk]**

205:24
**dated**  4:8
  180:17 185:3
  202:22
**david**  3:11 9:6
  12:22 37:9,13
  42:10 43:5,9
  52:20 76:2
  81:13 89:23
  95:18 111:11
  123:11 138:21
  140:1 142:5
  145:7,8 152:23
  153:14 176:3,7
  177:22 191:3
  192:14,15,20
  197:24,24
  203:1
**day**  17:17
  19:15,20 24:25
  33:18,18 35:25
  39:4 57:14,14
  108:21,21
  143:4 149:5
  152:10 172:18
  182:11 185:11
  187:19 197:19
  197:19 201:7
**days**  17:23
  28:21 101:1,5
  108:24
**dba**  168:1,2
**dead**  122:1
**deal**  27:16,18
  53:25 75:17

91:13,21 164:4
  172:10
**dealing**  160:16
**debate**  29:10
  44:11 181:11
  199:2
**debated**  37:23
  165:17
**december**
  196:19
**decent**  23:4
**decided**  12:18
  151:7
**decision**  17:24
  30:10,14 51:4
  86:11 188:8
  189:2 199:8
**declare**  201:1
**deep**  88:22
**default**  198:17
**defendant**  3:10
  9:7 200:12
**defendants**  1:9
  2:9
**defer**  172:6
**define**  99:9
**defined**  48:19
  52:6,8 184:5
**definitely**  47:3
  144:4
**definition**  21:2
  21:6 50:19
  100:5 109:23
**definitional**
  23:25 98:24

102:7
**degree**  12:6
  50:22
**degrees**  131:18
**delay**  89:17
  149:3 173:3
**deliverables**
  96:15
**delivered**  25:2
**delivery**  22:14
  22:17
**dense**  17:15
  175:19,20
**departed**
  171:12
**department**
  114:3
**departments**
  141:13
**depending**
  103:18 108:15
  176:8
**depends**  102:12
  148:21
**deployed**  155:7
**deposed**  9:23
  156:19
**deposition**  1:14
  2:12 8:15
  16:22 17:8
  35:8 85:11,15
  96:19 135:19
  135:23 158:14
  174:9,13
  176:25 191:15

191:21 199:15
  199:19,22
  200:4,7,19
  202:13 203:19
  203:23,25
  204:8,10
**depth**  132:9
  176:22
**describe**  15:8
  17:11 19:7
  21:3 35:16
  37:23 49:10
  51:23 52:24
  63:17 157:21
  187:17
**described**  25:2
  48:10 49:9
  117:8 119:1
**describing**
  58:15 61:18
  99:16
**description**  4:7
  5:2 6:2 7:2
  194:5,9
**desert**  132:12
  171:9
**designed**  10:17
  20:10 63:19
**designs**  39:18
**desire**  96:16
  181:14
**desist**  82:4
  151:2 159:14
**desk**  23:1

Veritext Legal Solutions
866-299-5127                calendar-ca@veritext.com                www.veritext.com

**[detail - documented]**

| | | | |
|---|---|---|---|
| **detail** 19:20 54:4 | 116:25 124:11 124:16 130:2 | **direction** 169:11 178:12 | 82:13 84:5,8 90:14 116:18 |
| **determined** 203:18,23 204:7 | 139:21 141:13 142:12,22 143:22 144:10 | 202:10 **directions** 96:10 | 116:20 153:22 153:22,23 186:4 189:24 |
| **develop** 44:9 62:7,9 63:2 | 154:1 158:17 165:17 169:11 | **directly** 39:21 83:13,16 98:15 | 197:23 **dishonest** |
| **developed** 44:3 | 169:11 177:18 179:5,14 184:9 | 159:17 160:2 160:17 | 121:15,22 **disingenuous** |
| **developing** 105:25 | 192:18 196:8 196:21 | **director** 18:10 **disappear** | 118:23 **dislike** 170:4 |
| **development** 12:13 37:17 | **differentiate** 50:12 130:21 | 46:22 **disclosure** 4:24 | **disputed** 187:4 **disruption** 5:13 |
| 38:15 59:9 61:6 62:2 | 135:11 **differentiated** | 6:4 **disconnect** 71:9 | **distinction** 51:23 52:24 |
| 128:19 194:1 **dialogue** 169:5 | 47:14 195:24 **differentiations** | 71:13 **discourage** | 135:3 **distractions** |
| **dietitian** 23:2 **difference** 18:6 | 50:6 **differently** 51:3 | 189:7 **discovered** | 179:15 **distribute** |
| **different** 15:11 18:18 21:10 | 146:2 157:12 157:20 | 77:17 **discovery** | 64:14 **district** 1:1,2 |
| 25:22,23 26:14 26:17 27:17,25 | **difficult** 13:24 169:13 | 66:14 199:24 **discrete** 52:5,7 | 2:1,2 8:18,18 **dlee** 3:14 203:2 |
| 28:1 33:20 39:15 49:19 | **dig** 95:23 **digits** 32:10 | 53:4 54:2 102:6 | **doctor** 138:3 **document** |
| 50:8 51:2 52:1 60:5 67:9 | **diligence** 132:20 155:1 | **discussed** 155:2 **discussing** | 81:22 94:6 109:19 125:3 |
| 69:17 78:23 80:24 85:21 | **dilution** 33:9 **direct** 58:3 | 176:23 178:7 189:16 | 125:12 131:24 133:7 152:6,24 |
| 96:9 99:13 102:3 104:13 | 86:23 130:9 132:10 143:2 | **discussion** 89:11 182:10 | 153:12 155:6 156:2 175:19 |
| 104:13 108:20 111:11 114:25 | **directed** 122:17 122:23 151:5 | 186:13 199:17 **discussions** | 175:20 176:15 181:23 |
| 114:25 115:4,4 115:8,11,14,22 | **directing** 156:10 | 41:19 42:16,20 44:2 63:5 | **documented** 162:25 163:1 |
| 115:24 116:8 | | | |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[documents - email]**

| | | | |
|---|---|---|---|
| **documents** 63:6 85:23 128:18 133:18 142:8 156:11 161:12 164:19 177:1 | **draw** 44:7 | **easier** 14:2 106:1 128:12 132:20 150:18 150:18 180:3 | 47:16 92:6 146:19 157:25 160:1 172:4 |
| | **drawing** 135:3 | | |
| | **dream** 23:9 | | **elaborate** 52:16 |
| | **drinks** 120:4 | | 52:18,22 |
| | **drips** 183:22 | | 164:12 |
| | **drive** 17:24 23:15 | **easily** 182:22 | |
| **docusign** 80:4 | | **east** 3:5 | **electronic** 6:7 |
| **doing** 13:7 15:22 34:10,25 35:13 45:6,7 45:17,19 66:6 66:10,12,15,16 80:6 84:23 97:1 116:2 134:24 143:8 144:7 154:11 160:13 189:15 193:19 195:16 197:6 | | **easy** 62:21 | 129:7 |
| | **driven** 24:12 | **economy** 12:8 | **element** 195:10 |
| | **driver** 22:25 | **edge** 182:17 | **elements** 52:5,8 |
| | **drives** 58:9 | **education** 34:3 | **elevated** 160:11 |
| | **driving** 114:11 114:12 | **educational** 11:14 | 160:13 |
| | | | **elongated** |
| | **drop** 152:15 | **effect** 143:20 152:6 | 179:3,5 |
| | **due** 155:1 | | **eloquently** |
| | **dumb** 31:10 | **effectuate** 110:9 | 69:23 |
| | **dylan** 160:22 160:25 162:13 | | **email** 4:8,13,18 5:3,8,12 6:3,12 6:17,22 7:3 73:17,21 74:2 76:20 77:25 78:16,22,23 79:5 86:20 87:18,24 90:4 90:7 113:19 114:23 115:2 115:19 116:4 121:5 123:9 136:7,18 140:14 159:18 161:14,17 164:18 178:6 178:17 180:7 180:12,15 181:5 182:5,8 |
| | | **effectuated** 155:25 | |
| **dollar** 32:19 | **dynamic** 124:9 | **efficient** 53:19 60:4 70:8 114:10,16,20 147:14 | |
| **domain** 110:7,8 111:9,18 | **dynamics** 153:15 | | |
| | | **efficiently** 59:22 60:1 72:16 175:9 | |
| **dominion** 135:10 | **e** | | |
| | **e** 3:4 140:24 203:9,12 204:1 205:3,3,3 | | |
| **door** 103:18 | | **effort** 84:7,9 | |
| **double** 32:20 73:10 172:18 | | **ehr** 195:2,4 196:13,14 | |
| | **e.g.** 115:5 | | |
| **downtime** 122:14 | **earlier** 41:23 69:22 74:10 76:11 97:19 103:23 125:7 134:7 147:5 157:4 167:13 169:1 178:25 183:2 193:8 | **ehrs** 194:9 | |
| | | **eight** 78:15 175:10 | |
| **dr** 120:7,21 143:13 | | **eirenerx** 140:25 | |
| **draft** 200:9,10 | | | |
| **drafts** 115:14 | | **either** 34:19 40:19 41:13 | |
| **dramatically** 21:10 | **early** 25:19 89:11 | | |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[email - exactly]**

183:15 184:24 185:20 190:2 193:21,25 197:21
**emails** 33:11 45:11 72:8 79:25 98:13 144:2 165:8 177:2,8 185:2 185:16
**embarcadero** 2:15
**emergent** 67:14
**emery** 160:25
**emma** 161:7 162:13
**employee** 120:9 120:10 202:18
**employees** 31:19,22 162:12
**emr** 19:14 38:8 105:20 154:17
**en** 171:25
**encourage** 39:18
**ended** 128:8 150:13 157:23
**endless** 120:15
**endlessly** 123:23
**endpoint** 184:5
**endurance** 10:18

**enduring** 95:20
**energetic** 96:12
**engage** 179:4 198:12
**engaged** 105:10 186:9
**engaging** 199:3
**engineer** 128:17
**enter** 20:12
**entering** 23:6
**enters** 135:6
**entire** 62:6 80:22 147:15
**entirely** 80:2 81:3 84:14 98:6 111:2 171:24
**entities** 30:7 35:21 36:13 39:16 48:19 54:16 56:25,25 116:5 142:21 171:7
**entitled** 17:3 42:6,8,21
**entity** 13:20 14:9,11,25 15:1 16:7 27:6 27:15,20 30:12 32:13,17 54:17 59:5 75:4 113:25 114:8 159:13 192:2

**epic** 47:25 56:6 128:2
**equipment** 114:4,6
**equity** 30:12,16 32:24
**errata** 203:14 203:16 204:3,5
**escalate** 139:5
**escondido** 192:7
**especially** 54:20 59:22 143:10
**essentially** 112:11 114:1 120:11 155:23
**established** 186:2
**estate** 36:2
**estimate** 17:3 26:4 33:2,7
**et** 166:7 203:4 205:1
**evaluate** 54:22
**evan** 45:24 46:2 96:12 158:13
**evan's** 96:19
**event** 100:6
**events** 46:7 82:2
**eventually** 11:24 95:25 150:13

**everybody** 20:7 88:22 128:7 134:14 140:4 173:18 182:17 186:11
**everybody's** 120:14
**everyone's** 34:4
**evidence** 104:23 105:9 167:5
**evidenced** 168:25
**evolution** 13:11 47:6 93:7 95:24
**evolutions** 184:10
**evolve** 74:17 95:3
**evolved** 24:15 195:15
**evolving** 37:24 95:5 96:22,24 184:3,4
**exact** 14:16,18 16:20 25:21 26:24 31:22 32:22 33:1 53:16 56:20 98:7 182:8
**exactly** 18:15 30:4,22 47:5 50:11 66:10,15 66:15 68:11

Page 17

**[exactly - fair]**

83:2 121:23 138:6,25 167:8
**examination** 4:2 9:20
**examined** 9:17
**example** 20:3 28:10 61:25
**excess** 188:19
**exchange** 78:7 84:11 179:2 191:25 195:11
**exchanges** 39:23
**exchanging** 39:15
**excited** 34:5
**exciting** 12:17
**excuse** 180:13
**executed** 201:7
**executive** 37:3
**exhibit** 4:8,13 4:18,23 5:3,8 5:12,16,20 6:3 6:7,12,17,22 7:3 73:13,17 74:22 77:19,21 77:25 78:19 79:15,20 86:21 87:10,23 88:4 88:9,18,22 90:3 98:19 113:7 119:14 125:17 131:7 132:7 133:10 134:10,11

136:1,7,18 152:17 161:25 162:5 175:4 176:15 178:3 179:21 184:16 184:20 191:17
**exhibits** 4:6 5:1 6:1 7:1 174:18
**exist** 27:21 48:2 155:18
**existed** 81:5 127:17,19 155:18 158:11 158:18,18 163:13
**existing** 126:12
**expanded** 63:16,18,19 65:20 72:5 77:7 97:7 99:11 117:4,15 118:14 146:16 147:6 149:17 149:19 183:2 188:12 189:15 189:19 190:5 193:15 194:22 195:8,22 198:10 199:10
**expect** 92:8
**expedition** 102:4
**experience** 57:22 58:15

**experiences** 58:16
**experiencing** 52:2
**expert** 41:7
**explain** 198:9
**explained** 158:16
**explore** 166:13
**export** 63:16,18 63:19 64:6,11 64:20 65:2,20 72:5 77:7 97:8 99:11 117:4,15 117:23 118:6 118:14 149:17 149:19 183:2 188:12 189:16 189:19 190:5 193:15 194:23 195:5,8,22 198:10
**exported** 63:24 83:20 165:3
**exporting** 64:12
**expose** 94:10
**expressed** 157:4
**extend** 110:14
**extension** 142:25
**extensive** 64:2 80:15

**extent** 15:18,21 18:16 29:21 30:11 39:22 42:15,19 44:15 106:17 181:25 200:6
**external** 4:13 5:3 6:12
**externship** 12:18
**extra** 139:23
**extract** 5:5 6:14 6:19 117:1,10 129:1,11 134:6 146:16 147:6 147:11 178:7 178:10
**extracts** 128:18 128:25 129:20 134:10,20
**extreme** 182:15
**eye** 61:8

**f**

**facilitate** 86:2 145:6 170:6
**facilitated** 170:9
**facing** 198:5
**fact** 66:13 71:21 115:21 120:7 142:25 152:8 156:2
**fair** 10:14,24 14:4,21 17:5 19:21 20:21

**[fair - flip]**

23:11,11,18 26:18 29:16 31:12,12 34:18 41:6 74:25 86:9 94:5,13 101:10 112:8 132:22 133:4 138:2 157:6 159:6 167:19 169:4 171:1 172:19 183:25 185:13
**fairly**  37:17 111:5 146:23
**fairness**  149:19
**faith**  183:17 196:23
**fall**  22:22 59:6 110:5
**falling**  128:13
**falls**  129:15
**falsify**  104:10
**familiar**  28:13 28:14 39:6 65:15,19 67:21 133:1 152:23 182:7
**family**  22:13 31:3,5 33:4,6
**far**  29:12 54:13 57:21 92:4 145:25,25 188:19
**fast**  16:11,15 16:15 169:10

**fate**  12:19
**father**  13:6 18:9
**fault**  171:4
**favorite**  34:4
**fax**  3:7,14
**feature**  38:20 194:11 196:15 197:14
**features**  7:4
**february**  1:16 2:17 8:1,5
**federal**  19:18 202:13 204:1,8 204:9
**feedback**  62:12
**feel**  12:22 45:12 91:15 110:11 153:1
**feeling**  102:3
**fell**  86:6
**felt**  47:14 67:14 84:15 117:20 158:4
**felton**  78:1
**ferrara**  122:6
**fiddle**  25:11
**fifty**  87:7,8 113:10 125:16 136:4,5 175:10 179:24
**fight**  48:3
**figure**  27:11 40:2 41:10 45:1 55:1,8,10

59:23 60:9 66:14 68:10,22 71:3,6,8,12,16 92:12 96:17 97:2 109:14 111:16 145:8 175:8
**figured**  144:15
**file**  53:6,15,17 53:20 57:9,12 57:12,17 64:18 64:20,24 65:7 65:14 76:6 97:3,5,17 98:7 116:22 117:1,2 117:9 129:1 179:1 182:12 182:15,22 183:17 184:7 190:9,15
**filed**  8:17 165:10,14
**files**  60:20 83:13,16 129:7 146:17 147:10
**filter**  147:23,24 148:6,10,22
**filters**  64:1,23
**final**  94:22 95:1 95:1,19,23,23
**finance**  154:21
**financial**  19:16 145:10 154:13
**financially**  8:22 202:17

**find**  60:21 98:11,15 103:16 122:10 132:4
**fine**  69:10 84:25 102:17 103:1 113:6 126:2
**finish**  14:1
**fired**  91:4 122:7
**firm**  164:10
**first**  19:11 24:21 25:9,10 28:2 43:6,8,13 44:24 46:18 53:21 65:4,5 73:8 85:20 87:15 98:25 147:25 193:21
**fishing**  102:4
**fit**  20:16 22:2 38:14
**five**  25:25 56:22 65:10 112:11 131:10 131:11 132:2 150:4
**fixing**  11:9
**flagged**  76:15
**flags**  179:15
**flight**  125:6
**flip**  125:20 175:15,16

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[flippant - generations]**

**flippant** 52:13 105:13
**floor** 2:15 3:12
**flowing** 72:16
**flows** 52:4
**focus** 50:9 96:13,15 129:16 145:11
**folder** 65:8
**folks** 23:6,14 33:10 49:25 107:24 120:12 157:2 160:15 185:9 186:14 187:7,13 192:1
**follow** 42:10 66:2,8 75:11 93:19 111:2 141:25 143:18
**followed** 182:10 194:8,9
**follows** 9:18 34:23 53:1 185:21 203:8
**food** 48:3 189:1
**footprint** 104:13 143:5
**foregoing** 201:3 202:4,6 202:10,12
**forget** 148:7
**form** 14:8 27:22 43:15,23 74:12 132:17 132:23 195:25

196:7
**formal** 87:3 188:15
**formally** 193:15
**format** 57:9,11 116:15 176:17 194:20 195:14 197:16
**formation** 15:24 27:9
**former** 171:13
**forms** 63:13 115:11 128:18 133:18
**forth** 85:22 123:10 144:5 178:18 179:19 180:11 202:5
**forthright** 70:25
**forty** 73:6 78:15,16
**forward** 36:14 61:5 140:2 142:6 163:5 185:25 186:12 189:23
**found** 66:12
**foundation** 29:22 51:17 70:17 181:24
**founder** 156:18
**founders** 45:23

**four** 63:15 74:23 125:16 145:23 174:19 176:18 177:17
**frame** 17:2 47:7
**francisco** 1:15 2:15 3:13 8:1 18:8 45:7
**frankly** 42:3 122:25
**frcp** 204:1
**free** 135:10
**fresh** 81:4
**friendly** 60:19
**front** 10:4 22:25 83:6,7 130:7 160:16 178:5 180:7
**frozen** 116:21
**fruit** 44:19
**fruition** 155:16
**frustration** 133:3 181:13 182:16 184:5
**ftp** 65:8
**full** 120:10 121:4 130:13 188:23
**function** 37:3 60:10,22
**functionality** 154:2,5 166:6
**functions** 19:14 20:12 48:11

52:4 110:11 154:12,15
**fund** 30:8,9
**fundamentally** 23:12
**funded** 24:22
**further** 202:12 202:16
**fw** 5:12 6:3 7:3

**g**

**gained** 82:19
**game** 33:3
**gather** 99:14
**gathering** 147:15
**geared** 24:7
**gears** 151:22
**general** 16:25 17:2 33:2 39:11,13 46:20 47:7 79:14 99:14 132:11 178:8 183:12 186:7
**generally** 10:16 23:24 24:1 43:2 89:2 90:12 106:20 111:12 132:16 150:1,6 160:12 177:6
**generate** 22:14 149:25 184:7
**generations** 147:12

Page 20

[genesis - going]

genesis  17:22
gentleman  37:9
genuinely
  111:10 120:18
  142:19
germane
  164:14 191:12
getting  36:1
  68:2 77:4
  90:17 94:21
  96:21 97:3,4,5
  97:6,6 130:9
  140:14,14
  145:22 146:6
  156:14 182:14
  196:21
give  16:9 21:7
  22:5 24:9 26:3
  31:23 33:2
  47:7 52:21
  53:2,3 55:5
  62:1 63:12,14
  64:10,20 67:8
  69:21 70:1
  75:6 86:13
  89:23 90:23
  101:16 131:12
  139:8 154:6
  158:3 180:21
  186:15 188:3
  190:15 198:10
given  75:24
  82:1 83:10
  151:14 161:2
  168:14 181:14

202:11
gives  64:5,5
  100:9 102:25
  104:2
giving  11:2
  58:24 69:11
  71:24 77:11
  116:23 134:22
  164:13
gleaning  102:1
glenn  137:7,11
  142:16 143:13
  143:13,14,15
  177:9
global  62:6
globally  63:21
glommed  50:4
gmail  161:19
  161:20,22,22
  162:1,7,16
  163:13,18
go  8:12 10:4,4
  10:4 14:7
  15:22 19:6
  20:23 21:21
  22:15 24:20
  30:18 36:14
  41:22 54:25
  57:11 62:17,18
  62:19 64:1,12
  65:7 66:23
  67:6 68:14,22
  71:11 73:10
  75:21 77:24
  80:12 83:12

86:18 87:6,14
  87:22 89:22
  90:5 94:23
  96:16 99:5,13
  99:20 103:18
  106:2,7 107:3
  107:8,16
  108:10 109:2
  110:22 111:3
  111:25 113:11
  117:23 118:10
  118:12,18,21
  119:7 121:19
  122:11 125:13
  125:15,20
  127:8 129:9
  133:6 134:23
  135:16 136:10
  136:11 139:1
  140:2 142:6
  145:25 146:13
  147:23 148:3
  148:10,13,17
  148:24 149:8
  150:7 160:20
  165:14 169:13
  169:22 170:6
  178:13 181:25
  184:11,12
  191:2 192:8
  193:20 198:14
  199:12 200:7
goal  23:12
  29:14 59:23
  86:2 130:24

189:7
goals  32:11
  39:18
goes  18:7 21:15
  21:24,25 66:7
  128:21 148:20
going  8:5 10:2
  10:13 11:7,8
  12:10 15:15
  17:20,22,25
  18:25 20:17
  23:25 24:10
  26:7,25 29:20
  31:16 33:6
  34:19 38:12
  41:1,24 42:10
  42:17 44:7,14
  44:20 47:16
  49:4 51:19
  52:20 53:6
  54:21 55:9,11
  55:19 61:7
  63:5 65:4,5
  66:25 67:6
  70:10,11 71:25
  74:21 78:10
  82:7 84:4,5
  85:1 86:9,10
  86:10,13,15
  87:16 88:20
  89:24 90:21
  91:7,17,18,24
  93:7,23 95:18
  95:19,20 96:1
  96:13 98:5

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

[going - happy]

99:5 101:23,24 105:5,15 107:7 108:3,6 114:15 115:25 116:18 118:19 120:20 123:12,15,19 124:5,6,12 125:4,5 126:2 126:21 127:21 129:8 132:8 138:21 146:12 146:16,22 147:16 148:4 148:11 149:23 151:19 152:15 154:6,7 158:15 161:6 168:13 169:20 173:7 174:17 176:12 177:3 179:2,11 179:19,23 182:17 183:18 186:12,21 187:21 188:3,9 188:11 189:23 193:5,18 194:7 197:25 198:5

**good** 8:4 9:6,12 9:22 11:10 16:8 17:1,6 26:17 84:13 85:7 91:5,20 109:20 115:22 119:13 133:2 136:10,11

139:21,23,25 143:8 152:11 159:11 162:16 164:21 173:6 173:10,21 179:20 181:11 196:23

**gotten** 16:7 71:1 138:3 145:2

**governments** 17:18

**grabs** 149:13

**grad** 12:10

**graduate** 12:4

**graduated** 11:20,22 12:14

**great** 11:11 12:7 22:7 36:21 50:21 60:15 110:22 114:17 124:14 130:11

**greater** 176:22

**greenway** 154:10,17

**grew** 32:4,5

**ground** 10:1 20:22 89:8 154:20

**group** 6:9 12:24 48:22 56:3,4,10 120:12 122:9 138:1

**grow** 16:12

**growing** 16:8 16:11,14,15 19:1 91:8 126:19

**growth** 19:1 91:25

**guess** 11:17 16:23 26:22 49:5 51:12 57:5 60:23 67:24 69:9,19 70:5 73:3 76:16 79:13 84:18 85:24 86:4 92:11 93:25 97:8 98:21 101:7,9 101:15 103:14 111:1 115:3 119:22 122:11 123:2 127:24 129:16 132:11 134:16 142:11 148:25 154:23 154:25 170:24 171:22 172:2 178:8,21 179:7 181:14,16 183:11 187:20 187:23,23,25

**guessing** 92:10

**guide** 98:14

**guy** 42:2 81:9 139:21,24

**guys** 72:23 177:14 190:14

**h**

**h** 205:3

**half** 19:2,3 62:17 89:12,17 95:14 177:19

**hallmarks** 171:11

**hallucinating** 131:17

**hand** 9:14 82:10

**handed** 35:22

**handful** 56:19

**handled** 116:7 116:24 203:8

**handling** 172:3

**handy** 78:11

**happen** 102:17 158:24

**happened** 13:21 14:16 15:13 16:4 27:6 92:7 94:15 122:1 155:10,11 165:4 167:6 171:10 178:15 187:17 193:11

**happening** 155:10

**happily** 35:22

**happy** 18:16 173:18

Veritext Legal Solutions
866-299-5127                    calendar-ca@veritext.com                    www.veritext.com

**[hard - imaging]**

**hard**  13:8
54:23 80:15
89:8 94:10
96:15 111:13
140:3 150:10
169:6 184:6
**harder**  97:1,2
**harmed**  165:22
**hate**  22:19 34:1
**hated**  12:18
**hay**  51:1
**head**  103:17
159:24 162:23
171:5,19
174:25 194:1
197:6
**health**  6:7 24:3
24:23 39:14
41:1 114:19
137:1 138:4
143:1
**healthcare**  6:9
22:1 39:19,20
40:8 136:20,24
136:25 139:9
145:13
**healthy**  12:24
**hear**  44:24
52:23 104:19
**heard**  34:8
45:12,13,15
140:6 153:11
192:23
**heart**  112:13

**heartburn**
112:22
**heartland**
126:23
**hell**  106:1
**help**  139:22
**helpful**  67:17
152:12
**helping**  33:19
**helps**  193:23
**herculean**
184:8
**hereto**  201:5
**hey**  143:17
144:12 187:24
**high**  32:6
101:13 132:12
171:9
**higher**  100:25
**highlight**
143:24
**hinge**  93:23
**hired**  54:18
73:1 75:5
**historical**  160:3
**historically**
19:3
**history**  11:16
195:12
**hit**  52:20
**hl7**  195:10
**hmm**  23:17,19
74:3 82:24
121:16 122:21
192:5

**hold**  30:16
157:11,13
173:16
**home**  18:16
21:15,25 125:7
**honest**  70:25
**honestly**  77:16
145:20 148:22
**hope**  23:9
67:17
**hoped**  89:21
**hopefully**
183:13
**hopes**  173:25
**hour**  10:17,19
85:5 96:13
125:1 177:18
**hours**  166:21
177:17
**house**  45:6
48:20
**housed**  44:1
**housing**  40:7
**hp**  29:10
**huang**  194:2,3
**huge**  54:4
91:12 182:13
**huh**  156:25
183:4
**hundred**  96:13
103:14 108:8
190:10
**hundreds**
63:25

**hyper**  61:5
**hypothetical**
70:16

**i**

**idea**  17:23
50:23 60:21
81:3 95:22
103:9 114:9
117:17 118:5
129:24 178:9
179:1,2 187:24
**ideally**  20:6
**ideas**  94:19
**identification**
73:14 77:22
78:20 87:11
88:19 113:8
119:15 125:18
131:8 136:2
152:18 175:5
179:22 184:17
191:18
**identified**
23:14 50:18
51:8 107:20
108:1
**identify**  49:7
**ignored**  156:22
158:18
**ilk**  142:4
**illinois**  11:22
**imagine**  90:19
100:11 162:15
**imaging**  56:4

Page 23

## [immediately - interface]

| | | | |
|---|---|---|---|
| **immediately** 17:9 55:13 166:3 171:21 | **incomplete** 70:16 | 22:3,9,17 23:14,15 33:8 39:10,15,19 | **institute** 24:23 |
| **imo** 121:12 | **inconsistent** 92:22,24 93:1 | 43:25 44:13 49:2 53:3,10 | **instruct** 44:14 |
| **impact** 18:6 145:16 146:11 | **inconvenience** 122:15 | 53:20 54:16 56:18 61:18 | **instruction** 42:14 |
| **impasse** 137:17 138:20 | **inconvenienc...** 150:12 | 66:21 72:10,16 81:15 99:14 | **instructions** 64:14 150:17 176:13 |
| **implement** 186:1 | **inconvenient** 117:16 | 109:24 111:8,9 131:3 135:8 | **integration** 4:15,19 5:5 |
| **implementati...** 124:17 | **incorporated** 8:16,17 | 151:16 154:11 156:24 168:10 | 6:14,19 117:25 186:2 |
| **implemented** 198:4 | **increase** 50:16 50:17 | **informed** 29:1 41:20 97:10 | **intellectual** 59:7 105:11 110:6 111:15 |
| **implying** 196:12 | **incredibly** 59:5 121:15 | **informing** 18:2 | **intend** 10:9 |
| **important** 10:5 55:9 63:8 67:19 | **index** 4:1 | **infrastructure** 16:12 36:13 | **intense** 29:9 147:8 |
| **imprecise** 67:23 | **indicating** 131:22 | **ingest** 196:7 | **intensive** 146:23 |
| **improvement** 18:4 | **indicative** 89:25 | **inhibited** 179:20 | **intent** 39:22 |
| **incestuous** 122:9 | **individual** 38:19 48:19 62:8 81:2 | **initialed** 201:4 | **interacting** 159:18 |
| **include** 65:2 | 159:23 178:20 192:18 | **initially** 45:15 46:8 47:13 | **interactions** 54:8 |
| **included** 17:16 176:19 203:14 204:3 | **industry** 21:11 53:2 59:10 141:1 | **ink** 201:4 | **interdisciplin...** 22:11 |
| **includes** 19:14 19:14,15,15,16 111:19 | **inference** 39:24 | **innermark** 47:25 | **interest** 31:6 96:20 |
| **including** 128:1 | **inform** 198:24 | **input** 23:14 | **interested** 8:23 159:2 202:17 |
| **inclusive** 183:9 | **information** 13:8 17:23 18:6,9 19:9,17 20:3,4,4,13,16 | **inquires** 19:11 **ins** 77:12 **inside** 21:11 **instance** 67:4 101:16 **instances** 75:23 | **interface** 52:10 55:4,25 57:23 58:5,11 59:13 61:12,13 80:18 83:8 94:5 |

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[interface - iterate]**

104:23,24
124:8 139:12
145:17 157:4
162:9
**interfaces**
54:20,22,25
55:15 56:10
57:2 80:14
91:13,20 166:7
**interfacing**
72:20 128:9
130:19
**interference**
165:15 169:15
**interim** 90:17
**intermingled**
120:12
**internal** 128:19
**internet** 12:16
111:22
**interpose** 15:15
**interpret**
195:23
**interpreting**
56:21
**intervening**
193:12
**introduce** 9:9
**introduced**
164:9 178:17
**intus** 4:9,24,25
5:4 6:4,5,9,13
6:17,22 7:4
43:9,12,17,24
44:12,22,24,25

45:9,22 47:20
49:6 58:25
60:25 61:25
63:4,12 64:4
64:21 65:2,3
65:11 67:25
68:1,7,9,13,14
68:16,18 69:11
70:6,24 71:5
71:15 72:9,15
72:17,20 73:24
74:14 75:2
76:14,17,24
77:12 82:18
83:23,23 84:6
88:3 90:25
91:10 92:4
94:16 98:5
99:23 100:7,10
101:16 103:1
104:2,6 105:10
107:14,18,25
108:1 116:5,13
116:18 117:11
117:14 118:9
118:11 122:14
122:14,17,23
123:2 124:19
128:1,21 129:3
129:13,21
131:2,3 134:22
137:17 138:11
140:16 144:19
145:1,15 146:5
146:10 149:1,6

149:16,18
151:3,12 152:2
153:22 155:7
161:13,15
162:19 165:22
166:5,19
167:16 168:19
169:1,2 171:8
176:20 178:10
182:23 183:6
183:18 185:12
186:3,8,15,24
187:5,13
188:15 189:2,8
189:14,17,19
190:4,6,15
193:6,13 194:5
196:20 197:5
197:25 198:6,9
198:24 199:9
**intus's** 78:18
83:1 88:2,25
90:8,15 105:1
144:22 159:15
171:3 175:11
178:6 194:1
199:3
**intuscare** 1:5
2:4 8:16 9:5
128:5 133:19
203:4 205:1
**investment**
30:8,8,15
**investors** 164:9

**involved** 57:14
140:1,15
197:19
**involves** 59:6,8
136:19 138:4
**ip** 69:22 94:4
110:16 157:3
**ironic** 96:20
**irrelevant**
24:24
**ish** 13:13 45:3
89:12 121:10
**issue** 43:12
65:24,25 68:15
75:8 83:15
90:25 100:11
100:24 104:8
111:8 124:20
140:9,19
141:18 144:5
145:6 160:4,8
172:8 178:9
193:5
**issued** 68:17
**issues** 98:5
104:9 110:1
118:2 139:10
144:14 149:3,5
**item** 143:7
178:20
**items** 62:8
160:7 165:2
**iter** 25:23,23
**iterate** 167:1
170:1

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[janet - know]**

| j | keeping 199:22 | 20:1,23 21:5,6 | 99:13,19 |
|---|---|---|---|
| janet 194:1 | kept 90:13 | 21:8,14,15 | 101:24 103:21 |
| january 163:25 | 91:10 96:22,24 | 22:19,21 24:2 | 105:17,20,25 |
| jeff 137:25 | 102:3,6 108:24 | 26:7 27:13,20 | 106:13 107:13 |
| 139:18 140:16 | kevin 163:22 | 29:7,17 30:2 | 108:5,21 |
| jeffrey 137:7 | 163:24 164:6 | 30:22 31:22,24 | 109:13,16 |
| 177:9 | kicked 30:23 | 32:9,10 33:13 | 110:15 111:5 |
| job 1:23 17:1,6 | 168:22 | 33:21 34:2,18 | 111:18 112:6 |
| 18:3 21:19 | kids 45:5,19 | 35:21 36:20 | 113:22 115:8 |
| 52:6,8 61:14 | 46:14 | 37:10 38:5,16 | 115:13,23 |
| 64:23 110:10 | kind 11:17 16:2 | 39:8 41:8,14 | 116:11,21 |
| 143:8 | 27:3,25 31:17 | 42:6,7,12 43:1 | 118:4 119:24 |
| join 12:25 | 33:2 42:6 43:1 | 45:1,2,8,8,8,10 | 120:18 121:6 |
| joined 193:2 | 43:12 56:21 | 47:5,25 48:2 | 121:10 122:8,9 |
| joint 72:8,14 | 75:16 78:10 | 48:17 50:21 | 123:21,24 |
| 144:13 | 79:8,16,22 | 53:16,21 55:7 | 124:9,18,23 |
| jst 1:7 2:6 8:19 | 80:4 82:4 84:7 | 55:10,15,17 | 125:20 126:25 |
| july 127:4 | 86:7 87:21 | 56:20 58:2,3 | 127:15,18,19 |
| 134:2 185:3,21 | 90:7,25 91:2 | 58:12 61:16,16 | 128:6 131:15 |
| 189:14 190:2 | 94:21 95:12 | 61:17,18,20 | 136:8,25 137:7 |
| jump 13:25 | 98:21 99:5 | 63:1,2 64:4 | 138:19,24 |
| 112:9 | 110:16 111:16 | 66:6,9 67:5 | 140:6,9,11 |
| jumps 186:22 | 114:4 118:21 | 69:17 70:3 | 143:17 144:12 |
| june 134:2 | 132:17 156:3 | 72:12 73:24 | 144:14 146:10 |
| 185:3,20 | 181:19 188:25 | 74:16 75:3,24 | 146:14,20,24 |
| 187:16,16 | knew 12:9 | 76:1 78:3,17 | 147:16 148:3 |
| k | 66:15 69:15 | 79:8,24 80:17 | 148:11,19 |
| | 76:24 92:19 | 81:12,12 83:25 | 149:5,21 |
| kabuki 118:23 | 157:24 188:13 | 86:4,7 87:3,18 | 150:20,22 |
| kaiser 143:2 | 198:11 | 88:21 89:5 | 155:5,8 156:11 |
| keep 21:22 | know 10:20 | 90:24 91:23 | 156:12,12,16 |
| 32:10 54:23 | 11:17 12:16 | 92:3,25 94:12 | 156:20 157:17 |
| 78:11 125:4,5 | 14:16,18 15:10 | 94:19 95:8,12 | 157:24 158:13 |
| 126:2,7 167:3 | 15:10 16:2 | 95:13 96:8,11 | 158:15 159:7 |
| 169:5 | 17:2 18:15 | 96:18 98:13 | 159:12,16 |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[know - legislative]**

160:23 162:11 162:13,18,23 163:18,20,21 163:22 164:6 164:17 165:4 165:13,18 166:1,8,20,22 167:10 169:16 172:7,11 175:22 176:10 177:14 179:9 180:20 182:8 185:9 187:4 189:17 191:11 193:11 194:16 194:17,18,21 195:12 197:10 197:17 198:4
**knowing** 94:6
**knowledge** 62:10 188:14
**knowledgeable** 53:4 159:1 173:5
**knowlton** 156:17
**known** 76:25

**l**

**la** 25:5
**labcorp** 55:14 55:20 57:6,9 91:19 139:12 144:5
**label** 127:8

**labels** 51:5
**labs** 55:15,16 194:13
**lack** 46:12 156:20
**lacks** 29:21 51:17 70:16 181:24
**land** 76:4
**landed** 86:8
**lands** 30:4
**language** 67:23 99:16,18,19 127:17 128:4 128:23 129:3 133:18 134:9 134:19,21 188:6
**large** 16:7 60:17 108:17 129:14
**largely** 154:4
**larger** 109:1 130:9
**late** 14:6 138:16 172:18
**latest** 147:16
**lathrop** 163:22
**launch** 25:18
**launched** 25:19
**laura** 122:5 160:21,25 162:13
**lavaa** 75:2 129:13 130:15

**law** 3:5,12 11:21 12:20 24:21 103:21 110:10
**lawyer** 12:2 27:10 31:13 73:1,1 82:13 82:13 123:6 138:12
**lawyers** 12:25 31:7 42:3 183:23 198:6 198:19,19 199:5
**lax** 33:17
**layout** 58:22 61:21,24,25 69:22 166:6
**lead** 156:8 182:2
**learned** 82:18 82:25 83:3 105:15
**learning** 102:5
**leave** 75:16
**leaving** 73:4
**led** 29:2 105:10
**lee** 3:11 9:6,6 15:15 29:20,25 31:14 40:11,14 41:12 42:14 43:5,7,9,18 44:14 51:17 61:1 70:14,16 73:5,7,12

76:19 79:15,17 81:9 87:8 88:8 88:13 92:9 102:18 103:2 103:14 131:15 131:20 134:8 152:25 157:9 157:11,13,17 159:3,19 164:20 167:18 172:14 174:24 176:8,12 177:22 180:19 181:22 187:9 190:18,20 191:5 197:1 198:20 200:3 200:12,14,16 203:1
**left** 156:17 171:10,15 174:18 193:2
**leg** 62:1
**legal** 28:7 29:15,22 41:18 41:19 42:7,17 42:21 43:4 44:2,17 86:3 86:11 138:10 139:5 140:1,7 140:14 186:9 198:13 203:7
**legislative** 39:21

Page 27

**[lengthy - looks]**

**lengthy** 90:4 178:6
**letter** 81:10 82:2,4,16 84:2 84:3 123:5 151:2,4 159:14
**letters** 183:23
**level** 19:18 67:16 139:11 139:13
**levels** 50:8
**liabilities** 29:18
**license** 5:16
**lie** 94:7
**life** 12:23 46:11 55:16 105:25 132:20
**lift** 72:6 182:25
**likable** 45:19 46:12,13
**likely** 161:1 168:6
**limit** 41:1 163:2
**limited** 128:1
**line** 41:15 50:6 63:7 100:2 189:5 203:15 204:4 205:4,7 205:10,13,16 205:19
**linear** 179:10
**lines** 17:11 160:16
**link** 129:14

**list** 23:4 47:21 50:17 64:2,3,5 91:1 101:19 120:14 124:9 128:7,21 138:6
**listed** 128:14
**listening** 27:11 125:10
**little** 13:17 16:9 36:1 44:23 47:14 74:10 80:7 88:14 94:1 97:19 115:20 129:23 132:1 142:12 151:22 167:20 174:18 177:19 180:3
**lived** 190:23
**lives** 104:16
**llp** 2:14 3:4,11
**locations** 126:17
**locked** 179:17 203:12 204:1
**log** 22:14 67:11 67:13,16 70:2 77:12
**logged** 68:12
**logging** 66:3 98:2
**login** 97:25
**logs** 68:10,22 168:4

**lok** 18:8,12,13
**long** 38:22,25 64:19 107:11 108:15 112:12 121:8 125:10 141:1 149:24 164:13 166:1 166:14,18,20 177:15 187:19
**longer** 24:10 36:16,25 99:24 100:8,15 122:23 170:20 170:22 195:3
**look** 16:12 19:6 21:19 24:8,9 24:11 25:3 32:18 33:17 37:11 40:1 45:2 49:11 64:4 67:13 68:10 70:6 72:9 77:24 79:24 80:11,24 81:18 82:15 87:14 91:23 92:2 93:11,12 93:22 95:8 98:18 103:20 103:25 106:14 106:22 107:2,3 107:6,9,9 109:7 110:11 110:20 113:11 119:17 124:4

132:6,8,16 133:1 136:8 144:12 147:9 155:6 156:23 161:11 166:25 169:17 174:3 176:25 177:2 178:2 184:19 184:22 186:14 187:14 188:3 190:14 192:8 198:18
**looked** 12:10 17:18 18:1 24:17,24 106:5 106:8 109:6 111:12 131:16 134:12 167:25
**looking** 25:1 26:17 32:14 35:25 68:14 88:7 89:6,20 94:6 105:24 112:16 126:19 132:24 168:3 192:7
**looks** 39:14 73:16,18,23 77:25 84:13 87:17,20 89:10 90:3 98:25 99:7 100:17 107:11 109:22 111:25 112:4 113:19 126:11

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[looks - material]**

133:6,17,21
137:15 142:8
144:13 153:18
169:19 175:11
184:25 185:6,8
185:19 192:2
193:4
**loop**  186:11
**los**  3:6
**lose**  171:24
**loss**  171:2
**lost**  168:17,17
170:20 171:8
171:13,17,20
**lot**  17:19 19:1
31:9,16 34:3
38:10,11 45:2
46:12 48:19,24
49:10 51:1,5
59:6 89:8
90:17,20 91:17
91:25 93:9
96:14,15
100:25 106:1
114:19 118:1,1
126:17 139:19
139:20 150:23
160:6 169:17
173:20 175:17
183:24 185:15
188:18
**lots**  38:18
152:19
**love**  154:7

**loved**  145:2
**lueth**  120:23
161:8 177:9
**lunar**  18:14
**lunch**  85:13,20

**m**

**machine**  62:23
202:9
**mad**  124:8
**made**  45:8
53:15 97:1
99:12 124:9
166:4 169:12
181:7 183:16
188:8 194:8
199:8 201:3
202:8
**maintain**  67:16
112:16
**majority**  30:13
63:21 94:17
147:10 161:10
**make**  13:18
14:2,24 18:6
51:1 60:9,11
60:21,22 67:2
94:4 97:2
104:11 109:3
114:6 128:12
132:19 134:13
141:3 147:13
150:18 153:6
170:16 173:23
180:2 186:11
189:25 196:9

203:14 204:3
**maker**  30:10
86:11
**makers**  157:2
**makes**  13:23
21:14 126:23
**making**  10:6
12:22 17:24
18:5 30:14
51:24 52:25
61:17 116:18
130:12 169:6
189:2 196:23
**malfeasance**
112:17
**manage**  19:17
**management**
17:19 19:12,13
24:3,7 25:15
49:12,24 50:1
50:16
**manager**  21:9
33:24,25
**managing**  24:9
36:2
**manatt**  2:14
3:4 9:4
**manatt.com**
3:7
**manner**  84:6
105:10
**manually**  69:13
**march**  203:3
**mark**  78:13
87:6,9 125:1

131:13 174:22
188:22 189:1
190:23
**marked**  73:13
73:17 74:22
77:21,25 78:19
87:10,15 88:18
88:24 113:7,12
119:14 125:17
131:7 132:7
136:1,6,18
152:17 175:4
179:21 184:16
184:20 191:17
**marketing**  38:5
47:11 49:13
194:8
**marks**  35:7
85:10,14
135:18,22
174:8,12
191:14,20
199:14,18
**markup**  92:4
92:20 93:5
**married**  161:4
**martinez**  33:12
73:18 75:1
76:13 114:24
160:24,25
184:25 185:24
186:5
**massive**  62:1
**material**
100:25 101:5

Veritext Legal Solutions
866-299-5127         calendar-ca@veritext.com         www.veritext.com

**[material - michael]**

| | | | |
|---|---|---|---|
| 101:12 | 100:25 101:19 | 191:8 194:6 | **member** 82:11 |
| **materials** | 101:21,23 | 196:22,23 | **members** |
| 134:22 200:1 | 105:13,18 | **means** 18:15 | 106:23 |
| **math** 12:11 | 106:15 110:3,4 | 104:21 116:8 | **memorable** |
| 166:22 | 111:4,10,23 | 116:25 121:13 | 37:15 |
| **matter** 8:16 | 112:11,12 | 173:9 | **memory** 88:13 |
| 14:24 93:6 | 114:14 116:17 | **mechanics** | **mention** 134:10 |
| 112:13 120:21 | 117:17,19,20 | 53:16 | **mentioned** |
| 158:24 | 117:23 118:8 | **media** 8:14 | 18:17 32:24 |
| **matters** 137:25 | 119:5 120:2,13 | 35:8 85:11,15 | 48:4 95:4 |
| 138:1 | 120:18,22 | 135:19,23 | 119:19 147:5 |
| **mcguirewoods** | 122:22 123:8 | 174:9,13 | 162:12,18 |
| 29:10 | 123:16,23 | 191:13,14,21 | 192:13,14,15 |
| **meal** 120:5 | 124:8 126:15 | 199:15,19 | **menu** 148:4,5 |
| **mean** 13:13 | 127:5 128:7 | 200:20 | **merged** 27:15 |
| 16:9,15 19:22 | 132:11 138:24 | **medical** 56:3 | 156:9 |
| 19:23 20:9 | 139:11,18 | 58:2 76:12 | **meridian** 49:11 |
| 21:10,12,18 | 142:5,17,18,20 | 154:10 194:19 | 51:9 54:7,8 |
| 23:9 25:20 | 142:24 143:7 | **medication** | **meridian's** |
| 33:17 40:25 | 143:25 144:9 | 157:22 | 54:10 |
| 45:3,3,4,14 | 144:24 145:17 | **medications** | **merry** 139:1 |
| 48:23 50:10 | 146:12,14 | 11:5 | **mess** 88:20 |
| 52:23 56:11 | 147:9,21 149:9 | **meet** 177:15 | 113:10 |
| 57:2 61:3,10 | 149:18 150:9 | 200:6 | **met** 45:22 46:2 |
| 61:20 63:13 | 151:19 153:12 | **meetings** 38:18 | 177:23 189:19 |
| 69:19 70:24 | 155:17 157:21 | 38:19 76:2 | **methodology** |
| 71:4,11 72:12 | 158:10 159:21 | **melanie** 33:12 | 54:24 141:13 |
| 72:24 76:19 | 159:22 162:16 | 73:17,22,25 | 166:24 182:14 |
| 83:12 84:20 | 168:20 170:2 | 114:24 160:21 | **michael** 1:14 |
| 87:2 89:6,6,20 | 171:14 173:10 | 160:24,25 | 2:12 4:3 8:15 |
| 91:2,19,22 | 176:4,8,22 | 162:12 184:25 | 9:16 35:9 |
| 92:12,18 93:8 | 178:22 181:12 | 186:19,19 | 85:11,16 |
| 93:8,15,23,25 | 182:20 183:5 | 188:25 | 135:19,24 |
| 94:2 96:18,19 | 183:23 187:3,3 | **melanie's** 33:16 | 139:3 174:9,14 |
| 97:16 99:6 | 187:6,12 189:4 | | 191:15,22 |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[michael - nda]**

199:15,20
200:20 201:1
201:10 203:5
205:2,24
**michigan**
150:22,23
**microphone**
136:13
**microphones**
8:7
**mid** 123:7
142:9
**middle** 91:17
188:25
**mike** 162:6
**mile** 53:17
**miles** 96:13
**million** 32:7,7,8
32:19 45:4
**mind** 47:8
55:14 63:8
71:18 83:23
123:3 137:21
166:3 171:21
**minds** 114:21
**mining** 166:5
**minute** 72:6
147:6 150:4
**minutes** 25:25
64:22 65:1,6
65:10,21 97:17
132:3 150:1,7
182:25 184:7
**mirage** 131:20

**mis** 120:23
**mischaracteri...**
102:18 181:23
198:20
**misreading**
181:19
**missing** 164:15
**mistaken** 49:18
150:25
**misunderstan...**
181:20
**misunderstood**
178:24
**mix** 87:3
**mm** 23:17,19
74:3 82:24
121:16 122:21
192:5
**mode** 25:8
**model** 96:23
143:9 154:22
**module** 106:18
**moment** 38:3
**moments** 14:13
**monday** 1:16
2:17 8:1
**month** 89:17
155:8
**months** 37:18
89:7,12 121:10
144:9 173:12
**morning** 8:4
9:6,12,22
149:11

**motion** 96:25
**motivation**
82:3 124:21
**move** 10:2 60:6
134:24 142:1
144:14 169:9
185:25
**moved** 35:22
163:9
**moving** 26:6
38:20 169:5
**multiple** 30:21
30:23 46:4,6
56:25 65:16
70:22 82:20
122:4 142:21
143:22 178:18
**mundane** 59:25
**munoz** 161:5
**mute** 8:10
**mutual** 65:12

**n**

**n** 140:17
**name** 8:20 9:12
13:1 33:11
37:10,12,21
38:2,6,11
49:15 107:16
126:25 137:1
140:25 161:5
202:21
**named** 37:9
**names** 49:19
141:2

**naming** 13:10
**narrative**
151:10
**narrow** 54:5
**narrowed**
174:19
**national** 24:13
24:23 35:24
**natured** 181:11
**navigate** 58:19
117:21
**navigation**
106:20
**navigational**
107:11
**nda** 4:14,19 5:8
54:1 56:15
63:5 68:6 71:7
73:24 74:11,15
74:16 75:2,17
85:25 86:24
87:17 89:4
92:21 101:18
102:10,12,17
103:1,11 104:3
113:20 116:6
116:12,17
121:25 139:1
140:17,19
141:18 145:6
145:14 151:13
151:15 161:15
162:19 188:5
190:16

Veritext Legal Solutions
866-299-5127                    calendar-ca@veritext.com                    www.veritext.com

[ndas - number]

**ndas** 56:13,17 75:24 85:20 114:25 115:4 115:11,22
**near** 30:13
**necessarily** 60:18 146:18 195:18
**necessary** 200:2 203:14 204:3
**need** 10:18,21 31:8 33:1 40:8 51:15,20 52:6 52:7,8 55:18 55:21,24 64:4 64:9 65:3 70:10 71:19 75:21 77:1 80:21 84:24 88:21 99:9 100:10,16 102:10,12 103:10 114:13 125:24 130:13 175:16 178:11 182:13 186:11 187:25 188:5 190:16 200:10 200:11
**needed** 7:5 53:19 54:6,16 76:8 102:6 116:23 140:2 182:23 190:4,6

194:24 195:7 196:24
**needing** 99:24
**needs** 75:2 100:8 189:19 200:12
**negative** 172:18
**neglected** 185:16
**negligible** 60:17
**negotiated** 75:25
**negotiating** 53:18 85:24
**negotiation** 87:4
**negotiations** 71:17 89:4
**neighborhood** 136:20,24,25 139:9 140:10 145:11 161:24 192:3,4 193:6 193:8 198:1
**neighborhood's** 140:7
**neither** 202:16
**never** 25:10 34:4,8 36:17 66:15 68:6 96:21 105:18 105:18,19 138:3 152:5

153:9 155:2,10 155:10,24,24 156:12 157:24 193:15
**new** 7:3 13:25 18:14 22:8 34:7 37:17,21 60:5,6 80:2 84:14 94:24 116:20 126:20 127:2 130:11 160:9
**newest** 120:15
**nh** 192:2
**niche** 59:5
**night** 122:2 190:10
**nightly** 188:17 188:23
**nih** 24:22
**nine** 78:16 179:24
**nitpick** 101:2,4
**nods** 159:24 171:19 174:25
**nolasco** 1:21 2:18 9:13 202:24
**nomenclature** 148:7
**non** 4:24
**normal** 110:16
**norms** 53:2
**northern** 1:2 2:2 8:18 91:3,4

**norton** 156:18
**nose** 104:18
**nossaman** 3:11
**nossaman.com** 3:14 203:2
**notating** 203:15 204:4
**note** 8:7 10:11 89:20 121:11 121:15,19 186:23
**noted** 200:22 201:4
**notes** 22:17 58:1 76:12 168:25 174:4 194:13
**notice** 100:19 149:2
**noticing** 9:3
**notwithstandi...** 82:18
**november** 88:25 89:12 90:15 95:9 115:15 123:7 142:10 180:13 180:14,15 181:5,21 182:5
**number** 4:7 5:2 6:2 7:2 9:13 15:11 18:17 26:24 31:22 33:1,11 54:19 55:3,7 56:20

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[number - ones]**

56:23 57:3 73:8,8 102:2 120:3,13,16 136:3 168:14 200:20 203:15 204:4

**numbering** 112:5

**numbers** 32:23 133:12 153:4

**nurse** 21:14,21 21:24 22:18,23 23:2

**nurse's** 22:8

**nuts** 22:6

**o**

**o0o** 3:20 7:7

**oath** 9:10,17 202:7

**object** 29:20 181:22

**objection** 15:16 40:11 41:22 43:18 44:7 51:17 61:1 70:14 102:18 103:2,5 104:5 157:9,13 164:20 172:14 190:18,20 197:1 198:20

**objections** 8:24

**obligation** 156:15

**obligations** 142:21

**obsessed** 36:1

**obtaining** 102:12 103:9

**obviously** 19:23 29:14 42:13 47:24 58:11 93:23 200:5

**occasions** 82:20

**occupational** 23:2

**occupying** 46:20

**october** 16:20 30:18 90:15 175:12,12 178:17 180:18 181:8

**odd** 151:19

**offended** 79:22 101:9

**offensive** 80:8 80:10 101:11

**offer** 195:16

**offered** 140:17 141:19

**office** 160:20 203:11

**officer** 40:1

**oh** 18:13 28:19 36:19 80:23 118:10,12,21 131:15 158:23

164:11 180:20 192:6

**okay** 11:8 13:9 13:15 14:6,19 16:24 19:7 23:6,23 25:17 27:3,20 28:19 29:3,4,17 30:15 31:1 32:21 33:10 37:13 38:7,24 39:6 41:9,14 42:1,4 44:5 47:12 54:13 57:21 65:24 69:3 73:3,15 73:23 74:20 77:18 78:6 79:4,6,12,17 80:9 81:7,18 81:20 83:21 84:3 86:12,15 86:19,19,22 87:5 88:1,5 89:1 90:10 92:15,18 93:11 94:14 96:3 98:20 99:22 100:4,6 103:13 104:8 107:24 109:8 111:25 112:15,23 114:11 116:4 121:8,11 125:11 126:10

127:12,22 128:15 129:16 130:2,25 133:8 133:11,14,16 134:15 135:2 135:15 139:2 141:17,24 142:14 146:3 150:20 153:20 154:23 155:4 158:5,21 161:20,24 162:2,11 164:11,16 165:1,10 168:17 173:14 175:3,25 176:24 178:2,4 178:14 180:9 181:3 182:9 184:11 188:21 189:4,25 190:13 191:1 192:6,7,13,17 192:20 193:20 195:6 196:18 197:20 198:15 199:7,12

**old** 127:6,19

**older** 53:20

**once** 61:4,6 62:20 68:8,12 68:20 149:13

**ones** 55:13,18 129:12 149:20

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[ones - pacecare]**

165:18 190:25
**ongoing**  43:10
**online**  185:18
**oops**  131:12
**open**  199:23
**opens**  147:10
**operability**
  166:6
**operate**  59:21
  127:1
**operates**  114:1
**operational**
  17:16 20:11
  25:12 51:4
**operations**
  49:22 50:24
**opinion**  121:13
  158:2
**opinions**  41:20
  120:16
**opportunity**
  138:13
**opposing**  200:6
**optimistic**
  174:21
**order**  131:5
**organization**
  19:10 22:16
  24:7 31:24
  33:20 41:10,12
  55:17 59:19,19
  60:9,12 65:8
  82:11 86:3
  114:3 120:2,8
  137:2 141:12

192:19
**organization's**
  49:22
**organizational**
  62:6
**organizations**
  18:2 33:23
  59:17 60:3
  63:20 140:20
**organized**
  21:19 52:3
  174:3
**organizes**
  19:10
**organizing**
  106:3
**orient**  88:22
**oriented**  18:1
**original**  74:16
  185:20 202:13
  203:10,20,22
**originally**  13:5
  24:11 189:18
**oto**  161:7
**outcome**  8:23
**outcomes**  23:15
**outlook**  161:18
  161:21 163:10
  163:14
**output**  64:16
  65:14 69:4
  98:4,5,10
  102:16,25
  104:2

**outreach**
  138:18,20
**outside**  129:15
  143:3 160:8
**outsourced**
  154:21
**outsourcing**
  114:9
**overall**  18:25
**overarching**
  94:2,3
**overlapping**
  154:4,5
**overly**  120:6
**overstatement**
  100:14
**overview**  19:16
**overwhelming**
  55:3 57:3
**own**  34:5 63:20
  103:6,9 135:13
  149:7,7 188:19
**owned**  31:2
**owner**  30:10
**owners**  30:5,6
**ownership**
  30:23 127:11
  127:16,20
**owns**  114:2
  135:5,9

|  p  |
| --- |

**p.m.**  2:17 85:16
  135:20,24
  174:10,14
  191:16,22

199:16,20
200:21,22
**pace**  17:15 18:7
  18:18,22,25
  19:10,22 20:5
  20:11 24:11,12
  24:13,13 26:4
  26:21 46:5
  47:22 49:22
  51:13 54:15,17
  55:17 57:25
  59:17,18,19
  60:16 63:22
  66:19,24 76:17
  95:10,14 114:1
  114:5,6,9
  118:25 126:13
  126:23 132:13
  134:4 137:4
  139:19,20
  142:24 143:6
  150:20,21,23
  151:11 154:12
  154:16 159:12
  159:13,13,18
  160:16 161:12
  161:24 162:14
  171:7 185:1,8
  186:14 188:6
  188:16 189:7
  193:6,8 198:1
**pacecare**  4:23
  5:16,20 19:8,9
  21:18 22:2
  23:7,23 25:17

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

[pacecare - pc]

25:19 26:22 37:20 38:2 39:3 43:16 44:1,13 51:14 51:16,20,21 56:18 57:18 59:23 60:12,13 63:1 66:18 68:2,9 70:8 71:14 76:18 82:19 84:7 97:11 117:5 122:18 128:17 128:19,25 129:21 131:3 132:12 135:6 142:25 146:5,6 154:2,13 166:6 167:16 178:11 185:12,17,18 195:3,15 196:5

**pacehero** 38:3 38:9,15 172:5

**pacelogic** 28:12 38:14 39:3 47:25 141:8 151:25 154:3,9 154:11,16,25 156:6 157:2 172:5

**pacelogic's** 38:17

**packet** 155:19

**page** 123:9 127:10 130:7

133:6 134:14 178:5 193:22 203:15 204:4 205:4,7,10,13 205:16,19

**pages** 1:25 4:7 5:2 6:2,10 7:2 180:11 203:14 203:17,17 204:3,6,6

**paid** 155:24 173:12

**pale** 161:7

**pandemic** 45:5 92:1 160:19

**paper** 127:7,20 127:21

**paragraph** 82:17 98:24 109:22 110:2 123:1 129:5

**parallel** 54:9

**parameter** 148:1

**parameters** 66:3 69:16 118:13 146:25 161:15

**park** 3:5

**part** 28:8,10,17 30:14 31:4 42:25 44:5,8,9 50:22 52:9 54:9 56:14 60:17 62:21

66:13 76:7,9 96:20 120:8 138:25 141:7 151:12 154:22 155:19 156:5 156:19 165:19 179:13 181:15 183:18 184:2 188:10 198:23

**participant** 19:11,13,13 22:8

**participants** 114:12

**participate** 22:10

**particular** 39:9 93:2,4 120:1 151:8,8 197:21

**parties** 8:12 29:16 54:15 57:24 81:5 84:10 85:22 176:5 179:20 181:20

**partner** 124:15

**partners** 45:11 106:10 119:21 119:24 122:6 124:14,18 160:8

**partnership** 96:9

**parts** 15:12 33:20 61:13

99:14 147:16

**party** 8:22 48:6 53:4 128:13,20 154:15 169:3 181:13 202:18

**passage** 127:18

**passages** 182:8

**passing** 46:24

**passwords** 67:9

**past** 82:6,8 186:24 187:15

**patient** 23:16 138:4

**patient's** 21:15 21:25

**patients** 20:15 23:7

**paul** 186:14 189:7

**paul's** 185:1,8 188:16 190:10 190:14

**pause** 78:5 79:7 79:11 99:3 113:14 125:22 126:9 175:21 181:2 184:21 192:10

**pay** 155:7 173:15,19,24

**paying** 155:13

**payments** 155:9 158:9,10

**pc** 25:24

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[pco - platform]**

| | | | |
|---|---|---|---|
| **pco** 4:9 185:15 185:18 186:25 | 193:1,19 | 156:9 158:25 159:1 160:13 | 148:2,5,16,17 148:20 |
| **pdf** 203:12 204:1 | **percent** 103:15 108:8 180:5 188:17 190:11 | 161:9 168:9 189:2,3 | **picked** 22:18 |
| **peak** 47:25 48:4,5,6 51:9 51:10,15,19 52:7 53:8,11 53:18,18 154:15 | **perfect** 70:20 | **personal** 22:25 158:2 | **picking** 148:15 |
| | **perform** 40:8 65:3 70:9 196:24 | **personally** 34:5 43:15 98:1 145:5 161:11 184:2 | **piece** 135:9 |
| | **period** 14:17 17:11 18:22 26:23 32:5,6 36:10 38:7,12 38:25 53:7 66:20 78:2 90:16 91:24 95:8 100:21 107:10 146:1,5 159:19 160:5 161:23 163:2 187:5,13,17 193:12 195:4 196:18 203:18 204:7 | | **pieces** 98:16 124:16 156:10 171:11 |
| **peak's** 51:14 | | | **pig** 149:23 |
| **penalty** 201:2 203:16 204:5 | | | **pin** 103:17 |
| **pending** 10:22 | | **personnel** 166:21 198:5 | **pinni** 73:22 |
| **people** 14:13 20:11,15 33:23 34:14 35:4 46:21 47:12 48:24 50:4 51:1,5 54:24 55:3 56:10 60:20 62:13 70:2 74:13 75:19 105:16 114:20 115:22 120:20 122:10 133:2 147:12 149:9 150:3 152:5,15 158:17 160:6 160:18,20 161:1,3 163:7 165:7 167:14 167:23 177:23 186:7 188:13 | | **perspective** 16:6 88:23 89:10,14 123:17 145:10 178:14 | **pipeline** 92:16 92:17 122:14 149:23 |
| | | | **pitch** 194:8 |
| | | | **pivoted** 13:8 |
| | | **pertains** 202:12 | **place** 8:12 23:13 28:17,21 29:2 42:8 63:14 65:8 158:20 170:9 202:5 |
| | | **pervasive** 34:9 | |
| | | **peter** 3:18 8:20 | |
| | | **phelps** 2:14 3:4 9:4 | |
| | | **philips** 9:5 | **places** 106:24 |
| | **periods** 149:10 | **phillips** 2:14 3:4 | **plaintiff** 1:6 2:5 2:13 3:3 8:16 9:5 |
| | **perjury** 201:2 203:17 204:6 | **philosophy** 20:6 | |
| | **permission** 67:15 | **phones** 8:10 | **plan** 22:10,11 |
| | **permitted** 41:4 41:5 | **phrase** 17:25 59:18 | **planning** 28:8 |
| | | | **plans** 143:1 |
| | **person** 21:17 38:17 40:4 46:3 98:1,7,8 100:16 103:8 104:12 143:1 | **physician** 22:24 23:3 | **plate** 93:9,10 95:1 |
| | | **physicians** 20:3 | **platform** 24:6 38:8,21 49:20 58:9 140:24 |
| | | **pick** 8:8 65:4 89:9,9 148:1,2 | |

Page 36

**[platforms - prioritizing]**

**platforms** 39:3 60:14
**platter** 71:23
**play** 158:4 171:16
**pleasant** 94:18
**please** 8:7,10 8:25 9:1,9,14 10:11 42:13 80:5 102:22 136:13
**plus** 114:4
**point** 11:23 16:11 26:25 27:2 46:25 47:3 49:21 65:11 68:1,4 71:4 76:16 81:6 82:5 83:4 97:9 106:21 115:13,16 116:7,11,20 122:7 133:3 138:22 142:6 144:17 145:8,9 161:9 167:5 190:7,9 195:11 196:1,14 197:6 197:13 198:3 198:17 200:3
**points** 50:8 51:4 70:22 75:25 161:10 179:5 188:15 196:8

**poking** 34:15 35:5
**policies** 173:5
**policy** 18:1,3 172:11,21,22 172:25 173:2 181:12 188:1,8 198:3
**political** 12:8
**poly** 12:8
**pool** 130:23
**poorly** 48:18 59:5
**popped** 43:13
**pops** 193:5
**populate** 20:2
**ported** 163:13
**portion** 18:20 39:10
**position** 75:16 94:7 190:3
**positions** 90:14
**positive** 13:16 141:22
**possible** 12:11 101:20 108:17
**possibly** 69:21 200:15
**post** 31:17 36:8 109:10 116:17 116:18
**posturing** 183:24
**potential** 165:7

**power** 48:20
**practice** 12:2 103:24
**practitioner** 23:3
**pre** 26:19 31:17 31:19,21
**precise** 67:18 69:24 77:16
**precisely** 67:1 98:13
**precision** 67:19
**prejudicial** 168:24
**prepare** 108:11
**prepping** 176:24
**prescribed** 53:2 54:1
**prescribing** 140:24
**prescriptions** 55:16
**present** 3:17 9:1 148:17,20 156:9
**presented** 169:2
**presenting** 51:3
**preserve** 109:14
**president** 36:7 36:16,17,21 90:20

**pressing** 139:4
**presume** 30:9
**presumption** 193:14
**pretends** 173:25
**pretty** 23:4 84:13 141:15 144:14 162:1 162:16,17 183:9
**prevent** 11:2
**preview** 87:15
**previewed** 53:13
**previous** 129:9
**previously** 193:8 197:14
**pricing** 125:24 126:4
**primarily** 75:9
**primary** 30:9 170:15
**principle** 62:7
**prior** 17:9 30:18,24 31:1 32:20 36:15 100:19 127:15 134:11 202:7
**priorities** 124:11
**prioritize** 91:9 124:10
**prioritizing** 124:15

Veritext Legal Solutions
866-299-5127     calendar-ca@veritext.com     www.veritext.com

**[priority - protecting]**

priority 91:1
privacy 110:18
private 8:8
  156:19
privileges
  42:12
privy 58:8,10
probably 10:5
  19:2,3 23:4,5
  23:25 26:8
  28:9 33:7 34:5
  43:8 50:3,5,20
  50:20 65:19
  90:20 92:18
  98:14 99:12
  101:4 102:2
  108:11 110:12
  111:5 112:13
  120:6 124:7
  128:6 131:13
  144:4 145:22
  148:22 149:17
  166:21 177:18
  179:17,18
  180:20 183:24
  186:22 187:21
  189:1,2
problem 23:25
  72:11 181:1
  185:10 186:16
  191:10
problematic
  59:1
problems 98:9
  118:7

procedure
  203:19,21
procedures
  67:8
proceed 9:11
proceeding
  8:24
proceedings
  202:4,6,8,14
process 22:10
  22:11 54:21
  57:15 68:4
  72:1 80:7,9,20
  81:1,4 90:2
  91:9 108:4
  122:3 123:25
  134:24 142:5
  145:20 147:7
  153:14 176:23
  179:3,16,19
  184:4 186:10
processing 56:7
produce 72:5
  96:24 97:7,16
  156:2 168:9
  182:25 195:13
produced
  57:11,12 98:6
  98:7 105:21
  110:19 128:18
  128:25 129:20
  131:3 152:25
  153:6 196:1
  199:24

produces
  102:25 148:11
product 26:1
  28:12,13,14
  37:20,21,24,25
  38:14 52:3
  53:3 58:25
  59:11 61:10,21
  62:1 82:19
  94:10 105:19
  105:20 110:18
  122:18 151:25
  154:3,3
productive
  84:10
products 18:22
  38:19 46:17
  63:2
profiles 21:23
program 18:1,9
  19:12 20:11
  50:25 51:13
  60:16 114:9,12
  137:4 139:18
  150:21 160:16
  195:3,4
programs
  17:21 19:22
  26:4,13,21
  57:25 76:18
  114:1 150:24
  161:13 162:14
progress
  194:13

progression
  62:11
prohibit 128:24
prohibited
  129:2
prohibiting
  134:19,21
prohibition
  129:18
project 24:21
  28:11 144:8
  186:1
projects 188:18
proper 62:16
property 59:7
  105:11 110:6
  111:15
proponent
  197:11
proposal 78:17
  78:18 81:22
  181:7
proprietary
  53:3 61:18
  104:23,24
proprietor
  115:24
proprietorship
  14:14
protect 59:8
  80:15 94:11
  111:13
protecting
  110:4,11
  111:12

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[protection - range]**

| | | | |
|---|---|---|---|
| **protection** 59:7 80:14 | **published** 111:22 | **puts** 73:25 | **questions** 10:6 10:7,11 33:22 |
| **protections** 62:16 94:4 110:6,16 | **pull** 70:11 72:10 106:6 107:17,24 149:2 | **putting** 51:2 59:13 62:22 87:21 197:10 | 41:24 42:10,25 43:1 44:6 75:12,20 |

**protection** 59:7 80:14
**protections** 62:16 94:4 110:6,16
**provenance** 53:5
**provide** 24:4 42:18 54:17,18 57:23 77:1,2 128:17 129:6,6 143:2 173:24 181:15 195:9
**provided** 25:4 26:1 92:3 130:15 142:9 155:3 158:23 170:5 182:22 193:14 203:19 204:8
**provider** 41:2
**providers** 39:19,20 40:7
**provides** 21:25 97:24 122:18
**providing** 49:25 54:15 92:5 99:24 100:20 129:3 151:2
**provision** 104:6
**pt** 23:2
**public** 25:5,6 110:7,7 111:9 111:18

**published** 111:22
**pull** 70:11 72:10 106:6 107:17,24 149:2
**pulled** 66:21
**pulling** 122:24
**punch** 189:5
**purchases** 30:22,23
**pure** 63:3
**purely** 37:4
**purported** 151:12
**purpose** 15:24 16:5 99:10,10 99:13,15,20 100:3,5 101:25 103:10 112:20 115:25 116:2 122:25 125:23
**purposes** 14:23 70:4 105:23 122:24
**pursue** 12:19
**push** 143:19
**pushed** 182:17
**put** 21:17 49:8 49:25 60:7 62:25 67:5 86:16 113:1,2 113:5 136:12 146:12 158:20 161:14,18

**puts** 73:25
**putting** 51:2 59:13 62:22 87:21 197:10

**q**

**qiana** 120:4,19
**quality** 18:4 139:4
**quest** 55:14,20 57:16 91:20 117:22
**question** 10:22 10:22 12:7 13:25 14:1 15:21,23 20:17 26:12 32:2 34:24 35:3 40:16,18 43:19 44:15 52:21 66:25 67:24 69:24 70:21,24 71:22 79:14 87:15 92:19 93:18 102:21 103:8 129:17 134:16 142:11 159:16,22 160:2 164:22 167:23 169:15 172:16 183:12 187:10 189:5 190:1,25 191:3 191:4 198:16
**questioning** 170:11

**questions** 10:6 10:7,11 33:22 41:24 42:10,25 43:1 44:6 75:12,20 113:17 121:9 125:23 151:20 176:2,9 186:8 200:1
**quibble** 187:18
**quick** 34:18 91:8 133:21
**quickly** 27:1 32:4 117:22
**quite** 13:14 32:8 38:5 90:4 94:18 120:20 138:12

**r**

**r** 172:21 205:3 205:3
**r&s** 204:1,9
**raise** 9:14
**raised** 43:8 142:16 151:20 160:4
**raising** 43:12
**ran** 66:19 95:9 120:2 149:12 150:5 162:21 163:4
**randomly** 16:23
**range** 27:1

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[rank - record]**

rank   17:4
rasa   6:8 28:17
  29:5 47:24
  48:7 49:15
  74:19,21 76:1
  76:3 115:6
  128:1 141:7
  151:13,24
  152:2 154:24
  156:7,18,19
  157:22 179:14
rate   32:19
rather   29:1
  81:4 102:5
  104:11 122:3
  130:1,20
  154:22 178:5
  190:24
reach   81:8,8
  144:11 183:19
reached   71:17
  81:13 178:16
  179:18
reaching
  137:15 185:9
  188:2
reaction   34:16
  35:6
read   34:23 80:5
  82:10 90:5
  99:4 115:20
  122:12 125:24
  126:24 127:25
  128:15 129:5
  129:22 132:9

133:21 135:5
137:23 138:9
139:3 140:15
140:18 181:6
201:2
reader   128:12
reading   126:7
  152:19 183:20
  195:17 203:24
  204:9
ready   79:8
  136:9 192:11
real   36:2 68:25
  69:1 72:11
  103:8 184:1
reality   117:20
really   12:9,17
  13:7,10 16:12
  18:6 21:19
  25:3 29:12
  30:3 32:9,9,14
  34:3 37:12
  45:18 49:16,17
  49:20 50:5,7
  51:3 55:2,8
  60:9 61:3
  62:24 69:1
  70:24 80:12
  81:1,14 82:7
  91:4 95:2,22
  96:16,18,20
  111:17,18
  112:14,20
  115:18 118:18
  123:15,18

124:7 127:6
140:3 141:5
143:9 144:25
150:6,10
151:15 155:15
155:16,24
158:24,24
160:1 169:12
169:24 171:13
172:17 179:20
182:16 183:16
190:23
reason   10:19
  31:13 40:10
  43:17 50:23
  63:11 72:3
  88:16 93:4
  100:19 112:4
  141:23 151:9
  151:17 173:23
  183:5 205:6,9
  205:12,15,18
  205:21
reasonable
  39:23 86:4
  91:14 92:11
reasoning
  124:22
reasons   41:3
  158:22
recall   78:7
  89:16,18 92:6
  92:17 95:4,6
  97:10 110:3
  119:1 168:11

177:6 197:20
197:23
recalled   119:22
receive   84:7
received   33:8
  151:1 156:11
  159:13 188:17
receiving
  188:23
recent   148:21
  161:23
recess   34:22
  85:13 135:21
  174:11 191:19
recognize
  87:16 176:1
recollect
  151:18
recollection
  19:5 45:25
  75:13 77:17
  89:3 92:23,25
  93:1 118:3
  120:23
record   6:7 8:5
  8:13 9:2 14:3
  22:15 34:20,23
  35:10 37:11
  39:23 56:5
  85:12,17
  135:20,25
  160:23 165:19
  174:10,15
  180:24 191:16
  191:23 194:19

Veritext Legal Solutions
866-299-5127                calendar-ca@veritext.com                www.veritext.com

**[record - reporter]**

199:13,16,17
199:21 200:9
200:21 202:8
202:11
**recorded** 8:14
**recording** 8:11
**records** 39:15
40:7 41:2
106:14,16
**recount** 42:16
**recovering**
12:24
**recurring**
32:15
**redline** 88:2
112:5
**redlines** 80:1,1
84:13,21 87:20
**refer** 27:19
123:11
**reference**
133:23
**referenced**
76:11 152:5
203:6
**referencing**
28:15 65:18
74:7 83:3
112:3 195:2
**referred** 23:24
24:1 28:12
38:8,9 130:2
167:24 185:15
198:13

**referring**
166:15
**refers** 75:1,3
**refining** 109:23
**reflected** 88:4
**reflects** 115:20
**refreshed**
117:22
**refuse** 43:16
**regarding** 23:7
54:5 76:12
99:23 113:21
145:15 159:14
193:13
**regardless**
128:14
**regime** 161:4
**regular** 26:2
66:2
**regularity**
143:21
**regularly** 150:5
**regulated**
143:10
**rehashing** 49:2
**reinvigorating**
116:19
**rejecting**
181:17
**rejection** 181:6
181:7
**relate** 50:23
59:10 112:25
**related** 8:21
18:18,22 40:8

56:17 154:24
161:12 171:3
**relates** 35:14
73:23 113:20
136:20
**relationship**
43:10 74:14
97:2 124:19,24
137:10 139:9
193:6
**relative** 202:17
**relatively**
178:23
**relayed** 168:10
168:11
**released** 203:22
**relevant** 165:8
166:22
**relied** 27:11
198:9,24
**relies** 44:16
**rely** 44:15
111:24
**remained** 15:5
**remains** 101:1
101:4
**remember**
16:20 25:18,20
26:24 32:22
54:3,4 56:4
74:15 76:9
83:2,22 90:17
110:20 119:5
124:1 138:25
139:14 143:11

143:16,16
144:8 152:6
161:4 176:17
176:23 197:8
**remembering**
14:12 37:12
193:3
**renamed** 38:4
117:6
**renaming**
38:12
**reopen** 200:7
**reorder** 113:4
**repeat** 102:21
**rephrasing**
182:3
**report** 51:2
106:25 108:11
134:5,6 146:22
147:13 148:7
148:10 149:13
149:20,21,25
188:4 194:9
195:10 196:12
197:10
**reported** 1:21
**reporter** 2:18
9:9,12 13:22
23:20 34:23
73:14 77:22
78:20 87:11
88:19 113:6,8
119:9,15
125:18 131:8
131:11 136:2,4

Veritext Legal Solutions
866-299-5127      calendar-ca@veritext.com      www.veritext.com

[reporter - right]

136:12,15
152:18 174:25
175:2,5 179:22
184:17 191:18
200:8 202:2
**reporting**
19:18 24:15,18
60:5 149:10
**reports** 24:6
51:6 58:22
60:7,20 66:20
106:19 118:5
128:18,25
129:20 130:1
130:14,22
131:2 133:19
134:19 149:6
149:16 186:15
195:12 199:10
**represent**
87:23
**represented**
29:10,11 43:9
**representing**
8:20
**request** 4:23
54:25 137:22
172:24 173:6
183:16 186:6
197:9,25
**requested**
155:2 202:15
204:1,9,10
**requests** 54:19
54:23 55:3

56:8 57:3
172:3 196:20
196:24
**require** 103:11
**required**
203:20
**requirement**
76:14
**requires** 15:19
42:15
**reserve** 199:25
**reside** 29:19
**resolution**
29:16 71:17
145:6
**resolve** 145:21
**resolved**
140:10,12
145:1,3
**resolving** 90:24
**resonate** 59:10
60:4
**respect** 41:16
43:3 58:22
63:4 68:19
75:23 157:4
164:17 165:6
165:20 193:11
198:6
**respectfully**
21:8
**respond** 15:22
70:12 72:25
91:14 95:2
123:7 138:9

140:13 186:5
197:25 200:3
**responds**
185:24
**response** 15:18
44:9 70:13
78:15 79:2,19
81:10,19 92:4
92:20 93:4
139:7 141:24
180:12 181:17
**responsibilities**
33:18
**responsibility**
21:20 67:7
**responsible**
56:7
**restrict** 100:18
**restriction**
128:11
**restructuring**
91:10
**result** 124:19
168:18 171:8
**results** 102:16
**retain** 36:9
**return** 57:12,17
91:25 203:17
204:6
**reusen** 192:20
192:22,23
197:24
**reveal** 15:19
**revenue** 31:25
32:5,15,15

156:15
**reverse** 128:16
**review** 41:17
78:4 125:21
167:15 176:25
202:14 203:8
203:10,13
204:2
**reviewing**
38:19
**reviews** 149:22
**revised** 74:15
**revision** 87:17
**revoke** 100:9
**right** 9:14
11:12 13:12
15:8 17:9
20:18 21:24
27:3 31:16
32:23 34:7
35:12 37:16
41:21 42:2
43:25 44:11,12
44:22 52:15
55:5 56:19
60:23 61:12,21
63:9,17 68:11
68:23 69:9,19
73:6,9,20
74:24 75:1
79:13 81:18
82:15,17 84:18
85:8,19 86:12
87:5 89:15
92:2 97:14,15

Page 42

**[right - rtz's]**

99:18 100:3,9 100:12 107:15 109:10 110:13 111:1,9 112:23 112:23 113:11 113:17 114:23 115:6,10 119:7 119:19 120:22 122:25 125:15 126:14 127:8 127:15 128:21 129:21 131:23 132:6,13,18 133:5,5,9,15,22 135:15 136:6 136:23 137:13 138:8,23 139:3 140:13 143:11 145:22 146:8 150:8 152:21 158:5 171:23 174:2,17,22 176:1,3 178:2 180:2 181:4 183:20 184:11 184:12,19,24 185:4,6,19 187:4 189:12 191:25 192:8 192:22 193:4 193:24,25 195:17 199:12 199:25

**rights** 112:15 135:7

**ring** 176:20
**rip** 62:22
**rise** 69:21
**risk** 49:15,21
**riverside** 137:3
**rmr** 1:21 202:24
**road** 94:24,24
**robbie** 45:24 46:2 78:1 79:21 81:10 82:4 84:12 86:24 87:1 96:12 108:7 144:12 158:12 163:7 168:14 169:19 170:3,6
**robbie's** 78:16 79:5,25 121:19
**role** 21:22 22:8 33:15,16,16 34:13 35:3,18 35:19,23 37:6 76:8 85:24 86:5 94:12 172:9 192:24 192:25
**rolled** 14:10
**rolling** 56:24
**room** 11:8 132:4 179:17
**rooted** 106:5
**rosa** 185:1
**rough** 57:13 200:9,10

**round** 124:6,6 139:1
**route** 12:21 94:8,9 171:25
**rt** 129:6
**rtc** 198:17
**rtcassociates....** 162:6
**rtz** 1:8 2:7 4:14 4:19 5:4 6:13 6:18 8:17 9:7 13:4,4,20 14:7 15:2 16:15 17:14,22 24:4 24:6 25:3,7 27:4,6,14,21 28:20 29:11,19 30:16 31:2,6 31:20,21 32:5 33:15,17 34:11 35:1 36:5,20 39:25 41:14 43:9,16 46:9 47:21 53:7,11 54:16 56:8,17 57:23 59:1 60:13 63:4,11 64:5 65:13,24 66:18,22 68:7 68:15,17 69:10 69:12 70:13 71:5,13 72:15 72:17 74:12,20 75:6 83:15,22 86:1,8 88:3

91:7 92:3,5,20 93:17,21 96:14 97:10,13,22,24 100:8,9,18 101:17 108:23 108:24 112:16 115:12 116:19 120:24 121:8 122:16,18,23 127:3,9 128:1 128:5 129:6,19 130:25 133:6 135:6 140:6,16 141:5 144:20 145:15 146:6 146:10,11 147:1 153:23 159:14 165:21 166:4 167:9 168:17,24 170:4,20,25 171:13,18 172:4 173:15 184:25 185:9 186:3,24 188:1 192:1 193:21 198:4 203:4 205:1

**rtz's** 17:11 46:17 47:2 75:15 82:19,20 97:13 99:18 101:7 105:11 117:14 122:17 134:5 145:16

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[rtz's - scope]**

175:10 181:15 194:21 198:17
**rtz0000020** 5:6
**rtz0000033** 5:6
**rtz00000809** 4:16
**rtz0000477** 6:15
**rtz0000483** 6:15
**rtz0000606** 6:20
**rtz0000614** 6:20
**rtz0000813** 4:16
**rtz0000814** 5:17
**rtz0000818** 5:18
**rtz0000847** 5:21
**rtz0000866** 5:22
**rtz0002765** 6:23
**rtz0002767** 6:24
**rtz0002768** 4:10
**rtz0002771** 4:11
**rtz0004198** 7:5
**rtz0004204** 7:5

**rtz0005586** 5:10
**rtz0005587** 5:10
**rtz0007671** 4:20
**rtz0007676** 4:21
**rtz0007693** 5:13
**rtz0007695** 5:14
**rule** 128:13
**rules** 10:1 204:8
**rumored** 158:19
**rumors** 98:16 153:11
**run** 20:12 24:13 32:19 58:22 59:25 64:1,23 65:7 65:13 99:11 104:4,25 108:10 118:5 134:5 143:4,4 146:22 147:12 147:14,14,20 147:22,23 148:10,13,23 150:14 162:22 183:6,7,8 186:15 188:4 196:11

**running** 66:13 70:7 94:16 103:5 134:6 146:15 149:6,6 149:16,16,18 166:12
**runs** 102:15,24 104:2 114:2 120:4
**runway** 49:1

**s**

**s** 14:14,15,16 15:2,5 205:3
**saas** 26:1 32:13 37:25 62:15
**safety** 138:5
**salesforce** 62:18 110:20 110:21 128:2
**sally** 120:2,19
**san** 1:15 2:15 3:13 8:1 18:8 45:7
**santa** 11:21
**sarah** 139:16
**sat** 44:13 53:10
**sauna** 132:5
**sausage** 61:16
**save** 64:23 148:6,6,8
**saved** 109:18 147:23 165:3
**saves** 106:18 107:10

**saw** 46:19 47:4 61:25 84:12 107:22 133:19 150:6 157:8,19 169:1 182:8 193:7
**saying** 72:10 89:21 100:15 110:25 118:4 143:17 167:3 170:2,5,8,13,17 170:19 179:13 185:24 186:23
**says** 70:6 82:18 87:19 100:7 116:5 121:12 122:12 127:11 127:24 128:17 135:5 139:2,2 187:14 194:12
**sbr1** 24:24
**scan** 175:16
**schedule** 22:14 203:10
**school** 11:21 12:10 24:22 103:21
**schreiner** 120:7 120:21
**schrödinger's** 155:17
**sci** 12:8
**scope** 112:21 114:17

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

[scorecards - september]

scorecards 139:4
scrap 48:3
scratch 180:23
screen 20:10 58:12
screw 150:9
screwed 36:24
script 65:13 66:9,11 68:20 68:21,25 69:2 69:14,15,20 70:7,10 77:9 77:15 97:8,13 97:21 98:12 102:15,24 103:5 104:1,25 105:3,9
scripts 65:17 149:2
sealed 203:20
search 161:14 162:14,16,19 162:21,22 163:3 164:10
searches 163:6
searching 163:19
seattle 95:10
second 25:11 63:6 82:17 147:22 148:9 193:22,24
seconds 191:9

section 81:2 99:4,6,6,9 107:8 109:22 112:14 127:13 129:9,17 130:3 134:9 135:3 150:2 154:13
sections 99:7 110:13 129:22 133:1
secure 5:9 113:21,22,25
security 66:4,5 67:7,15,16 104:13
see 52:9 58:6 58:21 60:25 61:4,6,13 74:2 81:24 82:22 100:1,22 104:10 106:2 106:16,22 108:1 116:9 122:20 131:16 137:18 140:21 143:18,19 146:15 149:9 153:4,13 181:11 185:22 192:1 194:14 197:21
seeing 60:24 119:22 176:17 188:5 197:8

seek 128:16
seeking 127:25
seeks 29:22 200:6
seem 88:6 89:2 142:2 187:16
seemed 82:6 193:17,18
seems 18:4 45:4 56:19 63:8 74:7 79:22 80:20 81:7 137:20 146:4 158:19 169:22 171:10 172:17 178:22 182:16 183:9 185:14 186:25
seen 59:18,19 62:20 92:20 105:18,19,19 132:16 152:5 153:9 158:6 167:7,10,11 176:16 182:5
sees 21:14 58:17 61:11,11
segment 48:18
selection 59:13 59:15
sell 47:11 61:11 141:14
sellers 67:12
selling 39:3 54:12

send 54:25 64:24 80:1,4 117:10,10 118:6,11 144:2 188:4
sending 77:7 79:25 102:13 128:25 129:20 131:2 189:10
sends 102:16
senior 45:11 106:10 119:21 119:24 122:6 124:14,18 160:8
sense 11:13 21:3 31:24 46:19 52:14 56:16 90:23 141:16
sensitive 8:7
sent 79:21 80:2 80:10 81:22 88:3,24 151:7 151:9 165:2,7
sentence 99:23 100:17 187:14
separate 104:9
september 30:20 73:19,21 76:21 77:5,8 78:2 79:21 83:1,24 86:20 88:3 89:11 109:5,11

Veritext Legal Solutions
866-299-5127        calendar-ca@veritext.com        www.veritext.com

**[september - skin]**

113:20 114:24 122:16 123:22 136:7,19 137:16 138:16 145:4 153:18

**series** 4:8,13,18 5:3,8,12 6:3,12 6:17,22 7:3 24:14 30:25 31:1 42:25 107:12 123:9 148:1

**served** 56:14

**service** 5:13,21 22:12,14 24:12 39:20 40:7 41:2 48:7,16 49:16 141:14 141:15 170:20 170:23 200:5

**services** 17:15 17:17 18:18,24 22:1,16 24:2,5 24:25 25:1,15 35:25 40:9 46:17 47:2 49:10 50:1 51:15 54:15,17 65:3 70:9 77:1 99:25 141:19 143:3,3 196:25

**sessions** 177:18 177:20

**set** 24:12,25 29:4 31:9

38:20 49:2 54:2,21 62:9 62:10 98:25 108:6 130:13 138:11 139:16 145:17 148:21 150:11,13 154:9 185:21 186:24 188:15 188:23 202:5

**sets** 196:21

**setting** 36:13 118:2,13 139:14

**settings** 60:20

**setup** 143:22

**seven** 200:21

**sevens** 32:6

**several** 152:7 153:13

**share** 23:15 71:14 130:1

**shared** 53:11 53:14

**sharing** 22:3 39:19 133:18

**shift** 151:22

**shifted** 179:5,7

**shocked** 123:17

**shortcoming** 34:6

**shorthand** 2:18 202:1,9

**shortly** 46:22 156:17 164:1

193:2

**shot** 40:22 167:17

**show** 69:1 70:11 87:24 106:18,19 107:10,10

**showed** 110:21

**shows** 33:10 62:10 181:12

**shrank** 171:24

**sic** 141:2 168:21

**side** 12:25 25:9 25:11,12,13 29:5 33:4 63:3 75:13 94:17 96:22 103:18 139:17 166:2

**sign** 75:2,17,18 80:25 116:12 118:10 159:9 203:16 204:5

**signature** 202:24 203:22 203:24,24 204:9

**signed** 56:17 68:7 74:13,18 75:24 93:15 140:19 141:18 153:17,18 156:17 158:12

**significant** 32:10

**signing** 73:24 116:6

**signs** 22:13

**silver** 71:23

**similar** 74:21 132:16 133:21 154:21 157:3 171:11 192:25

**simplified** 59:24

**simply** 198:18

**single** 38:21 56:25 115:17 141:2 183:17

**sit** 27:13 49:7 54:14 83:21 93:3 98:3 104:22 167:4

**site** 114:5 139:23

**site's** 114:6

**sites** 26:13 76:15 126:20 193:18

**sits** 69:12

**sitting** 12:15 42:2 56:16 81:9 176:3

**situation** 171:9 178:10

**six** 73:6 136:4,5 144:9 173:12

**size** 31:24

**skin** 33:3

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[slightly - squarely]**

| | | | |
|---|---|---|---|
| **slightly** 45:13 50:8 51:3 108:20 115:4,8 115:14 | **soon** 104:21 | **sounds** 14:5 39:1 63:13 74:23 89:15 119:13 141:10 146:8 158:6 195:18 198:15 | 117:18 119:6 127:18,23 128:20,24 129:10 137:3 140:11 149:22 151:12 152:6 154:10 155:8 188:16 |
| **slow** 81:17 125:8 149:10 169:9 | **sooner** 89:22 | **soup** 22:5 | |
| **slower** 186:10 | **sorry** 34:12 35:2 36:19 41:12 79:15 100:2,3 101:3 113:9 125:9 133:7,11 136:14 159:5 164:21 176:7 180:24 187:10 | **source** 58:8,10 59:12 62:21 | **specificity** 21:21 50:22 |
| **slowness** 149:15 | | **southern** 91:3,5 137:2 | **speculation** 15:17 17:4 29:21 63:3 70:17,22 157:14 196:8 197:2 |
| **small** 32:17 47:15 143:5 | | **space** 39:20 46:20 47:13,15 47:22 48:15 49:9,17 126:16 197:6 | |
| **snapshot** 164:24 | **sort** 11:5 22:6 27:16 29:15 34:13 35:3 43:25 47:12 48:18 50:10 51:15 55:16,24 56:11 58:12 77:1 80:23 94:23 100:13 115:15 118:9 126:15,18 133:23 149:2,4 151:16 154:18 156:13 159:14 160:7,11 164:18 169:9 183:17 188:13 195:19 | **spaces** 46:22 | **speculatization** 168:21 |
| **social** 23:1 | | **speak** 39:21 | **speech** 23:1 |
| **software** 5:20 11:23 12:13 13:2 127:23 128:19 | | **special** 61:24 62:24 150:17 | **speed** 33:21 61:5 149:4 166:11 |
| | | **specialty** 62:5 | |
| **sold** 31:5 54:10 141:8 | | **specific** 14:13 40:4 61:14 71:1 76:7 89:5 99:10,10,12,15 100:13 105:2 110:21 118:3 128:4 129:18 154:12 163:1,6 195:14,25 197:8,23 | **spend** 11:12 65:22 111:14 182:13 184:7 |
| **sole** 14:14 115:23 | | | **spent** 11:23 106:3 111:11 169:17,19 177:11 182:11 |
| **solution** 57:7 183:19 196:3 | | | |
| **solutions** 203:7 | | | **spirited** 199:1 |
| **somebody** 33:11 60:25 62:20 69:7 84:17 94:11 108:3 111:21 123:24 172:6 | **sorts** 118:7 | | **spoke** 87:1 |
| | **sound** 26:25 52:13 | **specifically** 74:14 84:1 87:4 105:21 106:25 109:18 | **spoken** 167:11 |
| **someday** 174:1 | **sounded** 151:15 | | **spot** 37:8 |
| **someone's** 106:2 | | | **squarely** 49:16 |

Veritext Legal Solutions
866-299-5127   calendar-ca@veritext.com   www.veritext.com

**[st - subset]**

| | | | |
|---|---|---|---|
| **st** 185:1,8 186:14 188:16 189:7 190:10 190:14 | 49:1 74:16 89:11 94:19 96:8 122:4 | **sticking** 46:23 | **string** 82:1 |
| | **starting** 139:18 153:23 | **stillborn** 155:23 | **struck** 112:6 |
| **staff** 114:4,5 143:5 144:9 166:22 | **starts** 89:25 129:5 178:19 | **stipulation** 203:21 | **structure** 27:17 27:18 31:8 46:12 135:12 156:4 |
| **staffed** 160:6 | **state** 8:25 9:1 17:18,19 26:16 60:19 83:22 102:2 150:22 150:23 171:14 200:8 201:8 202:2 203:9,12 | **stocks** 62:15 | **structured** 57:10 83:19 97:3 195:25 |
| **stand** 27:22 119:25 | | **stood** 138:16 | |
| **standard** 74:12 126:3,6 195:5 195:16 | | **stop** 123:6 178:19 | **stuff** 12:20 16:23 46:7 48:12 49:13 79:9 84:12 106:9 129:7,10 139:13 149:8 154:17,21 169:10 174:19 198:25 |
| | | **stopped** 27:10 27:10 122:4 197:18 | |
| **standardized** 194:20 | **stated** 83:10 | **stopping** 123:14 | |
| **standards** 24:15,15 60:5 | **statement** 101:10,14 157:6 187:1 190:13 | **stops** 61:17 90:1 | |
| **standing** 173:7 173:11 | | **storage** 22:3 | **sub** 114:8 |
| **standpoint** 14:9 22:4,22 37:20 48:15 | **statements** 148:23 | **straightforward** 141:3 179:17 | **subject** 4:8,13 4:18 5:3,8,12 6:3,12,17,22 7:3 29:9 |
| | **states** 1:1 2:1 8:18 19:18 | **strain** 146:13 149:3 165:23 | |
| **start** 11:17 16:4 54:21 89:9,9 94:24 104:17 132:17 137:13 148:16 166:12 171:5 179:10,12 185:7 187:10 | **status** 37:22 142:1 | **strange** 151:11 151:15 | **subpart** 115:3 128:17 |
| | **stay** 85:5 | **strategy** 28:7 38:5 44:3 188:11 | **subscribed** 202:21 |
| | **steady** 169:9 | **street** 3:12 | |
| | **stems** 166:10 171:5 | **stretch** 187:8 | **subsequent** 33:9 65:6 189:21 |
| | **step** 30:21,23 191:3 | **stretches** 179:10 | |
| **started** 11:23 13:7 17:25 18:8 25:24 32:17 33:19 46:18 47:8 | **steps** 29:12 84:4 107:11 | **stretching** 50:11 | **subsequently** 38:4 48:8 66:12 153:14 |
| | **stick** 34:15 35:5 141:1 | **stricken** 37:11 | **subset** 54:6 130:20 170:23 |
| | | **strike** 58:23 72:13 | |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[substance - tabula]**

| | | | |
|---|---|---|---|
| **substance** 41:24 42:8 | 41:7 51:25 56:23 60:11 | **switching** 126:16 | 122:24 123:6 130:1,14,20,20 |
| **substantive** 98:25 112:1 180:11 190:8 | 65:17 66:8 67:2 71:2 73:7 78:12 79:10 | **synopsis** 19:19 **sys** 66:17 **system** 19:9 | 130:22 134:25 146:13,15 147:15 148:12 |
| **success** 33:24 33:25 | 89:24 94:4 98:6 101:21 | 20:2,5,16 22:15 23:7 | 148:13 149:1,3 149:24 150:3,3 |
| **sudden** 81:14 149:10 | 103:15 105:6 108:8 109:25 | 24:17 25:10,24 25:25 26:22 | 163:10,13,14 163:18 166:11 |
| **sufficient** 183:6 186:17 | 111:2 113:13 114:16 117:6 | 33:19 45:6 47:11 48:25 | 166:13 167:7,8 168:16 169:20 |
| **suggested** 105:16 | 118:8 131:25 132:19 145:12 | 52:9 53:1,11 54:10,11,16 | 170:4,6,12 171:6 172:4,23 |
| **suggesting** 176:20 | 153:4,6,16 154:1 158:9,10 | 55:22 56:18 57:18 58:16,19 | 185:12 194:21 196:1,12 |
| **suite** 3:5 | 162:1 163:16 170:16,18 | 59:4 62:7 63:8 65:13 66:3,10 | 197:11 199:1 |
| **summarize** 42:16 | 173:23 174:5 175:23 180:4 | 66:18,23 67:11 67:12,22 68:2 | **systems** 11:24 13:3,5,8 17:17 |
| **super** 120:6 | 186:11 189:6 189:25 | 68:9 69:7,12 69:22 70:8 | 25:9 56:5 122:17 128:2 |
| **supervises** 163:23 | **surprise** 121:25 195:18 | 71:5,14 74:1,5 75:7 76:5,8,18 | 129:14 130:15 146:19 147:10 |
| **support** 7:4 33:16 161:3 | **surprised** 181:17 | 77:13 83:4 86:18 97:25 | 154:10 165:22 165:23 166:25 |
| **supported** 39:5 **supporting** 39:2 117:25 | **survey** 24:22 **survived** 165:18 | 98:2 99:14 101:24,25 102:5 103:7 | 167:2 |
| **suppose** 149:14 | **suspect** 9:25 | 104:5 105:15 105:23,25 | **t** |
| **supposed** 123:3 132:19 | **suspicion** 166:10 | 106:2,5,10,24 107:8,9,17 | **t** 205:3,3 **table** 149:13 |
| **sure** 10:6,25 11:15,19 13:18 | **switch** 179:11 191:13 | 108:2,9,20 109:2 110:22 | **tabula** 6:8 28:17 29:4 |
| 13:19 14:24 17:13 28:5 | **switched** 95:25 161:21 | 114:13 117:21 | 47:24 48:7 49:15 74:19,21 |
| 29:6 31:11,18 35:17 40:17,18 | | | 76:1,3 115:6 128:1 141:7 |
| | | | 151:13,24 |

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[tabula - terms]**

152:2 154:24
156:7,18,19
157:22 179:14
**tailor**  115:25
**take**  8:12 10:16
10:21,23 16:9
34:17,17 36:15
40:22 49:1
51:7 57:6
63:14 64:19
75:16 77:19,24
79:19 81:18
82:15 85:2,8
86:15 87:14
92:2 97:17
113:11 120:3
125:2 132:1
135:17,17
136:8 137:21
138:13,14,14
146:16 149:24
153:9 156:19
164:24 167:17
171:16 174:2,3
178:2,8 184:19
191:5 192:8
**taken**  2:13 8:15
90:14 202:4
**talk**  30:19,21
31:8 44:22
55:18 58:5
71:11,19 73:1
82:8 95:18
121:17 159:23
160:9,10

168:21 169:24
170:3 198:19
**talked**  27:4
47:10 53:24
56:13 69:22
74:9 95:11,15
97:19 120:12
123:21,23
129:2 130:8
143:25 160:1
165:24 167:12
167:20 177:14
184:6 187:2
**talking**  13:23
15:24 27:8
30:24 46:18
55:6 59:16
71:10 82:6
85:20 89:6
110:6 114:25
123:13 134:7
143:11,16
144:8 145:7
146:20 156:3
169:20 179:10
180:12 185:11
188:15
**talks**  39:22
79:25 155:7
**target**  19:25
26:6
**task**  53:4 56:12
59:4 86:5 98:2
184:8

**tasked**  41:10
**tasks**  20:12
59:25
**tax**  28:7
**teacher**  94:11
**team**  22:12
38:17 106:23
128:19 138:10
153:5 168:1,3
170:11
**teams**  38:16
**tech**  33:16
**technical**  67:21
168:9
**technically**
36:6 48:2
121:3 141:8
156:6 158:17
**technology**
36:2 45:20,20
**tell**  27:9 28:5
29:8 37:13
42:10 44:18
66:19,22 81:21
106:12 117:14
118:12 132:20
166:8 199:8
**telling**  80:5
123:6 186:14
**temperature**
11:8
**temporary**
122:13
**ten**  56:22 66:20
101:1,5

**tent**  104:19
**term**  20:20
22:19 34:1
40:12 49:23
50:15 80:16
112:7 117:5
156:20
**terminate**  84:8
100:18 101:11
101:17 112:16
124:24,25
130:25
**terminated**
124:19
**termination**
80:16 101:8
**terms**  21:9
27:19 33:6
38:2 44:20
48:24 49:3
53:5 55:17,19
58:16 62:10
84:1 96:1
101:23 103:6
105:5,15 107:7
108:5 118:19
120:20 123:11
124:11,12,15
126:3,6 127:3
132:8 138:21
148:11 151:19
158:15 161:5
162:19,21,22
168:24 171:12
173:7 177:2,9

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

**[terms - thinking]**

179:2 182:17
186:12,20
188:11 194:7
199:2
**terrorize**
104:15
**test**   93:25
**testified**   9:18
**testifying**   202:7
**testimony**   11:3
42:18 102:19
178:25 189:12
198:21 201:5
202:11
**thank**   9:8 87:12
113:10 136:15
175:3,6 200:17
**thanks**   12:22
73:12 136:5
**theater**   118:24
**thematically**
32:23
**theme**   90:22
**therapist**   23:1
23:2
**thing**   10:5,20
13:15,22 16:21
34:4 43:13
45:9 54:9
56:22 58:20
59:21 76:11
80:5,24 81:16
93:9 118:19,24
124:4 130:12
134:9 146:14

152:13 156:21
158:11 162:15
164:16
**things**   10:2,3
10:12 12:14
16:3 17:3
21:11 24:18,20
28:8 32:13
33:5 34:2
38:12 41:5,21
42:5 48:20
49:12 50:23
52:2 59:6,9,20
59:21 60:4,6,6
65:17 67:9
78:11 80:14
83:18 90:21
91:9,14,16
94:25 98:16,17
101:20,21
106:6 110:5
111:3,4,11,12
111:23 114:19
138:16 139:14
142:22 143:22
144:10 152:5
152:16 156:4
160:11 161:2
161:16 165:16
169:13 170:3
171:15 179:11
179:13 182:2
189:23
**think**   12:7
14:23 26:8,12

28:4,15 30:3
32:3 33:24
36:6 38:3
45:24 46:18
47:10 48:1
49:10,17,19
50:3,5,6,12
53:13 54:10,12
56:2 57:21
62:25 63:17
65:9,16 66:13
67:1 71:19
73:5 75:9,12
77:4,14 80:11
81:14 84:4
86:2 87:2,22
87:24 88:11
89:20,25 90:6
91:7,12,16
92:13 93:3,6
93:22 95:9,10
96:11,19,23
97:15,15 99:9
101:11,12,22
103:4 105:17
108:6,7,7,24
109:21 110:3,8
110:10,12
111:5,10
112:17,18,19
113:2 114:20
115:20,25
116:14 117:4,7
119:19 121:3
121:21,23

122:5 123:1
124:7,21 126:4
126:6,15,19,23
126:24 127:1
129:13 131:4
134:23 138:20
139:25 140:25
141:20,21,23
142:17 143:23
151:10 156:16
157:8,22
158:10 163:4
165:23 166:10
166:24 167:12
167:22 168:22
168:25 169:8
169:12,16,17
169:23 170:22
171:5,8,9,12,25
173:21 175:15
178:18 179:1,3
179:9,16,19
181:12,24
182:21,24
183:24 184:1
186:18,20,22
187:18 188:12
188:22 192:3
192:12,13,15
192:22 196:6,6
196:22 197:21
198:9,23 200:2
**thinking**   26:10
32:14 69:24
83:25 104:17

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[third - tool]**

third   19:4 33:7
  48:6 53:4
  54:14 57:24
  128:13,20
  154:15
thought   40:23
  40:23,24 80:7
  114:15 131:18
  134:2 147:5
  155:12 166:2
thread   78:1
  90:4,7 113:19
  123:10 136:7
  136:19 137:14
  175:10 184:24
  185:7 197:21
threat   67:15
threaten
  130:25
threatening
  139:4
three   27:25
  28:1,4 63:15
  64:22 65:1,6
  65:21 72:6
  97:17 99:7
  108:25 119:5
  141:2 147:6
  150:1,7 177:17
threw   79:9
throw   119:11
time   8:10,25
  11:13,24 12:17
  13:23 14:17
  16:11 17:2,7,7

17:11 18:21
25:4 26:20,23
26:25 27:2
31:10 32:5,6
35:9 36:10
38:7,13 39:1
43:8,13 46:25
47:3,7 53:7
55:2 56:9
59:13 65:4,5
65:11 66:20
68:1 71:4 72:4
74:17 76:16
77:15 78:2
81:12 82:5
83:4 84:1
85:12,16 90:15
91:1,5,22 95:8
96:16 97:9
100:19 102:4
106:7,21 107:9
111:11,14
115:13 116:7
116:11,20
120:8,10 121:4
121:24 122:8
123:15 135:20
135:24 143:17
144:17 146:1,5
147:22,25
148:9,14,18
150:19 153:21
159:19 163:2
163:15,16
166:1 169:17

169:20 171:6
171:16 173:4
174:10,14
176:6 177:11
182:14 187:5
187:12 190:7,9
191:15,22
193:12 195:4
195:11 196:2
196:14,18
197:7,12,13,18
198:3,17
199:16,20
200:4,16,21,22
202:5 203:10
203:18,25
204:7
timeline   16:18
  71:23 87:18
  169:11
times   22:12
  24:19 46:4,6
  65:7 70:3 87:1
  108:22 117:8
  122:4 141:2
  144:1 150:4
  153:2,13
  173:17 195:15
timing   88:23
  89:3 93:6
  108:20
title   21:19 36:5
  36:6,9 51:2
titled   107:14

titles   22:22
  33:17 34:3
  36:21
today   11:3 26:9
  33:24 49:7
  54:14 83:21
  93:3 98:3
  104:22 117:8
  142:9 152:10
  167:4 169:1
  189:13
today's   200:19
together   15:12
  17:18 28:23
  35:21 36:13
  38:13,16 87:22
  154:18
told   34:1 45:18
  98:15 105:14
  105:22 106:4
  118:15,16,19
  152:14 155:10
  172:19 193:15
tomorrow
  125:8
tone   182:7
took   13:7 28:17
  28:21 29:2,11
  37:8 42:7 62:7
  62:9 65:21
  69:8 85:19
  166:15,19,20
  170:9 197:12
tool   33:23 67:4
  67:10 183:10

Page 52

**[tools - turn]**

**tools** 17:16,19
24:3 67:6
186:25
**top** 55:19 64:1
114:23 121:11
162:23 180:16
180:17
**topic** 37:23
86:24 87:2
185:14 197:9
**topics** 95:15
144:1,3
**tortious** 169:15
**totally** 80:24
**touched** 107:20
**tough** 80:16
121:9
**tougher** 32:2
**towards** 24:7
35:20 38:21
126:21 134:24
161:8
**tpa** 17:17 48:10
48:11 49:10
**tracing** 14:24
**track** 32:10
69:4 184:8
**tracked** 69:6
**trade** 137:1
**trail** 106:14,17
167:24
**trails** 69:4
106:11 107:4,7
107:17,25
108:16,16,19

109:1,14
167:13,20
**trained** 61:8
111:20
**training** 23:10
33:20
**transaction**
15:6,11 16:17
16:19 17:10
27:5,7 28:16
28:18 30:17,19
31:5,17,19,21
36:4,8,12
164:7
**transactional**
31:13
**transactions**
19:16 30:25
31:2 33:9
68:14 69:6
107:12
**transcribed**
202:9
**transcript**
201:3 202:13
202:15 203:6,8
203:10,13,13
203:22 204:2,2
**transfer** 75:7
75:10 102:10
102:11 172:4
172:23 173:1,2
173:3
**transferring**
172:12 173:9

**transformation**
27:9 47:4
**transgression**
105:2
**transition** 84:9
160:18
**transitioning**
171:25
**transmitted**
88:10
**transportation**
5:9 113:21,22
113:25 114:2,8
**traveling** 94:19
**trhc** 115:5
140:18 141:18
155:8
**triage** 45:7
56:11
**triaging** 142:23
**tricky** 67:1
**tried** 38:20
45:1 55:8
65:22 91:14
127:6 128:9
147:13 150:18
169:8
**triggered** 101:8
**trip** 42:12
**trouble** 69:10
118:13 164:13
198:13
**true** 39:4 85:5
92:25 103:20
122:8,22

197:17 201:6
202:10
**truest** 141:16
**trusts** 33:5
**try** 13:24 14:1
55:1 70:21
73:2 91:8 96:1
96:4 141:14
142:6 150:10
185:9
**trying** 41:10
44:5 55:10
56:11 60:8
61:15 66:14
71:3,8,12,16
91:10,25 92:12
102:7 103:16
103:25 110:14
110:17 111:16
114:7 115:21
121:24 124:4
128:12 129:24
130:21 134:23
135:1,11
138:24 142:20
142:22 143:8
145:7 151:21
152:7 167:15
175:8 182:13
183:18 184:8
185:8
**tuesday** 122:16
**turn** 12:15
82:12 84:16
89:22

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[turned - use]**

turned  11:25
tweaking  81:4
twice  21:15
two  12:14
  14:13 21:9
  52:1 64:22
  65:1,6,21
  71:16 72:6
  89:12,17 97:17
  104:9 113:10
  129:22 147:6
  150:1,6 177:18
  180:10 184:7
  196:20
type  25:15
  48:11 56:22
  84:6 188:5
  194:10
types  24:4
  115:1,4
typical  48:11

**u**

ucsb  12:4
uh  156:25
  183:4
ultimate
  167:22
ultimately  14:9
  76:4 84:20,21
  86:7 95:18
  141:7 163:16
  165:18 178:12
unable  185:25
unacceptable
  112:10

unannounced
  123:18
unaware  146:6
  146:10
unclear  95:17
  158:20
uncured  101:1
  101:5
under  22:23
  30:9 41:4
  43:24 59:6
  104:18,18
  110:5 127:1
  128:13 129:3
  129:10 156:15
  158:11 201:2
  202:10
undergoing
  91:25
undergone
  37:25
underlying
  51:6 58:8
  80:11 154:22
  181:16
undersigned
  202:1
understand
  10:6,10 13:18
  28:6 30:11
  31:11 40:16,18
  43:19 49:13
  50:25 51:18
  60:11 102:20
  123:15 153:15

  156:14 169:25
  170:17 172:16
  189:12 194:4,6
understanding
  27:24 28:3,9
  30:4 39:11,13
  40:25 41:17
  43:24 44:10
  45:16 50:11
  52:12 64:25
  65:23 67:3
  82:7 94:18
  122:2 138:15
  152:8 155:20
  155:22 156:1,4
  165:21 166:12
  166:14,18
  171:23 181:9
  186:23 199:23
understandings
  62:13
understood
  10:13 29:13,15
  59:5 62:13
  104:20 162:17
  181:15 187:24
undertake  81:3
underway
  38:23
unfamiliar
  132:25
unfortunately
  30:13
uniform  134:24

uniformity
  60:22
unilateral
  123:18
unique  110:18
united  1:1 2:1
  8:18
universe  58:4
  167:14
university
  11:20,22
unsee  61:7
untoward
  105:12
unusual  124:12
updates  26:2
  62:12 90:18
upgrades  25:23
uploaded  57:18
ups  93:19
upset  72:15
  81:7,13
urgency  137:21
  139:7,12,13
urgent  137:25
  138:1
usable  81:23
  199:10
usage  146:24
usages  146:18
use  6:7 48:20
  51:10,10,14
  54:11 67:6,9
  77:12 88:12,17
  97:11,12 98:1

Veritext Legal Solutions
866-299-5127                calendar-ca@veritext.com                www.veritext.com

**[use - want]**

99:13 103:6,10
114:5,6 129:11
130:14 146:18
194:12,22
**used** 48:22
49:24 50:13
54:10 60:13
63:1 68:25
69:16,16 77:9
105:11 120:7
122:6 154:16
154:17 161:22
169:24 173:9
200:20
**user** 21:23 52:3
52:10 55:25
57:21,22,22,23
58:5,6,7,11,15
58:16,21,23,25
59:13 60:24
61:11 62:12
66:3 67:16
68:25 69:1
70:1,11 74:5,7
83:7 97:25
103:7,8 106:8
107:9,14,16,18
107:19 146:12
146:22 147:11
147:18 150:12
**users** 104:11,12
104:17 107:25
**uses** 67:10
**using** 19:23
21:13 26:21

50:15,18 70:3
74:12 101:25
115:12 129:12
131:2 149:20
161:15,15,15
194:21 202:8
**usually** 53:5
**utilization** 24:3
25:15 49:12,24
50:1,16
**utilizes** 194:12

**v**

**v** 203:4 205:1
**vague** 15:16
40:11 43:18
99:15 164:20
167:18 172:14
**vaguely** 194:17
194:19
**valentine's**
152:15
**valuable** 59:11
166:5
**van** 192:20,22
192:23 197:24
**variable** 83:18
**variables** 59:9
59:14,15 60:6
63:25 64:5,6,7
65:5
**variations**
60:19
**various** 23:13
24:19 58:13
63:13 147:12

**vast** 63:21
94:17
**vehicle** 30:9
**vehicles** 114:2
**vendors** 127:23
**ventures**
126:24
**verified** 98:17
**veritext** 3:18
8:21 203:7,9
203:11,20
**versa** 187:22
**verse** 156:13
158:3
**version** 120:15
160:9
**versus** 8:17
130:22 134:25
135:12
**vice** 187:21
**video** 8:11,14
34:14 35:5
200:15
**videographer**
3:18 8:4,21 9:8
34:20 35:7
85:10,14
135:18,22
174:8,12
191:13,20
199:14,18
200:14,17
**videotaped**
1:14 2:12

**view** 43:16 46:8
46:16 47:1,8
61:23 97:22
144:18 171:2
190:3
**viewed** 46:10
46:11 144:21
168:24
**violate** 97:22
**violated** 97:13
**virtuous** 169:3
**visibility** 69:8
**visible** 67:12
**visits** 139:23
**vitals** 194:13
**volume** 1:17
2:13 4:3
201:11
**vs** 1:7 2:6

**w**

**wait** 13:24 14:1
95:2,23 150:16
**waived** 203:24
203:24
**waiver** 17:20
**waiving** 203:21
**walk** 11:17,18
15:13 98:22
**wander** 108:9
**wandered**
105:14
**want** 10:3
11:12 12:25
13:18 14:24
16:2,2,22 17:4

Veritext Legal Solutions
866-299-5127    calendar-ca@veritext.com    www.veritext.com

[want - went]

20:23 21:2,3 22:5 34:15 35:6 40:20 42:11 52:13,16 52:23,23 59:8 67:2 75:21 82:8 85:4 90:5 90:12 94:10 101:17,19 110:9 113:4 122:13 125:2,5 125:9,11 134:13 147:20 148:1,2 150:16 171:17 173:22 173:22 177:14 187:18 188:4 191:5,12 194:12 198:12 200:15

**wanted** 12:19 12:20 51:14 55:4 82:12 94:3 95:18 96:24 99:4 107:3 112:18 117:22 124:12 124:15 127:3 130:9,16 139:22 151:16 156:2,14 157:25 178:13 184:9 196:25

**wanting** 80:17 185:21

**wants** 169:3 183:7

**warehouse** 129:25 130:4 130:18 149:8

**warehousing** 133:24

**warning** 81:17 122:2

**watching** 34:14 35:4

**way** 10:9 19:2 19:12 20:23,25 21:18 27:14 29:18 47:4,17 49:11 50:4 54:1 55:10 59:20,25 69:24 70:8 81:23 83:10,18 88:17 91:8,15 92:6 102:8 105:12 112:7 114:17 130:18 134:4 144:24,25 150:11 158:16 162:25 163:1 164:17 165:3 168:5,23 175:8 179:15 193:17 195:23 196:4

**ways** 21:1 86:4 102:3 115:19 192:23

**we've** 24:18,19 25:4 49:23 56:13 77:24 78:14 84:25 88:11 110:19 113:12 124:4 128:8 132:7 136:6,18 142:1 144:12,15 147:13 153:1 165:16,17,23 169:8,16 182:11 184:6 184:19 187:2 189:16

**web** 25:25

**week** 21:16 115:17 124:10 124:10 177:21

**weekend** 139:15

**weight** 194:13

**weir** 3:4 4:4 9:4 9:4,21 16:1 23:22 30:1 31:15 34:17 35:11 40:13,15 41:13 42:9,23 43:22 44:21 51:22 61:9 70:19 73:6,9 73:15 76:21,23 77:18,23 78:13 79:1,16,18 85:2,4,8,18

87:5,9,13 88:11,15,20 102:23 103:12 103:19 113:2,9 119:7,11,16 125:1,5,13,19 131:5,9,12,17 131:21 134:15 135:15,17 136:3,5,14,16 152:10,12,20 153:3 157:15 157:18 159:4,6 159:20,24 160:14 164:21 167:19 172:15 174:2,6,16,22 175:1,3,7 176:10,14 179:23 180:1 180:20,23 181:4 182:1,4 184:11,15,18 187:11 191:1,7 191:10,24 197:4 199:6,12 199:22 200:10

**welcome** 75:20

**went** 9:25 11:21 12:21 25:22 32:18 33:22 83:15 91:9 100:18 103:21 106:17 107:20 124:16

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

**[went - yeah]**

141:20,21,22
144:5,16 145:4
145:9 160:5,12
160:20 161:14
161:17,18
167:8 170:12
**whatnot** 157:5
**whereof** 202:20
**whispering** 8:8
**whys** 27:4
**willing** 71:14
71:20
**winded** 48:8
**window** 148:18
148:19
**winners** 40:17
172:20
**witness** 2:14
3:10 4:2 9:10
15:23 23:21
29:24 42:22
43:21 44:19
51:19 61:3
70:15 76:22
78:21 85:3,7
87:12 102:21
103:4,16 113:4
119:10,13
125:4,6 131:10
135:16 152:11
152:14,19
153:1 157:10
157:12 159:5
159:21,25
171:19 174:5

175:6 179:24
180:22 181:1,3
184:14 190:19
190:22 191:2,8
191:11 198:23
202:20 203:13
203:16 204:2,5
**witness's**
102:19 198:21
**witnesses** 202:6
**word** 150:24
**wording**
135:14
**words** 81:16
194:6
**work** 11:16
14:7 20:5 25:6
35:14 53:3
55:15 56:11,25
59:11 60:8
62:8 66:18
72:1 73:2 75:5
75:20 84:17
94:10 110:18
117:16 118:1,6
120:8,24
123:20 124:4
148:12,16
167:24 182:23
185:10 189:14
194:4
**worked** 13:6
18:9 24:21
33:18 53:8
75:13 129:10

173:5 186:24
**worker** 23:1,1
**workflow** 52:9
110:11
**workflows**
19:10 59:9,14
59:16 60:3
**working** 11:9
11:23 34:11,25
45:9 47:11
57:24 60:13
76:17 83:19
91:19 100:15
115:18 116:22
128:8 160:9
189:8
**works** 64:8
67:8,22 103:22
**world** 12:16,16
52:2 55:18
65:20 95:14,15
130:19 139:21
143:3 157:10
157:19
**worry** 155:14
**write** 81:10
141:17 159:8
162:24
**writes** 76:13
**written** 82:20
84:2 122:19
123:16
**wrong** 72:18
93:20 99:2
100:14 105:12

180:21
**wrongful**
165:15
**wrote** 131:13
131:19 144:19
150:17 176:3

| x |
| --- |

**x** 70:11 148:10
202:15
**xerox** 62:23,23
**xx** 203:12

| y |
| --- |

**y** 70:11
**yaroschuk** 3:18
8:20
**yeah** 13:17
17:1 18:14
19:24 22:7
23:10,11,12
26:10 32:8
34:14 35:4
37:18 40:13,21
42:14,22 51:11
52:17,19,22
58:18 68:4
70:15 71:12
76:21 78:8
79:2 83:9
84:12 85:3
86:6 87:8,21
88:11 90:3
93:13 96:5
97:20 99:5
103:20 109:9

Page 57

**[yeah - zoom]**

109:12 110:20
112:6 114:14
114:19 115:3,7
117:12 119:4
119:11 121:18
125:13 126:8
127:5 134:3
140:22 146:12
147:2,4,19
149:12 150:10
152:22 153:25
157:19 158:17
159:4 161:19
161:21 162:4,8
164:3,5 165:9
167:19 169:19
171:19 172:19
175:14,18
177:13 180:16
180:19,23
184:15 185:18
191:7,10
193:24 196:17
200:12
**year** 12:4 13:16
14:16 18:15
25:21 36:11
37:16 53:21
62:17 95:10
112:11 160:19
187:15,17
192:19 193:8
**years** 14:20
16:9 24:16
43:10 45:4

49:19 60:8
62:7,9,11
63:15 71:16
74:23 104:16
106:3,15
108:25 120:3
145:23 168:14
176:18 195:15
**yep** 48:13
81:25 107:21
107:23 113:16
119:18 121:14
121:20 127:14
162:10 185:23
194:15
**young** 96:12

**z**

**z** 70:11
**zawadksi** 9:16
**zawadski** 1:14
2:12 4:3 8:15
9:22 35:9,12
85:11,16
135:19,24
136:6 174:9,14
191:15,22
199:15,20,25
200:20 201:1
201:10 203:5
205:2,24
**zawadski's**
200:4
**zoom** 45:5,25

Page 58

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.