MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-1132-JST |
| Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants. | [Filed concurrently with (1) Declaration of Andrew Beshai and (2) Proposed Order] |
| | Honorable Jon S. Tigar |
| | Date: May 28, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6 |
| | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") hereby submits this Administrative Motion to File Under Seal ("Motion to Seal"). Intus has reviewed and complied with this Court's Standing Order Governing Administrative Motions to File Materials Under Seal. Intus has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). As such, Intus has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed concurrently with this Motion.

By this Motion to Seal, Intus moves for the Court to seal Exhibit D to the Declaration of Andrew Beshai in Support of Reply in Support of its Motion To Modify Court Scheduling Order and Leave to File Second Amended Complaint as well as allow all references to the content of Exhibit D to be redacted from the publicly filed version of Intus' Reply in Support of its Motion To Modify Court Scheduling Order and Leave to File Second Amended Complaint. Pursuant to Civil Local Rule 79-5(c), this Motion to Seal is supported by the Declaration of Andrew Beshai, submitted herewith. As set forth therein, the exhibit contains material that Intus has designated as "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44).

The standard for sealing is met here. Intus points to several "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *see also*, *Jones v. PGA Tour, Inc.*, No. 22-CV-04486-BLF, 2023 WL 7440303, at *3 (N.D. Cal. Nov. 8, 2023). Exhibit D contains emails between Intus and its clients discussing Intus' and its client's internal operations and decision-making. The emails implicate Intus and its clients' legitimate privacy interests. Compelling reasons exist to file under seal because these documents would otherwise injure Intus and its clients by exposing confidential communications between and about Intus and its clients. A less restrictive alternative is not sufficient because the entirety of the emails at issue implicate these privacy concerns. (Beshai Decl. ¶ 6).

Pursuant to Civil Local Rule 79-5(d)(2), Intus has attached the exhibits to be filed under seal to this Motion to Seal. RTZ has not objected to the designation of Exhibit D as

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF
INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER
AND LEAVE TO FILE SECOND AMENDED COMPLAINT

"CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44.) In accordance with Civil Local Rule 7-11, Plaintiff has delivered the motion and all attachments to all other parties on the same day that the Motion to Seal was filed. (Weir Decl. ¶ 7).

Dated: April 13, 2026                                  MANATT, PHELPS & PHILLIPS, LLP


                                                       By: */s/ Andrew Beshai*
                                                          Charles E. Weir
                                                          Andrew Beshai
                                                          Attorneys for Plaintiff
                                                          INTUS CARE, INC.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF
INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER
AND LEAVE TO FILE SECOND AMENDED COMPLAINT