MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>                    Defendants. | Case No. 4:24-cv-1132-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Proposed Order]<br><br>Honorable Jon S. Tigar<br><br>Date: May 28, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT

404663431.2

Plaintiff IntusCare Inc. ("Intus," or "Plaintiff") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Intus has reviewed and complied with this Court's Standing Order Governing Administrative Motions To File Materials Under Seal. Intus has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5). As such, Intus has filed an Administrative Motion to File Under Seal concurrently with this Motion.

By this Administrative Motion, Intus moves for the Court to consider whether Exhibits A-C and G to the Declaration of Andrew Beshai in Support of Intus' Reply in Support of its Motion to Modify Court Scheduling Order and Leave to File Second Amended Complaint should be sealed. These are contracts and communications between RTZ Associates, Inc. ("RTZ" or "Defendant") and its successor, Collabrios Health, LLC ("Collabrios"), and Intus Clients, governing the Intus Clients' use of RTZ's PACECare software.

RTZ has designated Exhibits A and C as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" and Exhibits B and G as "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44.) These documents contain highly confidential and sensitive business information, including the terms of RTZ's/Collabrios' service and other non-public details governing the relationship between RTZ/Collabrios and its Clients. All references to the content of Exhibits A-C have also been redacted from the publicly filed version of Intus' Reply in Support of its Motion to Modify Court Scheduling Order and Leave to File Second Amended Complaint.

Pursuant to Civil Local Rule 79-5(f), Intus need not satisfy the showing required in subsection (c)(1) (i.e., "a specific statement of the applicable legal standard and the reasons for keeping a document under seal").

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUSCARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT

404663431.2

Dated: April 13, 2026                    MANATT, PHELPS & PHILLIPS, LLP


                                         By: /s/ Andrew Beshai
                                             Charles E. Weir
                                             Andrew Beshai
                                             Attorneys for Plaintiff
                                             INTUSCARE INC.

- 2 -

404663431.2

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES