DEADLINE?NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

Attorneys for Defendant RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>          Defendants, | Case No:      4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**DECLARATION OF DAVID C. LEE IN SUPPORT OF INTUS CARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUS CARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: May 28, 2025<br>Time: 2:00 p.m.<br>Courtroom: 6<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

4:24-cv-01132-JST

DECLARATION OF DAVID C. LEE IN SUPPORT OF INTUS CARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUS CARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT

70296686.v1

### DECLARATION OF DAVID C. LEE

I, David C. Lee, declare as follows:

1.       I am an attorney at law admitted to practice in this Court, and a partner of Nossaman LLP, counsel of record in this action for Defendant RTZ Associates, Inc. ("RTZ").  I make this declaration in support of Intus Care, Inc.'s ("Intus") Administrative Motion to Consider Whether Another Party's Material Should be Sealed in Support of Intus' Motion to Modify Court Scheduling Order and Leave to File Second Amended Complaint.  I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would completely testify to those facts.

2.       Portions of Intus' Motion to Modify Court Scheduling Order and Leave to File Second Amended Complaint ("Motion") contain confidential and proprietary information about RTZ's and Collabrios' business relationships with their clients, including contracts and RTZ's client list. Specifically, RTZ has designated Exhibits A and C as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" and Exhibits B and Gas "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44.)

3.       The sensitive business information contained in these exhibits and used in portions of Intus' Motion could cause significant competitive harm to RTZ if disclosed to the public. The 'compelling reasons' standard for sealing materials "is met for confidential business information that would harm a party's competitive standing." *Skillz Platform Inc. v. AviaGames Inc.*, No. 21-CV-02436-BLF, 2023 WL 7928746, at *3 (N.D. Cal. Nov. 16, 2023) (citing cases). There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this 17th day of April 2026 in San Francisco, California.

DAVID C. LEE

DECLARATION OF DAVID C. LEE IN SUPPORT OF INTUS CARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED OF INTUS CARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT

**PROOF OF SERVICE**

The undersigned declares:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 777 S. Figueroa Street, 34th Floor, Los Angeles, CA 90027.

On April 24, 2025, I served the foregoing **DECLARATION OF DAVID C. LEE IN SUPPORT OF INTUS CARE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF INTUS CARE INC.'S REPLY IN SUPPORT OF ITS MOTION TO MODIFY COURT SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED COMPLAINT** on parties to the within action as follows:

☑ (By U.S. Mail) On the same date, at my said place of business, Copy enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

☐ (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☐ (By Electronic Service) Pursuant to California Rules of Court, rules 2.251, from service email address: jgastelum@nossaman.com, by emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list.

☒ (By Electronic Service) Pursuant to California Rules of Court, rules 2.251, by submitting an electronic version of the document(s) to a court-approved third-party e-filing vendor, I caused the document(s) to be e-served to the person(s) listed on the attached service list.

Executed on April 24, 2025.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Judith Robbins
Judith Robbins

- 1 -
PROOF OF SERVICE

70296686.v1

**SERVICE LIST**
*Intus Care, Inc. v. RTZ Associates, Inc.*
*USDC Northern District Case No. 4:24-cv-01132-JST*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Charles E. Weir<br>Andrew Beshai<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br>CWeir@manatt.com<br>ABeshai@manatt.com | *Attorneys for Plaintiff INTUS CARE, INC.* |
| SAVAGE LAW PARTNERS, LLP<br>C. Alexander Chiulli<br>564 South Water Street<br>Providence, RI 02903<br>Telephone: (401) 238-8500<br>Facsimile: (401) 648-6748<br>E-Mail: achiulli@savagelawpartners.com | *Attorneys for Plaintiff INTUS CARE, INC.* |

- 2 -

PROOF OF SERVICE

70296686.v1