

**ATTORNEYS AT LAW**

50 California Street
34th Floor
San Francisco, CA  94111
T 415.398.3600

David C. Lee
D 415.438.7235
dlee@nossaman.com

*Admitted only in California*

Refer To File # - 503730-0002

April 23, 2026

The Honorable Judge Alex G. Tse
United States Magistrate Judge
San Francisco Courthouse, Courtroom A – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Intus Care, Inc. v. RTZ Associates, Inc. (Case No. 4:24-cv-01132-JST)

Dear Judge Alex G. Tse:

      Defendant/Counterclaimant RTZ Associates, Inc. ("RTZ") respectfully requests that the Court supplement its April 23, 2026 Discovery Order (Dkt. 117) to direct that Plaintiff/Counterdefendant IntusCare Inc. ("Intus") complete its production of documents responsive to RFP Nos. 66–84 within ten (10) days of the Order—i.e., by May 3, 2026.

      The current May 7, 2026 deadline does not afford RTZ adequate time to review the production, incorporate responsive documents into its damages analysis, and meet the case's rapidly approaching deadlines. Specifically, expert depositions must be completed by May 12, 2026, and the parties must finalize trial exhibit lists by May 15, 2026. Trial is set to begin on June 29, 2026.

      Because the ordered production bears directly on RTZ's damages theories—including the misappropriation and disgorgement theories the Court has now confirmed are discoverable—RTZ's damages expert will need sufficient time to review and analyze the produced materials before the expert deposition cutoff.

      A May 7, 2026 production would leave RTZ only five days before the expert deposition deadline and eight days before trial exhibit lists are due. A May 3, 2026 deadline would provide a reasonable, though still compressed, window for RTZ to make meaningful use of the production. RTZ appreciates the Court's consideration of this request.

                Sincerely,

                /s/ *David C. Lee*
                  David C. Lee