MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. 211091)
CWeir@manatt.com
Andrew Beshai (Bar No. 308030)
ABeshai@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiff*
INTUSCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-1132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants. | |
| | Complaint Filed: February 23, 2024 Amended Complaint Filed: April 2, 2024 Counterclaims Filed: June 20, 2024 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

Plaintiff IntusCare Inc. ("Intus," or "Plaintiff") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Intus has reviewed and complied with this Court's Standing Order Governing Administrative Motions To File Materials Under Seal. Intus has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5).

By this Administrative Motion, Intus moves for the Court to consider whether Exhibit 2 to the Declaration of Andrew Beshai in Support of Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge should be sealed. Exhibit 2 is the report of Defendant RTZ Associates, Inc.'s ("RTZ" or "Defendant") damages expert. RTZ has designated Exhibit 2 as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44.) Exhibit 2 contains highly confidential and sensitive business information, including financial information about how RTZ prices its products.

Pursuant to Civil Local Rule 79-5(f), Intus need not satisfy the showing required in subsection (c)(1) (i.e., "a specific statement of the applicable legal standard and the reasons for keeping a document under seal").

Dated: April 30, 2026

MANATT, PHELPS & PHILLIPS, LLP


By: */s/ Andrew Beshai*
Charles E. Weir
Andrew Beshai
Attorneys for Plaintiff
INTUSCARE INC.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE