# manatt

**Andrew Beshai**
Manatt, Phelps & Phillips, LLP
Direct Dial:  (714) 915-4945
ABeshai@manatt.com

April 30, 2026

The Honorable Judge Alex G. Tse
U.S. District Court, Northern District of California
San Francisco Courthouse, Courtroom A – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    IntusCare Inc. v. RTZ Associates, Inc. (Case No. 4:24-cv-01132-JST) Discovery Dispute

Dear Judge Tse:

On April 23, 2026, this Court ordered Plaintiff IntusCare Inc. ("Intus") to "produce all non-privileged documents in its possession, custody, and control that are responsive to RFPs 66–84" by May 7, 2026. That same day, Defendant RTZ Associates, Inc. ("RTZ") filed a letter brief asking the Court to shorten the time for production to May 3, 2026.

On April 29, 2026, the Court ordered Intus to file a response to RTZ's request to shorten the time for production of documents responsive to RFPs 66–84. Intus hereby responds that it has filed a Motion for Relief from the April 23, 2026 Order, which may obviate the need for production entirely. In light of that pending motion, and the burden associated with production, Intus proposes that the deadline for production be set after the District Court rules on the pending Motion for Relief from the April 23, 2026 Order. As a practical matter, the production will require the collection and review of thousands of documents and communications. Intus will not be in a position to produce those materials by this Sunday, May 3.

      Sincerely,

      */s/ Andrew Beshai*
      Andrew Beshai

Manatt, Phelps & Phillips, LLP   2049 Century Park East, Suite 1700, Los Angeles, California  90067   Tel:  310.312.4000  Fax:  310.312.4224

404695706.2