UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> RTZ ASSOCIATES, INC., <br><br> Defendant. | Case No. 24-cv-01132-JST <br><br> **ORDER SETTING RESPONSE DEADLINE RE: MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Re: ECF No. 124 |

Plaintiff IntusCare, Inc. has filed a motion for relief from a nondispositive pretrial order of a magistrate judge.  ECF No. 124.  Defendant RTZ Associates, Inc. shall file a responsive brief, not exceeding five pages, no later than May 14, 2026.  Unless otherwise ordered, no reply brief shall be filed, and the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated:  May 4, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California