

**ATTORNEYS AT LAW**

50 California Street
34th Floor
San Francisco, CA 94111
T 415.398.3600

David C. Lee
D 415.438.7235
dlee@nossaman.com

*Admitted only in California*

Refer To File # - 503730-0002

May 5, 2026

The Honorable Judge Alex G. Tse
United States Magistrate Judge
San Francisco Courthouse, Courtroom A – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:    Intus Care, Inc. v. RTZ Associates, Inc. (Case No. 4:24-cv-01132-JST) Discovery Dispute

Dear Judge Alex G. Tse:

Defendant/Counterclaimant RTZ Associates, Inc. ("RTZ") respectfully submits this letter brief pursuant to Section VII(B) of Your Honor's Civil Standing Order to address Plaintiff Intus Care Inc.'s ("Intus") post-discovery cutoff production of documents from a third party, High Desert PACE, and Intus' stated intention to use these new documents in this case and in any upcoming deposition of Kevin Lathrop, the president of non-party Collabrios Health, LLC ("Collabrios"). Because the Court has now denied Intus' motion to add Collabrios as a defendant (the "Order) (Dkt. 123), RTZ seeks an order (1) precluding Intus from using the untimely produced High Desert PACE documents in this action; and (2) precluding Intus from seeking testimony at Kevin Lathrop's deposition about Collabrios' conduct with its customers, including the use of the disputed HD documents.

## I.    Counterclaimant RTZ's Position:

The Court's April 30, 2026 Order denied Intus' motion to add Collabrios as a defendant (the "Motion"), thus excluding Collabrios from this action. Even prior to the Order, this Court had already determined that "Collabrios is a <u>non-party</u>" to this action and further ordered that, "Collabrios Health LLC needn't respond to Intus's [discovery requests]." Dkt. 97. As RTZ has explained in its opposition to Intus' Motion to add Collabrios as a defendant, RTZ and Collabrios are separate legal entities: "'RTZ has not merged with Collabrios and continues to run its own operations,' and 'Collabrios acquired 100 percent of the equity of RTZ, but it did not take on any of RTZ's liabilities.'" Dkt. 103 at 10 (citing Dkt. 95).

Notwithstanding, on April 28, 2026, Intus' counsel transmitted – for the first time and conspicuously 7 weeks after the close of discovery – a dubbed "third party production" consisting of twelve email communications between Collabrios and one of its customers, High Desert (the "HD production"). Intus' counsel claimed that the production was "voluntarily provided" and that Intus "intend[ed] to use them in the case." *See* Exhibit A. The HD production was tactically produced just over a day before the April 30th deposition of Kevin Lathrop (Collabrios' current

Honorable Alex G. Tse
May 5, 2026
Page 2

president). It is indisputable that all 12 HD production documents consist of email communications documenting a dispute between Collabrios and High Desert – a dispute that has zero bearing on the information blocking allegations that Intus has leveled against RTZ – the only named defendant in this case. *See* Exhibit B. As reflected in Intus' Motion (Dkt. 100), Intus contended that Collabrios is the successor in interest to RTZ, and therefore liable for any potential judgment against RTZ. Therefore, it was patently clear that Intus' use of the HD production in Mr. Lathrop's deposition is intended to draw Collabrios into this scope of litigation. RTZ's counsel raised this concern with Intus' counsel who responded that the documents were "provided…as a courtesy" and that Intus was "entitled to use these documents in the case and ask Mr. Lathrop about them at his deposition." *See* Exhibit A. Consequently, Mr. Lathrop's deposition was postponed to resolve issues of whether the untimely produced documents are usable in this action and the scope of Mr. Lathrop's deposition. ***But the Court has since ruled on Intus' Motion and determined that Collabrios is not, and will not be, a party to this action.*** Dkt. 123; *see also* Dkt. 97. Thus, Intus should be precluded from using the HD production in this case and from seeking testimony at Mr. Lathrop's deposition about Collabrios' conduct with its customers, including the use of the disputed HD documents.

Further, per the Amended Scheduling Order, the fact discovery cutoff was March 9, 2026. Dkt. 91. The Ninth Circuit has underscored the importance of enforcing these deadlines: "In these days of heavy caseloads, trial courts in both the federal and state systems routinely set schedules and establish deadlines to foster the efficient treatment and resolution of cases. Those efforts will be successful only if the deadlines are taken seriously by the parties, and the best way to encourage that is to enforce the deadlines. Parties must understand that they will pay a price for failure to comply strictly with scheduling and other orders, and that failure to do so may properly support severe sanctions and exclusions of evidence." *Wong v. Regents of Univ. of California*, 410 F.3d 1052, 1060 (9th Cir. 2005). This Court has also recognized and enforced the fact discovery deadline on multiple occasions, including holding that "[f]act discovery is over" and that "[i]t's too late to start a negotiation over how many custodians' emails will be searched. It's too late to propose search terms." Dkt. 113. Intus' insistence of using documents produced after the fact discovery cutoff is also at odds with its motion practice. Recognizing the strict deadlines of the Amended Scheduling Order, Intus' Motion (that was denied by the Court) had sought to extend the deadline to add parties, and not to extend fact discovery. *See* Dkt. 100. Thus, Intus' HD production on April 28 – seven weeks after the close of fact discovery—is plainly untimely and improper and is a transparent attempt to circumvent the discovery cutoff this Court has rigorously enforced.

Even if the HD production can be used in this case, they have no bearing whatsoever on the information-blocking claims against RTZ and instead only concern Collabrios' conduct with High Desert (also a non-party). *See* Exhibit B. Therefore, not only are the documents disproportionate to the needs of this case (*Yphantides v. Conty of San Diego*, No. 21CV1575-GPC(BLM), 2022 WL 3362271, at *3 (S.D. Cal. Aug. 15, 2022) ("to fall within the scope of discovery, the information must also be 'proportional to the needs of the case,' requiring lawyers to 'size and shape their discovery requests to the requisites of a case' while 'eliminat[ing] unnecessary or wasteful discovery.'")), but Intus' statements reflect a clear intent to draw a non-party's conduct into this lawsuit.[1] But this Court has denied Intus' Motion to add Collabrios (Dkt.

---

[1] Intus had opportunities during discovery to fully understand the relationship between RTZ and Collabrios, including that the damages RTZ seeks in this case arise from contracts still under

Honorable Alex G. Tse
May 5, 2026
Page 3

123) and has ruled that discovery directed at Collabrios is inappropriate given its non-party status (Dkt. 97). Allowing Intus to use informally obtained Collabrios-centric documents (produced for the first time after close of discovery) in Mr. Lathrop's deposition is improper and premature.

RTZ therefore respectfully requests that the Court, pursuant to FRCP Rule 26(b)(2)(C), enter an order: (1) precluding Intus from using the untimely produced High Desert PACE documents in this action; and (2) precluding Intus from seeking testimony at Kevin Lathrop's deposition about Collabrios' conduct with its customers, including the use of the disputed HD documents. This Court is permitted to fashion such an order to manage this proceeding as appropriate. *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) ("this Court has long recognized that a district court possesses inherent powers that are 'governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'").

## II.     Intus' Position:

RTZ continues to engage in corporate gymnastics and to ignore its own claims and claimed damages in this case. RTZ is seeking hundreds of thousands of dollars as a result of High Desert PACE ("HD") moving from PACECare to Intus's CareHub product after the contracts were acquired by Collabrios. Obviously, correspondence regarding that transition is relevant to this case. RTZ has put at issue Kevin Lathrop's interactions with High Desert PACE and other former PACECare users by producing an expert report that seeks damages on a contract between Collabrios and High Desert PACE that was managed by Mr. Lathrop. And even though a large part of Intus' damages rest on a contract between Collabrios and HD overseen by Mr. Lathrop, RTZ now asks this Court to prohibit Intus "from seeking testimony at Kevin Lathrop's deposition about Collabrios' conduct with its customers." Indeed, the only person the expert identifies as providing the factual background for over a million dollars in damages is Collabrios' Kevin Lathrop. This is patently unfair and just the latest episode in a series of corporate shell games RTZ/Collabrios have been playing.[2]

---

RTZ. However, per its position below, Intus continues to make unfounded, and inaccurate, speculations about RTZ and Collabrios. Intus' lack of diligence in seeking discovery cannot permit Intus to open the floodgates now after close of discovery to obtain irrelevant testimony and supplement its document productions. The Court denied Intus' Motion because Intus was not diligent in seeking to amend its complaint, and the Court here should not allow Intus to cure its lack of discovery diligence.

[2] RTZ intends to file a motion for leave to file a motion for reconsideration of the Court's order denying RTZ's motion to add Collabrios as a party. Intus has always believed (and still believes) that Collabrios and RTZ are one and the same and that defendant litigated the case in that manner since the beginning. There can no longer be a question that is the case. Based on the content of RTZ's damages expert report, Collabrios is directly seeking relief in this case to the tune of millions of dollars. It is the assignee of the PACECare contracts that form the basis of the damages in this case. The idea that Collabrios can seek relief in this case but not be a party for purposes of liability is neither fair nor legally correct.

70348559.v1

Honorable Alex G. Tse
May 5, 2026
Page 4

On April 23, 2026, RTZ served its damages expert report on Intus.[3] In the report, RTZ notes that Intus "went live with [CareHub] in May 2025" and seeks damages based on lost profits from "three PACE facility customers that have subsequently migrated from PACECare to [CareHub]"—one of which is High Desert PACE. (Report at ¶¶ 67-68.) After Collabrios acquired RTZ in October 2024, it was assigned the PACECare contracts previously entered into with RTZ.[4] Unbeknownst to Intus until recently, apparently Collabrios acquired all of the "equity" of RTZ, but somehow left the "liabilities" of RTZ behind.  Put differently, the party to the contracts on which RTZ is basing its damages in this case is Collabrios, not RTZ. Indeed, as confirmed by RTZ/Collabrios's CEO Michael Zawadski, Collabrios owned and operated PACECare after the transaction. (Ex. B at 37:19-38:6; 38:24-39:5.) In fact, Mr. Zawadski described High Desert PACE as one of the "many former RTZ clients" that are now managed by Collabrios. (*Id*. at 171:7-16.) And in May 2025 when HD sought to terminate its PACECare contract—the same contract on which RTZ now bases its request for damages—a representative for Collabrios told HD, "Regarding your note about the contract release, that conversation would be best directed to Kevin Lathrop, President of CollabrIOS Health. He can be reached at KLathrop@collabrios.com and can provide further discussion around the contract."[5]

RTZ's expert report acknowledges the significant role that Collabrios and its President, Kevin Lathrop, played in overseeing and managing the PACECare contracts that counterclaim defendant has put directly at issue in their damage model. As support for the revenue figures cited in his report, the expert notes that he had a "conversation with Kevin Lathrop" on April 22, 2026. (Report at FN 87, 90.) Moreover, Mr. Lathrop is likely the only witness with material information about the causation element of counterclaim defendant's claimed damages, as all of these allegedly lost contracts were transferred to Collabrios and the termination of them all took place well after the October 2024 Collabrios acquisition of RTZ. Mr. Lathrop is the primary point of contact who engaged in talks with HD about its request to terminate its PACECare contract and transition its data to CareHub, which means he is likely to have information about the reasons for the termination bearing directly on the causation element. Despite the fact that Mr. Lathrop is cited as the only source of the revenue figures in the expert report and almost certainly has relevant information about HD's reasons for termination, RTZ asks this Court to restrict Intus' ability to ask questions about these critical aspects of the case. Put differently, RTZ has used the Court's ruling that Collabrios is not a party as a cudgel to beat back Intus' efforts to obtain discovery to which it is entitled.

Finally, RTZ's argument that Intus cannot use the documents it obtained from HD in the Lathrop deposition is meritless. First, there was no attempt to gain a tactical advantage over RTZ or Collabrios; Intus produced the documents to RTZ the day after Intus received them. (Exhibit A.) Second, there is no rule prohibiting a party from continuing to factually develop its case in the

---

[3] RTZ's damages expert report is filed under seal as Exhibit 2 to the Declaration of Andrew Beshai in Support of Intus' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 125.)

[4] These contracts were filed under seal as Exhibit C to the Declaration of Andrew Beshai in Support of Intus' Reply in Support of Motion for Leave to Amend (Dkt. 109.)

[5] These emails were filed under seal as Exhibit D to the Declaration of Andrew Beshai in Support of Intus' Reply in Support of Motion for Leave to Amend (Dkt. 109.)

70348559.v1

Honorable Alex G. Tse
May 5, 2026
Page 5

lead up to trial by contacting third parties who voluntarily choose to provide information or documents, and RTZ has cited nothing to the contrary. Third, much of the HD third-party material Intus produced to RTZ has already been produced previously and in fact was cited in support of Intus' Reply in support of Motion for Leave to Amend. There is no question, then, that RTZ was aware of the relationship between HD and Collabrios as well as the emails leading up to the termination of HD's PACECare contract. Indeed, RTZ has made the HD relationship a central feature of its damages—it cannot now feign surprise at the fact that Intus wishes to ask Mr. Lathrop questions about HD.

Intus therefore respectfully requests that the Court deny RTZ's request for an order that would restrict Intus from asking Mr. Lathrop questions about the High Desert PACE documents and seeking testimony about Collabrios' conduct with its customers, including HD. RTZ has put these issues in dispute by leaning heavily on the relationships between Collabrios and PACE programs, overseen by Lathrop, to substantiate its damages in this case.

By: */s/ David C. Lee*
David C. Lee
Kasia Penn
Nossaman LLP

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

By: */s/ Andrew Beshai*
Charles E. Weir
Andrew Beshai
Manatt, Phelps & Phillips, LLP

*Attorneys for Plaintiff*
INTUS CARE, INC.

70348559.v1

# EXHIBIT A

## Marlene B. Wiman

| | |
|---|---|
| **From:** | Weir, Charles <CWeir@manatt.com> |
| **Sent:** | Wednesday, April 29, 2026 7:04 PM |
| **To:** | David C. Lee; Beshai, Andrew; Kasia Penn |
| **Cc:** | Kotiya, Shailika Shah; Barnett, Brett W.; Roth, Kelby |
| **Subject:** | [External] RE: Intus Production |

David,

We have cancelled the court reporter for tomorrow based on your and Shailika's emails. However, I do not follow your logic regarding the documents and believe the cancellation was inappropriate. We provided you the documents as a courtesy. They were voluntarily produced to us recently. We realize that we cannot issue subpoenas or use other written discovery vehicles at this stage, but there is nothing prohibiting parties from continuing to informally collect evidence that is helpful to their case. If you have a basis for your position that Intus cannot informally procure evidence, please let me know what it is. Moreover, this is hardly a new issue and many of the emails have already been produced (see e.g., INTUS19811). Your relevance objection is also misplaced, the High Desert Pace communications relate directly to positions taken and claims made by both parties in this case.

In sum, we are entitled to use these documents in the case and ask Mr. Lathrop about them at his deposition. We believe cancelling the deposition the night before is not appropriate. If we have to pay a late cancellation fee, we will be looking for that from the defendants. Please let us know when Mr. Lathrop is next available or if you are going to continue to refuse to produce him and we need to move to compel.

Best regards,

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, April 29, 2026 2:08 PM
**To:** Beshai, Andrew <ABeshai@manatt.com>; Kasia Penn <kpenn@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>; Kotiya, Shailika Shah <skotiya@mcguirewoods.com>; Barnett, Brett W.

<bbarnett@mcguirewoods.com>; Roth, Kelby <kroth@mcguirewoods.com>
**Subject:** RE: Intus Production

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Andrew:  I have informed Collabrios' counsel of the dispute addressed in our email thread below and highlighted my concern that Intus intends to use untimely-produced documents between Collabrios and High-Desert in Mr. Lathrop's deposition – a tactic that is patently inappropriate on multiple levels: (1) the documents were never produced prior to the close of discovery; rather, you tactically transmitted them to my office on the cusp of Mr. Lathrop's deposition; (2) the documents are not the product of any timely discovery procedure; (3) the documents indisputably concern 2025 and 2026 communications between Collabrios and High Desert and therefore have zero bearing on the information blocking allegations asserted <u>only</u> against RTZ; and (4) your intent to confront Mr. Lathrop with these documents at deposition signals Intus' improper attempt to draw Collabrios' conduct into the scope of this lawsuit – despite its non-party status and the pendency of Intus' motion for leave to amend.

Until the Court determines: (1) whether the documents contained in Intus' untimely "third party production" are actually useable in this action; and (2) whether Collabrios is (or is not) a party to this action, confronting Mr. Lathrop with the High Desert documents and exploring the conduct of Collabrios (which has no relevance or connection to the alleged wrongdoing of RTZ) is premature and improper, particularly given the Court's unequivocal determination that "Collabrios is a non-party."  (Doc. 97.)

For these reasons, the deposition of Mr. Lathrop is not going forward tomorrow.  Rather, his deposition can be more appropriately scheduled once the parties have guidance from the Court on the above points of determination.  Collabrios' counsel (cc'd here) is agreeable to producing Mr. Lathrop once the parties receive guidance from the Court.  This approach is appropriate considering Intus' questionable and untimely production of Collabrios-centric documents.  We are happy to engage in further meet and confer to the extent you wish to do so.

Regards,
David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

SUBSCRIBE TO E-ALERTS
nossaman.com
PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, April 29, 2026 12:00 PM
**To:** Beshai, Andrew <ABeshai@manatt.com>; Kasia Penn <kpenn@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: Intus Production

Thanks for the clarification. We disagree: the late production of such records (beyond discovery cutoff) renders them problematic for multiple reasons. Moreover, the documents in the purported production concern the conduct of Collabrios which – as the Court has already determined – is not a party to the case and therefore brings their utility and probative value seriously into question. Therefore, we oppose your contemplated "use" of them in the case.

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com

T 415.398.3600    F 415.398.2438
D 415.438.7235

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** Beshai, Andrew <ABeshai@manatt.com>
**Sent:** Wednesday, April 29, 2026 11:44 AM
**To:** David C. Lee <dlee@nossaman.com>; Kasia Penn <kpenn@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>
**Subject:** [External] RE: Intus Production
These emails are from High Desert PACE. They voluntarily provided these documents to us, and we intend to use them in the case.

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, April 29, 2026 10:49 AM
**To:** Beshai, Andrew <ABeshai@manatt.com>; Kasia Penn <kpenn@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: Intus Production

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi, Andrew. Following up.
**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com

T 415.398.3600    F 415.398.2438
D 415.438.7235

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** David C. Lee
**Sent:** Tuesday, April 28, 2026 4:40 PM
**To:** 'Beshai, Andrew' <ABeshai@manatt.com>; Kasia Penn <kpenn@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: Intus Production

Andrew:

It is unclear what this "third party production" is, who made the production, when it was commissioned, and how it was obtained (subpoena, etc.). Please provide this clarification. Obviously, all of this is being "produced" well after the close of discovery. Once we obtain your explanations, we will decide on next steps. In the meantime, we reserve all rights and objections and do not agree or concede that this production is valid, timely or that the materials produced are useable or admissible. We look forward to your response.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** Beshai, Andrew <ABeshai@manatt.com>
**Sent:** Tuesday, April 28, 2026 4:26 PM
**To:** Kasia Penn <kpenn@nossaman.com>; David C. Lee <dlee@nossaman.com>
**Cc:** Weir, Charles <CWeir@manatt.com>
**Subject:** [External] Intus Production

Counsel,

Please see third party production.

Thanks,

**Andrew Beshai**
*(He/Him/His)*
Associate

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 231-5304 **F**
ABeshai@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT B

| | |
|---|---|
| **From:** | Kevin Lathrop |
| **Sent:** | Thursday, June 12, 2025 2:20 PM EDT |
| **To:** | Courtney Brennaman, MBA, MHA |
| **CC:** | Sharon Melancon; Nicole Garza |
| **Subject:** | Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025 |

Thanks for the note. While we disagree with the cause items let me revert once we have a discussion internally. I believe you are contracted until August of 2026. I never want to lose a client but appreciate the buzz of the new entrant.

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930

The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Sent:** Tuesday, June 10, 2025 3:40:45 PM
**To:** Kevin Lathrop <klathrop@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Dear Mr. Lathrop,

Please see attached our formal request to terminate our contract with RTZ, LLC for cause, effective 12/31/2025 that was originally sent to Michael Zawadski on 5/19/2025. We received communication from Jennifer Emmons last week that this request should be submitted to you. After reviewing our request, if you are agreeable to the termination, we will draft a termination agreement reflecting the mutually accepted terms.

Thank you!

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Courtney Brennaman, MBA, MHA**
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387063-2**

| | |
|---|---|
| **From:** | Abby McCook |
| **Sent:** | Thursday, June 26, 2025 12:25 PM EDT |
| **To:** | Nicole Garza; Jennifer Emmons; Courtney Brennaman, MBA, MHA |
| **CC:** | Sharon Melancon; Rebecca Lewis |
| **Subject:** | Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025 |

I am actively working with our technical team to identify dates when they can prioritize your data extraction.

As soon as I have confirmed details, I'll follow up with an update. I appreciate your patience as we coordinate internally to support your request.


Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.


**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, June 26, 2025 12:22 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

We urgently need to know what the earliest available extraction date is, we have been waiting for this since 6/9.  Please provide this information to us by EOD today.

Thanks,
Nicole

**Disco ID 387071-1**

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, June 26, 2025 6:40 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Thank you for sharing your EHR go-live date. I'll work with my team to generate a quote for your data extraction and provide you with a timeline for the preliminary extraction based on that schedule.

I'll be in touch soon with next steps.

Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under

applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Wednesday, June 25, 2025 6:33 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Go-live is 9/1/25. I previously provided you with the date for the initial extraction and was told that you would determine the dates based on the discovery your team was handling to develop the pricing quote.

Nicole

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, June 25, 2025 5:05 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>

**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Good morning Nicole,

Could you please confirm your intended go-live date, as well as the target dates for your preliminary and final data extractions? Once we have those details, we'll align our schedule accordingly to support your timeline.

Looking forward to your response.

Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, June 24, 2025 8:19 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Do we have any update on this?

**Disco ID 387071-4**

Thanks,
Nicole

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Nicole Garza**
***Director of Quality, Compliance, & Strategic Project Management***
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, June 12, 2025 10:44 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>;
Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole,

At this time, I'm unable to provide a confirmed date for when the preliminary data extraction could be completed. The timeline depends on several outstanding factors.

Currently, I'm waiting to receive the full scope of the extraction for your EHR instance from our development team. Once that information is provided, our billing team will generate a formal quote for the data extractions for your review. Upon receipt of the signed quote, we'll be able to move forward with securing dates and proceeding with the extraction process.

Please know that I'm actively working to get the quote to you as quickly as possible and will keep you updated along the way.

Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, June 12, 2025 1:38 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Abby,

What would be the earliest date that Collabrios could commit to for the initial extraction?

Thanks,
Nicole

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, June 11, 2025 10:55 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole and the High Desert Team!

My name is Abby McCook, and I'm part of the Collabrios team. Jennifer looped me in to work with you on your data extraction process.

As Jennifer mentioned, we will provide a preliminary and final data extraction for your team, and this service will be provided at a cost. I'm currently working with our development team to scope the number of hours required to complete your extraction so that we can send you a quote for review and signature.

Once that quote is signed, I'll schedule the data extractions and provide more detail about what will be included in the extraction, along with how your team will be able to access the files.

To make sure we're aligned, can you please confirm whether you're requesting extraction of EHR data only or both EHR and TPA data?

It's important that your requested data extraction dates align with your onboarding timeline for the new EHR vendor. This helps ensure the data is delivered in a way that supports their ingestion process and minimizes any potential delays.

Due to the time needed to properly scope and prepare the quote, we won't be able to provide the preliminary data extraction on June 14 as you requested.

Please coordinate with your new vendor and share your requested date**s** for both the preliminary and/or final data extractions so we can adjust our schedule accordingly.

Please reach out with any additional questions you may have.

Thank you,
Abby

Abby McCook, BBA

Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, June 10, 2025 10:32 PM
**To:** Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Oh, gotcha! Ok, let's have the first extraction date 6/14.

Thanks!
Nicole

Get Outlook for iOS

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats

with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Jennifer Emmons <jemmons@collabrios.com>
**Sent:** Tuesday, June 10, 2025 5:21:56 PM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Courtney,


What I meant is that we typically pull two data extractions: the first and the final. We'll begin from your go-live date, but we need to know when you expect the first extraction to occur (a future date).


Thank you,

Sr. Director, Strategic Programs

Jennifer Emmons

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, June 10, 2025 6:45:36 PM
**To:** Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

Our program went live 7/1/2024.  Are you able to tell us what the date of first data entry is?

Thanks,
Nicole


**Nicole Garza**

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

***Director of Quality, Compliance, & Strategic Project Management***
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Jennifer Emmons <jemmons@collabrios.com>
**Sent:** Tuesday, June 10, 2025 3:13 PM
**To:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Can you please reconfirm the dates below as the dates appear incorrect.

Thank you,

Sr. Director, Strategic Programs

Jennifer Emmons

---

**From:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Sent:** Tuesday, June 10, 2025 4:00 PM
**To:** Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

We would like to start with 7/1/2024 – 6/9/2025 for the first data extraction. Please let us know what additional information you need from us to begin extracting the data.

Thank you!
Courtney

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

**Courtney Brennaman, MBA, MHA**
***Director of Finance and Health Plan Operations***
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Jennifer Emmons <jemmons@collabrios.com>
**Sent:** Monday, June 9, 2025 5:41 PM
**To:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

You don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Yes, we received the latest past due payment — thank you for letting me know.

We can begin working on the data extraction once you provide the **first** and **final** extraction dates you have in mind. This work is billed at **$195 per hour**, and we'll scope the pricing based on the extraction timeframe and the level of effort required. You'll receive an itemized bill so you'll know exactly how many hours were used.

For reference, the $195/hour rate for data conversion/migration is listed in the contract under:

- **Attachment C (Pricing section)** – "Data conversion / migration"

Disco ID 387071-11

- Additionally, **Section 4.3 (Termination)** notes that transition assistance (such as data migration) is not included in the standard agreement pricing and would be billed separately if requested.

Just to clarify, we understand that a final decision regarding the contract and any potential termination still needs to be discussed with our President, Kevin Lathrop. He can be reached at KLathrop@collabrios.com. We'll hold off on any assumptions about the account status until we hear otherwise.

Let me know once you have the proposed extraction dates so we can begin on this process, or if there's anything else you need from us in the meantime.

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Sent:** Monday, June 9, 2025 2:36 PM
**To:** Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

The $82,992.50 was sent via ACH payment to RTZ on Friday, 6/6/2025. Please confirm receipt of the payment.

Thank you!
Courtney

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Courtney Brennaman, MBA, MHA**
***Director of Finance and Health Plan Operations***
11833 Amethyst Road.
Victorville, CA, 92392, USA

C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Jennifer Emmons <jemmons@collabrios.com>
**Sent:** Thursday, June 5, 2025 4:49 PM
**To:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

**Real Time Phishing Services**
**Warning:** Sender @jemmons@collabrios.com is not yet trusted by your organization.
Please be careful before replying or clicking/downloading the attachment and URLs.
Report Phishing   Report Safe

powered by Graphus®

Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

I hope you're doing well and that your summer is off to a good start!

I wanted to reach out to begin discussions around your request for data from the EHR. As part of our standard data process, we handle data extractions in two phases: an initial pull and then a final extraction to complete the process. Do you have an initial date and final date in mind that I can track to?

- I did want to flag that there's currently a past due balance of **$82,922.50**, with the oldest unpaid invoice dating back to November. I've attached a summary for your reference. Sometimes .xls files can be a little wonky but you can press Yes if a warning box comes up.

- In accordance with our service agreement (Section IV, Clause 4.3), final data files are released once all outstanding balances have been paid in full. Once that's settled, we'll be ready to move forward with the data extraction.

Regarding your note about the contract release, that conversation would be best directed to **Kevin Lathrop, President of CollabrIOS Health**. He can be reached at **KLathrop@collabrios.com** and can provide further discussion around the contract.

Disco ID 387071-13

Please don't hesitate to reach out if you have any questions or if I can help clarify anything.

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
**Sent:** Tuesday, May 20, 2025 5:36:19 PM
**To:** Michelle Slade <mslade@collabrios.com>; Carinna Sias <csias@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Michelle and Carinna,

Please see attached our formal request to terminate our contract with RTZ, LLC for cause, effective 12/31/2025. After reviewing our request, if you are agreeable to the termination, we will draft a termination agreement reflecting the mutually accepted terms.

We sent this to Mike yesterday, but did not get a confirmation receipt and wanted to make sure it was received by RTZ/Collabrios.

Thank you!
Courtney

**Courtney Brennaman, MBA, MHA**
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org

Disco ID 387071-14



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387071-15**

| | |
|---|---|
| **From:** | Kevin Lathrop |
| **Sent:** | Monday, September 29, 2025 11:19 AM EDT |
| **To:** | Nicole Garza |
| **CC:** | Abby McCook; Jennifer Emmons |
| **Subject:** | Outstanding request for data extraction |
| **Attachments:** | 2025-08-08 - RTZ's Response to High Desert PACE.pdf |

Nicole - We responded to your original correspondence and have yet to have a response back.  So, for your convenience I have attached our response to the matter.  I think it may be a good idea to stop sending us demands citing contractual excerpts as that doesn't seem productive at this point.

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930

The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

| From: | Kevin Lathrop |
| --- | --- |
| Sent: | Thursday, October 16, 2025 1:16 PM EDT |
| To: | Sharon Melancon |
| CC: | Shawn Bloom; Nicole Garza |
| Subject: | Re: Data |

Invite sent

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930



The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Sharon Melancon <smelancon@highdesertpace.org>

**Sent:** Thursday, October 16, 2025 11:59 AM

**To:** Kevin Lathrop <klathrop@collabrios.com>

**Cc:** Shawn Bloom <shawnb@npaonline.org>; Nicole Garza <ngarza@highdesertpace.org>

**Subject:** Re: Data

I also want to mention that I will be out of the office Oct 22-28. If we can get on books before or after that it would be great.

Thanks

Sharon

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Sharon Melancon**
*Vice President/Executive Director*
11833 Amethyst Road.
Victorville, CA, 92392, USA
P: 559-892-6640
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Kevin Lathrop <klathrop@collabrios.com>
**Sent:** Thursday, October 16, 2025 9:39 AM
**To:** Sharon Melancon <smelancon@highdesertpace.org>
**Cc:** Shawn Bloom <shawnb@npaonline.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: Data

Agreed.  Let's set up a call between you and I and we can move all this forward.

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930

The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Sharon Melancon <smelancon@highdesertpace.org>
**Sent:** Thursday, October 16, 2025 11:31:41 AM
**To:** Kevin Lathrop <klathrop@collabrios.com>
**Cc:** Shawn Bloom <shawnb@npaonline.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** Re: Data

Kevin

I appreciate your responding so quickly, I believe these are separate issues. One is releasing our data to us and the other the contract end date and what is fair.

I am willing to discuss in detail but really think this is 2 issues not one.

Thanks

**Sharon Melancon**
*Vice President/Executive Director*
11833 Amethyst Road.
Victorville, CA, 92392, USA
P: 559-892-6640
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Kevin Lathrop <klathrop@collabrios.com>
**Sent:** Thursday, October 16, 2025 9:16 AM
**To:** Sharon Melancon <smelancon@highdesertpace.org>
**Cc:** Shawn Bloom <shawnb@npaonline.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: Data

You don't often get email from klathrop@collabrios.com. Learn why this is important

Sharon - thank you for reaching out.  I would love for us to come to a solution.  The one sticking point we have (and it is in your legal and mine's court) is, you have a contract with PCO until June 2027.   I want everyone to be successful; however, simply canceling isn't fair to me as well.

Shawn - since you were copied, we can talk through the specific issue here; however, better to do over the phone if you are interested (cell phone in signature).

Kevin Lathrop
President
Collabrios Health
Klathrop@collabrios.com
636.639.0930



The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Sharon Melancon <smelancon@highdesertpace.org>
**Sent:** Thursday, October 16, 2025 10:12:00 AM
**To:** Kevin Lathrop <klathrop@collabrios.com>
**Cc:** Shawn Bloom <shawnb@npaonline.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** Data

Hi Kevin

Shawn mentioned to me that he had a conversation with you at NPA and that he was advised that we needed to reach out to you to get the data we need.

Please let me know if there is anything that you need from me to make this happen

Thanks

Sharon Melancon
*Vice President/Executive Director*
11833 Amethyst Road.
Victorville, CA, 92392, USA
P: 559-892-6640
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387059-4**

| From: | Kevin Lathrop |
|---|---|
| Sent: | Thursday, November 20, 2025 7:33 PM EST |
| To: | Sharon Melancon; Nicole Garza; Shawn Bloom |
| Subject: | Re: URGENT--Outstanding request for data extraction |

Sharon - Abby is the PM - she actually doesn't do the data extraction and I'm sure she is off for the Holiday. You are in the queue as requested. Once I receive the first available date for extraction you will be the first to know.

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930

The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Sharon Melancon <smelancon@highdesertpace.org>
**Sent:** Thursday, November 20, 2025 6:26:36 PM
**To:** Kevin Lathrop <klathrop@collabrios.com>; Nicole Garza <ngarza@highdesertpace.org>; Shawn Bloom <shawnb@npaonline.org>
**Subject:** Fw: URGENT--Outstanding request for data extraction

Kevin
Abby is out of the office for some time. Who can give us our data?
Thanks
Get Outlook for iOS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Sharon Melancon**
*Vice President/Executive Director*
11833 Amethyst Road.
Victorville, CA, 92392, USA
P: 559-892-6640
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387073-1**

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, November 20, 2025 6:16:00 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: URGENT--Outstanding request for data extraction

Hi Abby,

Checking in for an update on our data extract.  Please let me know the first date asap!

Thanks,
Nicole

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, November 13, 2025 12:10 PM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: URGENT--Outstanding request for data extraction

Hello Nicole,

I will serve as your point of contact for the data extractions and delivery.

To ensure proper planning and resource allocation, data extractions are recommended to be scheduled at least four weeks in advance due to our team's workload, holiday schedules, and project priorities.

I am currently working with our technical team to determine the earliest possible date for your preliminary data extraction and will provide that date and data to you as soon as it is available. As I receive updates, I will keep you informed.

**Disco ID 387073-2**

Please feel free to reach out if you have any questions or additional details to share in the meantime.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Upcoming PTO | Friday, November 21 returning Tuesday, December 2



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, November 13, 2025 2:25 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: URGENT--Outstanding request for data extraction

Hi Abby and Jennifer,

Checking in to see if we can get a date for the initial data extraction.  Kevin has advised Sharon that we would be able to have our initial data by Thanksgiving.  Please advise at your earliest convenience!

Thanks,
Nicole

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Friday, September 26, 2025 12:04 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** URGENT--Outstanding request for data extraction

Hello Abby,

High Desert PACE is making another request to obtain our data from the EMR.

RTZ Associates, Inc. is hereby formally requested to immediately provide High Desert PACE with all CLIENT data as contractually required under our PACECare Agreement executed on August 28, 2023.

Section 4.3 of our Agreement explicitly states:

"Upon the effective date of termination of this Agreement, all use licenses shall expire. In the event of termination, RTZ shall deliver to CLIENT a copy of all CLIENT data. Specifically, RTZ will provide up to two sets of files - one preliminary set of files for review, and one final set of files for migration to a new system."

Section 7.2 further confirms:

"CLIENT owns all data and information that it enters into PACECare. RTZ shall not acquire any rights to any such CLIENT data or information."

High Desert PACE owns all data entered into the PACECare system. This includes, but is not limited to:

- All participant/member records
- Clinical assessments and documentation
- Administrative data
- Care plans and treatment records
- Financial and billing information
- Reports and analytics data
- All other information created, entered, or maintained in the system

In accordance with Section 4.3, High Desert PACE hereby requests:

**Disco ID 387073-4**

1. Preliminary set of files for review - to be provided immediately
2. Final set of files for migration - to be provided at a later date

The data should be provided in standard, accessible formats.

Section 4.3 specifically states this provision "is intended, and agreed to be, consistent with the requirements of the 21st Century Cures Act of 2016," which prohibits information blocking and ensures patient data portability.

RTZ's attempt to condition data delivery on payment of disputed amounts violates:

1. Section 7.2 - CLIENT's unconditional ownership of data
2. 21st Century Cures Act compliance - which prohibits using payment disputes to block data access
3. Good faith dealing - as data ownership is separate from payment disputes

Thanks,

Nicole

----------------------------------------------------------------

**Nicole Garza**
***Director of Quality, Compliance, & Strategic Project Management***
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 26, 2025 9:25 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>

**Disco ID 387073-5**

Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

I am actively working with our technical team to identify dates when they can prioritize your data extraction.

As soon as I have confirmed details, I'll follow up with an update. I appreciate your patience as we coordinate internally to support your request.

Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Thursday, June 26, 2025 12:22 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

We urgently need to know what the earliest available extraction date is, we have been waiting for this since 6/9.  Please provide this information to us by EOD today.

Thanks,
Nicole

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 26, 2025 6:40 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Thank you for sharing your EHR go-live date. I'll work with my team to generate a quote for your data extraction and provide you with a timeline for the preliminary extraction based on that schedule.

**Disco ID 387073-7**

I'll be in touch soon with next steps.



Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147




Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Wednesday, June 25, 2025 6:33 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Go-live is 9/1/25. I previously provided you with the date for the initial extraction and was told that you would determine the dates based on the discovery your team was handling to develop the pricing quote.

Nicole

Disco ID 387073-8

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Wednesday, June 25, 2025 5:05 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Good morning Nicole,


Could you please confirm your intended go-live date, as well as the target dates for your preliminary and final data extractions? Once we have those details, we'll align our schedule accordingly to support your timeline.

Looking forward to your response.


Thank you,

Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 24, 2025 8:19 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Do we have any update on this?

Thanks,
Nicole

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 12, 2025 10:44 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole,

At this time, I'm unable to provide a confirmed date for when the preliminary data extraction could be completed. The timeline depends on several outstanding factors.

Currently, I'm waiting to receive the full scope of the extraction for your EHR instance from our development team. Once that information is provided, our billing team will generate a formal quote for the data extractions for your review. Upon receipt of the signed quote, we'll be able to move forward with securing dates and proceeding with the extraction process.

Please know that I'm actively working to get the quote to you as quickly as possible and will keep you updated along the way.


Thank you,
Abby

Abby McCook, BBA

Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Thursday, June 12, 2025 1:38 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Abby,

What would be the earliest date that Collabrios could commit to for the initial extraction?

Thanks,
Nicole

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org

Disco ID 387073-12



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Wednesday, June 11, 2025 10:55 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole and the High Desert Team!

My name is Abby McCook, and I'm part of the Collabrios team. Jennifer looped me in to work with you on your data extraction process.

As Jennifer mentioned, we will provide a preliminary and final data extraction for your team, and this service will be provided at a cost. I'm currently working with our development team to scope the number of hours required to complete your extraction so that we can send you a quote for review and signature.

Once that quote is signed, I'll schedule the data extractions and provide more detail about what will be included in the extraction, along with how your team will be able to access the files.

To make sure we're aligned, can you please confirm whether you're requesting extraction of EHR data only or both EHR and TPA data?

It's important that your requested data extraction dates align with your onboarding timeline for the new EHR vendor. This helps ensure the data is delivered in a way that supports their ingestion process and minimizes any potential delays.

Disco ID 387073-13

Due to the time needed to properly scope and prepare the quote, we won't be able to provide the preliminary data extraction on June 14 as you requested.

Please coordinate with your new vendor and share your requested dates for both the preliminary and/or final data extractions so we can adjust our schedule accordingly.

Please reach out with any additional questions you may have.


Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147




Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 10, 2025 10:32 PM
To: Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Oh, gotcha! Ok, let's have the first extraction date 6/14.

Thanks!
Nicole

Get Outlook for iOS

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Tuesday, June 10, 2025 5:21:56 PM
To: Nicole Garza <NGarza@highdesertpace.org>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Courtney,

What I meant is that we typically pull two data extractions: the first and the final. We'll begin from your go-live date, but we need to know when you expect the first extraction to occur (a future date).

Thank you,

Disco ID 387073-15

Sr. Director, Strategic Programs

Jennifer Emmons

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 10, 2025 6:45:36 PM
To: Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

Our program went live 7/1/2024.  Are you able to tell us what the date of first data entry is?

Thanks,
Nicole

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Tuesday, June 10, 2025 3:13 PM

To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza
<NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook
<amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective
12/31/2025

> Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Can you please reconfirm the dates below as the dates appear incorrect.

Thank you,

Sr. Director, Strategic Programs

Jennifer Emmons

---

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Tuesday, June 10, 2025 4:00 PM
To: Jennifer Emmons <jemmons@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza
<NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective
12/31/2025

Hi Jennifer,

We would like to start with 7/1/2024 – 6/9/2025 for the first data extraction. Please let us
know what additional information you need from us to begin extracting the data.

Thank you!
Courtney

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org

Disco ID 387073-17



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Monday, June 9, 2025 5:41 PM
To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

You don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Yes, we received the latest past due payment — thank you for letting me know.

We can begin working on the data extraction once you provide the first and final extraction dates you have in mind. This work is billed at $195 per hour, and we'll scope the pricing based on the extraction timeframe and the level of effort required. You'll receive an itemized bill so you'll know exactly how many hours were used.

For reference, the $195/hour rate for data conversion/migration is listed in the contract under:
- Attachment C (Pricing section) – "Data conversion / migration"
- Additionally, Section 4.3 (Termination) notes that transition assistance (such as data migration) is not included in the standard agreement pricing and would be billed separately if requested.

Just to clarify, we understand that a final decision regarding the contract and any potential termination still needs to be discussed with our President, Kevin Lathrop. He can be reached at KLathrop@collabrios.com. We'll hold off on any assumptions about the account status until we hear otherwise.

Let me know once you have the proposed extraction dates so we can begin on this process, or if there's anything else you need from us in the meantime.

**Disco ID 387073-18**

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Monday, June 9, 2025 2:36 PM
To: Jennifer Emmons <jemmons@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

The $82,992.50 was sent via ACH payment to RTZ on Friday, 6/6/2025. Please confirm receipt of the payment.

Thank you!
Courtney

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Thursday, June 5, 2025 4:49 PM
To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Real Time Phishing Services
Warning: Sender @jemmons@collabrios.com is not yet trusted by your organization.
Please be careful before replying or clicking/downloading the attachment and URLs.

Report Phishing   Report Safe

powered by Graphus®

Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

I hope you're doing well and that your summer is off to a good start!

I wanted to reach out to begin discussions around your request for data from the EHR. As part of our standard data process, we handle data extractions in two phases: an initial pull and then a final extraction to complete the process. Do you have an initial date and final date in mind that I can track to?

- I did want to flag that there's currently a past due balance of $82,922.50, with the oldest unpaid invoice dating back to November. I've attached a summary for your reference. Sometimes .xls files can be a little wonky but you can press Yes if a warning box comes up.

- In accordance with our service agreement (Section IV, Clause 4.3), final data files are released once all outstanding balances have been paid in full. Once that's settled, we'll be ready to move forward with the data extraction.

Regarding your note about the contract release, that conversation would be best directed to Kevin Lathrop, President of CollabrIOS Health. He can be reached at KLathrop@collabrios.com and can provide further discussion around the contract.

Please don't hesitate to reach out if you have any questions or if I can help clarify anything.

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Tuesday, May 20, 2025 5:36:19 PM
To: Michelle Slade <mslade@collabrios.com>; Carinna Sias <csias@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
Subject: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Michelle and Carinna,

Please see attached our formal request to terminate our contract with RTZ, LLC for cause, effective 12/31/2025. After reviewing our request, if you are agreeable to the termination, we will draft a termination agreement reflecting the mutually accepted terms.

We sent this to Mike yesterday, but did not get a confirmation receipt and wanted to make sure it was received by RTZ/Collabrios.

Thank you!
Courtney

Disco ID 387073-21

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387073-22**

| From: | Abby McCook |
| --- | --- |
| Sent: | Friday, November 21, 2025 7:59 AM EST |
| To: | Nicole Garza; Jennifer Emmons |
| CC: | Sharon Melancon; Rebecca Lewis |
| Subject: | Re: URGENT--Outstanding request for data extraction |

Good morning Nicole,

The extraction ticket is currently in the queue with our development team for completion. As they provide timing and additional updates, I will be sure to relay that information to you promptly.

Please let me know if you have any questions in the meantime.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Upcoming PTO | Friday, November 21 returning Tuesday, December 2

 

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, November 20, 2025 7:16 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: URGENT--Outstanding request for data extraction

Hi Abby,

Checking in for an update on our data extract.  Please let me know the first date asap!

Thanks,
Nicole

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Nicole Garza**
***Director of Quality, Compliance, & Strategic Project Management***
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, November 13, 2025 12:10 PM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** Re: URGENT--Outstanding request for data extraction

Hello Nicole,

I will serve as your point of contact for the data extractions and delivery.

To ensure proper planning and resource allocation, data extractions are recommended to be scheduled at least four weeks in advance due to our team's workload, holiday schedules, and project priorities.

I am currently working with our technical team to determine the earliest possible date for your preliminary data extraction and will provide that date and data to you as soon as it is available. As I receive updates, I will keep you informed.

Please feel free to reach out if you have any questions or additional details to share in the meantime.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Upcoming PTO | Friday, November 21 returning Tuesday, December 2



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, November 13, 2025 2:25 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** RE: URGENT--Outstanding request for data extraction

Hi Abby and Jennifer,

Checking in to see if we can get a date for the initial data extraction.  Kevin has advised Sharon that we would be able to have our initial data by Thanksgiving.  Please advise at your earliest convenience!

Thanks,
Nicole

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Friday, September 26, 2025 12:04 PM
**To:** Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>
**Cc:** Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
**Subject:** URGENT--Outstanding request for data extraction

Hello Abby,

High Desert PACE is making another request to obtain our data from the EMR.

RTZ Associates, Inc. is hereby formally requested to immediately provide High Desert PACE with all CLIENT data as contractually required under our PACECare Agreement executed on August 28, 2023.

Section 4.3 of our Agreement explicitly states:

"Upon the effective date of termination of this Agreement, all use licenses shall expire. In the event of termination, RTZ shall deliver to CLIENT a copy of all CLIENT data. Specifically, RTZ will provide up to two sets of files - one preliminary set of files for review, and one final set of files for migration to a new system."

Section 7.2 further confirms:

"CLIENT owns all data and information that it enters into PACECare. RTZ shall not acquire any rights to any such CLIENT data or information."

High Desert PACE owns all data entered into the PACECare system. This includes, but is not limited to:

- All participant/member records
- Clinical assessments and documentation
- Administrative data
- Care plans and treatment records
- Financial and billing information
- Reports and analytics data
- All other information created, entered, or maintained in the system

In accordance with Section 4.3, High Desert PACE hereby requests:

1. Preliminary set of files for review - to be provided immediately
2. Final set of files for migration - to be provided at a later date

The data should be provided in standard, accessible formats.

Section 4.3 specifically states this provision "is intended, and agreed to be, consistent with the requirements of the 21st Century Cures Act of 2016," which prohibits information blocking and ensures patient data portability.

RTZ's attempt to condition data delivery on payment of disputed amounts violates:

1. Section 7.2 - CLIENT's unconditional ownership of data
2. 21st Century Cures Act compliance - which prohibits using payment disputes to block data access
3. Good faith dealing - as data ownership is separate from payment disputes

Thanks,

Nicole

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 26, 2025 9:25 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>

Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

I am actively working with our technical team to identify dates when they can prioritize your data extraction.

As soon as I have confirmed details, I'll follow up with an update. I appreciate your patience as we coordinate internally to support your request.

Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Thursday, June 26, 2025 12:22 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

We urgently need to know what the earliest available extraction date is, we have been waiting for this since 6/9.  Please provide this information to us by EOD today.

Thanks,
Nicole

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 26, 2025 6:40 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Thank you for sharing your EHR go-live date. I'll work with my team to generate a quote for your data extraction and provide you with a timeline for the preliminary extraction based on that schedule.

I'll be in touch soon with next steps.



Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Wednesday, June 25, 2025 6:33 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Go-live is 9/1/25. I previously provided you with the date for the initial extraction and was told that you would determine the dates based on the discovery your team was handling to develop the pricing quote.

Nicole

Disco ID 387061-8

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Wednesday, June 25, 2025 5:05 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Good morning Nicole,

Could you please confirm your intended go-live date, as well as the target dates for your preliminary and final data extractions? Once we have those details, we'll align our schedule accordingly to support your timeline.

Looking forward to your response.

Thank you,

Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 24, 2025 8:19 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Abby,

Do we have any update on this?

Thanks,
Nicole

······································

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Thursday, June 12, 2025 10:44 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole,


At this time, I'm unable to provide a confirmed date for when the preliminary data extraction could be completed. The timeline depends on several outstanding factors.

Currently, I'm waiting to receive the full scope of the extraction for your EHR instance from our development team. Once that information is provided, our billing team will generate a formal quote for the data extractions for your review. Upon receipt of the signed quote, we'll be able to move forward with securing dates and proceeding with the extraction process.

Please know that I'm actively working to get the quote to you as quickly as possible and will keep you updated along the way.


Thank you,
Abby

Abby McCook, BBA

Sr. Manager, Project Excellence
925.201.6147



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Thursday, June 12, 2025 1:38 PM
To: Abby McCook <amccook@collabrios.com>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Abby,

What would be the earliest date that Collabrios could commit to for the initial extraction?

Thanks,
Nicole

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org

Disco ID 387061-12



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Abby McCook <amccook@collabrios.com>
Sent: Wednesday, June 11, 2025 10:55 AM
To: Nicole Garza <NGarza@highdesertpace.org>; Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hello Nicole and the High Desert Team!

My name is Abby McCook, and I'm part of the Collabrios team. Jennifer looped me in to work with you on your data extraction process.

As Jennifer mentioned, we will provide a preliminary and final data extraction for your team, and this service will be provided at a cost. I'm currently working with our development team to scope the number of hours required to complete your extraction so that we can send you a quote for review and signature.

Once that quote is signed, I'll schedule the data extractions and provide more detail about what will be included in the extraction, along with how your team will be able to access the files.

To make sure we're aligned, can you please confirm whether you're requesting extraction of EHR data only or both EHR and TPA data?

It's important that your requested data extraction dates align with your onboarding timeline for the new EHR vendor. This helps ensure the data is delivered in a way that supports their ingestion process and minimizes any potential delays.

Disco ID 387061-13

Due to the time needed to properly scope and prepare the quote, we won't be able to provide the preliminary data extraction on June 14 as you requested.

Please coordinate with your new vendor and share your requested dates for both the preliminary and/or final data extractions so we can adjust our schedule accordingly.

Please reach out with any additional questions you may have.


Thank you,
Abby

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147




Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.


---

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 10, 2025 10:32 PM
To: Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Oh, gotcha! Ok, let's have the first extraction date 6/14.

Thanks!
Nicole

Get Outlook for iOS

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Tuesday, June 10, 2025 5:21:56 PM
To: Nicole Garza <NGarza@highdesertpace.org>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Courtney,

What I meant is that we typically pull two data extractions: the first and the final. We'll begin from your go-live date, but we need to know when you expect the first extraction to occur (a future date).

Thank you,

Disco ID 387061-15

Sr. Director, Strategic Programs

Jennifer Emmons

From: Nicole Garza <NGarza@highdesertpace.org>
Sent: Tuesday, June 10, 2025 6:45:36 PM
To: Jennifer Emmons <jemmons@collabrios.com>; Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook <amccook@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

Our program went live 7/1/2024.  Are you able to tell us what the date of first data entry is?

Thanks,
Nicole

----------------------------------------------------------------------------------------------------

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Tuesday, June 10, 2025 3:13 PM

Disco ID 387061-16

To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza
<NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>; Abby McCook
<amccook@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective
12/31/2025

> Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Can you please reconfirm the dates below as the dates appear incorrect.

Thank you,

Sr. Director, Strategic Programs

Jennifer Emmons

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Tuesday, June 10, 2025 4:00 PM
To: Jennifer Emmons <jemmons@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza
<NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective
12/31/2025

Hi Jennifer,

We would like to start with 7/1/2024 – 6/9/2025 for the first data extraction. Please let us
know what additional information you need from us to begin extracting the data.

Thank you!
Courtney

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org

**Disco ID 387061-17**



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Monday, June 9, 2025 5:41 PM
To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: Re: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

You don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

Yes, we received the latest past due payment — thank you for letting me know.

We can begin working on the data extraction once you provide the first and final extraction dates you have in mind. This work is billed at $195 per hour, and we'll scope the pricing based on the extraction timeframe and the level of effort required. You'll receive an itemized bill so you'll know exactly how many hours were used.

For reference, the $195/hour rate for data conversion/migration is listed in the contract under:
- Attachment C (Pricing section) – "Data conversion / migration"
- Additionally, Section 4.3 (Termination) notes that transition assistance (such as data migration) is not included in the standard agreement pricing and would be billed separately if requested.

Just to clarify, we understand that a final decision regarding the contract and any potential termination still needs to be discussed with our President, Kevin Lathrop. He can be reached at KLathrop@collabrios.com. We'll hold off on any assumptions about the account status until we hear otherwise.

Let me know once you have the proposed extraction dates so we can begin on this process, or if there's anything else you need from us in the meantime.

Disco ID 387061-18

Case 4:24-cv-01132-JST    Document 130    Filed 05/05/26    Page 74 of 111

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Monday, June 9, 2025 2:36 PM
To: Jennifer Emmons <jemmons@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Jennifer,

The $82,992.50 was sent via ACH payment to RTZ on Friday, 6/6/2025. Please confirm receipt of the payment.

Thank you!
Courtney

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

From: Jennifer Emmons <jemmons@collabrios.com>
Sent: Thursday, June 5, 2025 4:49 PM
To: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Rebecca Lewis <rlewis@collabrios.com>
Subject: RE: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Real Time Phishing Services
Warning: Sender @jemmons@collabrios.com is not yet trusted by your organization.
Please be careful before replying or clicking/downloading the attachment and URLs.

Report Phishing   Report Safe

powered by Graphus®

Some people who received this message don't often get email from jemmons@collabrios.com. Learn why this is important

Hi Courtney,

I hope you're doing well and that your summer is off to a good start!

I wanted to reach out to begin discussions around your request for data from the EHR. As part of our standard data process, we handle data extractions in two phases: an initial pull and then a final extraction to complete the process. Do you have an initial date and final date in mind that I can track to?

- I did want to flag that there's currently a past due balance of $82,922.50, with the oldest unpaid invoice dating back to November. I've attached a summary for your reference. Sometimes .xls files can be a little wonky but you can press Yes if a warning box comes up.

- In accordance with our service agreement (Section IV, Clause 4.3), final data files are released once all outstanding balances have been paid in full. Once that's settled, we'll be ready to move forward with the data extraction.

Regarding your note about the contract release, that conversation would be best directed to Kevin Lathrop, President of CollabrIOS Health. He can be reached at KLathrop@collabrios.com and can provide further discussion around the contract.

Please don't hesitate to reach out if you have any questions or if I can help clarify anything.

Best regards,

Jennifer Emmons
Senior Director, Strategic Programs



Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

From: Courtney Brennaman, MBA, MHA <CBrennaman@highdesertpace.org>
Sent: Tuesday, May 20, 2025 5:36:19 PM
To: Michelle Slade <mslade@collabrios.com>; Carinna Sias <csias@collabrios.com>
Cc: Sharon Melancon <smelancon@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
Subject: High Desert PACE Request for Mutual Termination of Contract Effective 12/31/2025

Hi Michelle and Carinna,

Please see attached our formal request to terminate our contract with RTZ, LLC for cause, effective 12/31/2025. After reviewing our request, if you are agreeable to the termination, we will draft a termination agreement reflecting the mutually accepted terms.

We sent this to Mike yesterday, but did not get a confirmation receipt and wanted to make sure it was received by RTZ/Collabrios.

Thank you!
Courtney

Disco ID 387061-21

Courtney Brennaman, MBA, MHA
*Director of Finance and Health Plan Operations*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 442-285-5030
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387061-22**

| From: | Abby McCook |
|---|---|
| Sent: | Wednesday, December 10, 2025 8:48 AM EST |
| To: | Leah Sturges |
| CC: | Samantha Cowan; Nicole Garza |
| Subject: | Re: High Desert PACE - Care Plan Extract |

Thank you for that update. The next step forward would be to have our development team review the report resources to ensure it can be generated as expected.  Please submit a ticket through Issue Manager so it can be directed to our team for review.

Abby McCook, BBA

Sr. Manager, Project Excellence

925.201.6147



   

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Leah Sturges <LSturges@highdesertpace.org>
**Sent:** Tuesday, December 9, 2025 12:07 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

Good Morning Abby,
It does, but it won't pull them for us. I attached a screenshot of what I see when I select "all participants."
I had to go the participant's care plan to get the view I sent you yesterday.
Please advise, thanks!



**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Tuesday, December 9, 2025 6:13 AM
**To:** Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

Good morning,
When generating the Care Plan Detail Report, do you have the option to choose All Participants vs a singular participant?
Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147

Disco ID 387060-2







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Leah Sturges <LSturges@highdesertpace.org>
**Sent:** Monday, December 8, 2025 4:44 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

I am using the CarePlan Detail Report. The ones you listed are not pulling the data that we need. I have attached the report for reference. We need to have this report for all care plans, even locked ones, for all of the participants. Is there a way to download this report in bulk for all participants?

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Monday, December 8, 2025 1:28 PM
**To:** Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

Could you confirm which report you are currently generating? There are two options available within the EHR platform:

- Lock Care Plan Report – generates a list of locked care plans.
- Participant Care Plan Report – generates a list of active care plans.

What is the intended usage of the output?  That will help me better understand the need.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



 

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Leah Sturges <LSturges@highdesertpace.org>
**Sent:** Monday, December 8, 2025 3:56 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

Thank you for the info. I have used the reports in RTZ, and it does not give us all care plans, just the active one. Would you have a time to discuss this further?

------------------------------------------------------------------------

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Monday, December 8, 2025 12:42 PM
**To:** Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: High Desert PACE - Care Plan Extract

Hello Leah,

There is a report within the EHR platform that can generate participant care plans, which may help with your need.

Regarding the extraction ticket, it remains in the development team queue for review and will be assigned to an upcoming sprint for completion. I'll keep you updated as progress is made.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Leah Sturges <LSturges@highdesertpace.org>
**Sent:** Monday, December 8, 2025 2:02 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>
**Subject:** High Desert PACE - Care Plan Extract

Hi Abby,

I'm working with Nicole and Sam on our extract and wanted to follow up on a few outstanding items:

- Is there a way to run a bulk extract for all care plans?
- Do you have the current status of the extraction ticket?

Thank you for your assistance.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387060-6**

| From: | Abby McCook |
|---|---|
| Sent: | Thursday, January 15, 2026 11:35 AM EST |
| To: | Nicole Garza; Cheyenne Bradley |
| CC: | Daniel Cortez; Leah Sturges; Sharon Melancon |
| Subject: | Re: Data Extracts |

Good morning, Nicole,

I want to assure you that a ticket for the data extraction is in place with our development team and is currently in their work queue. At this time, it has not yet been assigned or completed for delivery.

If you have any concerns or would like to escalate the priority, I encourage you to reach out to Kevin Lathrop directly at klathrop@collabrios.com. In the meantime, I'll continue to monitor the status and keep you updated as soon as there's progress.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Wednesday, January 14, 2026 8:39 AM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>; Sharon Melancon <smelancon@highdesertpace.org>
**Subject:** Re: Data Extracts

Abby,

We were told by Kevin months ago we would have our data before Thanksgiving. You have told me you were checking status multiple times and would give me an update, of which I have never received.  It appears there is not a chance you all are planning to release our data to us, or there has never been a ticket initiated. Which one is it?

Nicole

Get Outlook for iOS

........................................................................

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, January 14, 2026 5:16:33 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <LSturges@highdesertpace.org>
**Subject:** Re: Data Extracts

Good morning, Nicole,

I am awaiting an update from the team on the status and placement of the extraction ticket.  I will provide an update to you as soon as I have more information.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



   

Disco ID 387070-2

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, January 13, 2026 1:19 PM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>
**Subject:** RE: Data Extracts

Hi Abby,

What is the ETA for our data extract?

Thanks,
Nicole

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Tuesday, December 2, 2025 4:47 AM
**To:** Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Re: Data Extracts

Thank you for reaching out. I'll check on the current status of the extraction ticket and provide an update to Nicole and the team, as I've been out of the office.

Nicole and team - Please direct any questions regarding the data extraction directly to me.


Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



    

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.


**From:** Cheyenne Bradley <cbradley@collabrios.com>
**Sent:** Monday, November 24, 2025 12:54 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <scowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Data Extracts

Hi Abby,

I hope you're doing well. I'm reaching out to inquire about High Desert's request for a complete data extraction of their site. The request was discussed on our call today and their team is looking for an estimated timeline.

I've tagged Samantha and Nicole here in case they have additional details to provide.

Thank you,

**Cheyenne Bradley** | She/Her/Hers
Corporate Office | 925-291-0875



| From: | Abby McCook |
|---|---|
| Sent: | Thursday, February 5, 2026 9:53 AM EST |
| To: | Nicole Garza |
| CC: | Leah Sturges; Sharon Melancon; Kevin Lathrop |
| Subject: | Preliminary Extraction |
| Attachments: | Accessing the sFTP Directory.pdf |

Good morning Nicole,

The preliminary data extraction for High Desert has been completed and uploaded to a secure SFTP directory for delivery to you.

Attached to this email, you will find instructions outlining the steps required to access the SFTP directory. In a separate, follow-up email, I will provide the connection credentials you will need to securely access in order to review and download your data. The SFTP directory will be available for 60 days.

Please provide confirmation once you have been able to access the SFTP and view your data extraction.

Please let me know if you have any additional questions that I can assist with.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



          

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

Disco ID 387065-1

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Wednesday, January 14, 2026 8:39 AM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>; Sharon Melancon <smelancon@highdesertpace.org>
**Subject:** Re: Data Extracts

Abby,
We were told by Kevin months ago we would have our data before Thanksgiving. You have told me you were checking status multiple times and would give me an update, of which I have never received.  It appears there is not a chance you all are planning to release our data to us, or there has never been a ticket initiated. Which one is it?
Nicole
Get Outlook for iOS

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, January 14, 2026 5:16:33 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <LSturges@highdesertpace.org>
**Subject:** Re: Data Extracts

Good morning, Nicole,
I am awaiting an update from the team on the status and placement of the extraction ticket.  I will provide an update to you as soon as I have more information.
Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147





Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, January 13, 2026 1:19 PM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>
**Subject:** RE: Data Extracts

Hi Abby,

What is the ETA for our data extract?

Thanks,
Nicole

----------------------------------------------------------------

*Nicole Garza*
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Tuesday, December 2, 2025 4:47 AM

**To:** Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Re: Data Extracts

Thank you for reaching out. I'll check on the current status of the extraction ticket and provide an update to Nicole and the team, as I've been out of the office.

Nicole and team - Please direct any questions regarding the data extraction directly to me.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



 

Confidentiality Notice: This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Cheyenne Bradley <cbradley@collabrios.com>
**Sent:** Monday, November 24, 2025 12:54 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <scowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Data Extracts

Hi Abby,

I hope you're doing well. I'm reaching out to inquire about High Desert's request for a complete data extraction of their site. The request was discussed on our call today and their team is looking for an estimated timeline.

I've tagged Samantha and Nicole here in case they have additional details to provide.

Thank you,

**Cheyenne Bradley** | She/Her/Hers
**Corporate Office | 925-291-0875**



**Disco ID 387065-5**

| | |
|---|---|
| **From:** | Abby McCook |
| **Sent:** | Thursday, February 5, 2026 12:28 PM EST |
| **To:** | Nicole Garza |
| **Subject:** | Re: Preliminary Extraction Follow up #1 |
| **Attachments:** | Accessing the sFTP Directory.pdf |

The information provided was not a url accessible link.  The SFTP directory has to be accessed through an application, as detailed in the attached document, and then the host information and credentials entered in order to open the directory. This ensures the data is secure.

I recommend following up with your IT team as they may have a recommended application for usage.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



 

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Thursday, February 5, 2026 12:06 PM
**To:** Abby McCook <amccook@collabrios.com>
**Subject:** RE: Preliminary Extraction Follow up #1

HI Abby,

The host site doesn't come up—this is what I get:



Disco ID 387069-2

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, February 5, 2026 6:55 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: Preliminary Extraction Follow up #1

To access the SFTP, you will use the following information.

host: sftp://sftp.getcare.com
username: highdesert_client

I will send a second email with the password to access.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



  

Disco ID 387069-3

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, February 5, 2026 9:53 AM
**To:** Nicole Garza <ngarza@highdesertpace.org>
**Cc:** Leah Sturges <lsturges@highdesertpace.org>; Sharon Melancon <smelancon@highdesertpace.org>; Kevin Lathrop <klathrop@collabrios.com>
**Subject:** Preliminary Extraction

Good morning Nicole,

The preliminary data extraction for High Desert has been completed and uploaded to a secure SFTP directory for delivery to you.

Attached to this email, you will find instructions outlining the steps required to access the SFTP directory. In a separate, follow-up email, I will provide the connection credentials you will need to securely access in order to review and download your data.  The SFTP directory will be available for 60 days.

Please provide confirmation once you have been able to access the SFTP and view your data extraction.

Please let me know if you have any additional questions that I can assist with.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



 

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Wednesday, January 14, 2026 8:39 AM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>; Sharon Melancon <smelancon@highdesertpace.org>
**Subject:** Re: Data Extracts

Abby,

We were told by Kevin months ago we would have our data before Thanksgiving. You have told me you were checking status multiple times and would give me an update, of which I have never received.  It appears there is not a chance you all are planning to release our data to us, or there has never been a ticket initiated. Which one is it?

Nicole

Get Outlook for iOS

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, January 14, 2026 5:16:33 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <LSturges@highdesertpace.org>
**Subject:** Re: Data Extracts

Good morning, Nicole,

I am awaiting an update from the team on the status and placement of the extraction ticket.  I will provide an update to you as soon as I have more information.


Abby McCook, BBA
Sr. Manager, Project Excellence

925.201.6147






Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, January 13, 2026 1:19 PM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>
**Subject:** RE: Data Extracts

Hi Abby,

What is the ETA for our data extract?

Thanks,
Nicole

--------------------------------------------------------------------------------

Nicole Garza
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats

Disco ID 387069-6

with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Tuesday, December 2, 2025 4:47 AM
**To:** Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Re: Data Extracts

Thank you for reaching out. I'll check on the current status of the extraction ticket and provide an update to Nicole and the team, as I've been out of the office.

Nicole and team - Please direct any questions regarding the data extraction directly to me.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



 

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Cheyenne Bradley <cbradley@collabrios.com>
**Sent:** Monday, November 24, 2025 12:54 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <scowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Data Extracts

Hi Abby,

I hope you're doing well. I'm reaching out to inquire about High Desert's request for a complete data extraction of their site. The request was discussed on our call today and their team is looking for an estimated timeline.

I've tagged Samantha and Nicole here in case they have additional details to provide.

Thank you,

**Cheyenne Bradley** | She/Her/Hers
**Corporate Office | 925-291-0875**



Disco ID 387069-8

| **From:** | Abby McCook |
|---|---|
| **Sent:** | Wednesday, February 25, 2026 7:42 AM EST |
| **To:** | Nicole Garza |
| **Subject:** | Re: Preliminary Extraction Follow up #2 |

Good morning Nicole!
Yes, absolutely.

Download both the encrypted files and their respective key files to the same local directory using lftp:

## Database Decryption

*openssl enc -d -aes-256-cbc \*

*-in **file_name**.sql.zip.enc \*

*-out **file_name**.sql.zip \*

*-pass file:./**file_name**_encrypt.key \*

*-md md5*

note: After decryption, unzip the SQL file for use in **PostgreSQL**.

## Attachment Decryption

*openssl enc -d -aes-256-cbc \*

*-in **file_name**.tar.gz.enc \*

*-out **file_name**.tar.gz \*

*-pass file:./**file_name**_encrypt.key \*

*-md md5*

note: After decryption, extract the archive using standard `tar` tools.

### Notes

- The `.key` files should not be opened or edited.
- Ensure that the encrypted file and corresponding key file are in the same folder before running OpenSSL.
- On Windows, using a shell like Git Bash or WSL is recommended if errors occur.

Abby McCook, BBA
Sr. Manager, Project Excellence

**Disco ID 387064-1**







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, February 24, 2026 7:20 PM
**To:** Abby McCook <amccook@collabrios.com>
**Subject:** RE: Preliminary Extraction Follow up #2

Hi Abby,

Can you share what software you used to encrypt the data? We are having issues decrypting.

Thanks,
Nicole

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are

confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, February 5, 2026 6:57 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>
**Subject:** Re: Preliminary Extraction Follow up #2

Use the following information to access your SFTP directory.

password: k\82C"75dx0d~ll
port: 22

Please let me know if you have any follow up questions.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Thursday, February 5, 2026 9:53 AM
**To:** Nicole Garza <ngarza@highdesertpace.org>
**Cc:** Leah Sturges <lsturges@highdesertpace.org>; Sharon Melancon <smelancon@highdesertpace.org>; Kevin Lathrop <klathrop@collabrios.com>
**Subject:** Preliminary Extraction

Good morning Nicole,

The preliminary data extraction for High Desert has been completed and uploaded to a secure SFTP directory for delivery to you.

Attached to this email, you will find instructions outlining the steps required to access the SFTP directory. In a separate, follow-up email, I will provide the connection credentials you will need to securely access in order to review and download your data. The SFTP directory will be available for 60 days.

Please provide confirmation once you have been able to access the SFTP and view your data extraction.

Please let me know if you have any additional questions that I can assist with.


Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147



  

Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Wednesday, January 14, 2026 8:39 AM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>; Sharon

Melancon <smelancon@highdesertpace.org>
**Subject:** Re: Data Extracts

Abby,

We were told by Kevin months ago we would have our data before Thanksgiving. You have told me you were checking status multiple times and would give me an update, of which I have never received.  It appears there is not a chance you all are planning to release our data to us, or there has never been a ticket initiated. Which one is it?

Nicole

Get Outlook for iOS

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

---

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Wednesday, January 14, 2026 5:16:33 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <LSturges@highdesertpace.org>
**Subject:** Re: Data Extracts

Good morning, Nicole,

I am awaiting an update from the team on the status and placement of the extraction ticket.  I will provide an update to you as soon as I have more information.


Abby McCook, BBA
Sr. Manager, Project Excellence

925.201.6147







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Tuesday, January 13, 2026 1:19 PM
**To:** Abby McCook <amccook@collabrios.com>; Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Daniel Cortez <dcortez@collabrios.com>; Leah Sturges <lsturges@highdesertpace.org>
**Subject:** RE: Data Extracts

Hi Abby,

What is the ETA for our data extract?

Thanks,
Nicole

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Abby McCook <amccook@collabrios.com>
**Sent:** Tuesday, December 2, 2025 4:47 AM
**To:** Cheyenne Bradley <cbradley@collabrios.com>
**Cc:** Samantha Cowan <SCowan@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Re: Data Extracts

Thank you for reaching out. I'll check on the current status of the extraction ticket and provide an update to Nicole and the team, as I've been out of the office.

Nicole and team - Please direct any questions regarding the data extraction directly to me.

Abby McCook, BBA
Sr. Manager, Project Excellence
925.201.6147







Confidentiality Notice:  This message and any attached documents, sent by Collabrios Health may contain information that is privileged, confidential, and exempt from disclosure under applicable law. The information is intended for the sole use of the individual or entity to which it

is addressed. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety whether electronic or hard copy.

---

**From:** Cheyenne Bradley <cbradley@collabrios.com>
**Sent:** Monday, November 24, 2025 12:54 PM
**To:** Abby McCook <amccook@collabrios.com>
**Cc:** Samantha Cowan <scowan@highdesertpace.org>; Nicole Garza <ngarza@highdesertpace.org>; Daniel Cortez <dcortez@collabrios.com>
**Subject:** Data Extracts

Hi Abby,

I hope you're doing well. I'm reaching out to inquire about High Desert's request for a complete data extraction of their site. The request was discussed on our call today and their team is looking for an estimated timeline.

I've tagged Samantha and Nicole here in case they have additional details to provide.

Thank you,

**Cheyenne Bradley** | She/Her/Hers
Corporate Office | 925-291-0875



Disco ID 387064-8

| | |
|---|---|
| **From:** | Kevin Lathrop |
| **Sent:** | Friday, March 6, 2026 5:01 PM EST |
| **To:** | Sharon Melancon |
| **CC:** | Nicole Garza; Arash Milani (External); Ramin Ashtiani; Bloom, Shawn |
| **Subject:** | Re: RTZ |

We are in receipt of your February 24, 2026, letter claiming that High Desert has been damaged in a sum of $660,389 (which we obviously dispute). Your letter is currently being reviewed by legal counsel. In the meantime, unless you inform us to the contrary, we interpret your letter as stating that High Desert has no intention of remitting any further payments under the Agreement – the term of which we believe expires no earlier than June 2027. If our understanding is incorrect, please immediately let us know so that we can take that into account while assessing your letter.

Kevin Lathrop

President

Collabrios Health

Klathrop@collabrios.com

636.639.0930

The information contained in this e-mail message is intended only for the confidential use of the recipient/recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

**From:** Sharon Melancon <smelancon@highdesertpace.org>
**Sent:** Thursday, February 26, 2026 4:43:17 PM
**To:** Kevin Lathrop <klathrop@collabrios.com>
**Cc:** Nicole Garza <ngarza@highdesertpace.org>; Arash Milani (External) <milaniarash@gmail.com>; Ramin Ashtiani <RAshtiani@highdesertpace.org>; Bloom, Shawn <shawnb@npaonline.org>
**Subject:** RTZ

Kevin
Attached, you will find a summary of our expenses related to the use of RTZ. We have incurred significant fees and additional costs as a direct result of the RTZ system's failure to perform as required. Due to these performance deficiencies, we were forced to implement manual work arounds and assign additional staff in order to maintain operations. These expenses were necessary solely because the RTZ system did not function as represented.
Thank you

**Sharon Melancon**
*Vice President/Executive Director*
11833 Amethyst Road.
Victorville, CA, 92392, USA
P: 559-892-6640
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**Disco ID 387074-2**