UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., | Case No. 24-cv-01132-JST (AGT) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| RTZ ASSOCIATES, INC., | Re: Dkt. Nos. 118, 126 |
| Defendant. | |

On April 23, 2026, the Court ordered Intus to "produce all non-privileged documents in its possession, custody, and control that are responsive to RFPs 66–84" by May 7, 2026. Dt. 117 at 1. On April 30, 2026, Intus filed a motion for relief from the April 23 Order. Dkt. 124. Intus's motion for relief is pending before Judge Tigar. *See* Civil L.R. 72-2.

Because of the pending motion for relief from the April 23 Order, Intus needn't complete the previously ordered production by May 7. The Court will set a new deadline for the production if necessary after Judge Tigar rules on Intus's motion for relief.

**IT IS SO ORDERED.**

Dated: May 6, 2026

Alex G. Tse
United States Magistrate Judge