UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,

            Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

            Defendant.

Case No. 24-cv-01132-JST

**ORDER RE: MOTION TO FILE UNDER SEAL**

Re: ECF No. 125

Plaintiff IntusCare, Inc. seeks to file under seal material that has been designated as confidential by another party. ECF No. 125. The designating party has failed to file the responsive statement and/or declaration required by Civil Local Rule 79-5(f)(3). The Court provides an additional seven days for the designating party to file the required documents. If no statement or declaration is filed within seven days of the date of this order, the Court will deny the motion to seal the designated material.

    **IT IS SO ORDERED.**

Dated: May 8, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California