

**ATTORNEYS AT LAW**

50 California Street
34th Floor
San Francisco, CA 94111
T 415.398.3600

David C. Lee
D 415.438.7235
dlee@nossaman.com

*Admitted only in California*

Refer To File # - 503730-0002

May 11, 2026

The Honorable Judge Alex G. Tse
United States Magistrate Judge
San Francisco Courthouse, Courtroom A – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   Intus Care, Inc. v. RTZ Associates, Inc. (Case No. 4:24-cv-01132-JST) Discovery Dispute

Dear Judge Alex G. Tse:

Defendant/Counterclaimant RTZ Associates, Inc. ("RTZ") respectfully submits this letter brief pursuant to Section VII(B) of Your Honor's Civil Standing Order to request an order compelling Plaintiff/Counterdefendant IntusCare Inc. ("Intus") to produce all non-privileged documents responsive to RTZ's Requests for Production Nos. 66–84 (Set 3) by May 15, 2026.

On March 17, 2026, this Court overruled Intus' relevance objections to RFPs 66–84 and concluded that "[a]ll of these RFPs [Nos. 66-84] seek relevant documents." (Dkt. 96) On April 23, 2026, this Court issued an Order directing that "[b]y May 7, 2026, Intus must produce all non-privileged documents in its possession, custody, and control that are responsive to RFPs 66–84." (Dkt. 117) Later that day, RTZ asked this Court to shorten the production timeframe from fourteen days to ten days (by May 3, 2026) to accommodate the parties' expert depositions deadline. (Dkt. 118) Instead, a full week later on April 30, 2026, Intus filed a Motion for Relief from Nondispositive Pretrial Order, seeking to overturn the April 23, 2026 Order, and requesting that its production deadline be deferred until after the Court ruled on its Motion for Relief.

On May 11, 2026, the Honorable Jon S. Tigar denied Intus' Motion for Relief from Nondispositive Pretrial Order. (Dkt. 136.) ***Accordingly, RTZ requests that this Court order Intus to produce all documents responsive to RFPs 66–84 by May 15, 2026.*** Since March, Intus has succeeded in delaying RTZ from receiving such documents. For example, instead of working to produce documents within fourteen days pursuant to the Court's Order (Dkt. 117), Intus took seven days to file its Motion for Relief (Dkt. 118). Intus has had months to prepare for this production. Therefore, Intus should have minimal burden to produce these records by May 15, 2026.

Sincerely,

*/s/ David C. Lee*
David C. Lee