UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> RTZ ASSOCIATES, INC., <br><br>             Defendant. | Case No.  24-cv-01132-JST (AGT) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 137 |

On April 23, 2026, the undersigned ordered Intus to "produce all non-privileged documents in its possession, custody, and control that are responsive to RFPs 66–84." Dt. 117 at 1. Yesterday, Judge Tigar denied Intus's motion for relief from the April 23 Order. Dkt. 136. In light of that decision, the undersigned orders Intus to complete the production required by the April 23 Order by May 15, 2026.

       **IT IS SO ORDERED.**

Dated: May 12, 2026

_____

Alex G. Tse
United States Magistrate Judge