UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUS CARE, INC.,

        Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

        Defendant.

Case No. 24-cv-01132-JST

**ORDER TERMINATING AS MOOT MOTION TO FILE MATERIAL UNDER SEAL**

Re: ECF No. 125

On May 8, 2026, the Court provided Defendant RTZ Associates, Inc. with an additional seven days to file a declaration in support of Plaintiff IntusCare, Inc.'s sealing motion in connection with Intus's motion for relief from one of the magistrate judge's nondispositive orders. ECF No. 135. The Court has subsequently decided Intus's motion for relief, ECF No. 136, and did not rely on the material sought to be filed under seal in reaching its decision. Accordingly, Intus's sealing motion, ECF No. 125, is terminated as moot. The documents filed at ECF No. 125-1 shall remain sealed.

    **IT IS SO ORDERED.**

Dated: May 13, 2026

_____
JON S. TIGAR
United States District Judge