UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,

        Plaintiff,

    v.

RTZ ASSOCIATES, INC.,

        Defendant.

Case No. 24-cv-01132-JST

**ORDER SETTING RESPONSE DEADLINE RE: MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: ECF No. 157

Plaintiff IntusCare, Inc. has filed a motion for relief from a nondispositive pretrial order of a magistrate judge. ECF No. 157. Defendant RTZ Associates, Inc. shall file a responsive brief, not exceeding five pages, no later than June 15, 2026. Unless otherwise ordered, no reply brief shall be filed, and the matter will be taken under submission without oral argument.

    **IT IS SO ORDERED.**

Dated: June 8, 2026



        JON S. TIGAR
        United States District Judge

United States District Court
Northern District of California