NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., | Case No:    4:24-cv-01132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| vs. | **DECLARATION OF DAVID C. LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF RTZ ASSOCIATES, INC.'S OPPOSITION TO MOTION TO EXCLUDE EXPERT TRACI CREEGAN** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendants, | |
| | [Filed concurrently with (1) Administrative Motion to File Under Seal and (2) Proposed Order] |
| | Date: July 2, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6 |
| | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

DECLARATION OF DAVID C. LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF RTZ'S OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE TRACI CREEGAN
70516033.v1

## <u>DECLARATION OF DAVID C. LEE</u>

I, David C. Lee, declare as follows:

1.      I am an attorney at law admitted to practice in this Court, and a partner of Nossaman LLP, counsel of record in this action for Defendant RTZ Associates, Inc. ("RTZ").  I make this declaration in support of RTZ's Administrative Motion to File Under Seal in Support of RTZ's Opposition to Intus Care, Inc.'s ("Intus") Motion to Exclude Expert Traci Creegan ("Opposition").  I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would completely testify to those facts.

2.      In support of its Opposition, RTZ submitted the Declaration of Traci Creegan ("Creegan Declaration"), which extensively cites to Traci Creegan's Expert Report. Ms. Creegan's Report contains and discusses non-public proprietary business information, confidential commercial information, and RTZ's sensitive internal business practices. It also relies on seven documents designated by Intus as "Confidential," three documents designated by RTZ as "Confidential," and one record designated by RTZ as "Highly Confidential—Attorney's Eyes Only."

3.      On June 20, 2024, RTZ and Intus entered into a Stipulated Protective Order ("SPO") (Dkt. 44).  In the SPO, the Parties acknowledged and agreed that, "Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted."

4.      The parties have not objected to the respective designations of "Confidential" or "Highly Confidential—Attorney's Eyes Only" on the documents mentioned above and relied on by Ms. Creegan in her Report. Intus also has not objected to RTZ's designation of Ms. Creegan's entire Report as Confidential.

5.      The Creegan Declaration extensively cites to and relies on Ms. Creegan's Report and would reveal the same categories of confidential information contained in Ms. Creegan's Report.

DECLARATION OF DAVID C. LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF RTZ'S OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE TRACI CREEGAN
70516033.v1

6. Because this confidential information is woven throughout the Creegan Declaration, targeted redactions would not adequately protect RTZ's confidentiality interests. Accordingly, sealing the Creegan Declaration in its entirety, and permitting all references to the contents of the Creegan Declaration and the Creegan Report to be redacted from the publicly filed version of RTZ's Opposition is necessary to protect RTZ's legitimate confidentiality interests. Absent sealing, RTZ's sensitive information referenced throughout the Creegan Declaration and Creegan Report will be disclosed to the public at large, resulting in the disclosure of confidential business secrets. There is no less restrictive alternative to sealing the Creegan Declaration or the Creegan Report (which is the subject of a separate motion to seal, Dkt. 150 and 156).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this 11th day of June 2026 in San Francisco, California.

_____
DAVID C. LEE

Case No. 4:24-cv-01132-JST

DECLARATION OF DAVID C. LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF RTZ'S OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE TRACI CREEGAN
70516033.v1