NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendants, | Case No.:     4:24-cv-01132-JST <br><br> Assigned to: Hon. Jon S. Tigar <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF OPPOSITION TO INTUS' MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER** <br><br> [Filed concurrently with (1) Declaration of David C. Lee and (2) Proposed Order] <br><br> Date: July 2, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 6 <br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF OPPOSITION TO INTUS' MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER

70517283.v1

Defendant RTZ Associates, Inc. ("RTZ" or "Defendant") hereby submits this Administrative Motion to File Under Seal in support of its Opposition to Intus' Motion to Exclude Expert Peter Schwechheimer ("Motion to Seal"). RTZ has reviewed and complied with Civil Local Rule 79-5.

Through this Motion to Seal, RTZ requests that the Court seal Exhibit F to the Declaration of David C. Lee ("Lee Decl.") and permit all references to Exhibit F to be redacted from the publicly filed version of RTZ's Opposition. RTZ also requests that the Court seal all references to Peter Schwechheimer's Report ("Schwechheimer Report"), which was submitted by Intus in support of its motion to exclude Peter Schwechheimer and is the subject of a pending motion to seal (Dkt. Nos. 149 and 155).

Pursuant to Civil Local Rule 79-5(c), this Motion to Seal is supported by the Declaration of David C. Lee, submitted herewith. As set forth therein, Exhibit F contains material that RTZ has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Stipulated Protective Order, § 2.2 (Dkt. No. 44), and the Schwechheimer Report has been designated as "CONFIDENTIAL."

The standard for sealing is met here. In *Nixon*, the Supreme Court recognized a common-law right of access to judicial records, while emphasizing that the right "is not absolute" and depends on the circumstances of the particular case. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Consistent with that principle, federal courts have developed a two-tiered framework governing motions to seal. When an expert report is filed in connection with a dispositive motion, the "compelling reasons" standard applies. *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 484 F. Supp. 3d 249, 257 (E.D. Pa. 2020). By contrast, when the material sought to be sealed is not filed as part of a dispositive motion, the "good cause" standard under Rule 26(c) governs. *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002); *In re Avandia Mktg.*, 484 F. Supp. 3d at 261 (applying the "good cause" standard to a supplemental expert report that was not part of the summary judgment record). Because Intus'

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF OPPOSITION TO INTUS' MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER

70517283.v1

Motion to Exclude Peter Schwechheimer is not filed in connection with a dispositive motion, the good-cause standard applies here.

Grounds for Sealing Exhibit F.

Exhibit F is a highly confidential Amendment to PaceCare license agreement between RTZ and Beacon Ventures, LLC, doing business as BoldAge PACE. It includes pricing information, service offerings, and other commercially sensitive contractual provisions. Public disclosure of this information could place RTZ at a competitive disadvantage.

Grounds for Sealing References to the Schwechheimer Report

Courts permit expert reports to be filed under seal where, as here, the reports contain confidential business information. In *Spriestersbach v. Hawaii*, No. CV 21-00456 LEK-RT, 2024 WL 3164698, at *2 (D. Haw. June 24, 2024), the district court granted a motion to seal an entire expert report. Likewise, in *Remtech, Inc. v. Fireman's Fund Ins. Co.*, No. CV-05-0087-LRS, 2006 WL 6862013, at *1 (E.D. Wash. June 30, 2006), the court sealed an expert report "for purpose of this litigation." And in *Melnick v. Tamko Bldg. Prods. LLC*, No. 19-CV-2630-JAR-BGS, 2023 WL 5574188, at *3 (D. Kan. Aug. 29, 2023), the court granted a motion to seal a 371-page expert report containing confidential sales and trade secret information, finding it to be "more efficient to seal the document rather than send the matter back to the parties to agree upon redactions." *Id.*

The Schwechheimer Report likewise relies upon and discusses confidential financial information reflected in non-public business records. In addition, the Report analyzes and discusses confidential business dealings, contractual relationships, and commercial interactions between the Parties that form the basis of RTZ's counterclaims in this action. The Report discusses the circumstances that gave rise to the financial harm claimed by RTZ and incorporates confidential business information concerning the Parties' relationship and course of dealing. Allowing unredacted citations to the Report within the Opposition would reveal that confidential information. The applicable standard is therefore satisfied, and the references to the Schwechheimer Report should be redacted from the public filing of RTZ's Opposition.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF OPPOSITION TO INTUS' MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER
70517283.v1

In accordance with Civil Local Rule 7-11, Defendant delivered the Opposition and all attachments to all other parties on the same day the Motion to Seal was filed.


Dated:  June 11, 2026                           NOSSAMAN LLP
                                                DAVID C. LEE
                                                KASIA PENN


                                                By:  /s/ *David C. Lee*
                                                        David C. Lee

                                                Attorneys for Defendant and Counterclaimant
                                                RTZ ASSOCIATES, INC.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF OPPOSITION TO INTUS' MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER

70517283.v1