NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>Defendants, | Case No:     4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**DECLARATION OF DAVID C. LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF RTZ ASSOCIATES, INC.'S OPPOSITION TO MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER**<br><br>[Filed concurrently with (1) Administrative Motion to File Under Seal and (2) Proposed Order]<br><br>Date: July 2, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

DECL OF DAVID C. LEE ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL ISO RTZ'S
OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER
70525641.v1

## DECLARATION OF DAVID C. LEE

I, David C. Lee, declare as follows:

1.      I am an attorney at law admitted to practice in this Court, and a partner of Nossaman LLP, counsel of record in this action for Defendant RTZ Associates, Inc. ("RTZ"). I make this declaration in support of RTZ's Administrative Motion to File Under Seal in Support of RTZ's Opposition to Intus Care, Inc.'s ("Intus") Motion to Exclude Expert Peter Schwechheimer ("Opposition"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to those facts.

2.      In support of its Opposition, RTZ submitted Exhibit F, which RTZ has designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY pursuant to the Stipulated Protective Order, § 2.2 (Dkt. No. 44).

3.      The Opposition also references Peter Schwechheimer's Report ("Schwechheimer Report"), which was submitted by Intus in support of its motion to exclude Peter Schwechheimer and is the subject of a pending motion to seal (Dkt. Nos. 149 and 155). The Schwechheimer Report relies upon and analyzes discovery material that RTZ and Intus designated as Confidential or Highly Confidential pursuant to the Protective Order. For example, the Schwechheimer Report relies on 11 documents designated by Intus as "Confidential," and on three records designated by RTZ as "Highly Confidential—Attorney's Eyes Only."

4.      On June 20, 2024, RTZ and Intus entered into a Stipulated Protective Order ("SPO") (Dkt. 44). In the SPO, the Parties acknowledged and agreed that, "Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted."

5.      The parties have not objected to the respective designations of "Confidential" or "Highly Confidential—Attorney's Eyes Only" on the documents relied upon by Mr. Schwechheimer, nor to the designation as "Highly Confidential—Attorney's Eyes Only" of the

DECL OF DAVID C. LEE ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL ISO RTZ'S OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER
70525641.v1

document comprising Exhibit F. Intus also has not objected to RTZ's designation of Mr. Schwechheimer's entire Report as Confidential.

6.      Targeted redactions of Exhibit F would not adequately protect RTZ's confidentiality interests. Accordingly, sealing Exhibit F in its entirety and permitting all references to its contents to be redacted from the publicly filed version of RTZ's Opposition is necessary to protect RTZ's legitimate confidentiality interests.

7.      Similarly, permitting all references to the Schwechheimer Report to be redacted from the Opposition is necessary to avoid competitive harm to RTZ.

8.      Absent sealing, RTZ's sensitive information contained in Exhibit F and the Schwechheimer Report will be disclosed to the public at large, resulting in the disclosure of confidential business secrets. There is no less restrictive alternative.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 11th day of June 2026 in San Francisco, California.

_____
DAVID C. LEE

DECL OF DAVID C. LEE ISO ADMINISTRATIVE MOTION TO FILE UNDER SEAL ISO RTZ'S OPPOSITION TO INTUS CARE, INC.'S MOTION TO EXCLUDE EXPERT PETER SCHWECHHEIMER

70525641.v1