Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California  90067-2506
Telephone:    310.556.8861
Facsimile:    310.553.2165
CWeir@ebglaw.com
abeshai@ebglaw.com

*Attorneys for Plaintiff*
INTUSCARE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | *Assigned to Hon. Jon S. Tigar* |
| v. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS TO EXCLUDE SHAWN FLEURY AND KRISTOPHER HULT** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendant. | |
| | Complaint Filed: February 23, 2024 |
| | Amended Complaint Filed: April 2, 2024 |
| | Counterclaims Filed: June 20, 2024 |

Plaintiff IntusCare Inc. ("Intus" or "Plaintiff") hereby submits this Administrative Motion to File Under Seal ("Motion to Seal"). Intus has reviewed and complied with this Court's Standing Order Governing Administrative Motions To File Materials Under Seal. Intus has also reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5).

By this Administrative Motion, Intus moves for the Court to allow all references to the following exhibits to be redacted from Intus' Oppositions to RTZ's Motions to Exclude Experts Shawn Fleury and Kristopher Hult:

- The rebuttal report of Shawn Fleury (Exhibit 1 to the Declaration of David Lee in Support of Defendant's Motion in Limine to Exclude Expert Shawn Fleury)

- The expert report of Kristopher Hult (Exhibit 1 to the Declaration of David Lee in Support of Defendant's Motion in Limine to Exclude Expert Kristopher Hult)

- The uncertified rough transcript of the deposition of Kristopher Hult (Exhibit 11 to the Declaration of David Lee in Support of Defendant's Motion in Limine to Exclude Expert Kristopher Hult)

Pursuant to Civil Local Rule 79-5(c), this Motion to Seal is supported by the Declaration of Andrew Beshai, submitted herewith. As set forth therein, the documents contain material that Intus has designated as "CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case. (Dkt. No. 44.)

The standard for sealing is met here. Intus points to several "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *see also*, *Jones v. PGA Tour, Inc.*, No. 22-CV-04486-BLF, 2023 WL 7440303, at *3 (N.D. Cal. Nov. 8, 2023).

Exhibit 1 to the Fleury Motion is the rebuttal report of Shawn Fleury, which Intus

/ / /

/ / /

ADMINISTRATIVE MOTION TO FILE
UNDER SEAL

designated "CONFIDENTIAL."[1] This report contains Intus' confidential and sensitive business information, including details of the proprietary means by which Intus services its clients, such as how Intus' products function, and details about Intus' business objectives. There are additionally references and descriptions throughout the rebuttal report to documents and deposition transcripts, that Intus designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The sensitive business information contained in Exhibit 1 could cause significant competitive harm to Intus and its clients if disclosed to the public. The "compelling reasons" standard for sealing materials "is met for confidential business information that would harm a party's competitive standing." *Skillz Platform Inc. v. AviaGames Inc.*, No. 21-CV-02436-BLF, 2023 WL 7928746, at \*3 (N.D. Cal. Nov. 16, 2023) (citing cases). There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.

Exhibit 1 to the Hult Motion is the expert report of Kristopher Hult, which Intus designated "CONFIDENTIAL." The Hult report includes detailed analysis of the economic damages suffered by Intus, including a lost profits analysis that involves Intus' highly sensitive financial information. For example, there is highly detailed information throughout the report pulled from financial spreadsheets and worksheets that Intus designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The sensitive business information contained in Exhibit 1 to the Hult Motion could cause significant competitive harm to Intus if disclosed to the public. The "compelling reasons" standard for sealing materials is therefore met here. *See Skillz Platform Inc.*, 2023 WL 7928746, at \*3. There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue because the sensitive information is on nearly every page of the report.

Exhibit 11 to the Hult Motion is the uncertified rough transcript of the deposition of Kristopher Hult, which Intus designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

---

[1] All designations referenced in this declaration are designated under and subject to the Stipulated Protective Order ("SPO"). (Dkt. 44). The designation "CONFIDENTIAL" is set forth in § 2.2 of the SPO, and the designation "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" is set forth in § 2.7 of the SPO.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

ONLY." The deposition transcript includes testimony describing sensitive business information about Intus, including testimony regarding Intus' detailed financial information, information about its operations, and information about its business objectives. Public disclosure of the transcript could thus cause significant competitive harm to Intus. The "compelling reasons" standard for sealing materials is therefore met here. *Skillz Platform Inc.,* 2023 WL 7928746, at *3. There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.

Pursuant to Civil Local Rule 79-5(d), Intus has attached the unredacted motions to be filed under seal to this Administrative Motion.

Dated: June 11, 2026

EPSTEIN BECKER & GREEN, P.C.

By: _____

Charles E. Weir
Andrew Beshai

Attorneys for Plaintiff
IntusCare, Inc.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL