Charles E. Weir (Bar No. 211091)
Andrew Beshai (Bar No. 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
CWeir@ebglaw.com
abeshai@ebglaw.com

*Attorneys for Plaintiff*
INTUSCARE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | *Assigned to Hon. Jon S. Tigar* |
| v. | **DECLARATION OF ANDREW BESHAI IN SUPPORT OF INTUS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTIONS TO EXCLUDE SHAWN FLEURY AND KRISTOPHER HULT** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendant. | |
| | Complaint Filed: February 23, 2024 |
| | Amended Complaint Filed: April 2, 2024 |
| | Counterclaims Filed: June 20, 2024 |

BESHAI DECLARATION

## DECLARATION OF ANDREW BESHAI

I, Andrew Beshai, declare:

1.     I am an attorney at law, duly authorized and licensed to practice before all of the courts of the state of California, and before this Court, and I am a partner with Epstein Becker Green, counsel of record for Plaintiff IntusCare Inc. ("Intus"). I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to those facts.

2.     On June 20, 2024, Plaintiff and Defendant RTZ Associates, Inc. ("RTZ") entered into a Stipulated Protective Order ("SPO") (Dkt. 44). In the SPO, the Parties acknowledged and agreed that, "Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted."

3.     In its Motions in Limine to Exclude Experts Shawn Fleury and Kristopher Hult ("Motions in Limine"), RTZ filed under seal Exhibit 1 to the Declaration of David Lee in Support of Defendant's Motion in Limine to Exclude Expert Shawn Fleury ("Fleury Motion") and Exhibits 1 and 11 to the Declaration of David Lee in Support of Defendant's Motion in Limine to Exclude Kristopher Hult ("Hult Motion").

4.     Exhibit 1 to the Fleury Motion is the rebuttal report of Shawn Fleury, which Intus designated "CONFIDENTIAL."[1] This report contains Intus' confidential and sensitive business information, including details of the proprietary means by which Intus services its clients, such as how Intus' products function, and details about Intus' business objectives. There are additionally references and descriptions throughout the rebuttal report to documents and deposition transcripts, that Intus designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS'

---

[1] All designations referenced in this declaration are designated under and subject to the Stipulated Protective Order ("SPO") (Dkt. 44). The designation "CONFIDENTIAL" is set forth in § 2.2 of the SPO, and the designation "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" is set forth in § 2.7 of the SPO.

EYES ONLY." The sensitive business information contained in Exhibit 1 could cause significant competitive harm to Intus and its clients if disclosed to the public. The "compelling reasons" standard for sealing materials "is met for confidential business information that would harm a party's competitive standing." *Skillz Platform Inc. v. AviaGames Inc*., No. 21-CV-02436-BLF, 2023 WL 7928746, at *3 (N.D. Cal. Nov. 16, 2023) (citing cases). There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.

5.    **Exhibit A** to Plaintiff's Administrative Motion to File Under Seal is the unredacted version of Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Expert Shawn Fleury. Exhibit A contains references to the confidential information in Exhibit 1 to the Fleury Motion that has been filed under seal and redacted from the publicly filed version of Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Expert Shawn Fleury.

6.    Exhibit 1 to the Hult Motion is the expert report of Kristopher Hult, which Intus designated "CONFIDENTIAL." The Hult report includes detailed analysis of the economic damages suffered by Intus, including a lost profits analysis that involves Intus' highly sensitive financial information. For example, there is highly detailed information throughout the report pulled from financial spreadsheets and worksheets that Intus designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The sensitive business information contained in Exhibit 1 to the Hult Motion could cause significant competitive harm to Intus if disclosed to the public. The "compelling reasons" standard for sealing materials is therefore met here. *See Skillz Platform Inc.*, 2023 WL 7928746, at *3. There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue because the sensitive information is on nearly every page of the report.

7.    Exhibit 11 to the Hult Motion is the uncertified rough transcript of the deposition of Kristopher Hult, which Intus designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The deposition transcript includes testimony describing sensitive business information about Intus, including testimony regarding Intus' detailed financial information, information about its operations, and information about its business objectives and standing in the analytics product

market. Public disclosure of the transcript could thus cause significant competitive harm to Intus. The "compelling reasons" standard for sealing materials is therefore met here. *Skillz Platform Inc.,* 2023 WL 7928746, at \*3. There is no less restrictive alternative to sealing the information that would protect the confidentiality interests at issue.

8.    **Exhibit B** to Plaintiff's Administrative Motion to File Under Seal is the unredacted version of Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Expert Kristopher Hult. Exhibit B contains references to the confidential information in Exhibits 1 and 11 to the Hult Motion that have been filed under seal and redacted from the publicly filed version of Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Expert Kristopher Hult.

9.    RTZ has not objected to Intus' designation of any of the foregoing Exhibits as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," and RTZ does not oppose keeping any of the foregoing Exhibits under seal.

10.    I declare under penalty of perjury under the laws of the State of California that the contents of this declaration are true and correct.

Executed on the 11th day of June, 2026 in Los Angeles, California.

EPSTEIN BECKER &
GREEN, P.C.


By: */s/ Andrew Beshai*
        Andrew Beshai

- 4 -                                    BESHAI DECLARATION