Charles E. Weir (Bar No. 211091)
Andrew Beshai (Bar No. 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
CWeir@ebglaw.com
abeshai@ebglaw.com

*Attorneys for Plaintiff*
INTUSCARE INC.

NOSSAMAN LLP
David C. Lee (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
Kasia Penn (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

*Attorneys for Defendant*
RTZ ASSOCIATES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> RTZ ASSOCIATES, INC.; and DOES 1 through 10, <br><br> Defendant. | Case No. 4:24-cv-01132-JST <br><br> *Assigned to Hon. Jon S. Tigar* <br><br> **JOINT STATEMENT RE: DEPOSITION OF KEVIN LATHROP** <br><br> Complaint Filed: February 23, 2024 <br> Amended Complaint Filed: April 2, 2024 <br> Counterclaims Filed: June 20, 2024 |

1

JOINT STATEMENT RE: DEPOSITION OF KEVIN LATHROP

FIRM:70659790v3

The parties hereby file this joint statement to notify the Court that Kevin Lathrop's deposition will be taken on July 16, 2026.


Dated: June 25, 2026

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Charles E. Weir*

Charles E. Weir
Andrew M. Beshai

Attorneys for Plaintiff
INTUSCARE INC.


Dated: June 25, 2026

NOSSAMAN LLP

By:   */s/ David C. Lee*

David C. Lee
Kasia Penn

Attorneys for Defendant
RTZ ASSOCIATES, INC.

JOINT STATEMENT RE: DEPOSITION OF KEVIN LATHROP

FIRM:70659790v3