NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INTUS CARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>Defendants, | Case No:     4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**RTZ ASSOCIATES, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH MOTION TO BIFURCATE**<br><br>[Filed concurrently with Proposed Order]<br><br>Date: July 31, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH MOTION TO BIFURCATE

70548438.v1

Defendant RTZ Associates, Inc. ("RTZ" or "Defendant") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with RTZ's Motion to Bifurcate ("Motion"). RTZ has reviewed and complied with Civil Local Rule 79-5, including the requirement to file separate motions if a party seeks to file under seal a document containing "portions that more than one party bears the burden of showing is sealable." Civil L.R. 79-5(f)(5).

Pursuant to Civil L.R. 79-5(f), RTZ moves to provisionally seal the following materials that Plaintiff Intus Care, Inc. ("Intus") has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY":

    (a) Exhibits A and B to the Declaration of David C. Lee in Support of RTZ's Motion to Bifurcate, as well as all references to the content of those exhibits to be redacted from the publicly filed version of RTZ's Motion to Bifurcate, specifically:

        a. **Exhibit A** (the Expert Report of Dr. Kristopher Hult).  Intus has designated this Expert Report as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY."

        b. **Exhibit B** (Transcript from May 22, 2026, Deposition of Dr. Kristopher Hult). Intus has designated the entirety of Dr. Hult's deposition transcript as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY."

        c. **Exhibit C** hereto: The unredacted version of RTZ's Motion to Bifurcate, which includes references to the content of Exhibits A and B to the Declaration of David C. Lee in Support of RTZ's Motion to Bifurcate that were redacted from the publicly filed version of that motion, in light of Intus' designations.

Pursuant to Civil Local Rule 79-5(f), within 7 days of this Motion's filing, Intus must file a statement and/or declaration as described in Civil Local Rule 79-5(c)(1).  A failure to file a statement or declaration may result in the unsealing of the provisionally sealed documents without further notice to Intus.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH MOTION TO BIFURCATE

70548438.v1

In accordance with Civil Local Rule 7-11, Defendant delivered the Motion and all attachments to all other parties on the same day that this Motion was filed.

Dated:  June 26, 2026

NOSSAMAN LLP
DAVID C. LEE
KASIA PENN


By:  /s/ *David C. Lee*
　　　　　David C. Lee
Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH MOTION TO BIFURCATE

70548438.v1