# EXHIBIT 3

| From: | Michael Zawadski |
|---|---|
| Sent: | Thursday, May 13, 2021 4:25 PM EDT |
| To: | Alex |
| CC: | Laura Emery; Alex Lueth; Evan Jackson; Nicole Holmes; Carinna Sias (carinna@rtzassociates.com); Melanie Martinez; Reagan Parker; Tim Cooper; interfaces@rtzassociates.com |
| Subject: | Re: Intus Care & SCPP RTZ Integration |

Alex,

If the week of the 24th is best for you would you have 12:30PM EST available on the 26th? Let me know and I can send an invite.

Take care,

**Michael Zawadski, JD**   Corporate Office | 510 986 6700
**President**



On Thu, May 13, 2021 at 1:21 PM Alex <alex@intus.care> wrote:

Hello Laura,

I am not sure that we have effectively communicated the nature of the relationship. As a starting off point, we would like *read-only* access to your system. We provide additional analytics to SCP, and in order to do this we need to extract patient information from your system. You will not be consuming any service or API that we use. The business relationship is one where we would consume your information, via API or otherwise to populate our system. For this reason, I am not sure what that sample file from us would look like. We are prepared to build data transformation layers into our system to interpret information in whatever format you publish it, although of course the modern standard protocols are easiest. For this reason, all we need to know is how to get access, and ideally what the structures and promises of your data output are, again depending on protocol.

With this, please let us know if there is anything additionally required from us given the nature of the relationship. Let's move forward with setting up a call to discuss enabling us read-only access to SCP via your system. My team has wide availability the week of May 24th if there are a couple of times that work for you to propose.

Thank you,

**Alex Rothberg**

Founder/CTO

Intus Care, Inc.

CONFIDENTIAL

Intus 001464

 IntusCare

**From:** Laura Emery <laura@rtzassociates.com>
**Date:** Wednesday, May 12, 2021 at 8:43 AM
**To:** Alex Lueth <A.Lueth@seniorcarepartnersmi.org>
**Cc:** Evan Jackson <evan@intus.care>, "alex@intus.care" <alex@intus.care>, Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>, "Carinna Sias (carinna@rtzassociates.com)" <carinna@rtzassociates.com>, Melanie Martinez <melanie@rtzassociates.com>, Reagan Parker <reagan@rtzassociates.com>, Tim Cooper <t.cooper@seniorcarepartnersmi.org>, "interfaces@rtzassociates.com" <interfaces@rtzassociates.com>
**Subject:** Re: Intus Care & SCPP RTZ Integration

Alex,

Thanks for checking back. We have reviewed the initial information provided (by Alex at Intus) which outlines the information in the file but did not see the detailed specification (API information, sample file, transmission information, etc.) referenced earlier on the thread. For Evan or Alex at Intus, if you can please send / resend that information that would be great.

At this point, we don't have any questions on what was shared. We are happy to set up a call to discuss the details of the transmission and if we can review a sample file and any other standard information you have available in advance of that call, that would be great. Please let us know if you have any questions.

Take care,

Laura

--

CONFIDENTIAL

Intus 001465

**Laura Emery** Corporate Office | 510 986 6700



On Wed, May 12, 2021 at 4:51 AM Alex Lueth <A.Lueth@seniorcarepartnersmi.org> wrote:

Hi Evan!  Has there been any movement on this?

Alex

**From:** Evan Jackson <evan@intus.care>
**Sent:** Wednesday, May 5, 2021 12:15 PM
**To:** Alex <alex@intus.care>; Laura Emery <laura@rtzassociates.com>
**Cc:** Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>; Alex Lueth <A.Lueth@seniorcarepartnersmi.org>; Carinna Sias (carinna@rtzassociates.com) <carinna@rtzassociates.com>; Melanie Martinez <melanie@rtzassociates.com>; Reagan Parker <reagan@rtzassociates.com>; Tim Cooper <t.cooper@seniorcarepartnersmi.org>; interfaces@rtzassociates.com
**Subject:** Re: Intus Care & SCPP RTZ Integration

Good afternoon,

Following up on our previous email.

Please let us know what the next steps are in securing access in order to make this transition as seamless as possible for Senior Care Partners. Thanks! Please advise.

CONFIDENTIAL

Intus 001466

Best,

Evan

□

---

**From:** Alex <alex@intus.care>
**Sent:** Monday, April 26, 2021 7:27 PM
**To:** Laura Emery <laura@rtzassociates.com>; Evan Jackson <evan@intus.care>
**Cc:** Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>; Alex Lueth
<A.Lueth@seniorcarepartnersmi.org>; Carinna Sias (carinna@rtzassociates.com)
<carinna@rtzassociates.com>; Melanie Martinez <melanie@rtzassociates.com>; Reagan
Parker <reagan@rtzassociates.com>; Tim Cooper <t.cooper@seniorcarepartnersmi.org>;
interfaces@rtzassociates.com <interfaces@rtzassociates.com>
**Subject:** Re: Intus Care & SCPP RTZ Integration

Hello All,

I am so excited to be working with you all at RTZ, and appreciate your assistance with this integration to provide a seamless and
easy transition process for SCP with respect to our system. Below is a full spec of information that Intus Care pulls out of the
partner's EHR system. I hope that this will provide a sufficient backdrop for a more in depth technical conversation about how you are most comfortable with providing regular access to the information. In order to reduce burden on our client's EHR systems (you), and to ensure uptime, our solution stores all of the information in our own databases. Our requirements with respect to your system require the ability to pull the following information ranging from once weekly to once daily in an automated way, at a time that can be configured so as not to load your system (such as 2am when client traffic is low.)

Patient:
      Name, Medicare ID, Medicaid ID, Race, Address, Living Situation, Birthday,
Enrollment Status, Diagnosis Codes (ICD-10), Care Team, Care
      Facility, Careplan, Gender, Medications, Disenrollment Reason, MemberId

Utilization:
      All incident data including Falls, Burns, Infections, General
            - time occurred, time discovered, reported by, patient, location, severity,
etc
      All admissions including Inpatient, SNF,ALF, ER, etc.

CONFIDENTIAL

Intus 001467

- start date, end date, principalDX, admittingDX, facility name, admission type, discharge status, etc.

Please let us know what next steps are in securing access; we are looking forward to working with your team.

**Alex Rothberg**

Founder/CTO

Intus Care, Inc.

 IntusCare

---

**From:** Laura Emery <laura@rtzassociates.com>
**Date:** Friday, April 23, 2021 at 1:13 PM
**To:** Evan Jackson <evan@intus.care>
**Cc:** Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>, Alex Lueth <A.Lueth@seniorcarepartnersmi.org>, "Carinna Sias (carinna@rtzassociates.com)" <carinna@rtzassociates.com>, Melanie Martinez <melanie@rtzassociates.com>, Reagan Parker <reagan@rtzassociates.com>, Tim Cooper <t.cooper@seniorcarepartnersmi.org>, "alex@intus.care" <alex@intus.care>, "interfaces@rtzassociates.com" <interfaces@rtzassociates.com>
**Subject:** Re: Intus Care & SCPP RTZ Integration

Evan,

Thanks for your note and glad to meet virtually as well. I've added interfaces@rtzassociates to this thread, please include them when you forward your API information. This email lists includes the team members that will be reviewing the API and we will follow-up as we have any additional questions.

**CONFIDENTIAL**

**Intus 001468**

Take care,

Laura

--

**Laura Emery** | corporate office | 510.936.6700

**Error! Filename not specified.**

On Fri, Apr 23, 2021 at 10:07 AM Evan Jackson <evan@intus.care> wrote:

Thank you for making the connection Alex,

It's a pleasure to virtually meet you all! Glad to help assist in this process.

I am CC'ing our CTO, Alex Rothberg, who will be sending over our API specifications document. Thanks and Happy Friday!

Best,

Evan

**Error! Filename not specified.**

---

**CONFIDENTIAL**

**Intus 001469**

**From:** Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>
**Sent:** Friday, April 23, 2021 11:08 AM
**To:** Alex Lueth <A.Lueth@seniorcarepartnersmi.org>; Laura Emery <laura@rtzassociates.com>; Evan Jackson <evan@intus.care>; Carinna Sias (carinna@rtzassociates.com) <carinna@rtzassociates.com>; Melanie Martinez <melanie@rtzassociates.com>; Reagan Parker <reagan@rtzassociates.com>
**Cc:** Tim Cooper <t.cooper@seniorcarepartnersmi.org>
**Subject:** RE: Intus Care & SCPP RTZ Integration

Please let me know what is needed ☺

All the best,

*Nicole Holmes,* NHA

**From:** Alex Lueth <A.Lueth@seniorcarepartnersmi.org>
**Sent:** Friday, April 23, 2021 11:47 AM
**To:** Laura Emery <laura@rtzassociates.com>; Evan Jackson <evan@intus.care>; Carinna Sias (carinna@rtzassociates.com) <carinna@rtzassociates.com>; Melanie Martinez <melanie@rtzassociates.com>; Reagan Parker <reagan@rtzassociates.com>
**Cc:** Nicole Holmes <N.Holmes@seniorcarepartnersmi.org>; Tim Cooper <t.cooper@seniorcarepartnersmi.org>
**Subject:** Intus Care & SCPP RTZ Integration

Happy Friday!

I'm writing to introduce you to each other.

RTZ team – this is Evan from Intus who can help get you started on the integration within PCO. I have requested that he send you an API specifications document to get things started.

Evan – here is the RTZ team!

CONFIDENTIAL

Intus 001470

Looking forward to getting things transitioned over – Nicole can assist as needed.

Alex

Alexandria Lueth, MHSA, CPA

Director of IDT Operations and Risk Management

Senior Care Partners P.A.C.E.

Program of All-inclusive Care for the Elderly (PACE)



**Battle Creek || (269) 441-9300**

200 W Michigan Ave

Suite 103

Battle Creek, MI 49017

**Direct:** (269) 441-9332

**Cell:** (269) 267-4169

**Fax:** (269) 269-441-9329

**Kalamazoo || (269) 488-5460**

445 W Michigan Ave, Kalamazoo, MI 49007

**Portage || (269) 280-9560**

800 E Milham Ave, Portage, MI 49002

**Albion || (517) 680-4410**

290 B Drive N, Albion, MI 49224

Email: a.lueth@seniorcarepartnersmi.org
WEBSITE | DONATE | ENROLL | FACEBOOK | CAREERS

*This email may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. If the reader of this message is not the intended recipient, you are hereby notified that any viewing, dissemination, distribution or copy of this email message is strictly prohibited. Per regulation, all personal health information will be maintained confidentially. If you have received and/or are viewing this email in error, please immediately notify the sender and delete this email from your system. Thank you for your attention and cooperation.*

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this

CONFIDENTIAL

message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you

CONFIDENTIAL

Intus 001472

have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

CONFIDENTIAL

Intus 001473