Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:     310.556.8861
Facsimile:      310.553.2165
cweir@ebglaw.com
abeshai@ebglaw.com

Attorneys for Plaintiff
INTUSCARE INC.

*(Additional counsel listed on the following page)*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | *Assigned to Hon. Jon S. Tigar* |
| v. | **STIPULATION RE: COURT ORDER ON MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| RTZ ASSOCIATES, INC. and DOES 1 through 10, | |
| Defendants. | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

STIPULATION RE: COURT ORDER ON MOTIONS TO EXCLUDE EXPERT TESTIMONY

David C. Lee (SBN 193743)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:      (415) 398-3600
Facsimile:      (415) 398-2438
dlee@nossaman.com

Kasia Penn (SBN 306056)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:      (949) 833-7800
Facsimile:      (949) 833-7878
kpenn@nossaman.com

Attorneys for Defendant
RTZ ASSOCIATES, INC.

STIPULATION RE: COURT ORDER ON MOTIONS TO EXCLUDE EXPERT TESTIMONY

On July 8, 2026, the Court issued its order on the parties' motions to exclude expert testimony. (Dkt. 203.) The Court restricted public access to the order, and in a companion order that same day, instructed the parties, "Within seven days of the date of this order, the parties shall file either (1) a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request be sealed, or (2) a stipulation that the parties agree that no redaction is necessary." (Dkt. 204.)

Plaintiff IntusCare Inc. and Defendant RTZ Associates, Inc. hereby stipulate that no redaction of the order on the parties' motion to exclude expert testimony (Dkt. 203) is necessary.

Dated: July 13, 2026                     EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Charles E. Weir*
      Charles E. Weir
      Andrew M. Beshai

      Attorneys for Plaintiff
      INTUSCARE INC.

Dated: July 13, 2026                     NOSSAMAN LLP

By:   */s/ David C. Lee*
      David C. Lee
      Kasia Penn

      Attorneys for Defendant
      RTZ ASSOCIATES, INC.

STIPULATION RE: COURT ORDER ON MOTIONS TO EXCLUDE EXPERT TESTIMONY