EPSTEIN BECKER & GREEN, P.C.
Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
1925 Century Park East, Suite 500
Los Angeles, California  90067-2506
Telephone:     310.556.8861
Facsimile:     310.553.2165
CWeir@ebglaw.com
abeshai@ebglaw.com

*Attorneys for Plaintiff*
INTUSCARE INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | Assigned to: Hon. Jon S. Tigar |
| v. | **DECLARATION OF ANDREW BESHAI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO RTZ'S OMNIBUS MOTIONS IN LIMINE** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendant. | *[Filed concurrently with: 1) Oppositions to Motions in Limine, and 2) Declaration of Kristopher Hult]* |
| | Pretrial Conference: July 31, 2026<br>Time: 2:00 p.m.<br>Crtrm: 6 |
| | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

1

## DECLARATION OF ANDREW BESHAI

I, Andrew Beshai, declare as follows:

1.      I am an attorney licensed to practice before this Court and a partner at Epstein Becker Green. I am counsel of record for Plaintiff IntusCare Inc. ("Intus") in this action. I have personal knowledge of the matters stated herein or have learned them through my involvement in this case, and if called as a witness, I could and would competently testify thereto.

2.      A true and correct copy of the relevant deposition testimony of Robbie Felton is attached hereto as **Exhibit A**.

3.      A true and correct copy of email communications between counsel for the parties produced by RTZ in this case at RTZ000440–476 are attached hereto as **Exhibit B**.

4.      True and correct copies of High Desert emails produced by Intus in this action at Intus 018967, Intus 019200, and Intus 019502 are attached hereto as **Exhibit C**.

5.      A true and correct copy of email communications between Intus and RTZ produced by Intus in this action at Intus 001538 is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2026, at Los Angeles, California.


                                    */s/ Andrew Beshai*_____
                                    Andrew Beshai

DECLARATION OF ANDREW BESHAI IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO RTZ'S OMNIBUS MOTIONS IN LIMINE

FIRM:70845598v2

# Exhibit A

# Deposition Transcript

Case Number: 4:24-cv-01132-JST
Date: April 8, 2026

In the matter of:

# INTUS CARE, INC. v RTZ ASSOCIATES, INC., et al.

# JOHN ROBERT FELTON

# CONFIDENTIAL



Reported by:
JENNIFER L. BERNIER

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

Page 78

Q.   All right.  If you turn to the first page of the exhibit, Ms. Ferrara now weighs in and says: Thanks, Dylan.  Can you provide the NDA that you would like us to sign?

Do you see that?

A.   Yes.

Q.   All right.  And Dylan provides a copy of the requested NDA.  And then if we look at the email at the top of the first page, Ms. Ferrara writes to you and says:  Good morning, Robbie.  Who has the authority to sign this document and other similar documents in the future?

Do you see that?

A.   I do see that.

Q.   Okay.  Who at this point in September of '22 was the decision-maker at Intus about whether or not they would sign NDAs?

A.   Legal counsel.

Q.   But ultimately, somebody in the management team is going to make a decision based on whatever counsel may get, correct?

A.   We were heavily deferential to our legal counsel.

Q.   Okay.  Do you recall having discussions internally about RTZ's NDA and its contents?

Page 79

MR. WEIR:  Since you raised legal counsel being involved, I just caution you that you can answer the question as long as you're not disclosing communications that you had with legal counsel about these issues.

THE WITNESS:  Right.

I'd say substantive -- any and all substantive conversation was most likely with legal counsel.  At the time, it was A. Chiulli.

(Reporter clarification.)

THE WITNESS:  A. Chiulli, Alex -- sorry, Alex Chiulli.

BY MR. LEE:

Q.   Okay.  So I want to make sure I'm understanding.

Do you recall having any discussions about RTZ's NDA outside of the presence of counsel?

A.   I'm sure there was some discussion about the receipt of it, but we -- any discussion around the details of the NDA we were workshopping with legal, as far as I remember.

Q.   Okay.  Did you develop any independent impressions about the language within RTZ's NDA?

A.   I'm sure at the time I had assumptions surrounding it that were -- were confirmed by legal or reviewed by legal.

Page 80

Q.   Okay.  What were your independent impressions of the NDA?

A.   My independent impression?

MR. WEIR:  Just make sure you understand.  So he's drawing a distinction there.  If you had a --

I presume you're okay with this.

If you had an independent recollection that had nothing to do with your conversations with Alex, he's entitled to know that.  If you're just going to spit back what Alex told you, he's not entitled to know that.  So if you can draw that line in your head, you know, stuff that you developed independently of Alex about the NDA, tell him.  If you can't or it's all going to be some sort of privileged discussion, then it's privileged and I'd instruct you not to answer.

Does that make sense?  Can you understand --

THE WITNESS:  Yeah.

MR. WEIR:  -- the line that's been drawn there?

THE WITNESS:  Yeah.

BY MR. LEE:

Q.   Yeah.

A.   I'd say most of my feelings towards it, which were confirmed eventually by legal, is that was a right to revoke data access at any point in time which wasn't palatable.

Page 81

Q.   A right to revoke data access or a right to revoke access to PACECare?

A.   In this case, essentially one and the same. Because that's the way to extract information from PACECare.  That's the -- there's no seamless way to extract the clinical information.

Q.   Okay.  But again, I don't want to beat this dead horse, but I just want to make sure I'm understanding.

You're aware that PACECare has a reporting functionality, correct?

A.   Nonrobust reporting.

Q.   Well, you can qualify it as you like, but you're aware that PACECare has a reporting functionality, correct?

A.   Yes.  You can generate some reports from PACECare is my -- my understanding.

Q.   Okay.  And those reports, again, would be capable of providing the data that would power Intus's Pop Health dashboards, correct?

MR. WEIR:  Objection.  Lacks foundation.  Calls for speculation.

THE WITNESS:  Can you provide more clarity?

BY MR. LEE:

Q.   Sure.  And look, I -- I'm not trying to make

Page 82

this more complicated.

Alex Rothberg and Evan Walters have both confirmed that data that can be manually extracted from PACECare would be used and could be ingested into Intus's Pop Health dashboard. My question is simply: Are you able to confirm that that's, correct?

MR. WEIR: Same objections.

If you can -- if you understand what he's talking about, you can answer.

THE WITNESS: I mean, there are qualifications, for sure.

BY MR. LEE:

Q. What qualifications?

A. Information can be downloaded, I assume, from the system manually; however, not in a way that allows us to meet the client need, which is robust reporting to support patient care, not in a way that is palatable to the clients.

Q. And when you say not in a way that's palatable to the clients, that's your impression, or that is conversations that you specifically had with clients who told you that?

A. That is my impression from conversations our team has had with clients.

Q. But those are conversations that you didn't

Page 83

personally have; you just heard about them secondhand?

A. Correct.

Q. Okay. Anything else about RTZ's NDA that you developed an impression independent of discussions that you had with legal counsel?

A. Not that I recall.

Q. Okay. So just to put a bow on this, so you've told me about all of the impressions that you can recall concerning RTZ's NDA?

MR. WEIR: Well, that weren't -- that weren't --

THE WITNESS: That weren't privileged.

BY MR. LEE:

Q. That aren't informed by counsel --

A. The legal, yeah.

Q. Okay. Do you recall having discussions internally about whether or not Intus -- separate and apart from legal counsel discussions, Intus was willing or unwilling to execute RTZ's NDA?

A. I'd say not in the -- not in the absence of legal counsel's opinion.

Q. Okay.

A. To my recollection.

Q. Okay. And so at least as you sit here today, you're not able to provide testimony about any conversations concerning Intus's acceptance or

Page 84

nonacceptance of RTZ's NDA because that's all privileged?

A. When we receive documents of a legal nature, our first directive is to share it with legal counsel for review. So immediately after sharing, I assume it was shared with legal counsel and we began discussions from there.

Q. Which I appreciate, but I -- I want you to listen to my question and answer that question. Okay?

MR. LEE: Would you mind reading my last question back?

(Record read as requested.)

THE WITNESS: Can you reframe the question or restate it?

BY MR. LEE:

Q. Yes.

As you sit here today, you're unable to testify about discussions of whether Intus was or was not going to sign RTZ's NDA because any discussions that you recall would have been with legal counsel on that subject, correct?

A. Yes. Our -- our opinions were primarily formed by legal counsel.

Q. Okay. And you're not going to testify about those opinions because they're privileged?

Page 85

MR. WEIR: Well, because I'm instructing him not to disclose privileged information is why he's not testifying about them. So yes.

It's the same admonition. If there's communications you had with counsel about this, don't disclose them. If there are other communications that don't involve counsel or involve third-party communications with RTZ, you can tell him about that.

THE WITNESS: Okay. I don't recall any specific communications that were not either with or informed by counsel.

BY MR. LEE:

Q. Okay. Can you tell me who -- I'll ask it differently.

You're aware that Intus opted not to sign the NDA that it presented to -- I'm sorry -- that had been presented by RTZ, correct?

A. We opted to redline it.

Q. In lieu of signing the version that was presented to you?

A. Yes.

Q. Okay. Can you tell me whose decision it was to redline it, or is that privileged?

A. It was the directive of legal counsel.

MR. WEIR: Yeah. You were just discussing it,

JOHN ROBERT FELTON
APRIL 08, 2026

CONFIDENTIAL

JOB NO. 2563313

Page 134

Mr. Felton, you'll recall, if you look at the bottom of the first page, this is an email thread between you and Mr. Zawadski that we had already looked at in connection with the access agreement that you would send to RTZ. Do you recall that?

A. Yes.

Q. Okay. So this is a situation in which -- or an email in which Mr. Zawadski had told you, you know, what you sent, you know, as an access agreement is completely different than the redlines.

And so you respond to Mr. Zawadski a day after his email to you, and you say: Hello, Mike. Are you open to discussing a business arrangement for us to access PACE programs data? We would love to work together to add value to our mutual PACE clients.

Do you see that?

A. Yes.

Q. Okay. What was, in your mind, the business arrangement that you were contemplating at the time that you wrote this?

A. I recall it being data access and then some compensation for us mutually creating an integration pipeline and having access to the data, and then just ensuring that there was a collaborative partnership because, like, it's in the patient and the provider best

Page 135

interest for vendors to work well together. So that was the -- the spirit of the business arrangement in the email.

Q. Okay. And was this a -- this business arrangement that you've described essentially in response to the cease-and-desist letter that you had received the day before?

A. I think it was in response to us wanting to access the program's data and wanting to get the relationship back on track.

Q. And so this was a pivot away from dealing with NDAs and more towards a different type of collaborative relationship?

A. Well, same -- same thesis of we need data access. So what sort of business arrangement works for Mike to provide us with data access so we can provide a critical service to the client. So it's ultimately in the client's best interest for us to be working together, so let's figure it out.

Q. All right. Are you aware of whether the idea of a business arrangement was acceptable to RTZ?

A. I think Mike responded to this email. Whether or not he was open to it, I don't have the email in front of me. I assume it's probably one of the subsequent exhibits.

Page 136

Q. Okay.

A. But in the end, he said he was not interested or not had the timing -- time to explore a business arrangement, or something to that effect is my recollection.

MR. LEE: It's already marked.

(Deposition Exhibit 51 was previously marked for identification.)

BY MR. LEE:

Q. Mr. Felton, apologies. Unfortunately, this is just kind of the hazards of this stuff. This has been -- what I've handed you has been previously marked as Exhibit 51. It's a large document. You don't need to read through it.

The only thing -- only reason why I am providing it to you is if you look at the first page, it's an email from Mr. Chiulli to me dated November 17th, 2022. Do you see that?

A. Yes.

Q. And he says: David, attached are proposed --

Hold on. Did I screw up here? Oh, my apologies.

Okay. It says: Attached are proposed redlines to the NDA, which I had hoped to turn around sooner but was met with an unexpectedly busy week. As

Page 137

discussed, Intus is comfortable using RTZ's NDA and sought to keep redlines to a minimal for clarity.

And then he attaches what has been marked -- previously marked as Exhibit 50.

(Deposition Exhibit 50 was previously marked for identification.)

BY MR. LEE:

Q. And these are redlines of RTZ's initial NDA. Do you see that?

A. Yes.

Q. Okay. Were you at all involved in redlining the NDA?

A. Our legal counsel redlined the NDA.

Q. Yes, which I get. My question is whether you were involved in that effort at all.

A. I don't think I was touching the document, but I'm sure I was on conversations or calls with our legal counsel discussing the NDA as it was being redlined.

Q. Okay. Now, you had mentioned before, in the service disruption emails that we looked at previously, that Intus was engaging in diligent efforts to try and reach an agreement with RTZ. Is this one of the forms of diligent effort?

A. I don't recall.

Q. Okay.

# Exhibit B

Message

---

**From:**     C. Alexander Chiulli [AChiulli@savagelawpartners.com]
**Sent:**     2/27/2023 12:20:04 PM
**To:**       David C. Lee [/o=Nossaman/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=65390a52f4034421a9b8c0a88f86e83b-Lee, David C.]
**Subject:**  [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Following up on below.  Does Michael/RTZ have feedback?

Thanks,

## C. Alexander Chiulli, Esq. | Partner





**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com



*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

---

**From:** C. Alexander Chiulli
**Sent:** Friday, February 3, 2023 4:16 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Following up.  Attached is the Business Case from Intus.   As some additional commentary, the Business Case contemplates further, more expansive discussion between our clients.  Robbie and Evan are happy to answer any

RTZ0000440

questions related to it and are eager to arrange a time to meet with Michael.  They wished to convey that they think an in-person meeting would be productive and beneficial for all.  They can adjust their schedules to travel for one.  Thanks,

Alex

## C. Alexander Chiulli, Esq. | Partner



**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com





*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, February 1, 2023 4:29 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Thanks. Alex.  I'll let Mike know.

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235



SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the

RTZ0000441

intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Wednesday, February 1, 2023 1:07 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Hope the week is going well.

Brief note to pass along that the Intus team (Robbie, Evan, Alex, etc.) worked on and expect to have a business case for RTZ ready to share soon.

Best,

## C. Alexander Chiulli, Esq. | Partner



**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com





*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Monday, January 9, 2023 11:29 AM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:  Tuesday at 10:00 (PST) works best for me.  What is the best # to call?  Thanks.

David

RTZ0000442

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

 **NOSSAMAN** LLP

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Friday, January 6, 2023 4:46 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] Re: Intus Care/RTZ Associates: Data Integration/Data Extract

Thanks David.  Sounds good.  How about a time between 11-3:30 EST / 8 -12:30 PST?  Or Tuesday, 11-3:00 EST / 8 - 12 PST?  Any of those times will work on my end.


> On Jan 6, 2023, at 6:43 PM, David C. Lee <dlee@nossaman.com> wrote:
>
>
> Alex:  Let's plan a call for early next week.  Let me know what days/times work for you.
>
> David
>
>
> **David C. Lee**
> Attorney at Law
> NOSSAMAN LLP
> 50 California Street, 34th Floor
> San Francisco, CA 94111
> dlee@nossaman.com
> T 415.398.3600   F 415.398.2438
> D 415.438.7235
>
>
> <image002.png>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Friday, January 6, 2023 9:24 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] Re: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

RTZ0000443

No problem and hope all is well on both fronts.

I just saw this coming out of a meeting and texted Robbie to hold off.

Thanks,

Alex

On Jan 6, 2023, at 10:21 AM, David C. Lee <dlee@nossaman.com> wrote:

Alex:  Apologies for the late response.  We had power outage issues yesterday, combined with a daughter recovering from a minor medical procedure.

Thanks for the heads up below.  Please ask Mr. Felton to hold off on contacting Mike directly.  I am talking with him later today to get his reaction to a proposed meeting.  Thanks.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

<image007.png>                                    SUBSCRIBE TO E-ALERTS
                                                   nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Thursday, January 5, 2023 12:35 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Hope you had a nice New Year.  Wanted to quickly touch base with you on below and send along an update.

My client, specifically Robbie Felton, liked the idea of meeting with Michael Zawadski very much.  He just emailed me that he is planning on reaching out to Michael directly tomorrow/soon to send a friendly request to meet because he's going to SF next week (as is Evan Jackson too) and hoping to find time to get together.  I told him I'd like to

RTZ0000444

first send you a note to let you know.   I'm available to chat/connect as best/needed.  If any update on your end to pass along, I'll convey back to Robbie right away.   Thanks,

## C. Alexander Chiulli, Esq. | Partner

<image002.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image003.jpg>                                         <image004.jpg>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Friday, December 30, 2022 2:41 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Thanks again for yesterday's conversation.  As discussed, I wanted to get back to you on some of the questions/items we discussed.  Happy to supplement as needed.  Anything missing is inadvertent.   As we've noted, I'm confident that we can come together to draft language that meets any concerns or challenges once we have them identified, etc.

1. Regarding the question of EHI, our thinking and understanding had been that it is/would be cleanest to use a widely accepted and statutory definition of EHI per the Cures Act to avoid any ambiguity.  Nothing that would be unique to either RTZ or Intus.  This does/would, for clarity, not include anything proprietary to RTZ.  But it also occurred me that we had at one point shared an "RTZ Reporting Elements" PDF.   Overall, the PDF described the "clicks" that Intus would need make to download the report and raw EHI data, which I believe comes in a CSV/Excel file.  It more specifically included "EHR Fields" for different categories such as "Incidents" or "Hospitalization," etc.   The "EHR Fields" are the raw EHI data that Intus would access.   In this way, this PDF may provide some of the granular and technical detail that we discussed would be useful.  Like I noted, happy to supplement.

RTZ0000445

2. Regarding the question of scope of access, the same "RTZ Reporting Elements" PDF includes "EHR Path" for the different categories.   As noted above, the "EHR path" is essentially what would need to be "clicked" to access/build/download the CSV/Excel file with the data points listed for the EHR Fields.  In short, Intus needs only, and would do nothing beyond, these "clicks" to access the Custom Export Reports to download the CSV/Excel files that provide the raw EHI data.

I've reattached the PDF for easy reference.

Relatedly, and I think importantly, Intus wishes to convey that it/they would be eager to meet with Michael Zawadski directly, and would also be eager to transparently answer any questions he has about Intus' business, technology, and otherwise.  The team asked me to also make sure to include in this email and upfront that it is not an EHR company, and that it is willing and wants to work with Michael to make that clear and alleviate any concerns (whether business, tech, IP, etc.).

As it works out, Robbie Felton (CEO) and Evan Jackson (COO) will be traveling to CA from the 9th to the 12th.  They could rearrange their plans in order to go to Michael to meet.  Alex Rothberg (CTO) could also join as needed and be available to answer any tech specific questions.   Could you let me know if Michael would be available these days? If not the 9th to 12th, Robbie/Evan/Alex can fly out another time.  They appreciate that Michael is extremely busy and would like to see if they could reserve an opening in his calendar now for the near future if you could share some alternative dates.  Hopefully they could meet sooner than later.

In full candor, Robbie/Evan/Alex really liked the idea of meeting.  They thought it could be really productive to meet with Michael in person and to directly listen to his concerns and answer his questions.   They were hopeful that Michael would agree.  The sentiment was that meeting could go a really long way towards improving the relationship between the companies and making sure that the necessary transparency and trust exists.   Time permitting, they also thought it could be a good opportunity to discuss some of the business reasons (besides their shared customers) for the companies helping one another grow their businesses, as well as for having a good, working relationship between them and Robbie/Evan/Alex personally with Michael.

Thanks again and I'll watch for your response after you speak with Michael.   If possible, please let me know as soon as you can on the 9th to the 12th so that Robbie/Evan/Alex can adjust their travel and schedules as needed.  I'm hopeful a meeting can happen then and know they are too.

Happy new year!
Alex


## C. Alexander Chiulli, Esq. | Partner


&lt;image002.jpg&gt;

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

RTZ0000446

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image003.jpg>                                  <image005.jpg>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Wednesday, December 28, 2022 4:39 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

My cell is best.  401.226.3350.

Talk to you tomorrow and have a nice evening,

## C. Alexander Chiulli, Esq. | Partner

<image002.jpg>                          **SAVAGE LAW PARTNERS, LLP**
                                        564 South Water Street, Providence, RI 02903

                                        Phone: 401-238-8500 | Fax: 401-648-6748
                                        Direct: 401-238-1209

                                        achiulli@savagelawpartners.com

                                        www.savagelawpartners.com

<image003.jpg>                                  <image004.jpg>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, December 28, 2022 4:35 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

RTZ0000447

10:30 (PST) is fine.  Please provide the # to call.  Thanks.

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

\<image006.png\>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be
attorney-client privileged and/or protected from disclosure as attorney work product. If
you have received this e-mail message in error or are not the intended recipient, you may
not use, copy, nor disclose to anyone this message or any information contained in it.
Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Wednesday, December 28, 2022 1:30 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Great.  Thanks.

I can do 10 PST/1 EST  or 10:30 PST/1:30 PST  if that works for you?

# C. Alexander Chiulli, Esq. | Partner

\<image002.jpg\>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

\<image003.jpg\>                                    \<image004.jpg\>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that*
*privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in*
*or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or*
*contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

RTZ0000448

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, December 28, 2022 4:26 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:

I will be talking with RTZ at some point today. Let's plan for a call between us tomorrow morning. Any time after 10:00 (PST) works for me. Let me know what works for you.

David


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235


<image006.png>                               SUBSCRIBE TO E-ALERTS
                                              nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Wednesday, December 28, 2022 9:16 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Sounds good and thanks. Please keep me updated.

## C. Alexander Chiulli, Esq. | Partner


<image002.jpg>                               **SAVAGE LAW PARTNERS, LLP**
                                              564 South Water Street, Providence, RI 02903

                                              Phone: 401-238-8500 | Fax: 401-648-6748
                                              Direct: 401-238-1209

                                              achiulli@savagelawpartners.com

                                              www.savagelawpartners.com


<image008.jpg>                                              <image009.jpg>

RTZ0000449

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, December 28, 2022 12:07 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex: Thanks for the email. Let me present it to my client for review and comment. I'd like to get his feedback before we jump on a call. I will see if I can get audience with him today. Thanks.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

<image006.png>                              SUBSCRIBE TO E-ALERTS
                                            nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Wednesday, December 28, 2022 9:03 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

I had a nice holiday, and hope you did too.

1. Drawing from our discussions, I trust that you can appreciate that the purpose of my email was to frankly convey my client's justified frustrations, and that I conveyed these so that the productivity of our discussions can be maintained. It is hard to argue that Intus has not been patient and that significant time has not been afforded for all for travel and busyness. In short, it is time to get this NDA done. That way, Intus and RTZ can report the resolution and progress to the programs. This is good for each of our clients, and I do not think we are far apart. I hope you will continue to stress to your client that the resolution of this matter is indeed a pressing priority for the programs. ***In that regard, are***

RTZ0000450

*you available today to speak?  I maintain that those phone discussions have been most productive and know that you agree as well.*

2.  Regarding your question about access, the general answer is that only enough access is needed for the programs/Intus (as its/their business associate) to obtain the EHI.  All that is needed from RTZ is either to provide a "single file" (so to speak) with the EHI, or limited access to PACECare so that the program/Intus (as its/their business associate) can obtain the EHI.  Nothing else would be needed or done.   One of the solutions we previously proposed was that RTZ provide a "single file" of the EHI on a determined interval so that no access to PACECare at all is involved.   Relatedly, to the extent that any extra work might be needed from RTZ to do this (or elsewhere), Intus reiterates its willingness to compensate RTZ accordingly.

3.  Lastly, the NDA as drafted by RTZ set forth limitations on access.  It reads "Each Intus Assignee may only access PACECare within the United States through their provided own named account and unique log-in credentials.  Such access shall be limited to the minimal amount necessary to perform services contracted by – and for the sole benefit of – the Customer ("Purpose")."  This is the language that RTZ included, and we didn't revise it at all, except to make it clear that this was the sole "Purpose" of the access.   If RTZ has further specific language it would like to add around these terms, please share it along with any other redlines as soon as possible.  Again, I do not think we are far apart.   Also, my December 9th email below may be helpful around understanding the nature/scope of access.  The access would be replicating that.   I've copied it below for easy reference, with the potentially most useful portion bolded.

    1.  "The NDA, as intended by RTZ, contemplates minimal access to PACECare's client interface (i.e., "front end") so that the EHI can be obtained.  This would be consistent with accessing the EHI to date.  If helpful, this is why the prior draft agreements we put together were focused on the "front-end."  This was done to keep access limited/minimal and as had worked for the programs.  Intus has only seen the client interface of PACECare enough to obtain the EHI.  Knowing that the term "front-end" can be a bit squishy, some additional elaboration.  **Intus is a business associate of the PACE programs and, acting in that role with the program's approval/direction, used login information from the programs to obtain the EHI through the software's available standard expanded exports and download option.**  Another way of thinking about it is that Intus has not seen, used, or accessed PACECare in any way that is different from how the PACE program or a PACECare user would/has/is authorized."

Hopefully, this email and explanation continues to move us forward.  We are anticipating finalizing the NDA in the very near future.  If this is not feasible or unlikely, please let us know as soon as possible what is holding things up/the concern so we can address it pointedly and quickly, and also when we should anticipate finalization so that we can keep the programs informed and let them know that the present scenario is not indefinite or without good cause.

Alex

RTZ0000451

**C. Alexander Chiulli, Esq. | Partner**

&lt;image002.jpg&gt;

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

&lt;image010.jpg&gt;                                    &lt;image011.jpg&gt;

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i
privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in
or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or
contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Tuesday, December 27, 2022 7:51 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex: I hope you had an enjoyable holiday. I respond to your email as follows:

1. Contrary to your or your client's suggestions, RTZ has not engaged in any intentional delays at all. I made repeated efforts to apprise you of my clients' travels and limitations on connectivity. While I can appreciate the fact that Intus seeks a faster response, its own interests are not the only variables in play. My client is also extremely busy on a multitude of fronts. And bluntly stated, your veiled threats of a "more adversarial approach" are neither productive nor intimidating. Intus' past aggression, in word and deed, have merited our caution. So please understand that such thteats do noting to facilitate a cooperative environment.

2. More substantively, you previously indicated that Intus seeks access to a "single file," i.e., the expanded extracts. As I have stated previously, Intus can already obtain those extracts directly from its clients by simply asking them to send it to Intus - even if Intus has no access to RTZ's software. As such, RTZ is not creating any business hardship to Intus or its clients. This route would seem the simplest and save time of preparing a cost agreement to produce and send the file.

3. Which leads me to this point: Assuming the above is correct (i.e., that Intus only seeks access to the expanded extract), we seek a clarification on an issue given your email below. If Intus is provided access to the single file (i.e., the

RTZ0000452

expanded extract), is anything else requested of RTZ? In other words, does Intus only need RTZ to provide that single file with no other actions on the part of RTZ, or other "access" by Intus? I ask because the NDA, as modified, does not specify the nature of Intus' requested access. Knowing the parameters of the requested access – and the role of RTZ in connection with that access – obviously impacts the content of the NDA.

As you have noted, our conversations have been productive to date. I certainly endeavor to maintain that level of productivity. But please refrain from making threats. They are counterproductive.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

&lt;image006.png&gt;

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, December 27, 2022 10:27 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Please let me know where we stand on the NDA.

In full candor, my client's patience is wearing _very very_ thin. This is also true of the Intus Board. They feel they have sent over multiple reasonable agreements (i.e., proposed solutions) that have been rejected. More specifically, it has now been 40 days since we sent the redlines to the NDA on 11/17, which redlines (as we discussed) were minimal and straightforward in nature. There is nothing substantively difficult to them, nor do they depart from the process that RTZ itself described in the NDA. We have also provided answers to the posed questions about the redlines and quickly supplemented with requested information.

Justifiably, my client does not understand the delay in a response. They find it to be consistent with past delays from RTZ in responding to their inquiries about "data integration/EHI access," which suggests that RTZ does not truly wish to reach an agreement, or prioritize one, and that a more adversarial approach is necessary. I thought our conversations were productive, and know you did too, and that we

RTZ0000453

reported the same to my clients.  But my client's experience doesn't match my reporting.

Our shared hope was to turn down the temperature on this dispute to help get us over the finish line before the year end.  However, the pace at which this is moving is exceedingly slow and increasingly difficult for my client to view as occurring in good faith.  The PACE programs are also increasingly inquiring about the status of the discussions and this matter is having a real effect on their operations and patients.   Intus needs and plans to send an update in the near future, and had hoped that any updated would be about having reached an agreement rather than anything to the alternative.

Lastly…. to the extent that RTZ's CEO is traveling or away, is he not checking email at all (which appears hard for my client to believe considering his role).  Or, is there someone else at RTZ that can review the language and provide the feedback?  It would seem that there has to be another executive or manager that can handle this matter/the NDA or can be given authority to handle it?

I am happy to discuss by phone.

Alex

## C. Alexander Chiulli, Esq. | Partner

<image002.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image012.jpg>                                    <image013.jpg>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Wednesday, December 21, 2022 4:13 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,  I assume no word?

RTZ0000454

Thanks,

## C. Alexander Chiulli, Esq. | Partner

<image002.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image014.jpg>                    <image015.jpg>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Thursday, December 15, 2022 4:11 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Thank you, David.  I appreciate the note/update and for letting us know that this is top
of mind.

## C. Alexander Chiulli, Esq. | Partner

<image016.png>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image017.png>                    <image018.png>

RTZ0000455

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Thursday, December 15, 2022 11:51 AM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:  I'm just following up.  Mike is somewhere in Asia, and I have not yet heard back from him.  He is clearly off the grid.  Again, I will keep you updated, but know that I have this issue top of mind.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

<image006.png>                                    SUBSCRIBE TO E-ALERTS
                                                    nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** David C. Lee
**Sent:** Tuesday, December 13, 2022 9:23 AM
**To:** 'C. Alexander Chiulli' <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Hi, Alex.  I actually put an email to my client this morning following.  As I mentioned, he is traveling in Asia so I can't promise a response by the end of today.  But I'm pinging him for response.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

RTZ0000456

\<image006.png\>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, December 13, 2022 9:18 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Checking in by client request.

Will RTZ be able to respond to the NDA today?

I am available by phone as well.  401.226.3350.

Regards,
Alex

## C. Alexander Chiulli, Esq. | Partner

\<image016.png\>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

\<image017.png\>                    \<image018.png\>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Friday, December 9, 2022 1:04 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

RTZ0000457

David,

Thanks for the time yesterday.   The hope/goal is to be able to let the programs know before the holiday break and new year that there's a resolution.  It seems that we should be close.   As asked, some further information to help expediate.

The NDA, as intended by RTZ, contemplates minimal access to PACECare's client interface (i.e., "front end") so that the EHI can be obtained.  This would be consistent with accessing the EHI to date.  If helpful, this is why the prior draft agreements we put together were focused on the "front-end."  This was done to keep access limited/minimal and as had worked for the programs.  Intus has only seen the client interface of PACECare enough to obtain the EHI.

Knowing that the term "front-end" can be a bit squishy, some additional elaboration.   Intus is a business associate of the PACE programs and, acting in that role with the program's approval/direction, used login information from the programs to obtain the EHI through the software's available standard expanded exports and download option.  Another way of thinking about it is that Intus has not seen, used, or accessed PACECare in any way that is different from how the PACE program or a PACECare user would/has/is authorized.   Hopefully, this helps and please let me know if any questions.   I'll watch for your draft/comments.  By end of day Monday would be greatly appreciated if workable.   Thanks again,

Alex

## C. Alexander Chiulli, Esq. | Partner

<image016.png>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

<image017.png>                                    <image018.png>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Wednesday, December 7, 2022 11:58 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

RTZ0000458

Tomorrow at 12:30 PST/3:30 EST works for me.   I'll send a cal invite.  What is the best number to reach you then?

## C. Alexander Chiulli, Esq. | Partner

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Wednesday, December 7, 2022 11:16 AM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:  I am buried in summary judgment activities today and tomorrow.  That said, can we talk tomorrow -- today is bad for me.  Tomorrow I can talk at 12:30 (PST) if that works for you.  Let me know.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

SUBSCRIBE TO E-ALERTS
                                       nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If

RTZ0000459

you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Wednesday, December 7, 2022 6:25 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Thank you for the note.   I know how it can be, and hope the depos are going relatively well.

Are you in depositions today?  It would be great if we could speak briefly today, and for me to be able to report back to my client that we did.

I suspect no more than 15 minutes would be needed.   I'd like to provide some context, and also discuss the timeline of completing the NDA with the holidays upcoming and client questions to Intus about the status of the relationship increasing in frequency.   Candidly, I think it'd be great for our clients to be able to convey that a resolution was reached before the holidays and in place for the start of 2023.  From your questions, I'm encouraged that we could make that happen.

Regarding your questions, my initial thoughts (as may change/we can discuss) are as follows.

1.  The NDA was drafted as forward looking so we stayed in that context.   But we are happy to address the expressed concern.   I'm confident that we can find the right language, once we have a better sense of the concern etc.   For example, with appropriate nuance in the language, we could possible look at making the NDA retroactive.

2.  As for the EHI/PHI, I understand your concerns.  The line "This Agreement does not change or affect either Party's obligations, at law or otherwise, concerning electronic health information or protected health information" is intended to make sure that any BAAs are not disrupted and that the EHI/PHI remains protected by HIPAA, etc.    I have used similar language in similar agreements but no pride in authorship if you'd like to revise, tweak, make more express.

Alex

## C. Alexander Chiulli, Esq. | Partner

<image016.png>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

RTZ0000460

www.savagelawpartners.com

<image017.png>                              <image018.png>

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Tuesday, December 6, 2022 8:19 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:

My apologies for the delayed response -- I have been buried in serial depositions that last couple of weeks. We have had a chance to look at the draft you sent over, and we had a couple of initial questions which you can hopefully answer:

1. The NDA appears to be a forward-looking agreement. However, we're aware that Intus did gain prior access to RTZ's system. How do you propose we address that issue? I ask, because your clients know what they accessed, and that could impact how we deal with the issue.

2. You have inserted the following language: "For purposes of clarity, Confidential Information does not include information that, at the time of disclosure is (a) in the public domain, (b) already known by the recipient, (c) rightfully obtained from a third party, or (d) independently developed apart from the Confidential Information, nor does Confidential Information include electronic health information or protected health information. This Agreement does not change or affect either Party's obligations, at law or otherwise, concerning electronic health information or protected health information.

What is the basis for concluding that Confidential Information does not include EHI or protected health information. Obviously, there could be some HIPAA implications with this statement. So we just wanted to make sure we understood what this means (mindful of the last sentence in that same sentence).

David


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438

D 415.438.7235

<image006.png>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Thursday, November 17, 2022 2:26 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Attached are proposed redlines to the NDA, which I had hoped to turn around sooner but was met with an unexpectedly busy week.  As discussed, Intus is comfortable using RTZ's NDA and sought to keep redlines to it minimal/for clarity.   Please do not hesitate to call me with any questions around them.  Our last phone conversation was productive.   I hope to continue it, and I'm confident that we'll be able to work through any specific language or concerns.

Thanks again,


## C. Alexander Chiulli | Partner


<image019.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*


**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Thursday, November 10, 2022 5:58 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:

As we discussed, attached is Word version of RTZ's NDA.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

<image006.png>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, November 8, 2022 12:58 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Yes, that will be plenty.   And if you need to adjust still, no problem.  Just let me know and we can look at another time.

## C. Alexander Chiulli | Partner

<image019.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Tuesday, November 8, 2022 3:56 PM

RTZ0000463

**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

By the way, my apologies, but I misread my calendar for tomorrow.  I have a hard stop at 10:00 – but I suspect 30 minutes is more than enough for our discussion, yes?


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235


<image006.png>                         SUBSCRIBE TO E-ALERTS
                                        nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, November 8, 2022 12:54 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

No worries and sounds good.  Thanks.

## C. Alexander Chiulli | Partner


<image019.jpg>                          **SAVAGE LAW PARTNERS, LLP**
                                        564 South Water Street, Providence, RI 02903

                                        Phone: 401-238-8500 | Fax: 401-648-6748
                                        Direct: 401-238-1209

                                        achiulli@savagelawpartners.com

                                        www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*


**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Tuesday, November 8, 2022 3:42 PM

RTZ0000464

**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Sorry.  Yes.  9:30 (PST)/12:30(EST) is fine.  I'll call your cell then.


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235


<image006.png>

SUBSCRIBE TO E-ALERTS
nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, November 8, 2022 12:38 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Thanks.  I imagine those are PST times?

Would 12:30 EST work?

Best to reach me on my cell phone.  401.226.3350.


## C. Alexander Chiulli | Partner


<image019.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

RTZ0000465

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Tuesday, November 8, 2022 3:29 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Sure. Tomorrow works at the following times: 9:30-10:15 and 12-3:00. Pick a time and let me know what # to call. Thanks.

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

<image006.png>                           SUBSCRIBE TO E-ALERTS
                                          nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Tuesday, November 8, 2022 12:26 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Could we coordinate a time to speak this week? I believe that may the most productive avenue.

For some times, I am available:

1. Tomorrow before 3,
2. Thursday before 12, and
3. Friday from 9-10 and then 11-12.

Thanks,

## C. Alexander Chiulli | Partner

<image019.jpg>                    **SAVAGE LAW PARTNERS, LLP**
                                  564 South Water Street, Providence, RI 02903

                                  Phone: 401-238-8500 | Fax: 401-648-6748
                                  Direct: 401-238-1209

RTZ0000466

achiulli@savagelawpartners.com

www.savagelawpartners.com

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i
privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in
or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or
contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Monday, November 7, 2022 3:30 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:

We have had an opportunity to review and consider your points below.  In the spirit of
transparency, we are frankly baffled at the aggressive tone and veiled threats inserted in
your communication.  We are equally confused by Intus' tactics.  RTZ, on multiple
occasions, has reiterated its willingness to grant Intus access to its proprietary PACECare
software.  As you acknowledged below, RTZ simply sought protection through means of
its standard NDA – a rather conventional and typical approach to addressing such
concerns.  Intus inexplicably rejected that NDA, and instead proposed a far more
onerous agreement that imposed and foisted numerous obligations onto RTZ, including
coding changes to its primary interface and systemized report generation, notably
without any compensation or other consideration to RTZ.  Moreover, Intus claims that it
only seeks access to a "single file," yet it apparently attempted to create – without RTZ's
consent – user authorizations granting it unfettered access to RTZ's entire PACECare
program; conduct that seemingly belies Intus' "single file" narrative.

Yet, when RTZ thereafter sought more clarity regarding Intus' true needs in accessing
RTZ's program, rather than answering that inquiry, Intus aggressively (and
unnecessarily) suggested that RTZ is now engaging in "information blocking" and
therefore is subject to potential statutory liabilities under the CURES Act.  We are well
aware of that Act, including its various exceptions (i.e., licensing negotiations, etc.).  We
are also aware that it affords no private right of action.  Regardless, the mere suggestion
that RTZ is "blocking" information is patently false.  As Intus is undoubtedly aware, its
own customers can directly provide Intus with the "data extract" even without RTZ's
involvement.  Consequently, there is no information blocking whatsoever.  The EHI
extract you seek is readily available via Intus' own customer.

Next, the assertion that RTZ has created "delay" is incorrect.  As an initial matter, your
"timeline" below is riddled with factual errors.  Regardless, in response to Intus' request
for access, RTZ immediately furnished its NDA which Intus rejected.  Intus then
introduced an agreement far beyond what the parties had ever previously discussed or
contemplated.  And now Intus is leveling threats and accusations which is
nonproductive, inflammatory, and time-consuming.  Consequently, any delay is the
product of Intus' conduct, not RTZ's.

RTZ0000467

Nevertheless, in spite of the above, RTZ remains prepared to grant the requested access if and when Intus executes RTZ's NDA. If Intus has a specific issue with RTZ's NDA, please identify the concern(s), and we can attempt to address it/them. In the meantime, Intus can easily obtain an EHI extract directly from its customer(s).

Regards,

David


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235


<image006.png>                                      SUBSCRIBE TO E-ALERTS
                                                     nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Monday, November 7, 2022 11:25 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Following up on below.

Thank you,


## C. Alexander Chiulli | Partner


<image019.jpg>                     **SAVAGE LAW PARTNERS, LLP**
                                    564 South Water Street, Providence, RI 02903

                                    Phone: 401-238-8500 | Fax: 401-648-6748
                                    Direct: 401-238-1209

                                    achiulli@savagelawpartners.com

                                    www.savagelawpartners.com


RTZ0000468

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Friday, October 28, 2022 4:48 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

No problem.  Thank you for the update.

Alex

## C. Alexander Chiulli | Partner

<image019.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com

*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Friday, October 28, 2022 4:39 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

Alex:

I have been out of the office in deposition and site visits today and yesterday.  I will communicate your position to RTZ and will respond to you next week.

David

**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor

RTZ0000469

San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600   F 415.398.2438
D 415.438.7235

<image006.png>

SUBSCRIBE TO E-ALERTS
nossaman.com

PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Thursday, October 27, 2022 8:27 AM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Intus hopes that clarity around the agreement and the circumstances will move this matter forward in a productive way.

1. ***Single File, Data Extract***

Intus is *not* proposing an interface between the parties' respective software, nor is one necessary.   System/PACECare access is entirely distinct from EHI access.

Intus is seeking access to a single file, data extract of its clients' (as shared with RTZ) EHI.  The data extract would be in an accessible format, made available at a regular interval.  The format and interval would be agreed upon by Intus and RTZ.  The proposed "data extract agreement" contemplated the EHI data extract process in detail, including data security and integrity.  My October 13th email (below) also attached an EHI data map explaining what EHI would be included in the data extract.  Secure File Transfer Protocol (SFTP) may be the easiest transfer mechanism.  The data extract agreement, with minor redlines for purposes of clarity, is reattached for ease of reference.  Please let me know if you would like to discuss any section.

1. ***RTZ's IP Concerns Satisfied***

Intus understands that RTZ is concerned about the connection between PACECare system access and protecting RTZ's intellectual property.  Intus has considered and acknowledged RTZ's concerns.

Importantly, Intus does not need to access PACECare under the data extract approach.  The data extract approach will satisfy RTZ's intellectual property concerns (which Intus understands was the impetus of the RTZ's proposed NDA, addressed below) while allowing the PACE programs to receive the services from Intus (and RTZ) on which they have depended and contracted to receive.   The attached data extract agreement also contractually protects RTZ's intellectual property and confidential information.

Using a data extract approach, Intus would only access the programs' EHI.   As the PACE programs' HIPAA business associate, Intus would then (as it had previously before

RTZ0000470

September 2022, as known by RTZ) provide the PACE programs with healthcare analytics for the PACE programs to identify risks, visualize trends, and improve patient care.  In short, Intus and the PACE programs would carry on as they had before RTZ restricted Intus from accessing PACECare and by extension the PACE programs' EHI.  However, RTZ would have express contractual and practical protections around its intellectual property and confidential information.  Achieving these protections was the (ostensible) objective of RTZ's NDA.  It appears RTZ and Intus are well positioned to reach an agreement.

1. ***The Cures Act/Timeline***

1. ***Cures Act***

As RTZ is aware, the federal Cures Act passed in 2016 expressly prohibits "information blocking"  and defines it as "any practice that is likely to interfere with the access, exchange, or use of EHI," with only limited exceptions.  Potential penalties for engaging in information blocking practices include formal investigation by HHS and a fine of up to $1M per violation.  For ease of reference, a summary of the Cures Act Final Rule on information blocking can be found here: https://www.healthit.gov/topic/information-blocking.

1. ***Timeline***

Prior to July 2021, Intus sought to work with RTZ regarding "data integration" (i.e., a method for the PACE programs' EHI to be integrated into Intus' software).  Intus was met with delay by RTZ after repeated requests by Intus and the PACE programs.   In July 2021, as reflected in the parties' emails, RTZ directed Intus and the PACE programs to use PACECare's "standard expanded exports" for EHI access.  RTZ's direction sufficed, and it allowed the PACE programs to successfully use Intus' software to improve patient care.

Then, over a year later, RTZ required Intus to sign an NDA as a condition to access the PACE programs' EHI.  The NDA was an incomplete document.  For example, it did not expressly grant access to the PACE programs' EHI or PACECare.  Intus accordingly drafted an "access agreement" to better address RTZ and Intus' (and the PACE programs') respective needs.  Intus circulated the access agreement on September 12, 2022.  To place as little a burden as possible on RTZ, the access agreement contemplated a (then current, already used) approach in which the PACE programs' EHI was accessed via PACECare's "standard expanded exports."  It also contemplated RTZ's intellectual property concerns.   The access agreement specified that Intus shall only access "the front-end of PACECare" (i.e., PACECare's user interface) to obtain the PACE program's EHI (i.e., via PACECare's "standard expanded exports").  It further specified that "RTZ is the exclusive owner of PACECare" and that "no intellectual property is being exchanged" between RTZ and Intus.   It provided protection for each party's confidential information.  RTZ is additionally protected by all applicable intellectual property statutes and laws.

On September 14, 2022, RTZ responded to the access agreement by demanding in writing that Intus cease accessing PACECare, and thus its "standard expanded exports" and the PACE programs' EHI.  RTZ did not provide an alternative method for accessing the EHI.  RTZ further asserted that the PACE programs could no longer provide Intus (or any third party, including the PACE programs' HIPAA business associates) access to PACECare (and in turn the EHI).   Intus' CEO sought to obtain access to the EHI the next

RTZ0000471

day, September 15th. Intus' CEO asked RTZ's CEO via email if RTZ was "open to discussing a business arrangement for [Intus] to access PACE Programs' data." RTZ's CEO replied to Intus' CEO the next day, September 16th, that "I don't have time to explore alternatives at this time" and did not indicate when he would have time.

On October 13th, Intus again attempted to access the PACE programs' EHI by circulating a "data extract agreement" (via the below email) to RTZ. This data extract agreement (distinct from the previously circulated access agreement) did not require access to PACECare whatsoever. It protected RTZ's intellectual property, both by its express contractual language and in practice. Intus would only have access to the PACE programs' EHI and nothing else. RTZ did not respond for 11 days, i.e., until October 24th. In its response (found below), RTZ appears to have understood the data extract agreement as requiring RTZ and Intus' software to interface. The data extract agreement did not contemplate any interfacing between the parties' software, nor did it contemplate (or require at all) Intus accessing PACECare. It instead described an EHI data extract, which is distinct from any PACECare/system access. In its response, RTZ further stated that "rather than trying to negotiate within the parameters of your draft agreement (which [RTZ is] not inclined to do) RTZ needs clarification of Intus' truer designs."

Six weeks have passed without EHI access. Intus is again asking RTZ about accessing the PACE Programs' EHI, today via this email.

1. ***Next Steps***

For clarity, Intus hopes to promptly reach an agreement with RTZ. Intus believes that reaching an agreement is mutually beneficial, as well as overdue to RTZ and Intus' shared clients. *Within 10 business days from receipt of this email, if not sooner, please respond in writing regarding the below (a – c)*. We look forward to RTZ's good faith response.

1. ***EHI Access/Use/Exchange***

Please advise if RTZ will engage with Intus concerning the access, exchange, and use of their shared clients' EHI—*specifically, by and through a data extract process*. If RTZ is unwilling to engage with Intus concerning the access/exchange/use of the PACE programs' EHI, please articulate its reasoning in detail. If RTZ asserts that it is not subject to the Cures Act, please articulate its reasoning in detail.

2. ***Technical Barriers***

Pursuant to the Cures Act's requirements and timeline, RTZ should have the technical ability to provide this single file, data extract. Relatedly, PACECare's "standard expanded exports" have previously sufficed for EHI access. They likely provide a good starting point here, if not a possible solution. As noted, SFTP may be the easiest transfer mechanism. If there are any technical barriers around RTZ providing an EHI data extract (or otherwise), please articulate them in detail.

3. ***Interoperability***

Lastly, if there are any interoperability elements for the PACE programs' EHI that RTZ asserts are proprietary and/or subject to licensing, please articulate them in detail. Intus is open to including a reasonable fee in relation to any interoperability

RTZ0000472

and/or the EHI, as appropriate.  Intus is similarly open to contributing resources regarding the data extract process, as appropriate.


Regards,
Alex


## C. Alexander Chiulli | Partner


<image0​19.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*


**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Monday, October 24, 2022 6:17 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract


Alex:

RTZ has had a chance to review Intus' proposed Data Integration/Extract Agreement.  Simply put, your draft is well beyond what was initially contemplated and deviates from what the parties recently discussed at the PACE conference – which involved defining and delineating Intus' limited access to a single file on RTZ's platform.  As such, rather than trying to negotiate within the parameters of your draft agreement (which we are not inclined to do) RTZ needs clarification of Intus' truer designs.  To that end, RTZ needs Intus to respond to the following questions – a list it routinely provides to third party companies seeking interfaces with RTZ's products.  Once we receive answers to the following, RTZ can better assess the nature of the relationship.

1.    Describe what the interface will accomplish / customer pain-point(s) it will solve.

2.    What mutual customer or customers will use this interface?  (Please list.)  If more than one, will they each use a custom interface or the same interface?  What do you envision the process of onboarding these and other mutual customers will look like?

RTZ0000473

3.  What are the anticipated benefits to the customer(s)?

4.  What are the anticipated benefits to your company?

5.  What are the anticipated benefits to RTZ Systems?

6.  Who will fund the interface (legal agreement costs, implementation + ongoing maintenance)?

7. What is the proposed ongoing business relationship structure with RTZ ?

8.  How often do you anticipate the interface will be modified?  Who will fund modifications?

9.  Provide the individual data elements to be exchanged (list below or in an attachment) grouped by transaction.

10.  Describe the direction of each transaction (source / destination) as well as the frequency (e.g. scheduled nightly, triggered real-time, etc.).

11. Provide interface specifications and describe the messaging protocols / formats that will be used (e.g. JSON, XML, etc.).

12. Describe how the interface will protect data security and integrity.

13. Describe the onboarding process; roles of each party, cost and fees.

14. Describe how ongoing support for issues will be triaged and supported on a day-to-day basis.

15. Please let us know any other information that would be helpful in our analysis, including any assumptions or known constraints.

Thanks.

David


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235

<image020.png>                          SUBSCRIBE TO E-ALERTS
                                         nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** David C. Lee <dlee@nossaman.com>
**Sent:** Thursday, October 20, 2022 1:05 PM
**To:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Subject:** RE: Intus Care/RTZ Associates: Data Integration/Data Extract

RTZ0000474

Hi, Alex. My apologies for the late response. I have been out of the office the last few days. I am expecting to meet with my client about your proposed agreement and should have a response over the next few days.

David


**David C. Lee**
Attorney at Law
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
dlee@nossaman.com
T 415.398.3600    F 415.398.2438
D 415.438.7235


<image006.png>

SUBSCRIBE TO E-ALERTS
nossaman.com


PLEASE NOTE: The information in this e-mail message is confidential. It may also be attorney-client privileged and/or protected from disclosure as attorney work product. If you have received this e-mail message in error or are not the intended recipient, you may not use, copy, nor disclose to anyone this message or any information contained in it. Please notify the sender by reply e-mail and delete the message. Thank you.

**From:** C. Alexander Chiulli <AChiulli@savagelawpartners.com>
**Sent:** Thursday, October 20, 2022 12:59 PM
**To:** David C. Lee <dlee@nossaman.com>
**Subject:** [External] FW: Intus Care/RTZ Associates: Data Integration/Data Extract

David,

Good afternoon. I am following up on below and to confirm your receipt of the below email and its attachments. Please let me know if you have any questions or would like to discuss the matter.

Alex


# C. Alexander Chiulli | Partner


<image019.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that i privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in*

RTZ0000475

*or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

**From:** C. Alexander Chiulli
**Sent:** Thursday, October 13, 2022 9:28 AM
**To:** dlee@nossaman.com
**Subject:** Intus Care/RTZ Associates: Data Integration/Data Extract

Dear David,

Good morning.  This firm represents Intus Care.  My understanding is that our respective clients have had an encouraging and productive discussion around data integration and/or a data extract.   In follow up, attached is a draft agreement for your/RTZ's review and feedback.  On the tech side of things, also attached is a PDF of an EHR data map for RTZ.   Please reach out with any questions, or if you would like to discuss the proposed language.  Thank you in advance and we look forward to hearing back from you/RTZ.

Best,
Alex


## C. Alexander Chiulli | Partner


<image020.jpg>

**SAVAGE LAW PARTNERS, LLP**
564 South Water Street, Providence, RI 02903

Phone: 401-238-8500 | Fax: 401-648-6748
Direct: 401-238-1209

achiulli@savagelawpartners.com

www.savagelawpartners.com


*This electronic message is confidential, intended only for the named recipient(s) above and may contain information that privileged, attorney work product or be exempt from disclosure under applicable law. If you have received this message in or are not the named recipient(s), be aware that any review, disclosure, copying, distribution or use of this transmission or contents is prohibited. Please immediately notify sender and delete this e-mail message from your computer.*

RTZ0000476

# Exhibit C

| | |
|---|---|
| **From:** | Leah Sturges |
| **Sent:** | Thursday, January 29, 2026 12:32 PM EST |
| **To:** | Dan Roach |
| **CC:** | Nicole Garza; Tyler Reynolds; Shalin Bhandari |
| **Subject:** | Re: December and January Particpants |

Hi Dan,

If they are same reports we pulled before, yes I still have access to pull those.

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Dan Roach <dan.roach@intus.care>
**Sent:** Thursday, January 29, 2026 7:45 AM
**To:** Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Nicole Garza <NGarza@highdesertpace.org>; Tyler Reynolds <tyler.reynolds@intus.care>; Shalin Bhandari <shalin.bhandari@intus.care>
**Subject:** Re: December and January Particpants

Hi Leah!
Were you able to get a second set of reports out of RTZ for those participants?

**Dan Roach III, MD**
Staff Data Engineer
(251) 533-3221
dan.roach@intus.care



On Jan 28, 2026, at 6:57 PM, Leah Sturges <LSturges@highdesertpace.org> wrote:

Hi Dan,
I hope all is going well. Are you able to remigrate the data for our December and January participants?

**CONFIDENTIAL**                                    **Intus 018967**

Please advise, thanks!

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.
This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL                                              Intus 018969

| | |
|---|---|
| **From:** | Nicole Garza |
| **Sent:** | Friday, March 6, 2026 10:58 AM EST |
| **To:** | Dan Roach |
| **CC:** | Mara Lucas; Client Meetings; Leah Sturges; Bobbie Wilkinson; Tyler Reynolds; Shondia Jones; Nathan Vogt |
| **Subject:** | Re: [High Desert PACE] Post-Go-Live Stand-Up Meeting |

Agreed! Thanks, Dan

Get Outlook for iOS

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Dan Roach <dan.roach@intus.care>
**Sent:** Friday, March 6, 2026 7:56:45 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>
**Cc:** mara.lucas <mara.lucas@intus.care>; Client Meetings <clientmeetings@intus.care>; Leah Sturges <LSturges@highdesertpace.org>; Bobbie Wilkinson <bobbie.wilkinson@intus.care>; Tyler Reynolds <tyler.reynolds@intus.care>; Shondia Jones <shondia.jones@intus.care>; Nathan Vogt <nathan.vogt@intus.care>
**Subject:** Re: [High Desert PACE] Post-Go-Live Stand-Up Meeting

Thank for getting this back so quickly!
Also, I thought about what you said about the duplicates and went back to check several more. It looks like most of them are not actually duplicates. So, I think to err on the side of caution, I should just migrate all of them, knowing that there will be some duplicates, but also that none will be left out inadvertently. Please let me know if you are okay with this strategy.
Thanks so much!
Dan

**Dan Roach III, MD**
Staff Data Engineer
(251) 533-3221
dan.roach@intus.care

**CONFIDENTIAL**

**Intus 019200**



On Mar 5, 2026, at 7:36 PM, Nicole Garza <NGarza@highdesertpace.org> wrote:

I have uploaded the file to files.com. Dan's spreadsheet-ptp ID's added

There were a lot of ptp that were not in RTZ. I don't know where those names came from!

-Nicole

----------------------------------------------------------------------------------

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org

<hdpclogosmall_bd1c998a-7588-4a83-98df-fa31fc8c3f7a.png>

High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Mara Lucas <mara.lucas@intus.care>
**Sent:** Thursday, March 5, 2026 11:48 AM
**To:** Client Meetings <clientmeetings@intus.care>; Samantha Cowan <SCowan@highdesertpace.org>; Leah Sturges <LSturges@highdesertpace.org>; Bobbie Wilkinson <bobbie.wilkinson@intus.care>; Tyler Reynolds <tyler.reynolds@intus.care>
**Cc:** Nicole Garza <NGarza@highdesertpace.org>; Dan Roach <dan.roach@intus.care>; Shondia Jones <shondia.jones@intus.care>; Nathan Vogt <nathan.vogt@intus.care>
**Subject:** Re: [High Desert PACE] Post-Go-Live Stand-Up Meeting

Hi everyone,

Thanks again for your time today! I wanted to share the link to Dan's spreadsheet to make sure you all have it. We'll use our time next week to look through the extract and determine if it includes claims data.

Warm regards,
Mara

**Mara Lucas**
Senior Project Manager, Implementation
mara.lucas@intus.care
intuscare.com

CONFIDENTIAL                                                      Intus 019201

---

**From:** Client Meetings
**Sent:** Thursday, January 8, 2026 1:53 PM
**To:** Client Meetings <clientmeetings@intus.care>; Samantha Cowan <scowan@highdesertpace.org>;LSturges@highdesertpace.org <LSturges@highdesertpace.org>; Mara Lucas <mara.lucas@intus.care>; Bobbie Wilkinson <bobbie.wilkinson@intus.care>; Tyler Reynolds <tyler.reynolds@intus.care>
**Cc:** Nicole Garza <ngarza@highdesertpace.org>; Dan Roach <dan.roach.cn@intus.care>; Shondia Jones <shondia.jones@intus.care>; Nathan Vogt <nathan.vogt@intus.care>
**Subject:** [High Desert PACE] Post-Go-Live Stand-Up Meeting
**When:** Thursday, March 5, 2026 12:00 PM-12:30 PM.
**Where:** Microsoft Teams Meeting

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 283 986 756 494 1

Passcode: 26Vt7W3k

---

### Dial in by phone

+1 929-352-1693,,604161277# United States, New York City

Find a local number

Phone conference ID: 604 161 277#

For organizers: Meeting options | Reset dial-in PIN

---

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state

CONFIDENTIAL

laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CONFIDENTIAL**                                                    **Intus 019203**

**CONFIDENTIAL**

**Intus 019204**

| From: | Alandrea Poole |
|---|---|
| Sent: | Wednesday, February 18, 2026 7:33 PM EST |
| To: | Tyler Reynolds; Nicole Garza; Leah Sturges |
| CC: | Dickens Benoit; Cheryl Perri; Rich Lavsa; Susan Hegstrom; Chelsea Atherton; Mara Lucas; Dan Roach |
| Subject: | RE: Clarification Needed: EHR Transition |

Thanks, Tyler. This is helpful.

With RTZ sunset on 1/13/2026 and no CancelRx transmission from RTZ, there's immediate risk that:

- Discontinued meds continue to dispense if the pharmacy isn't notified (participant safety).
- Duplicate therapy occurs when a med is re-ordered in Elation but not discontinued from the RTZ-originated script.
- Controlled substances or high-risk meds (e.g., anticoagulants, insulin) are not stopped timely.
- Audit/compliance exposure increases (PACE documentation, medication reconciliation gaps).

To finalize process and reconciliation, I propose a 30-minute meeting with High Desert clinic staff, Intus, HDP IT, and Grane.

Workaround (RTZ-originated meds)
- HDP calls or emails discontinuations to Grane.
- Daily discontinuation report (HDP → Grane):
    - HDP sends a once or twice daily (M–F) discontinuation report for the prior 24 hours.
    - Urgent/STAT changes should still be phoned/emailed immediately.

Reconciliation
- HDP: discontinuation report from 1/14/2026 to present.
- Grane: list of active orders on our side written in RTZ
- Grane: Targeted MAR-to-MAR review for variances

Can we find 30 minutes this week? If you could share a couple of windows, we'll send an invite.

Thank you,
Alandrea



**CONFIDENTIAL**                                                                    **Intus 019502**



**Alandrea Poole**

**Pharmacy Director**

720-381-3737 | 39154

APoole@GraneRx.com

www.granerx.com

**From:** Tyler Reynolds <tyler.reynolds@intus.care>
**Sent:** Wednesday, February 18, 2026 2:37 PM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Alandrea Poole <APoole@GraneRx.com>; Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <shegstrom@granerx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>; Mara Lucas <mara.lucas@intus.care>; Dan Roach <dan.roach@intus.care>
**Subject:** Re: Clarification Needed: EHR Transition

Hey Alandrea,

This is a great callout and a workflow that will need to be decided on between High Desert and Grane. Since most active medications were prescribed in RTZ, and we no longer have access to RTZ, these scripts will require manual intervention for any cancellations/discontinuations. Starting with a discontinuation report as you mentioned would be a great start to reconcile any discontinued meds since the migration. As a plan moving forward, any cancellation of meds that were prescribed out of RTZ will require phone call communication between High Desert and Grane. It may also be beneficial to create a shared document of all of those meds so everyone is on the same page of what scripts still exist out of RTZ.

For any new meds that are being prescribed in Elation, these will have the two-way interface so that they can be discontinued in Elation and Grane will receive the discontinuation request.

Let me know if you have additional questions,

**Tyler Reynolds**
Implementation Consultant

(816) 462-9915
tyler.reynolds@intus.care
https://intuscare.com



**From:** Nicole Garza <NGarza@highdesertpace.org>
**Date:** Monday, February 16, 2026 at 12:00 PM
**To:** Alandrea Poole <APoole@GraneRx.com>, Leah Sturges <LSturges@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>, Cheryl Perri <CPERRI@GraneRx.com>, Rich Lavsa <rlavsa@pas-lp.com>, Susan Hegstrom <shegstrom@granerx.com>, Chelsea Atherton <CRAtherton@GraneRx.com>, Tyler Reynolds <tyler.reynolds@intus.care>, Mara Lucas <mara.lucas@intus.care>, Dan Roach <dan.roach@intus.care>
**Subject:** Re: Clarification Needed: EHR Transition

Hi Tyler,

Can you review the below email from GraneRx and help address the open items?

Thanks,
Nicole

Get Outlook for iOS

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Alandrea Poole <APoole@GraneRx.com>
**Sent:** Monday, February 16, 2026 9:56 AM
**To:** Nicole Garza <NGarza@highdesertpace.org>; Leah Sturges <LSturges@highdesertpace.org>; Otashe Golden <OGolden@highdesertpace.org>; Doria Linares <DLinares@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <shegstrom@granerx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>
**Subject:** RE: Clarification Needed: EHR Transition

Good morning,

I'm reaching out to follow up on the open items so we can stay coordinated on next steps.

- Report of Discontinued Medications Since Intus Go-Live: Please let us know once you're able to confirm whether this report can be generated, as it will help us reconcile any requests that may not have transmitted.

- Guidance From Intus Regarding CancelRx Functionality: Once you have an update from Intus on how discontinuation messages are being handled post–go live, we'd appreciate any details on the expected workflow or alternative communication processes.

These pieces will help us ensure residents' medication profiles remain accurate and prevent any gaps in discontinuation communication. Please let us know if you need anything from our side in the meantime.

Thank you,
Alandrea



**Alandrea Poole**

**Pharmacy Director**

📞  720-381-3737                                                    |        39154
✉️  APoole@GraneRx.com
🌐  www.granerx.com

**From:** Nicole Garza <NGarza@highdesertpace.org>
**Sent:** Monday, February 9, 2026 3:40 PM
**To:** Leah Sturges <LSturges@highdesertpace.org>; Alandrea Poole <APoole@GraneRx.com>; Otashe Golden <OGolden@highdesertpace.org>; Doria Linares <DLinares@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <shegstrom@granerx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>
**Subject:** RE: Clarification Needed: EHR Transition

Hi Alandrea,

Please see responses in red:

- Is someone from your IT or EHR team able to confirm whether CancelRx messages for RTZ orders are transmitting as expected post–go-live?
- *HDP IT was not involved in CanelRx or any data coming from RTZ to Grane.*
- If CancelRx is no longer transmitting from RTZ, what is the recommended alternative workflow to ensure pharmacies receive timely discontinuation notices?
- *We will need to ask Intus how this is being managed.*
- Are you able to generate a report of medication orders discontinued since the Intus go-live date so we can review and reconcile on our end?
- *We will look into this and get back to you ASAP.*
- Additionally, if RTZ has officially sunset, confirmation of the effective date would be helpful so we can ensure our processes align appropriately.
- *1/14/2026 was the go-live date with Intus. 1/13/2026 was the sunset date for RTZ.  No messages coming from RTZ after 1/13/2026 should be acted upon by the Grane team.*

Thanks!
Nicole

**Nicole Garza**
*Director of Quality, Compliance, & Strategic Project Management*
11833 Amethyst Road.
Victorville, CA, 92392, USA
C: 559-930-7722
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts

**CONFIDENTIAL**                                                                                          **Intus 019506**

into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Leah Sturges <LSturges@highdesertpace.org>
**Sent:** Monday, February 9, 2026 2:15 PM
**To:** Alandrea Poole <APoole@GraneRx.com>; Otashe Golden <OGolden@highdesertpace.org>; Doria Linares <DLinares@highdesertpace.org>; Nicole Garza <NGarza@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <shegstrom@granerx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>
**Subject:** Re: Clarification Needed: EHR Transition

Hi Alandrea,

Thank you for the info, I will look into this.

We appreciate your patience as we get all the correct data Grane needs.

**Leah Sturges**
*Clinical Applications Training Coordinator*
11833 Amethyst Road.
Victorville, CA, 92392, USA
www.highdesertpace.org



High Desert PACE Center places the highest priority on the security and privacy of our Clients. Therefore, we have put our efforts into ensuring that this message is free of errors and viruses. Despite our efforts, you should always scan all emails for any threats with proper software, as the sender does not accept liability for any damage inflicted by viewing the content of this email. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please forward to the correct person, or contact the sender.

**From:** Alandrea Poole <APoole@GraneRx.com>
**Sent:** Monday, February 9, 2026 11:47 AM
**To:** Otashe Golden <OGolden@highdesertpace.org>; Doria Linares <DLinares@highdesertpace.org>; Leah Sturges <LSturges@highdesertpace.org>

**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <shegstrom@granerx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>
**Subject:** RE: Clarification Needed: EHR Transition

Good afternoon,

I wanted to follow up on my message below regarding the RTZ to Intus transition and its impact on pharmacy messaging.

Thank you to Leah for sending over your participant list. We have reviewed and reconciled the file on our end.

That said, we do want to reiterate a key concern related to CancelRx/discontinuation messaging from RTZ. If discontinuation notifications are not transmitting, there is a risk that participants may continue to receive therapy that is no longer appropriate, which could potentially be harmful. Additionally, if a medication was discontinued in RTZ but no notification was transmitted to the pharmacy, any subsequent dispensing would be the result of incomplete or missing clinical messaging rather than a processing error on Grane's end.

To help mitigate this risk, could you please advise on the following:
- Is someone from your IT or EHR team able to confirm whether CancelRx messages for RTZ orders are transmitting as expected post–go-live?
- If CancelRx is no longer transmitting from RTZ, what is the recommended alternative workflow to ensure pharmacies receive timely discontinuation notices?
- Are you able to generate a report of medication orders discontinued since the Intus go-live date so we can review and reconcile on our end?
- Additionally, if RTZ has officially sunset, confirmation of the effective date would be helpful so we can ensure our processes align appropriately.


We appreciate your partnership as we work to ensure continuity of care and prevent any unintended medication issues during this transition.

Please let us know if it would be easier to connect briefly by phone or Teams with the appropriate team members.

Thank you,
Alandrea

CONFIDENTIAL

Intus 019508



**Alandrea Poole**

**Pharmacy Director**

📞 720-381-3737 | 39154

✉️ APoole@GraneRx.com

🌐 www.granerx.com

---

**From:** Alandrea Poole <APoole@GraneRx.com>
**Sent:** Thursday, February 5, 2026 1:29 PM
**To:** Otashe Golden <ogolden@highdesertpace.org>; 'dlinares@highdesertpace.org' <dlinares@highdesertpace.org>
**Cc:** Dickens Benoit <DBenoit@GraneRx.com>; Cheryl Perri <CPERRI@GraneRx.com>; Rich Lavsa <rlavsa@pas-lp.com>; Susan Hegstrom <SHegstrom@GraneRx.com>; Chelsea Atherton <CRAtherton@GraneRx.com>
**Subject:** Clarification Needed: EHR Transition

Good afternoon,

I'm reaching out to clarify a few items related to High Desert's recent EHR transition from RTZ to Intus and how it's impacting pharmacy messaging, particularly around discharges and discontinuations.

Could you please help confirm the following:

1. **Legacy RTZ prescriptions:**
   o Should we expect to continue receiving CancelRx notifications for orders written in RTZ?
   o If not, we will need these sent manually via email or fax to ensure profiles on our end are updated in a timely fashion.
   o Any discontinuations from RTZ that occurred after go-live date may have not transmitted. Are you able to generate a report of medications discontinued since go-live so we can review and reconcile?

2. **RTZ status**
   o Has RTZ officially sunset and if so, what was the effective date?
   o Should we expect discharge notifications tied to RTZ profiles? On February 2, we received approximately 90 discharge notifications for ppt profiles that were not included on your disenrollment list.

3. **Participant identifiers:**
   o We received updated participant ID information for some individuals, but not all.
   o Is there a complete mapping between RTZ and Intus participant IDs, and how can we obtain it?

 **Intus 019509**

Our goal is ensure continuity of care and avoid any unintended inactivation or missed medication changes during this transition.

Please let us know if you're able to respond by email or if it would be easier to connect briefly by phone or a Teams call. We're happy to coordinate with the appropriate team members as needed.

Thank you,
Alandrea



**Alandrea Poole**

**Pharmacy Director**

720-381-3737                                                                 39154

APoole@GraneRx.com

www.granerx.com

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

**CAUTION:**   This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CONFIDENTIAL**

# Exhibit D

| From: | Michael Zawadski |
| --- | --- |
| Sent: | Monday, July 12, 2021 11:25 AM EDT |
| To: | Evan Jackson |
| CC: | Alex; interfaces@rtzassociates.com; Evan Walters; Alex Lueth |
| Subject: | Re: Data requirements description |

Evan,

Thanks for the note. As I previously shared with you and SCP, other items on the implementation are in front of this one. I do believe the standard expanded exports can be used for this purpose after go live until this is reviewed fully, spec'd and priced.

Take care,

**Michael Zawadski, JD** | corporate office | 510.986.6700
**President**



On Mon, Jul 12, 2021 at 8:01 AM Evan Jackson <evan@intus.care> wrote:

Hi Michael,

I hope you are doing well. I am writing to check on the status of our integration. I know that you mentioned there were tasks ahead of this on your end, but as the SCP switch date approaches it is important to push forward on this to minimize the data-downtime and disturbance to SCP.

Please let me know if there has been any progress, and if so, when might be a good time to meet about receiving files from your system so that we can begin writing our transformations. As a starting point, if you would like to scope out a sample file of the data that you will be able to provide, it may allow us to get a head start on those transformations before you finish everything on your end.

Please let us know so that we can push ahead as quickly as possible.

Thanks,
Evan

**From:** Michael Zawadski <mike@rtzassociates.com>
**Sent:** Wednesday, June 9, 2021 9:09 PM
**To:** Alex <alex@intus.care>
**Cc:** interfaces@rtzassociates.com <interfaces@rtzassociates.com>; Evan Walters <evan.walters@intus.care>; Evan Jackson <evan@intus.care>
**Subject:** Re: Data requirements description

Alex,

**Intus 001538**

I think we are OK at the moment. I will need to create an estimate for the client. We are in the middle of an implementation with them now and have a few tasks in front of this one. Appreciate you reaching out.

Take care,

**Michael Zawadski, JD** | corporate office | 510.986.6700
**President**



On Tue, Jun 8, 2021 at 1:37 PM Alex <alex@intus.care> wrote:

Hi Michael,

I am wondering if there are any updates on this? Please let me know if you need any additional information from our end, as we are eager to continue forward.

**Alex Rothberg**

Founder/CTO

Intus Care, Inc.



---

**From:** Michael Zawadski <mike@rtzassociates.com>
**Date:** Saturday, May 29, 2021 at 5:32 PM
**To:** "alex@intus.care" <alex@intus.care>
**Cc:** Evan Walters <evan.walters@intus.care>
**Subject:** Re: Data requirements description

Alex,

**CONFIDENTIAL**

Thanks for sending this over. I will share it with the appropriate team member.  After they review it we can talk about possible next steps. Have a good weekend.

Take care,

**Michael Zawadski, JD** | corporate office | 510.986.6700

**President**



On Thu, May 27, 2021 at 11:51 AM Alex <alex@intus.care> wrote:

Hi Michael,

I have attached an excel spreadsheet with an outline of the files and shapes we currently receive. The top row describes each file, and the following rows are the fields we expect in each. As mentioned in the call, we are happy to perform additional transformation – if for example your latent data representation of ER & SNF stays are different, we can receive those in 2 separate files or combined. Also happy to clarify if any fields are ambiguous. These are mostly copied over from other EHR terminologies.

Thanks

**Alex Rothberg**

Founder/CTO

**CONFIDENTIAL**

Intus Care, Inc.



This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the

**CONFIDENTIAL**

entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

This e-mail message and any documents attached to it are confidential and may contain information that is protected from disclosure by various federal and state laws, including the HIPAA privacy rule (45 C.F.R., Part 164). This information is intended to be used solely by the entity or individual to whom this message is addressed. If you are not the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this message without the sender's written permission is strictly prohibited and may be unlawful. Accordingly, if you have received this message in error, please notify the sender immediately by return e-mail or call (insert phone number), and then delete this message.

**CONFIDENTIAL**                                                              **Intus 001542**