NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
MICHELE C. KIRRANE (SBN 215448)
mkirrane@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

Attorneys for Defendant and Counterclaimant
RTZ ASSOCIATES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUS CARE, INC.,<br><br>              Plaintiff,<br><br>       vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>              Defendants, | Case No:      4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**RTZ ASSOCIATES, INC.'S [PROPOSED] JURY VERDICT FORM**<br><br>Date:         August 24, 2026<br>Time:         8:00 a.m.<br>Courtroom:  6 |
| RTZ ASSOCIATES, INC.,<br><br>              Counter-claimant,<br><br>       vs.<br><br>INTUS CARE, INC.,<br><br>              Counter-defendant. | |

Defendant and Counterclaimant RTZ Associates, Inc. ("RTZ") hereby submits its proposed Jury Verdict Form (attached hereto as Exhibit 1)."

Dated:  July 24, 2026                           NOSSAMAN LLP
                                                DAVID C. LEE
                                                KASIA PENN


                                                By:  /s/ *David C. Lee*
                                                     David C. Lee
                                                Attorneys for Defendant and Counterclaimant
                                                RTZ ASSOCIATES, INC.

- 2 -                                          Case No. 4:24-cv-01132-JST
RTZ'S [PROPOSED] JURY VERDICT FORM
70618108.v1

# EXHIBIT 1

When answering the following questions and filling out the Verdict Forms, please follow the directions provided throughout the Forms. Your answer to each question must be unanimous.

In the Forms, "Intus" refers to Plaintiff and Counter-Defendant Intus Care, Inc., and "RTZ" refers to Defendant and Counterclaimant RTZ Associates, Inc.

1

70617866.v1

2

**Verdict Form No. 1 — The 21st Century Cures Act**

1.      Has Intus proven that RTZ is a health information network or a health information exchange?

_____     **Yes**          _____     **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, do not answer question 2, and proceed to Verdict Form No. 3.*

2.      Has RTZ proven that

        a.      it was technically unable to fulfill Intus's data request in the manner requested, or could not reach agreeable terms with Intus to fulfill the request in the manner requested; and

        b.      RTZ fulfilled, or offered to fulfill, the request in an alternative manner permitted by the regulation, without unnecessary delay?

_____     **Yes**          _____     **No**

*If your answer to question 2 is no, then proceed to Verdict Form No. 2.  If you answered yes, skip Verdict Form No. 2 and proceed to Verdict Form No. 3.*

70617866.v1

**Verdict Form No. 2 — Intentional Interference with Prospective Economic Advantage**
**(Intus's Claim)**

1.    Were Intus and [insert name(s) of specific PACE facilities, according to the evidence admitted at trial] in an economic relationship that probably would have resulted in an economic benefit to Intus?

_____  **Yes**          _____  **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to Verdict Form No. 3.*

2.    Did RTZ know of the relationship(s)?

_____  **Yes**          _____  **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to Verdict Form No. 3.*

3.    Did RTZ engage in _____ [wrongful conduct, if any, to be inserted by the Court]?

_____  **Yes**          _____  **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and proceed to Verdict Form No. 3.*

4.    By engaging in this conduct, did RTZ intend to disrupt the relationship(s)?

_____  **Yes**          _____  **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to Verdict Form No. 3.*

5.    Was the relationship (or relationships) disrupted?

_____  **Yes**          _____  **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to Verdict Form No. 3.*

6.    Was RTZ's conduct a substantial factor in causing harm to Intus?

_____  **Yes**          _____  **No**

3

70617866.v1

4

*If your answer to question 6 is yes, then answer question 7. If you answered no, stop here and proceed to Verdict Form No. 3.*

7.      What are Intus's damages?

Lost profits                              $_____

Additional labor costs incurred     $_____

*Proceed to Verdict Form No. 3.*

70617866.v1

**Verdict Form No. 3 — Intentional Interference with Contractual Relations (Intus's Claim)**

1.      Was there a contract between Intus and Community PACE at Home, Senior Care Partners PACE, BoldAge PACE, or Neighborhood PACE?

_____      **Yes**              _____      **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions on this form, and proceed to Verdict Form No. 4.*

2.      Did RTZ know of the contract(s)?

_____      **Yes**              _____      **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to Verdict Form No. 4.*

3.      Did RTZ's conduct prevent Intus's performance of the contract or make performance more expensive or difficult?

_____      **Yes**              _____      **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and proceed to Verdict Form No. 4.*

4.      Did RTZ intend to disrupt the performance of the contract(s)?

_____      **Yes**              _____      **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to Verdict Form No. 4.*

5.      Was RTZ's conduct a substantial factor in causing harm to Intus?

_____      **Yes**              _____      **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to Verdict Form No. 4.*

6.      What are Intus's damages?

Lost profits                                      $_____

Additional labor costs incurred        $_____

*Proceed to Verdict Form No. 4.*

5

**Verdict Form No. 4 — California Computer Data Access and Fraud Act  (RTZ's Counterclaim)**

1.      Is RTZ the owner of the PACECare computer system?

_____      **Yes**          _____      **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to Verdict Form No. 5.*

2.      Did Intus knowingly do at least one of the following: (a) access and use PACECare; (b) install and run automated script to extract data from PACECare; or (c) take, copy or make use of data taken from PACECare?

_____      **Yes**          _____      **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to Verdict Form No. 5.*

3.      Was Intus's conduct without RTZ's permission?

_____      **Yes**          _____      **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and proceed to Verdict Form No. 5.*

4.      Did Intus's conduct harm RTZ?

_____      **Yes**          _____      **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to Verdict Form No. 5.*

5.      Was RTZ's conduct a substantial factor in causing harm to Intus?

_____      **Yes**          _____      **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to Verdict Form No. 5.*

6.      What are RTZ's damages?

Value of access and use of system                    $_____

Costs incurred to investigate, verify, monitor,
and remediate the access                             $_____

*Proceed to Verdict Form No. 5.*

6

**Verdict Form No. 5 — Computer Fraud and Abuse Act (RTZ's Counterclaim)**

RTZ asserts the CFAA claim under two provisions. Answer both Part A and Part B.

**Part A — Access with Intent to Defraud (§ 1030(a)(4))**

1.      Does the PACECare system reside on protected computers?

      _____    **Yes**          _____    **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, skip to Part B, question 8.*

2.      Did Intus knowingly access PACECare without RTZ's authorization?

      _____    **Yes**          _____    **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, skip to Part B, question 8.*

3.      Did Intus knowingly access PACECare with the intent to defraud?

      _____    **Yes**          _____    **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, skip to Part B, question 8.*

4.      By accessing PACECare without RTZ's authorization, did Intus further the intended fraud and obtain anything of value?

      _____    **Yes**          _____    **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, skip to Part B, question 8.*

5.      Did Intus's conduct harm RTZ?

      _____    **Yes**          _____    **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, skip to Part B, question 8.*

6.      Was RTZ's loss at least $5,000 in value during any one-year period?

      _____    **Yes**          _____    **No**

*If your answer to question 6 is yes, then answer question 7. If you answered no, skip to Part B, question 8.*

7

70617866.v1

7.      What are RTZ's damages?

Costs of investigating and responding to the access,
restoring PACECare system                                    $_____

Lost revenue or costs incurred from interruption of service    $_____

Other business losses                                         $_____


*Answer Part B.*

**Part B — Intentional Access Causing Damage (§ 1030(a)(5)(C))**

8.      Does the PACECare system reside on protected computers?

_____    **Yes**         _____    **No**

*If your answer to question 8 is yes, then answer question 9. If you answered no, stop here and proceed to Verdict Form No. 6.*

9.      Did Intus intentionally access PACECare without RTZ's authorization?

_____    **Yes**         _____    **No**

*If your answer to question 9 is yes, then answer question 10. If you answered no, stop here and proceed to Verdict Form No. 6.*

10.     Did Intus's conduct harm RTZ?

_____    **Yes**         _____    **No**

*If your answer to question 10 is yes, then answer question 11. If you answered no, stop here and proceed to Verdict Form No. 6.*

11.     Was RTZ's loss at least $5,000 in value during any one-year period?

_____    **Yes**         _____    **No**

*If your answer to question 11 is yes, then answer question 12. If you answered no, stop here and proceed to Verdict Form No. 6.*

12.     What are RTZ's damages?

Costs of investigating and responding to the access,
restoring PACECare system                                    $_____

Lost revenue or costs incurred from interruption of service    $_____

Other business losses                                         $_____

8

70617866.v1

9

*Proceed to Verdict Form No. 6.*

70617866.v1

**Verdict Form No. 6 — Trespass to Chattels (RTZ's Counterclaim)**

1.      Did RTZ own, possess, or have a right to possess the PACECare computer system?

_____    **Yes**            _____    **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to Verdict Form No. 7.*

2.      Did Intus intentionally interfere with RTZ's use or possession of the PACECare system?

_____    **Yes**            _____    **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to Verdict Form No. 7.*

3.      Was Intus's conduct without RTZ's consent?

_____    **Yes**            _____    **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and proceed to Verdict Form No. 7.*

4.      Did Intus's conduct harm RTZ?

_____    **Yes**            _____    **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to Verdict Form No. 7.*

5.      Was Intus's conduct a substantial factor in causing RTZ's harm?

_____    **Yes**            _____    **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to Verdict Form No. 7.*

6.      What are RTZ's damages?

Harm to or diminution in the value or
usefulness of PACECare system                              $_____

Loss of use of PACECare system                              $_____

*Proceed to Verdict Form No. 7.*

70617866.v1

**Verdict Form No. 7 — Inducing Breach of Contract (RTZ's Counterclaim)**

1.      Was there a contract between RTZ and one or more PACE facilities (Beacon (aka BoldAge), Senior Care Partners, Community at Home PACE, Neighborhood Healthcare PACE, St. Paul's)?

_____      **Yes**          _____      **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to Verdict Form No. 8.*

2.      Did Intus know of the contract(s)?

_____      **Yes**          _____      **No**

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to Verdict Form No. 8.*

3.      Did Intus intend to cause one or more PACE facilities to breach the contract(s)?

_____      **Yes**          _____      **No**

*If your answer to question 3 is yes, then answer question 4. If you answered no, stop here and proceed to Verdict Form No. 8.*

4.      Did Intus's conduct cause one or more PACE facilities to breach the contract(s)?

_____      **Yes**          _____      **No**

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to Verdict Form No. 8.*

5.      Was Intus's conduct a substantial factor in causing harm to RTZ?

_____      **Yes**          _____      **No**

*If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to Verdict Form No. 8.*

6.      What are RTZ's damages?

Costs of investigating and responding to the breach          $_____

Value of the access to the PACECare system          $_____

Other business losses          $_____

*Proceed to Verdict Form No. 8.*

11

70617866.v1

**Verdict Form No. 8 — RTZ's Affirmative Defense to Intus's Claims - Mitigation**

Answer this Verdict Form only if you awarded Intus damages on Verdict Form No. 2 or Verdict Form No. 3. If you awarded Intus no damages on either form, do not answer this Verdict Form; and proceed to Verdict Form No. 9.

1.    Did RTZ prove that Intus could have avoided some or all of its claimed harm through reasonable efforts or expenditures?

_____    **Yes**            _____    **No**

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to Verdict Form No. 9.*

2.    What amount of the damages you awarded to Intus on Verdict Forms No. 2 and 3 could Intus have avoided through reasonable efforts or expenditures?

$_____

*Proceed to Verdict Form No. 9. In stating Intus's total damages in Verdict Form No. 9, subtract this amount.*

12

**Verdict Form No. 9 — No Duplicative Compensatory Damages**

If you found that a party suffered damages as a result of the other party's conduct, you must now state the total amount of damages suffered by that party without any duplication, as explained in the Jury Instruction titled "No Duplicative Damages." Do not include any punitive damages in these totals. If you found that a party suffered no damages, enter "0" on that party's line.

1.      The total amount of non-duplicative damages to be awarded to Intus against RTZ, <u>after subtracting any amount you found in Verdict Form No. 8</u>, is:

        $_____


2.      The total amount of non-duplicative damages to be awarded to RTZ against Intus is:

        $_____


*Proceed to Verdict Form No. 10.*

13

70617866.v1

**Verdict Form No. 10 — Punitive Damages (Intus's claims – Phase 1)**

1.      Has Intus proven by clear and convincing evidence that RTZ's conduct was malicious, oppressive, or fraudulent in committing the intentional interference with contractual relations found in Verdict Form No. 2?

_____      **Yes**                _____        **No**

2.      Has Intus proven by clear and convincing evidence that RTZ's conduct was malicious, oppressive, or fraudulent in committing the intentional interference with prospective economic relations found in Verdict Form No. 3?

_____      **Yes**                _____        **No**

*If you answer "Yes" to Question 1 or Question 2, do not determine the amount of punitive damages. The Court will provide additional instructions if necessary.*

*Proceed to Verdict Form No. 11.*

14

70617866.v1

**Verdict Form No. 11 — Punitive Damages (RTZ's crossclaims – Phase 1)**

1.      Has RTZ proven by clear and convincing evidence that Intus's conduct was malicious, oppressive, or fraudulent in committing the violation of the CDAFA found in Verdict Form No. 4?

_____      **Yes**            _____      **No**

2.      Has RTZ proven by clear and convincing evidence that Intus's conduct was malicious, oppressive, or fraudulent in committing the trespass to chattels found in Verdict Form No. 6?

_____      **Yes**            _____      **No**

*If you answer "Yes" to Question 1 or Question 2, do not determine the amount of punitive damages. The Court will provide additional instructions if necessary.*

_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Presiding Juror Signature: _____

Dated: _____

15

**Supplemental Verdict Form No. 12 – Punitive Damages Amount (Phase 2)**

1.      What amount of punitive damages, if any, do you award to Intus?


        $_____


2.      What amount of punitive damages, if any, do you award to RTZ?


        $_____




        Please ensure this verdict form accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.


Presiding Juror Signature: _____


Dated: _____

16

70617866.v1