Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:     310.556.8861
Facsimile:     310.553.2165
cweir@ebglaw.com
abeshai@ebglaw.com

Attorneys for Plaintiff
INTUSCARE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | *Assigned to Hon. Jon S. Tigar* |
| v. | **PLAINTIFF'S PROPOSED VERDICT FORM** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendant. | Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

1

## PLAINTIFF INTUSCARE INC.'S PROPOSED SPECIAL VERDICT FORM

## INTUSCARE'S CLAIMS AGAINST RTZ ASSOCIATES, INC.

### Question 1: Information Blocking — "Actor"

Do you find RTZ is an actor?

Yes ____ No ____

If you answered "Yes," move on to Question 2. If you answer "No" you should move on to Question 3.

### Question 2: Information Blocking — Manner Exception

Has RTZ proven that its conduct falls within the Manner Exception to the Information Blocking Rules?

Yes ____ No ____

### Question 3: Intentional Interference with Contractual Relations

Intus claims that RTZ intentionally interfered with the contracts between Intus and the Program of All-Inclusive Care for the Elderly ("PACE") programs.

Do you find that RTZ interfered with Intus's contractual relations?

Yes ____ No ____

If you answered "Yes," what amount of damages, if any, do you find Intus is entitled to recover from RTZ for intentional interference with contractual relations?

$_____

### Question 4: Intentional Interference with Prospective Economic Advantage

Intus claims that RTZ intentionally interfered with an economic relationship between Intus and the Intus Clients that probably would have resulted in an economic benefit to Intus.

Do you find that RTZ interfered with Intus's prospective economic advantage?

Yes ____ No ____

If you answered "Yes," what amount of damages, if any, do you find Intus is entitled to recover from RTZ for intentional interference with prospective economic advantage?

$_____

### Question 5: Violation of California's Unfair Competition Law, Business and Professions Code § 17200, et seq. (Intus' Claim)

Intus claims that RTZ violated California's Unfair Competition Law ("UCL").

2

Do you find that RTZ engaged in an unlawful, unfair, or fraudulent business act or practice, including by violating the Information Blocking Rules (as set forth in Question 2 above).

**Yes \_\_\_\_ No \_\_\_\_**

If you answered "Yes," what amount, if any, do you find Intus is entitled to recover from RTZ in restitution?

$_____

## RTZ'S COUNTERCLAIMS AGAINST INTUSCARE INC.

### Question 1: Violation of the California Computer Data Access and Fraud Act ("CDAFA")

Do you find that Intus violated the California Computer Data Access and Fraud Act ("CDAFA")?

**Yes \_\_\_\_ No \_\_\_\_**

If you answered "Yes," what amount of damages, if any, do you find RTZ is entitled to recover from Intus for the CDAFA violation?

$_____

### Question 2: Violation of the Computer Fraud and Abuse Act

Do you find that Intus violated the Computer Fraud and Abuse Act ("CFAA")?

**Yes \_\_\_\_ No \_\_\_\_**

If you answered "Yes," what amount of damages, if any, do you find RTZ is entitled to recover from Intus for the CFAA violation?

$_____

### Question 3: Trespass to Chattels

Do you find that Intus wrongfully trespassed on RTZ's personal property?

**Yes \_\_\_\_ No \_\_\_\_**
\_\_\_\_

If you answered "Yes," what amount of damages, if any, do you find RTZ is entitled to recover from Intus for the trespass to chattels?

$_____

3

FIRM:70868818v2

**Question 4: Violation of California's Unfair Competition Law, Business and Professions Code § 17200, et seq. (RTZ's Claim)**

RTZ claims that Intus violated California's Unfair Competition Law ("UCL").

Do you find that Intus engaged in an unlawful, unfair, or fraudulent business act or practice?

**Yes ____ No ____**

If you answered "Yes," what amount, if any, do you find RTZ is entitled to recover from Intus in restitution?

$_____

**Question 5: Inducing Breach of Contract**

Do you find that Intus intentionally caused the PACE facilities to breach their contract(s) with RTZ?

**Yes ____ No ____**

If you answered "Yes," what amount of damages, if any, do you find RTZ is entitled to recover from Intus for inducing breach of contract? In calculating damages, do not include any harm that you find RTZ could have avoided through reasonable efforts or expenditures to mitigate.

$_____

**Question 6: Unclean Hands**

Intus claims that RTZ is barred from recovering damages on its counterclaims below because RTZ has "unclean hands." To establish this defense, Intus must prove: (1) RTZ engaged in inequitable conduct; and (2) the inequitable conduct relates directly to the subject matter of RTZ's own claims.

Has Intus proven that RTZ is barred from recovery under the doctrine of unclean hands?

**Yes ____ No ____**

**Question 7: Computer Fraud and Abuse Act — Statute of Limitations**

Intus contends that RTZ's claim under the Computer Fraud and Abuse Act ("CFAA") was not filed within the time set by law. To succeed on this defense, Intus must prove that RTZ's claimed harm occurred before June 20, 2022.

Has Intus proven that RTZ's claimed harm occurred before June 20, 2022?

**Yes ____ No ____**

If you answered "Yes," RTZ's claim under the Computer Fraud and Abuse Act is time-barred, and you should answer "No" to the harm element in Question 2 above.

4

FIRM:70868818v2