Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:    310.556.8861
Facsimile:    310.553.2165
cweir@ebglaw.com
abeshai@ebglaw.com

Attorneys for Plaintiff
INTUSCARE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUSCARE INC., | Case No. 4:24-cv-01132-JST |
| Plaintiff, | *Assigned to Hon. Jon S. Tigar* |
| v. | **PLAINTIFF'S NOTICE OF ERRATA RE: WITNESS LIST IN PRETRIAL CONFERENCE STATEMENT** |
| RTZ ASSOCIATES, INC.; and DOES 1 through 10, | |
| Defendant. | Pretrial Conf.: July 31, 2026<br>Trial: August 24, 2026 |

1

On July 24, 2026, the parties filed a joint pretrial statement. (Dkt. 216.) Plaintiff IntusCare Inc. ("Intus") inadvertently omitted one witness from its witness list. Intus, therefore, files this notice of errata, providing notice of its intent to call Melanie Martinez, an employee of RTZ, as a witness at trial. Intus expects that her testimony will range from 45 minutes to one hour. The subject matter of her testimony will include general knowledge about: (i) RTZ, (ii) its products, (iii) PACECare customers, contracts, development, operation, licensing and use; (iv) RTZ/Intus relationship and interactions.

The parties have discussed Ms. Martinez's presence at trial; in fact, both parties designated deposition testimony for Ms. Martinez (*See* Appendix C to the Joint Pretrial Statement) in the event she cannot appear at trial. Her omission from the witness list was inadvertent.

Dated: July 27, 2026                                EPSTEIN BECKER & GREEN, P.C.

                                    By:    */s/ Charles E. Weir*
                                           Charles E. Weir
                                           Andrew M. Beshai

                                           Attorneys for Plaintiff
                                           INTUSCARE INC.

2