NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
MICHELE C. KIRRANE (SBN 215448)
mkirrane@nossaman.com
KASIA PENN (SBN 306056)
kpenn@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:   415.398.2438

*Attorneys for Defendant RTZ ASSOCIATES, INC.*

EPSTEIN BECKER & GREEN, P.C.
Charles E. Weir (SBN 211091)
cweir@ebglaw.com
Andrew M. Beshai (SBN 308030)
abeshai@ebglaw.com
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Telephone:  310.556.8861
Facsimile:  310.553.2165

*Attorneys for Plaintiff INTUS CARE, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INTUS CARE, INC.,<br><br>                Plaintiff,<br><br>         vs.<br><br>RTZ ASSOCIATES, INC.; and DOES 1 through 10,<br><br>                Defendants, | Case No: 4:24-cv-01132-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**REVISED APPENDIX A (JOINT EXHIBITS LIST) TO JOINT PRETRIAL STATEMENT**<br><br>Pretrial Conf.:  August 5, 2026<br><br>Trial Date: August 24, 2026<br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

70655313.v1                                                          Case No. 4:24-cv-01132-JST

REVISED APPENDIX A (JOINT EXHIBITS LIST) TO JOINT PRETRIAL STATEMENT

The Parties have met and conferred and, in the interest of judicial economy, have removed a number of disputed exhibits, thereby obviating the need to adjudicate those exhibits. The attached joint exhibit list is intended to replace **Appendix A** to the Parties' Joint Pretrial Statement filed on July 24, 2026.

Dated:  July 31, 2026

NOSSAMAN LLP
DAVID C. LEE
MCHELE C. KIRRANE
KASIA PENN


By:  /s/ *Kasia Penn*
         Kasia Penn

Attorneys for Defendant RTZ ASSOCIATES, INC.


Dated:  July 31, 2026

EPSTEIN BECKER & GREEN, P.C.
CHARLES E. WEIR
ANDREW M. BESHAI


By:  */s/ Andrew M. Beshai*

Attorneys for Plaintiff INTUS CARE, INC.

REVISED APPENDIX A (JOINT EXHIBITS LIST) TO JOINT PRETRIAL STATEMENT
70655313.v1

# Revised Appendix A:

# Joint Exhibit List

| Exhibit No. | Bates No./Dep. Ex. No. | End Bates | Brief Description | Sponsoring Witness(es) | Admissibility/Objections | Response to Objections |
|---|---|---|---|---|---|---|
| 1 | Removed | | | | | |
| 2 | Dep. Ex. 2 (no bates) | | Email thread - Carter, Amanda Muniz, Kelsey Bruno - re: Community PACE/Intus - RTZ Medications Report Failing | Miranda Carter | Stipulated | |
| 2A | Dep. Ex. 2A (no bates) | | Intus-Community PACE at Home Contract, 11/2020 | Miranda Carter | Stipulated | |
| 2B | Dep. Ex. 2B (no bates) | | Data Integration Addendum - Community-Intus, 5/4/2023 | Miranda Carter | Stipulated | |
| 3 | Dep. Ex. 3 (no bates) | | Email thread - Carter, Amanda Muniz, Kelsey Bruno - re: Community PACE/Intus - RTZ Medications Report Failing | Miranda Carter | Stipulated | |
| 4 | Dep. Ex. 4 (no bates) | | Email thread - Carter, Amanda Muniz, Kelsey Bruno - re: Community PACE/Intus - RTZ Medications Report Failing | Miranda Carter | Stipulated | |
| 5 | Dep. Ex. 5 (no bates) | | Email thread - Evan Jackson, Miranda Carter, others re: Community PACE at Home Mock Audit | Miranda Carter | Stipulated | |
| 6 | Dep. Ex. 6 (no bates) | | Email thread - Selina Lindley, Miranda Carter, others re: Community PACE at Home Mock Audit | Miranda Carter | Stipulated | |
| 7 | Dep. Ex. 7 (no bates) | | Email thread - Carter, Amanda Muniz, Kelsey Bruno - re: Community PACE/Intus - RTZ Medications Report Failing | Miranda Carter | Stipulated | |
| 8 | Dep. Ex. 8 (no bates) | | Email from Carter to Kelsey Bruno re: Deactivated Intus Accounts | Miranda Carter | Stipulated | |
| 9 | Dep. Ex. 9 (no bates) | | Email thread - Selina Lindley, Miranda Carter, others re: Community PACE at Home Mock Audit | Miranda Carter | Stipulated | |
| 10 | Dep. Ex. 10 (no bates) | | Email thread - Selina Lindley, Laura Ferrara, Miranda Carter, others re: Community PACE + Intus Care Mock Audit | Miranda Carter | Stipulated | |
| 11 | Dep. Ex. 11 (Intus 004172-Intus 004174) | | Email thread - Bobbi Runyon, Melanie Martinez, Evan Jackson, Lauri Wertz, Laura Ferrara re: Fw: RTZ/IntusCare Integration | Lauri Wertz | Stipulated | |
| 12 | Dep. Ex. 12 (Intus 001668-Intus 001669) | | Email thread - Lauri Wertz, Yehuda Czermak, Evan Walters, Gregory Pulley re: RE: EXTERNAL_Re: Intus Care <> Beacon of Life : data integration | Lauri Wertz | Stipulated | |
| 13 | Dep. Ex. 13 (Intus 001738) | | Email from Lauri Wertz to Marina Lomeli, Sandra Mireles, Jeffrey Glenn, and Evan Walters re: Intus Care - data integration | Lauri Wertz | Stipulated | |
| 14 | Dep. Ex. 14 (Intus 001731-Intus 001737) | | Email thread - Marina Lomeli, Laura Ferrara, Jeffrey Glenn, Sandra Mireles, Lauri Wertz, Juan Cristo re: Follow Up | Lauri Wertz | Stipulated | |
| 15 | Dep. Ex. 15 (Intus 002205-Intus 002211) | | Email thread - Evelyn Thompson, Lauri Wertz, Wenxing Li, Yehuda Czermak, Laura Ferrara re: [Follow-up] RTZ Intus collaboration | Lauri Wertz | Stipulated | |

| No. | Exhibit | Description | Witness | Objections |
|---|---|---|---|---|
| 16 | Dep. Ex. 16 (Intus 002385) | Email thread - Laura Ferrara, Lauri Wertz, Sarah Berry re: Intus Care - manual reports from RTZ | Lauri Wertz | Stipulated |
| 17 | Dep. Ex. 17 (Intus 002194) | Email from Lauri Wertz to Sarah Berry re: Intus Care - manual reports | Lauri Wertz | Stipulated |
| 18 | Dep. Ex. 18 (Intus 002406) | Email from Lauri Wertz to Astrid Forbito, Debra Fisher, Healery Godisan, and Heather Washington re: Intus Care Onboarding - follow up notes | Lauri Wertz | Stipulated |
| 19 | Dep. Ex. 19 (Intus 002502-Intus 002504) | Email thread - Lauri Wertz, Astrid Forbito, Alysia Ogburn, Mary John-Williams re: IntusCare - EHR data | Lauri Wertz | Stipulated |
| 20 | Dep. Ex. 20 (Intus 003089-Intus 003095) | Email thread - Lauri Wertz, Janet Huang, Astrid Forbito, Joanne Won, Alysia Ogburn, Jeffrey Berkey re: RTZ Process Solution (Intus Care \| Neighborhood) | Lauri Wertz | Stipulated |
| 21 | Dep. Ex. 21 (Intus 003026-Intus 003027) | Email thread - Sarah Berry, Lauri Wertz, Melanie Gustman re: Automating Intus Care | Lauri Wertz | Stipulated |
| 22 | Dep. Ex. 22 (Intus 003117-Intus 003120) | Email thread - Sneha Banerjee, Mark Valladolid, Lauri Wertz, Alex, Evan Walters, Cassandra da Rosa re: Intus Care <> St. Paul's PACE EHR integration | Lauri Wertz | Stipulated |
| 23 | Dep. Ex. 23 (Intus 001801-Intus 001804) | Email thread - Malorie Marquardt, Evan Walters, Lauri Wertz re: Community PACE <> Intus Care: migration to RTZ | Lauri Wertz | Stipulated |
| 24 | Dep. Ex. 24 (Intus 002049-Intus 002052) | Email thread - Lauri Wertz, Malorie Marquardt, Evan Walters re: Community PACE <> Intus Care: migration to RTZ | Lauri Wertz | Stipulated |
| 25 | Dep. Ex. 25 (Intus 002002-Intus 002009) | Email thread - Laura Emery, Lauri Wertz, Melanie Martinez, Amanda Muniz, Evelyn Thompson, Bobbi Runyon, Yehuda Czermak re: Integration with Intus Care | Lauri Wertz | Stipulated |
| 26 | Dep. Ex. 26 (Intus 002137-Intus 002138) | Email thread - Bobbi Runyon, Lauri Wertz, Evan Jackson, Melanie Martinez, Yehuda Czermak re: RTZ/IntusCare Integration | Lauri Wertz | Stipulated |
| 27 | Dep. Ex. 27 (Intus 002189) | Email from Lauri Wertz to Alex Lueth re: Intus Care - RTZ reports | Lauri Wertz | Stipulated |
| 28 | Dep. Ex. 28 (Intus 001390-Intus 001391) | Email(s) re: integration with RTZ | Evan Jackson | Stipulated |
| 29 | Dep. Ex. 29 (Intus 001414-Intus 001418) | Email(s) re: Intus Care and SCPP RTZ integration | Evan Jackson | Stipulated |
| 30 | Dep. Ex. 30 (Intus 001538 - Intus001542) | Email(s) re: Data requirements description | Evan Jackson | Stipulated |
| 31 | Dep. Ex. 31 (Intus 001563-Intus 001565) | Email(s) re: ENCRYPT MAIL - Intus team access to RTZ live site | Evan Jackson | Stipulated |
| 32 | Dep. Ex. 32 (Intus 005118 - Intus 005122) | Email(s) re: LifeCircles x Intus Care next steps | Evan Jackson | Stipulated |
| 33 | Dep. Ex. 33 (Intus 002851-Intus 002855) | Email(s) re: RTZ integration conversation [Intus Care - BoldAge PACE] | Evan Jackson | Stipulated |
| 34 | Dep. Ex. 34 (Intus 002139-Intus 002141) | Email(s) re: RTZ/IntusCare Integration | Evan Jackson | Stipulated |

70656000.v1

| # | Exhibit | Description | Witness | Objection |
|---|---------|-------------|---------|-----------|
| 35 | Dep. Ex. 35 (Intus 002935-Intus 002937) | Email(s) re: Intus Care - BoldAge PACE | Evan Jackson | Stipulated |
| 36 | Dep. Ex. 36 (Intus 004131) | Email(s) re: Robbie Felton | Evan Jackson, Robbie Felton | Stipulated |
| 37 | Dep. Ex. 37 (Intus 002989-Intus 002991) | Email(s) re: RTZ Process Solution (Intus Care - Senior Care Partners) | Evan Jackson | Stipulated |
| 38 | Dep. Ex. 38 (Intus 003019-Intus 003022) | Email(s) re: RTZ Process Solution (IntusCare - Neighborhood) | Evan Jackson, Alex Lueth | Stipulated |
| 39 | Dep. Ex. 39 (Intus 003598-Intus 003599) | Email(s) re: Integration update | Evan Jackson | Stipulated |
| 40 | Dep. Ex. 40 (Intus 003704-Intus 003708) | Email(s) re: Integration Update | Evan Jackson | Stipulated |
| 41 | Dep. Ex. 41 (Intus 003986-Intus 003989) | Email(s) re: Uploads Needed | Evan Jackson | Stipulated |
| 42 | Dep. Ex. 42 (Intus 008117-Intus 008119) | Email(s) re: Quick EHR question | Evan Jackson | Stipulated |
| 43 | Dep. Ex. 43 (Intus 006661-Intus 006662) | Email(s) re: EMR | Evan Jackson | Stipulated |
| 44 | Dep. Ex. 44 (Intus 001588-Intus 001590) | Email(s) re: Intus Care Website Submission | Evan Jackson | Stipulated |
| 45 | Dep. Ex. 45 (Intus 001634-Intus 001636) | Email(s) re: IntusCare Contract Followup | Evan Jackson | Stipulated |
| 46 | Omitted Intentionally | | | |
| 47 | Dep. Ex. 47 (RTZ0002768-RTZ0002771) | Email series dated 9/1/2022, "Subject: Re: Intus Care access to PCO" and attachment | Michael Zawadski | Stipulated |
| 48 | Dep. Ex. 48 (RTZ0000809-RTZ0000813) | Email series, "Subject: [External] Re: Catching up and NDA for RTZ integration" and attachment | Michael Zawadski | Stipulated |
| 49 | Dep. Ex. 49 (RTZ0007671-RTZ0007676) | Email series, "Subject: Re: Catching up and NDA for RTZ integration" and attachment | Michael Zawadski | Stipulated |
| 50 | Dep. Ex. 50 (Intus 004125-Intus 004128) | "Request for PACECare Access / Non-Disclosure Agreement" | Michael Zawadski | Stipulated |
| 51 | Dep. Ex. 51 (RTZ0000020-RTZ0000033) | Email series, "Subject: [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract" | Michael Zawadski | Stipulated |
| 52 | Dep. Ex. 52 (RTZ0005586-RTZ0005587) | Email series, "Subject: Re: NDA for Secure Transportation" | Michael Zawadski | Stipulated |
| 53 | Dep. Ex. 53 (RTZ0007693-RTZ0007695) | Email series, "Subject: Re: FW: Service Disruption" | Michael Zawadski | Stipulated |
| 54 | Dep. Ex. 54 (RTZ0000814-RTZ0000818) | "Amendment 2 to PACECare License Agreement" | Michael Zawadski, Melanie Martinez | Stipulated |
| 55 | Dep. Ex. 55 (RTZ0000847-RTZ0000866) | "PACECare Agreement 'Software as a Service'" | Michael Zawadski | Stipulated |
| 56 | Dep. Ex. 56 (Intus 002191-Intus 002193) | Email series, "Subject: FW: Disclosure Agreements" | Michael Zawadski | Stipulated |
| 57 | Dep. Ex. 57 (no bates) | "Electronic Health Record Data Use and Access Agreement, Tabula Rasa HealthCare Group, Inc., and Intus Care, Inc." | Michael Zawadski | Stipulated |

70656000.v1

| No. | Description | Witness | Objection | Hearsay |
|---|---|---|---|---|
| 58 Dep. Ex. 58 (RTZ0000477-RTZ0000483) | Email series, "Subject: [External] RE: Intus Care/RTZ Associates: Data Integration/Data Extract" | Michael Zawadski | Object – hearsay | **Hearsay:** This is an email chain between an agent for RTZ and Intus' representative regarding the acccess negotiations. The statements were "made by a person whom RTZ authorized to make a statement on the subject" and are "being offered against" RTZ. Fed. R. Evid. 801(d)(2)(C). These emails and attachments are also business records, as they are: 1) records of the parties' access negotiations; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule"). |
| 59 Dep. Ex. 59 (RTZ0000606-RTZ0000614) | Email series, "Subject: RE: Intus Care/RTZ Associates: Data Integration/Data Extract" | Michael Zawadski | Object – hearsay | **Hearsay:** This is an email chain between an agent for RTZ and Intus' representative regarding the acccess negotiations. The statements were "made by a person whom RTZ authorized to make a statement on the subject" and are "being offered against" RTZ. Fed. R. Evid. 801(d)(2)(C). These emails and attachments are also business records, as they are: 1) records of the parties' access negotiations; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule"). |
| 60 Dep. Ex. 60 (RTZ0002765-RTZ0002767) | Email series, "Subject: Re: Intus Care Collaboration" | Michael Zawadski | Stipulated | |
| 61 Dep. Ex. 61 (RTZ0004198-RTZ0004204) | Email series, "Subject: Re: FW: New Intus Care Features - IT Support Needed" | Michael Zawadski | Stipulated | |
| 62 Dep. Ex. 62 (Intus 004591-Intus 004595) | Email correspondence with Vorro, dated March 2021 | Alex Rothberg | Stipulated | |
| 63 Dep. Ex. 63 (Intus 001465-Intus 001470) | Email correspondence, April and May 2021 | Alex Rothberg | Stipulated | |
| 64 Dep. Ex. 64 | e-mail correspondence from May to July of 2021 | Alex Rothberg | Stipulated | |
| 65 Dep. Ex. 65 | September 2022 e-mail correspondence | Alex Rothberg | Stipulated | |
| 66 Dep. Ex. 66 (Intus 000024-Intus 000029) | EHR data map RTZ | Alex Rothberg | Stipulated | |
| 67 Dep. Ex. 67 (Intus 005118-Intus 005122) | February 15, 2024 email with attachment re: LifeCircles/IntusCare next steps | Alex Rothberg, Evan Jackson | Stipulated | |
| 68 Dep. Ex. 68 (Intus 003117-Intus 003119) | June 2023 email correspondence with St. Paul's Senior Services (partial range - only pp. 3117-3119 referenced in testimony) | Alex Rothberg | Stipulated | |
| 69 Dep. Ex. 69 (Intus 003704-Intus 003708) | January and February 2024 email correspondence with Brio/LifeCircles re: integration update | Alex Rothberg, Evan Jackson | Stipulated | |
| 70 Dep. Ex. 70 (Intus 004132) | January 18, 2024 email | Alex Rothberg | Stipulated | |
| 71 Dep. Ex. 71 (no bates found in transcript) | July and August 2022 email correspondence re: Community PACE / NDA to Robbie Felton | Alex Rothberg | Stipulated | |
| 72 Dep. Ex. 72 (RTZ0005845-RTZ0005846) | Email thread - Carinna Sias, Tim Cooper, others - re: filtering queries for printable & electronic documentation | Melanie Martinez | Stipulated | |
| 73 Dep. Ex. 73 (RTZ0005971) | Email from Tim Cooper to Carinna Sias, others - re: intro to RTZ quick-start guide | Melanie Martinez | Stipulated | |
| 74 Dep. Ex. 74 (RTZ0005714-RTZ0005720) | Email thread - Alex Lueth, Laura Emery, others - re: IntusCare & SCPP RTZ integration | Melanie Martinez | Stipulated | |
| 75 Dep. Ex. 75 (RTZ0001993-RTZ0001998) | Email thread - Melanie Martinez, Malorie Marquardt, others - re: updates | Melanie Martinez | Stipulated | |
| 76 Dep. Ex. 76 (Intus 002002-Intus 002009) | Email thread - Amanda Muniz, Melanie Martinez, others re: Integration with IntusCare | Melanie Martinez | Stipulated | |
| 77 Dep. Ex. 77 (RTZ0000814-RTZ0000818) | "Amendment 2 to PACECare License Agreement" | Melanie Martinez | Stipulated | |

| 78 | Dep. Ex. 78 (RTZ0000847-RTZ0000866) | | "PACECare Agreement 'Software as a Service'" | Melanie Martinez | Stipulated | |
| 79 | Dep. Ex. 79 (RTZ0002772-RTZ0002774) | | Email thread - Melanie Martinez, Bobbi Runyon, others re: RTZ/IntusCare Integration | Melanie Martinez | Stipulated | |
| 80 | Dep. Ex. 80 (RTZ0002775) | | Email thread - Laura Emery, Melanie Martinez, others re: Intus NDA | Melanie Martinez | Stipulated | |
| 81 | Dep. Ex. 81 (RTZ0005586-RTZ0005587) | | Email thread - Melanie Martinez, Daniel Diaz, others re: NDA for Secure Transportation | Melanie Martinez | Stipulated | |
| 82 | Dep. Ex. 82 (RTZ0002733-RTZ0002735) | | Email thread - Ryan Gadia, Kristin Prentiss, others re: H7027 - Esperanza Coding and Risk Adjustment Services | Melanie Martinez | Stipulated | |
| 83 | Dep. Ex. 83 (RTZ0005604) | | Email thread - Kyle Mendez, Melanie Martinez, others re: PCO Vendor Access: IntusCare | Melanie Martinez | Stipulated | |
| 84 | Dep. Ex. 84 (RTZ0002765-RTZ0002767) | | Email thread - Cassandra da Rosa, PCO Support, others re: IntusCare Collaboration | Melanie Martinez | Stipulated | |
| 85 | Dep. Ex. 85 (RTZ0007693-RTZ0007695) | | Email thread - Robbie Felton, Alex Lueth, others re: Service Disruption | Melanie Martinez | Stipulated | |
| 86 | Dep. Ex. 86 (RTZ0007273-RTZ0007275) | | Email thread - Michael Zawadski, Alex Lueth, others - re: need for emergency plan when PCO is down | Melanie Martinez | Stipulated | |
| 87 | Dep. Ex. 87 (no bates) | | Intus' Objections and Responses to RTZ's Interrogatories, Set One | Evan Walters | Stipulated | |
| 88 | Dep. Ex. 88 (Intus 001797-Intus 001800) | | Email thread between Evan Walters, Lauri Wertz, and Beacon re: Re: EXTERNAL_Re: EXTERNAL_Re: Intus Care <> Beacon of Life : data integration | Evan Walters, Lauri Wertz | Stipulated | |
| 89 | Dep. Ex. 89 (Intus 001763-Intus 001765) | | Email thread - Neighborhood, Lauri Wertz, Evan Walters re: Intus Care - data integration | Evan Walters, Lauri Wertz | Stipulated | |
| 90 | Dep. Ex. 90 (Intus 001793-Intus 001796) | | Email thread - Community, Evan Walters, Lauri Wertz re: Community PACE <> Intus Care : migration to RTZ | Evan Walters | Stipulated | |
| 91 | Dep. Ex. 91 (Intus 001801-Intus 001804) | | Email thread - Malorie Marquardt, Evan Walters, Lauri Wertz, others re: NDA to Access PACECare | Evan Walters | Stipulated | |
| 92 | Dep. Ex. 92 (Intus 003028-Intus 003030) | | Email thread - Lauri Wertz, Community, Evan Walters, Joanne Won re: Fw: RE: Automating Intus Care | Evan Walters, Lauri Wertz | Stipulated | |
| 93 | Dep. Ex. 93 (Intus 003474-Intus 003483) | | Email thread - Sneha Banerjee, Heidi Gras (LifeCircles), Evan Walters re: Intus Care | Evan Walters | Stipulated | |
| 94 | Dep. Ex. 94 (Intus 003580-Intus 003589) | | Email thread - Sneha Banerjee, Heidi Gras (LifeCircles), Evan Walters re: Intus Care | Evan Walters | Stipulated | |
| 95 | Dep. Ex. 95 (Intus 003604-Intus 003614) | | Email thread - Sneha Banerjee, Heidi Gras (LifeCircles), Evan Walters re: RTZ-Intus Care Data Map - Q1 2024.xlsx | Evan Walters | Stipulated | |
| 96 | Dep. Ex. 96 (Intus 003908) | | Email from Evan Walters to Brio re: rtz-data-extraction-guide.pdf | Evan Walters | Stipulated | |
| 97 | Omitted Intentionally | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 98 | Dep. Ex. 98 (Intus 013514-Intus 013517) | | Email thread - Laura Ferrara, William Mims, Evan Jackson, others re: SCPP Standing Meeting | Laura Ferrara | Stipulated |
| 99 | Dep. Ex. 99 (Intus 004150-Intus 004158) | | Email from Laura Ferrara to Robbie Felton re: Authority to Sign NDA | Laura Ferrara | Stipulated |
| 100 | Dep. Ex. 100 (Intus 002205-Intus 002211) | | Email thread - Lauri Wertz, Evelyn Thompson, Laura Ferrera, others re: [Follow-up] RTZ Intus collaboration | Laura Ferrara, Evan Walters, Lauri Wertz | Stipulated |
| 101 | Dep. Ex. 101 (Intus 014251) | | Email from Evan Jackson to Laura Ferrera re:Data Use Addendum (Community PACE).pdf | Laura Ferrara, Evan Jackson | Stipulated |
| 102 | Dep. Ex. 102 (Intus 007034-Intus 007035) | | Email with meeting invitation from Laura Ferrara to Boldage re: BoldAge x IntusCare - Executive Brief | Laura Ferrara | Stipulated |
| 103 | Dep. Ex. 103 (Intus 014704-Intus 014710) | | Email thread - Robbie Felton, Boldage, Enfield Capital Partners re: Introduction Presentation - Intus Care <> Enfield/BoldAge | Robbie Felton | Stipulated |
| 104 | Dep. Ex. 104 (Intus 014785-Intus 014794) | | Email thread - Robbie Felton, Boldage, Enfield Capital Partners re: Intus_Care_-_Series_A-3_Term_Sheet(4098253.5).pdf | Robbie Felton | Stipulated |
| 105 | Dep. Ex. 105 (no bates) | | 10/3/2024 Press Release | Robbie Felton | Stipulated |
| 105A | Dep. Ex. 105 Intus018723 | | CareHub Client List | | |
| 106 | Dep. Ex. 106 (Intus 004150-Intus 004158) | | Email from Laura Ferrara to Robbie Felton re: Authority to Sign NDA | Robbie Felton | Stipulated |
| 107 | Dep. Ex. 107 (Intus 004498-Intus 004500) | | Intus Care User Agreement - Upham's PACE - 01/11/2020 | Robbie Felton | Stipulated |
| 108 | Dep. Ex. 108 (Intus 004162) | | Email from Robbie Felton to Laura Ferrara, Alex Rothberg, Evan Jackson re temporary downtime in Intus Care data pipeline | Robbie Felton | Stipulated |
| 109 | Dep. Ex. 109 (Intus 004163) | | Email from Laura Ferrara to Robbie Felton, Alex Rothberg, Evan Jackson re temporary downtime in Intus Care data pipeline | Robbie Felton, Laura Ferrara | Stipulated |
| 110 | Dep. Ex. 110 (Intus 002062) | | Email from Robbie Felton to Alex Lueth re: Service Disruption | Robbie Felton | Stipulated |
| 111 | Dep. Ex. 111 (Intus 002089-Intus 002091) | | Email from Robbie Felton to Alex Lueth re: Service Disruption | Robbie Felton, Alex Lueth | Stipulated |
| 112 | Dep. Ex. 112 (Intus 002041-Intus 002044) | | Email from Robbie Felton to Michael Zawadski re: Catching up and NDA for RTZ Integration | Robbie Felton | Stipulated |
| 113 | Dep. Ex. 113 (RTZ0000770-RTZ0000806) | | Email from Alex Chiulli to David Lee re: Intus Care - RTZ Business Case - 2.3.23.pdf | Robbie Felton, C. Alexander Chiulli | Stipulated |
| 114 | Dep. Ex. 114 (RTZ0000807-RTZ0000808) | | Intus Care - RTZ "Data Access" Business Case | Robbie Felton | Stipulated |
| 115 | Dep. Ex. 115 (RTZ0008384-RTZ0008388) | | Email from Robbie Felton to Michael Zawadski, cc Mace Wolf, re: Formal Indication of Interest | Robbie Felton | Stipulated |
| 116 | Dep. Ex. 116 (no bates) | | Correspondence from Intus's Legal Counsel to Nossaman LLP providing notice of filing of information blocking complaint | Robbie Felton | Stipulated |

70656000.v1

| | | | | | |
|---|---|---|---|---|---|
| 117 | Dep. Ex. 117 (Intus 004651) | | Email from Robbie Felton to Alex Rothberg with link to healthit.gov on information blocking claims | Robbie Felton | Stipulated |
| 118 | Dep. Ex. 118 (Intus 004530) | | Email from Matt Becker to Evan Jackson and Robbie Felton with link to Cures Act Final Rule: Information Blocking Exceptions (healthit.gov) | Robbie Felton | Stipulated |
| 119 | Dep. Ex. 119 (no bates) | | Declaration of Robbie Felton ISO Intus' Motion for Partial Summary Judgment | Robbie Felton | Stipulated |
| 120 | Dep. Ex. 120 (Intus 004130) | | Email from Robbie Felton to Alex Rothberg and Evan Jackson with excerpt of unspecified RTZ contract | Robbie Felton | Stipulated |
| 121 | Dep. Ex. 121 (Intus 004131) | | Email from Evan Jackson to Robbie Felton and Alex Rothberg with excerpt of RTZ contract | Robbie Felton | Stipulated |
| 122 | Dep. Ex. 122 (Intus 004615) | | Email from Robbie Felton to Alex Rothberg, Samuel Prado, Evan Walters with SCP PACECare link | Robbie Felton | Stipulated |
| 123 | Dep. Ex. 123 (Intus 004133-Intus 004136) | | Emails between Kathryn McGuire (McGuire Advisor, LLC), Manu Oregon (Atheneum.ai), and Robbie Felton re: FW: Atheneum Consultation Request - PACE Software Solutions | Robbie Felton | Stipulated |
| 124-129 | Omitted Intentionally | | | | |
| 130 | Dep. Ex. 130 (no bates) | | Email thread - Alex Lueth, Evan Jackson, Robbie Felton re: Demonstration - Intus Care Risk Scoring Software Program | Alex Lueth, Evan Jackson, Robbie Felton | Stipulated |
| 131 | Dep. Ex. 131 (no bates) | | Email thread - Alex Lueth, Evan Jackson, Robbie Felton re: Demonstration - Intus Care Risk Scoring Software Program | Alex Lueth, Evan Jackson, Robbie Felton | Stipulated |
| 132 | Dep. Ex. 132 (Intus 001389) | | Email from Alex Lueth to Evan Jackson re: Integration with RTZ | Alex Lueth | Stipulated |
| 133 | Dep. Ex. 133 (Intus 001456-Intus 001463) | | Email thread - Alex Lueth, Laura Emery, Alex Rothberg, Evan Jackson, Melanie Martinez, others re: Intus Care & SCPP RTZ Integration | Alex Lueth, Alex Rothberg | Stipulated |
| 134 | Dep. Ex. 134 (RTZ0006558-RTZ0006560) | | Email thread - Alex Rothberg, Evan Jackson, Michael Zawadski, Evan Walters, Alex Lueth re: Data requirements description | Alex Lueth, Alex Rothberg, Evan Jackson | Stipulated |
| 135 | Dep. Ex. 135 (RTZ0006561-RTZ0006564) | | Email thread - Alex Rothberg, Evan Jackson, Michael Zawadski, Evan Walters, Alex Lueth re: Data requirements description | Alex Lueth, Alex Rothberg, Evan Jackson | Stipulated |
| 136 | Dep. Ex. 136 (RTZ0006810-RTZ0006813) | | Email thread - Alex Lueth, Evan Jackson, Michael Zawadski, others re: Data requirements description | Alex Lueth | Stipulated |
| 137 | Dep. Ex. 137 (RTZ0006819-RTZ0006824) | | Email thread - Michael Zawadski, Alex Lueth, others re: Data requirements description | Alex Lueth | Stipulated |
| 138 | Dep. Ex. 138 (Intus 001560) | | Email from Alex Lueth to Tim Cooper re: Intus Team Access to RTZ Live Site | Alex Lueth | Stipulated |
| 139 | Dep. Ex. 139 (Intus 001561-Intus 001562) | | Email(s) re: ENCRYPT MAIL - Intus team access to RTZ live site | Alex Lueth | Stipulated |

| No. / Bates | Description | Witness | Objection | Grounds |
|---|---|---|---|---|
| 140 Dep. Ex. 140 (Intus 002062) | Email from Robbie Felton to Alex Lueth re: Service Disruption | Alex Lueth | Stipulated | |
| 141 Dep. Ex. 141 (Intus 002068-Intus 002069) | Email from Alex Lueth to Robbie Felton re: RE: Service Disruption | Alex Lueth | Stipulated | |
| 142 Dep. Ex. 142 (RTZ0007691-RTZ0007692) | Email from Alex Lueth to Michael Zawadski, Laura Emery re: FW: Service Disruption | Alex Lueth | Stipulated | |
| 143 Dep. Ex. 143 (RTZ0007693-RTZ0007695) | Email thread - Michael Zawadski, Alex Lueth, others re: FW: Service Disruption | Alex Lueth | Stipulated | |
| 144 Dep. Ex. 144 (RTZ0008309-RTZ0008310) | Email thread - Alex Lueth, Michael Zawadski, Laura Emery, Sally Berglin (SCP MJ) re: data agreement | Alex Lueth, Michael Zawadski | Stipulated | |
| 145 Dep. Ex. 145 (Intus 002190) | Email - Lauri Wertz to Alex Lueth re: Intus Care - RTZ Reports | Alex Lueth, Lauri Wertz | Stipulated | |
| 146 Dep. Ex. 146 (no bates) | Offer of Employment from RTZ to Alex Lueth | Alex Lueth | Stipulated | |
| 147 Dep. Ex. 147 (no bates) | Signed Offer Letter from RTZ to Alex Lueth | Alex Lueth | Stipulated | |
| 148 Dep. Ex. 148 (RTZ 0008012) | Email from Alex Lueth to Michael Zawadski re: New Horizons Staff Log 9.25.2024.xlsx | Alex Lueth, Michael Zawadski | Stipulated | |
| 149 Dep. Ex. 149 (RTZ0005243) | Email from Alexandria Lueth to Colleen Bottens, others re: Intus Care Coding | Alex Lueth | Stipulated | |
| 150 Dep. Ex. 150 (RTZ0004435-RTZ0004436) | Email thread - Ryan Gadia, Kristin Prentiss, Alex Lueth, others - re: H7027 - Esperanza coding and risk adjustment services | Melanie Martinez, Alex Lueth | Stipulated | |
| 151 Dep. Ex. 151 (RTZ0002733-RTZ0002735) | Email thread - Melanie Martinez, Alexandria Lueth, others re: H7027 - Esperanza Coding and Risk Adjustment Services | Alex Lueth | Stipulated | |
| 152 Dep. Ex. 152 (RTZ0001678) | Email from Alex Lueth to Brio re: New Custom Export Report Module | Alex Lueth | Stipulated | |
| 153 Dep. Ex. 153 (no bates) | Signed Offer Letter from RTZ to Alex Lueth | Alex Lueth, Michael Zawadski | Stipulated | |
| 154 Removed | | | | |
| 155 Dep. Ex. 155 (RTZ0000807-RTZ0000808) | Intus Care - RTZ "Data Access" Business Case | Peter Schwechheimer | Stipulated | |
| 156 Dep. Ex. 156 (no bates) | Electronic Health Record Data Use and Access Agreement - Tabula Rasa HealthCare Group, Inc., and Intus Care, Inc. | Peter Schwechheimer | Stipulated | |
| 157 Dep. Ex. 157 (no bates) | Excel Spreadsheet - Sections by Importance | Peter Schwechheimer | Stipulated | |
| 158 Removed | | | | |
| 159 Removed | | | | |
| 160 Removed | | | | |
| 161 Dep. Ex. 161 (Intus 019841-Intus 019845) | Damages Emails | Evan Jackson | Object – relevance, hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. |
| 162 Dep. Ex. 162 (Intus 18880) | RTZ CRM Data Spreadsheet | Kris Hult | Stipulated | |
| 163 Dep. Ex. 163 (Intus 19847) | Win/Loss Opportunities Spreadsheet | Kris Hult | Stipulated | |
| 164 Removed | | | | |
| 165 Removed | | | | |
| 166 Removed | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 167 | Dep. Ex. 167 (no bates) | | PACECare Agreement "Software as a Service" | Shawn Fleury | Stipulated | |
| 168 | Dep. Ex. 168 (Intus 001464-Intus 001473) | | Email chain - Michael Zawadski, Alex Rothberg, Laura Emery, Alex Lueth, Evan Jackson, Melanie Martinez, others re: Intus Care & SCPP RTZ Integration | Shawn Fleury, Alex Rothberg, Michael Zawadski | Stipulated | |
| 169 | Dep. Ex. 169 (no bates) | | Expert Report of Traci Creegan, April 22, 2026, Confidential Subject to Protective Order | Shawn Fleury | Stipulated | |
| 170 | Dep. Ex. 170 (no bates) | | Expert Report of Traci Creegan dated April 22, 2026 | Creegan | Object – relevance, hearsay | |
| 171 | Dep. Ex. 171 | | Summary Pro Forma Income Statement | Kevin Lathrop | Stipulated | |
| 172 | Dep. Ex. 172 (Intus019811-Intus 019820) | | Email Exchange re High Desert PACE Request | Kevin Lathrop | Stipulated | |
| 173 | Dep. Ex. 173 (RTZ0008378) | | Excel Spreadsheet | Kevin Lathrop | Stipulated | |
| 174 | Dep. Ex. 174 (RTZ0008389) | | Excel Spreadsheet | Kevin Lathrop | Stipulated | |
| 175 | Dep. Ex. 175 (RTZ0008390) | | Excel Spreadsheet | Kevin Lathrop | Stipulated | |
| | | | | | | |
| 200 | Intus 002161-Intus 002164 | | Email thread - Beacon, Melanie Martinez, Evan Jackson re: RTZ/IntusCare Integration | Melanie Martinez, Evan Jackson | Stipulated | |
| 201 | RTZ0001320-RTZ0001329 | | Email thread - Evan Walters, Miranda Carter, PCO Support Team, Amanda Muniz, Kelsey Bruno re: Community PACE/Intus - RTZ Medications Report Failing | Miranda Carter | Stipulated | |
| 202 | Intus 020385-Intus 020386 | | Slack message re Intus expectation of losing UM contracts with Thome and Huron Valley because of RTZ | Laura Ferrara, Evan Jackson | Stipulated | |
| | | | | | | |
| 300 | RTZ0005490 | | Email thread - Martinez, Zawadski, Pinni Friedman re: Intus Care access to PCO | Michael Zawadski, Melanie Martinez | Stipulated | |
| 301 | Intus 002035-Intus 002038, RTZ0007682-RTZ0007685 | | Email thread - Felton, Zawadski, Laura Emery re: Catching up and NDA for RTZ integration | Michael Zawadski, Robbie Felton | Stipulated | |
| 302 | Intus 020556 | | Slack thread between Nima Karamooz & Nathan Vogt re: Neighborhood reports not working | Evan Jackson | Object – authenticity, foundation, hearsay, relevance, 403 (prejudicial) | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice**: The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 303 | RTZ0008296-RTZ0008300 | | Email thread - Wertz, Martinez, Amanda Muniz, Yehuda Czermak re: Integration with Intus Care | Lauri Wertz, Melanie Martinez | Stipulate | |

| No. | Document | Sponsoring Witness | Objections | Relevance / Authenticity |
|---|---|---|---|---|
| 304 | Intus 016716-Intus 016720 | Email thread - Will Mimms and PACE SEMI re: Re: Data Import/Export - PACECare Online/Intus Care | Will Mimms | Object -authenticity, foundation, 403 (prejudice), relevance | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .,* No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 305 | Intus 003249-Intus 003250 | Email thread – Lauri Wertz & Community re: Re: Login info | Lauri Wertz | Stipulated | |
| 306 | Intus 053042 | Slack message from Courtney Zhu re High Desert being blocked | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .,* No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 307 | Intus 053218-Intus 053219 | Slack message from Sneha Banerjee re Brio integration problems due to RTZ | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .,* No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 308 | Intus 020349 | Slack message from Sneha Banerjee re Brio (Huron Valley and Thome) problems due to RTZ blocking | Robbie Felton, Will Mimms | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .,* No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 309 | Intus 019906-Intus 019907 | Slack message thread re loss of mock audit sale to Community due to RTZ blocking | Laura Ferrara, Robbie Felton, Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .,* No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |

70656000.v1

| | | | | | |
|---|---|---|---|---|---|
| 310 | Intus 020400-Intus 020402 | | Slack message thread re inability to access Thome EMR and get Thome data once they transitioned to RTZ | Laura Ferrara | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 311 | Intus 020720 | | Slack message thread re Collabrios/RTZ revoking access to PCO for Intus for multiple PACE programs | Will Mimms | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 312 | Intus 020678-Intus 020679 | | Slack message re Brio termination of UM and Pop Health with RTZ data blocking as cited reason for termination | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 313 | Intus 020814 | | Slack message re inabillity to do UM work in current Thome contract since they got RTZ | Laura Ferrara | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 314 | Intus 020523-Intus 020524 | | Slack message re message from New Horizons informing Intus of email from RTZ saying they could not grant Intus PCO access because of "active litigation" with no anticipated timeline for resolving the issue | Laura Ferrara, Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |

70656000.v1

| # | Bates | | Description | Witness | Objections | Response |
|---|---|---|---|---|---|---|
| 315 | Intus 020853 (but also see Intus 020256) | | Slack message re LSS Living transitioning to RTZ and unhappy with anticipated blocking | Will Mimms | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 316 | Intus 020260 | | Slack message re High Desert not getting database access to RTZ and being told not getting extracts either | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 317 | Intus 020794 | | Slack message re work done for ICS before medical record access was blocked due to RTZ | Laura Ferrara, Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 318 | Intus 020525-Intus 020527 | | Slack message re RTZ denying EMR access for client New Horizons | Laura Ferrara | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 319 | Intus 020862-Intus 020863 | | Slack message re RTZ/Collabrios revoking intus access for mulitple clients | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 320 | Intus 020395 | | Slack message re Huron Valley concerned about losing Intus UM services due to lack of RTZ access | Laura Ferrara, Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at \*7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 321 | Intus 020568 | | Slack message re deal with SE PACE not being viable if no RTZ access | Will Mimms | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance**: These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at \*7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 322 | RTZ0000824-RTZ0000826 | | Emergency Limited Service Agreement - St. Paul's PACE | Michael Zawadski | Stipulated | |
| 323 | RTZ0000827-RTZ0000846 | | PACECare Agreement "Software as a Service" - Brio Living Services | Michael Zawadski | Stipulated | |
| 324 | RTZ0000887-RTZ0000905 | | PACECare Agreement "Software as a Service" - PACE Southeast Michigan | Michael Zawadski | Stipulated | |
| 325 | RTZ0000912-RTZ0000931 | | PACECare Agreement "Software as a Service" - Blue Ridge Independence at Home, Inc. | Michael Zawadski | Stipulated | |
| 326 | RTZ0000932-RTZ0000950 | | PACECare Agreement "Software as a Service" - Capital Health LIFE, Inc. | Michael Zawadski | Stipulated | |
| 327 | RTZ0000951-RTZ0000970 | | PACECare Agreement "Software as a Service" - Chinatown Service Center | Michael Zawadski | Stipulated | |
| 328 | RTZ0000991-RTZ0001013 | | PACECare Agreement "Software as a Service" - Esperanza Health Centers | Michael Zawadski | Stipulated | |
| 329 | RTZ0001014-RTZ0001033 | | PACECare Agreement "Software as a Service" - Family HealthCare Network | Michael Zawadski | Stipulated | |
| 330 | RTZ0001034-RTZ0001053 | | PACECare Agreement "Software as a Service" - High Desert PACE | Michael Zawadski | Stipulated | |
| 331 | RTZ0001054-RTZ0001083 | | PACECare Agreement "Software as a Service" - PACE at Hudson Headwaters, Inc. | Michael Zawadski | Stipulated | |
| 332 | RTZ0001104-RTZ0001122 | | PACECare Agreement "Software as a Service" - LIFE COORDINATED COMMONWEALTH PACE Inc | Michael Zawadski | Stipulated | |
| 333 | RTZ0001143-RTZ0001164 | | PACECare Agreement "Software as a Service" - PACE Northeast Michigan | Michael Zawadski | Stipulated | |
| 334 | Removed | | | | | |
| 335 | RTZ0002776-RTZ0002800 | | PACECare Agreement "Software as a Service" - Tungsten Health Holdings LLC | Michael Zawadski | Stipulated | |
| 336 | RTZ0001209-RTZ0001227 | | PACECare Agreement "Software as a Service" - Silver Star PACE | Michael Zawadski | Stipulated | |
| 337 | Removed | | | | | |

70656000.v1

| No. | Bates / Description | Sponsoring Witness | Objection | Response |
|---|---|---|---|---|
| 338 | RTZ0001247-RTZ0001279 | PACECare Agreement "Software as a Service" - VieCare Inc. | Michael Zawadski | Object – 403 (prejudice, waste of time/cumulative), relevance, hearsay (depending on what it is offered for). Stipulate as to authenticity and foundation. | **Relevance:** These contracts are relevant to show RTZ's blocking conduct because they contain provisions prohibiting sharing of reports. **Hearsay:** The contracts are relevant for deterrent effect on the reader (the PACE customer), not for the truth of the matter asserted. **Foundation:** Zawadski has the foundation and knowledge to testify about this. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 339 | Removed | | | | |
| 340 | RTZ0008130-RTZ0008150 | PACECare Agreement "Software as a Service" - Upham's | Michael Zawadski | Object – foundation, 403 (prejudice), relevance, hearsay. Stipulate as to authenticity. | **Relevance:** These contracts are relevant to show RTZ's blocking conduct because they contain provisions prohibiting sharing of reports. **Hearsay:** The contracts are relevant for deterrent effect on the reader (the PACE customer), not for the truth of the matter asserted. **Foundation:** Zawadski has the foundation and knowledge to testify about this. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 341 | RTZ0008151, RTZ0008152-RTZ0008155 | Amendment 1 to PACECare Agreement - New Horizons Living | Michael Zawadski | Object – foundation, 403 (prejudice), relevance, hearsay. Stipulate as to authenticity. | **Relevance:** These contracts are relevant to show RTZ's blocking conduct because they contain provisions prohibiting sharing of reports. **Hearsay:** The contracts are relevant for deterrent effect on the reader (the PACE customer), not for the truth of the matter asserted. **Foundation:** Zawadski has the foundation and knowledge to testify about this. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. |
| 342 | Removed | | | | |
| 343 | RTZ0000819-RTZ0000823 | Amendment 2 to PACECare License Agreement - Beacon Ventures, LLC dba BoldAge PACE | Michael Zawadski | Stipulated | |
| 344 | RTZ0001084-RTZ0001103 | PACECare Agreement "Software as a Service" - Lawndale Christian Health Center | Michael Zawadski | Stipulated | |
| 345 | RTZ0001123-RTZ0001142 | PACECare Agreement "Software as a Service" - PACE CNY | Michael Zawadski | Stipulated | |
| 346 | RTZ0002820-RTZ0002823 | Amendment 1 to PACECare Online License Agreement - St. Paul's PACE | Michael Zawadski | Stipulated | |
| 347 | Intus 0001474-Intus 0001483 | Email thread - Alex Rothberg, Michael Zawadski, Laura Emery, Evan Jackson, Melanie Martinez, others re: Re: Intus Care & SCPP RTZ Integration | Michael Zawadski, Alex Rothberg, Alex Lueth | Stipulated | |
| 348 | RTZ0003832-RTZ0003835 | Email thread - SCP MI, Michael Zawadski, Melanie Martinez, Alex Lueth, others re: RE: Filtering queries for printable & electronic documentation | Carinna Sias (RTZ), Michael Zawadski, Melanie Martinez, Alex Lueth | Stipulated | |
| 349 | Intus 0001989-Intus 0001993 | Email thread - Lauri Wertz, Melanie Martinez, Amanda Muniz, Yehuda Czernak re: Re: Integration with Intus Care | Melanie Martinez, Lauri Wertz | Stipulated | |
| 350 | RTZ0002381 | Email from Evelyn Thompson (Beacon) to Amanda Muniz re: Report | Evan Jackson | Stipulated | |
| 351 | Intus 004167 | Email thread - Laura Ferrara, Beacon, Robbie Felton, Evan Jackson, Alex Rothberg re: FW: RTZ Integration | Bobbi Runyon (Beacon), Robbie Felton, Alex Rothberg, Evan Jackson, Laura Ferrara | Stipulated | |
| 352 | Intus 014529 | Email thread - Sneha Banerjee, Evan Walters, LifeCircles, others re: Next Steps - Re: Lifecircles <> Intus Care - discuss RTZ integration solution | Evan Jackson | Stipulated | |
| 353 | Intus 002919-Intus 002927 | Email thread - Bailey Dahlgren, Boldage, Evan Jackson, Robbie Felton, Alex Rothberg re: RTZ Integration Conversation (Intus Care \| BoldAge PACE) | Michael Czernak (Boldage) | Stipulated | |

| # | Bates | Description | Names | Objection | Relevance/Notes |
|---|---|---|---|---|---|
| 354 | Intus 0002359-Intus 0002363; Intus 0002364-Intus 0002369 | Email thread - Neighborhood and Lauri Wertz re: Re: RTZ reports for Intus Care | Astrid Forbito (Neighborhood), Lauri Wertz | Stipulated | |
| 355 | Intus 0002818-Intus 0002824 | Email thread - Jeanne Kim, Healery Godisan (Neighborhood), others re: Compliance and Operational Update | Healery Godisan (Neighborhood), Jeanne Kim (Intus) | Stipulated | |
| 356 | Intus 0002833-Intus 0002841 | Email thread - Jeanne Kim, Healery Godisan (Neighborhood), others re: Compliance and Operational Update | Healery Godisan (Neighborhood), Jeanne Kim (Intus) | Stipulated | |
| 357 | Intus 020770-Intus 020771 | Slack thread re: Huron Valley unhappy with UM because of problems with data from received in SFTP pulls from RTZ | Laura Ferrara | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc .*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. These were produced as part of a rolling process that RTZ agreed to, and only after the issue was litigated. The fact that it was produced after close of discovery only reflects that RTZ waited until the eve of the deadline to move to compel, and by the time the issue had been adjudicated, discovery had closed. |
| 358 | Intus 0002992-Intus 0002994 | Email thread - Alex Lueth, Evan Jackson, Tim Cooper, Robbie Felton, others re: RTZ Process Solution (Intus Care | Senior Care Partners) | Alex Lueth (SCP MI), Evan Jackson | Stipulate | |
| 359 | Intus 0003792-Intus 0003797 | Email thread - Evan Jackson, Brio, Robbie Felton, others - Re: [External]Re: Integration Update | Sara Wild (Brio), Evan Jackson | Stipulate | |
| 360 | Intus 003601-Intus 003602 | Email from Evan Jackson to Brio re: RTZ DATA MAP.xlsx | Evan Jackson | Stipulate | |
| 361 | Intus 001581 | Email from Will Mimms to SCP MI re: RTZ DATA MAP.xlsx | Will Mimms, Laura Ferrara | Stipulate | |
| 362 | Intus 001625-Intus 001627 | Email from Will Mimms to SCP MI re: RTZ Data Map (1).pdf | Will Mimms | Stipulate | |
| 363 | Intus 002343-Intus 002344 | Email from Lauri Wertz to Beacon re: EHR Data Map RTZ.pdf | Lauri Wertz | Stipulate | |
| 364 | Intus 0002452-Intus 0002456 | Email thread between Intus and Neighborhood re: Intus Care Onboarding - follow up notes (sending data map) | Evan Jackson | Stipulate | |
| 365 | Intus 002102-Intus 002104 | Email thread between Intus and Neighborhood re: RTZ Data Map (5) (1).pdf | Laura Ferrara | Stipulate | |
| 366 | Intus 002221 | Email from Lauri Wertz to Malorie Marquardt (Community) re: Fw: Intus Care - manual reports (sending data map) | Lauri Wertz | Stipulate | |
| 367 | Intus 003266 | Email from Lauri Wertz to St. Paul's PACE re: Data Map | Lauri Wertz | Stipulate | |

| # | Bates Range | Description | Sponsoring Witness | Objections | Response |
|---|---|---|---|---|---|
| 368 | Intus 020416 + attachment | Slack message re data extraction guide for Brio | Evan Jackson | Object – authenticity, foundation, prejudice (produced after close of discovery), hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. These were produced as part of a rolling process that RTZ agreed to, and only after the issue was litigated. The fact that it was produced after close of discovery only reflects that RTZ waited until the eve of the deadline to move to compel, and by the time the issue had been adjudicated, discovery had closed. |
| 369 | Intus 0003782-Intus 0003785 | Email thread - Evan Jackson, Community, Laura Ferrara re: Community PACE at Home Mock Audit | Community PACE (Kelsey Bruno), Evan Jackson (Intus) | Stipulated | |
| 370 | Intus 0002359-Intus 0002363 | Email thread – Astried Forbito and Lauri Wertz re: RTZ reports for Intus Care | Astrid Forbito (Neighborhood) | Stipulated | |
| 371 | Intus 020812 | Slack thread between Courtney Zhu and Evan Jackson re: Capital Health Life | Courtney Zhu (Intus), Evan Jackson (Intus) | Object – authenticity, foundation, prejudice (produced after close of discovery), relevance, hearsay | **Relevance:** These emails and slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any prejudice because this show the deterrent effect of RTZ's conduct. These were produced as part of a rolling process that RTZ agreed to, and only after the issue was litigated. The fact that it was produced after close of discovery only reflects that RTZ waited until the eve of the deadline to move to compel, and by the time the issue had been adjudicated, discovery had closed. |
| 372 | Intus 016946-Intus 016954 | Email thread - Bobbi Runyon, Evan Jackson re: Intus Care Software Demo (BoldAge) | Evan Jackson | Stipulated | |
| 373 | Intus 0002134-Intus 0002136 | Email thread - Bobbi Runyon, Laura Ferrara, Lauri Wertz re: RE: RTZ Integration | Bobbi Runyon (Beacon), Laura Ferrara, Lauri Wertz | Stipulated | |
| 374 | RTZ0002736 | Email - Colleen Bottens (LSS Living), Drew Redman (LSS Living), Alex Lueth re: Intus RTZ Access | Colleen Bottens (LSS Living), Alex Lueth | Stipulated | |
| 375 | Intus 004186-Intus 004190 | Email thread - Laura Ferrara, Evan Jackson, Robbie Felton, Alex Rothberg re: FW: Disclosure Agreements | Laura Ferrara, Evan Jackson, Robbie Felton, Alex Rothberg | Stipulated | |
| 376 | RTZ0007626-RTZ0007628, RTZ0007632-RTZ0007634, RTZ0007638-RTZ0007642 + remainder of family | Email thread - Beacon, Amanda Muniz, Melanie Martinez - re: Integration with Intus Care | Evelyn Thompson (Beacon) | Stipulated | |
| 377 | RTZ0008230-RTZ0008233 | Email thread - Collabrios, BoldAge, Michael Zawadski re: Intus Access to PCO | Michael Czermak (Boldage), Michael Zawadski | Object – authenticity, foundation, hearsay, relevance (Collabrios conduct) | **Relevance:** This email relates to blocking conduct and specifically references the RTZ litigation as a reason to deny Intus access; this email does not involve Collabrios' conduct. In fact, it is authored by Michael Zawadski, RTZ's former CEO. **Authenticity/Foundation:** Michael Zawadski has knowledge of the authenticity of this email and can testify as to its authenticity. **Hearsay:** This is an opposing party statement insofar as it involves Michael Zawadski's statements and it is "being offered against" RTZ. Fed. R. Evid. 801(d)(2)(C). This is also introduced for it effect on the listener—i.e., its deterrent effect on the PACE program at issue. |
| 378 | Intus 0002153-Intus 0002156 | Email thread - Evan Jackson, Bobbi Runyon, Lauri Wertz re: RTZ/IntusCare Integration | Bobbi Runyon (Beacon) | Stipulate | |
| 379 | Intus 0002732-Intus 0002735 | Email thread - Michael Czermak, Laura Ferrara, Evan Jackson, others re: RTZ integration | Michael Czermak (Boldage) | Stipulate | |

70656000.v1

| # | Document | | Description | Witness | Objection | Response |
|---|---|---|---|---|---|---|
| 380 | Intus 020597 + attachment | | Slack message re Capital Health life termination notice | Evan Jackson | Object – foundation, authenticity, 403 (prejudice), relevance, hearsay. | **Relevance**: These slack communications relating to blocking issues Intus encountered, such as complaints from PACE customers and the deterrent effect of RTZ's conduct are relevant to prove Intus' claims that RTZ interfered with its contracts and prospective economic advantage. **Authenticity/Foundation:** An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay**: These emails and attachments are business records, as they are: 1) records of the various interactions between Intus and its customers/prospective customers, or internal records reflecting those customer interactions ; 2) the  emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc* ., No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to the customers' state of mind and show the effect on the listener, as they demonstrate the deterrent effect RTZ's conduct had on these customers and prospective customers. **Prejudice:** The probative value is much higher than any predjudice because this show the deterrent effect of RTZ's conduct. |
| 381 | RTZ0001468- (RTZ0001461-RTZ0001474) | | Email thread - Laura Emery, Evan Jackson, Nicole Holmes, Alex Lueth, Carinna Sias, Melanie Martinez, Reagan Parker, Tim Cooper, Alex Rothberg re: Intus Care & SCPP RTZ Integration | Laura Emery, Evan Jackson | Stipulated | |
| 382 | RTZ0001467- (RTZ0001461-RTZ0001474) | | Email thread - Alex Rothberg, Laura Emery, Evan Jackson, Nicole Holmes, Alex Lueth, Carinna Sias, Melanie Martinez, Reagan Parker, Tim Cooper re: Intus Care & SCPP RTZ Integration | Alex Rothberg, Laura Emery, Evan Jackson | Stipulated | |
| 383 | Intus 005701-Intus 005704 | | Email thread - Sneha Banerjee, Evan Walters, LifeCircles, others re: Census Numbers Question | Evan Jackson | Stipulated | |
| 384 | Intus 005711-Intus 005717 | | Email thread - Sneha Banerjee, Courtney Zhu, LifeCircles, others re: Census Numbers Question | Evan Jackson | Stipulated | |
| 385 | Removed | | | | | |
| 386 | Removed | | | | | |
| 387 | Intus 009287 | | Email thread - Evan Jackson, Alex Lueth, Alex Rothberg re: RTZ Transition | Evan Jackson, Alex Lueth | Stipulated | |
| 388 | Intus 001535 | | Email thread - Michael Zawadski, Evan Jackson, Alex Rothberg, Evan Walters, Alex Lueth re: Data requirements description | Evan Jackson, Michael Zawadski, Alex Rothberg | Stipulated | |
| 389 | Intus 0001570-Intus 0001571 | | Email - Carinna Sias to Evan Jackson re: PACE Conference Follow Up | Carinna Sias, Evan Jackson | Stipulated | |
| 390 | RTZ0007399-RTZ0007401 | | Email thread - Evan Jackson, SCP MI, Laura Emery re: Intus support for Marketing/Enrollment | Evan Jackson | Stipulated | |
| 391 | Intus 002039-Intus 002040 | | Sept. 14, 2022 cease and desist | Robbie Felton, Michael Zawadski | Stipulated | |
| 392 | Intus 004523-004526 | | Redlined draft of Request for PACECare Access / Non-Disclosure Agreement (Intus's redline) | Robbie Felton, C. Alexander Chiulli | Stipulated | |
| 393 | RTZ 000655 | | Email - Robbie Felton to Michael Zawadski re: Catching up and NDA for RTZ integration | Robbie Felton, Michael Zawadski | Stipulated | |
| 394 | RTZ 000654 | | Email - Robbie Felton to Michael Zawadski re: Catching up and NDA for RTZ integration | Robbie Felton, Michael Zawadski | Stipulated | |
| 395 | RTZ 000653 | | Email thread - Michael Zawadski, Robbie Felton, Laura Emery, David C. Lee re: Catching up and NDA for RTZ integration | Michael Zawadski, Robbie Felton | Stipulated | |
| 396 | RTZ0000652-RTZ0000656 | | Email thread - Michael Zawadski, Robbie Felton, Laura Emery re: Catching up and NDA for RTZ integration | Michael Zawadski, Robbie Felton | Stipulated | |

70656000.v1

| | | | | | |
|---|---|---|---|---|---|
| 397 | RTZ 0000440 to 0000476 | | Email chain (10/13/22-2/27/23) - C. Alexander Chiulli, David C. Lee re: Intus Care/RTZ Associates: Data Integration/Data Extract, | C. Alexander Chiulli, David C. Lee | Object – hearsay. Stipulate as to authenticity and foundation. | **Hearsay:** This is an email chain between RTZ's counsel, David Lee--an agent for RTZ--and Intus' counsel regarding the acccess negotiations. Mr. Lee's statements were "made by a person whom RTZ authorized to make a statement on the subject" and are "being offered against" RTZ. Fed. R. Evid. 801(d)(2)(C). These emails and attachments are business records, as they are: 1) records of the parties' access negotiations; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.* , No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule"). The statements from Mr. Lee's counter-party, Alex Chiulli (Intus' counsel in the negotiations), are necessary for context and are admissible under the rule of completeness. Fed. R. Evid. 106. |
| 398 | Intus 0003127-Intus 0003129 | | Email thread - Melanie Martinez, Cassandra da Rosa, PCO Support, Laura Emery, Dragos Craciun, Mark Valladolid, Andrew Madriaga, Lauri Wertz, Alex Rothberg, Michael Zawadski re: Intus Care Collaboration | Melanie Martinez, Cassandra da Rosa | Stipulated | |
| 399 | Intus 053068-Intus 053119 | | CalOptima Health RFP for PACE EMR - Intus Proposal CareHub | Robbie Felton | Object – foundation, authenticity, relevance, hearsay. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.* , No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 400 | Intus 053043-Intus 053054 | | Intus CareHub PACE EMR System packet | Robbie Felton | Object – foundation, authenticity, relevance, hearsay. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.* , No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 401 | Intus 053178-Intus 053210 | | Sun River Health RFP - Intus CareHub proposal | Robbie Felton | Object – authenticity, foundation, 403, hearsay, relevance. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.* , No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. **Prejudice**: The probative value is much higher than any predjudice because this undermines RTZ's allegations of fraud or misappropriation in the creation of CareHub. |

70656000.v1

| | | | | | |
|---|---|---|---|---|---|
| 402 | Intus 052650-Intus 052688 | | Oct. 17, 2024 presentation re. Intus, CareHub | Robbie Felton | Object – authenticity, foundation, hearsay, relevance. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 403 | Intus 052603-Intus 052649 | | Jan. 16, 2025 presentation re. Intus, CareHub | Robbie Felton | Object – authenticity, foundation, hearsay, relevance. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Authenticity/Foundation**: An Intus representative with knowledge of the authenticity of the document will testify as to its authenticity. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 404 | Intus 022238-Intus 022240 | | Email from Robbie Felton to PACE programs re: Kick-Off Meeting Invitation - CareHub Steering Committee | Robbie Felton | Object – relevance. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. |
| 405 | Intus 032823-Intus 032824 | | Email from Sneha Banerjee to PACE programs re: Prep Information for Tomorrow's CareHub SteerCo Kick-off | Robbie Felton, Laura Fe | Object – relevance. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. |
| 406 | Intus 032825-Intus 032830, Intus 032831-Intus 032852 | | Email from Sneha Banerjee to PACE programs re: Follow Up Info \| Intus Care CHSC Kick-Off + attachment: Intus CareHub SteerCo Meeting 1 - 052924.pdf | Robbie Felton, Laura Fe | Object – relevance. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. |
| 407 | Intus 022249-Intus 022251 | | Email from Robbie Felton to Loretto (as example) re: Kick-Off Meeting Invitation - CareHub Steering Committee | Robbie Felton | Object – relevance. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. |
| 408 | Intus 023356-Intus 023362 | | Email from Ross Colt to Intus re: Re: Follow Up Info \| Intus Care CHSC Kick-Off | Robbie Felton, Laura Fe | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |

70656000.v1

| | | | | | |
|---|---|---|---|---|---|
| 409 | Intus 052244-Intus 052247 | | Email thread between Evan Jackson and Providence re: Re: Intus Care Check-In | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 410 | Intus 051861-Intus 051868 | | Email thread between Neighborhood and Intus re: : Introduction to Robbie Felton - HER | Robbie Felton | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 411 | Intus 051977-Intus 051984 | | Email thread between McGregor PACE and Intus re: CareHub Participation Letter Next Steps | Robbie Felton, Evan Jac | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 412 | Intus 034411-Intus 034413 | | Email thread between Intus and Boldage re: : CareHub Steerco Call Request: Finance Leadership Reporting Needs | Alex Rothberg | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 413 | Intus 051099-Intus 051110 | | Email thread between Intus and PACE-RI re: CareHub Enrollments & Disenrollments Feedback | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |

70656000.v1

| # | Bates | | Description | Witness | Objection | Response |
|---|---|---|---|---|---|---|
| 414 | Intus 033583-Intus 033587 | | Email thread between Intus and Rocky Mountain PACE re: Intus/RM PACE Quarterly Business Review | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 415 | Intus 033457-Intus 033464 | | Email thread between Intus and Midland Care re: The future | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 416 | Intus 041522, Intus 041523-Intus 041533 | | Carehub cost details (email to PACE Place) | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 417 | Intus 026834-Intus 026843 | | Email thread between Intus and multiple PACE programs showing Q4 steering committee meeting and onsite follow up | Evan Jackson | Object – relevance, hearsay. Stipulate as to authenticity and foundation. | **Relevance:** These emails relating to CareHub are relevant to rebut RTZ's allegations that CareHub was the product of fraud or misappropriation. The emails demonstrate the detailed process of developing CareHub by showing the multiple steering committee meetings and feedback sessions between Intus and PACE programs, culminating in the creation of CareHub. Intus is entitled to present its side of the story and rebut the accusation that CareHub was allegedly the product of fraud or misappropriation. Intus intends to do so by having witnesses testify about the CareHub development process and the concomitant emails that were part of that process. **Hearsay:** These emails and attachments are business records, as they are: 1) records of the various meetings and input solicited and given surrounding CareHub development; 2) the emails were sent at the time of the events by someone with knowledge; 3) the emails were sent in the course of Intus' regularly conducted activity; and 4) sending the emails was a regular practice of that activity. *Volterra Semiconductor Corp. v. Primarion, Inc.*, No. C-08-05129 JCS, 2011 WL 4079223, at *7 (N.D. Cal. Sept. 12, 2011) (allowing "an email sent from [a customer] to [the plaintiff] providing technical guidelines" under the "business record exception to the hearsay rule") Additionally, the emails are not hearsay because they pertain to Intus' state of mind, as they demonstrate that Intus did not fraudulently develop CareHub. |
| 418 | Intus 018849 | | Carehub assessments screenshot | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance. | **Authenticity:** These are screenshots that were produced to RTZ in discovery showing the features and functionality of CareHub. Alex Rothberg, who is intimately familiar with CareHub and took the screenshots, has the foundation to testify as to their authenticity. **Hearsay:** These are not admitted for the truth of the matter; rather, these are admitted to show the features and functionality of CareHub. **Relevance:** RTZ has alleged that Intus misappropriated the features and functionality of PACECare to create CareHub. Intus is entitled to introduce screenshots of CareHub to rebut this allegation. |
| 419 | Intus 018851 | | Carehub calendar screenshot | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance. | **Authenticity:** These are screenshots that were produced to RTZ in discovery showing the features and functionality of CareHub. Alex Rothberg, who is intimately familiar with CareHub and took the screenshots, has the foundation to testify as to their authenticity. **Hearsay:** These are not admitted for the truth of the matter; rather, these are admitted to show the features and functionality of CareHub. **Relevance:** RTZ has alleged that Intus misappropriated the features and functionality of PACECare to create CareHub. Intus is entitled to introduce screenshots of CareHub to rebut this allegation. |
| 420 | Intus 018852 | | Carehub enrollments screenshot | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance. | **Authenticity:** These are screenshots that were produced to RTZ in discovery showing the features and functionality of CareHub. Alex Rothberg, who is intimately familiar with CareHub and took the screenshots, has the foundation to testify as to their authenticity. **Hearsay:** These are not admitted for the truth of the matter; rather, these are admitted to show the features and functionality of CareHub. **Relevance:** RTZ has alleged that Intus misappropriated the features and functionality of PACECare to create CareHub. Intus is entitled to introduce screenshots of CareHub to rebut this allegation. |
| 421 | Intus 018850 | | Carehub quality inbox screenshot | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance. | **Authenticity:** These are screenshots that were produced to RTZ in discovery showing the features and functionality of CareHub. Alex Rothberg, who is intimately familiar with CareHub and took the screenshots, has the foundation to testify as to their authenticity. **Hearsay:** These are not admitted for the truth of the matter; rather, these are admitted to show the features and functionality of CareHub. **Relevance:** RTZ has alleged that Intus misappropriated the features and functionality of PACECare to create CareHub. Intus is entitled to introduce screenshots of CareHub to rebut this allegation. |

| | | | | | |
|---|---|---|---|---|---|
| 422 | Websites, videos | | https://careventionhc.com/truchart-national-user-group-2022-recording/ | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 423 | Websites, videos | | https://careventionhc.com/pacelogic-user-group-conference-2023/ | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 424 | Websites, videos | | https://vimeo.com/752858822/3c75e171ef?fl=pl&fe=cm | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 425 | Websites, videos | | https://vimeo.com/858848087/4101f3e798 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 426 | Websites, videos | | https://vimeo.com/858848370/2b313ccd58 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 427 | Websites, videos | | https://vimeo.com/858848798/82cc88857e | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 428 | Websites, videos | | https://vimeo.com/858849087/0f6b532536 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |

| | | | | | |
|---|---|---|---|---|---|
| 429 | Websites, videos | | https://vimeo.com/858849544/f5a4459ea5 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 430 | Websites, videos | | https://vimeo.com/858849903/c3066411f5 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 431 | Websites, videos | | https://vimeo.com/858424639/f00f69618 5 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 432 | Websites, videos | | https://vimeo.com/858425107/b028eb8e3b | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 433 | Websites, videos | | https://vimeo.com/858425572/d916b5c4e9 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 434 | Websites, videos | | https://vimeo.com/858426242/2cd3e13e8 a | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 435 | Websites, videos | | https://vimeo.com/858426622/00599aff12 | Alex Rothberg | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired--TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |

| Ex. No. | Bates / Source | Description | Alex Rothberg (Sponsoring witness) | Object – authenticity, foundation, hearsay, relevance, prejudice (produced after close of discovery) | Relevance |
|---|---|---|---|---|---|
| 436 | https://vimeo.com/85842625/6293a4cd7e | Websites, videos | Alex Rothberg | | **Relevance:** These are publicly available videos and slide shows showcasing, in granular detail, the features and functionality (including reporting functionality) of two EMRs that RTZ's successor, Collabrios, acquired—TruChart and PACELogic. These are available publicly on the website of Anew Health, one of the companies that merged with RTZ to form Collabrios. These videos and presentations tend to undermine RTZ's claims that the features and functionality of EMRs is some trade secret in the industry; indeed, the company that merged with RTZ had its features and functionality publicly available for anyone to access and review. **Authenticity/Foundation:** These emails are publicly available, and Mr. Rothberg can authenticate them by testifying as to his process for obtaining them. **Hearsay:** These exhibits are not introduced for the truth of the matter asserted (i.e., the accuracy of the substance in the presentations); rather, the mere existence of this material on a public forum for anyone to access is the point. **Prejudice:** There is no prejudice to RTZ. This material has been publicly available for over four years, and it is housed on the website of the company with which RTZ merged. |
| 437 | Intus 018874 | Invoicing spreadsheet for list of Intus clients | Kris Hult | Stipulated | |
| 438 | Intus 018876 | Intus staff time report | Kris Hult | Stipulated | |
| 439 | Intus 018877 | Revenue summary (for multiple PACE programs and Intus products) | Kris Hult | Stipulated | |
| 440 | Intus 018878 | Intus P&L, balance sheet, cash flow | Kris Hult | Stipulated | |
| 441 | Intus 018879 | Intus deals database | Kris Hult | Stipulated | |
| 442 | Intus 019846 | Invoice spreadsheet re Pop Health | Kris Hult | Stipulated | |
| 443 | Intus 019847 | Won/lost opportunities list | Kris Hult | Stipulated | |
| 444 | RTZ0008248-49 | RTZ client list | Kris Hult | Stipulated | |
| 445 | Intus 001807 | Initial NDA sent to Intus | Michael Zawadski | Stipulated | |
| 446 | RTZ 0000489 / RTZ 0000484 | Intus' Data Extract Agreement | | Stipulated | |
| 447 | Intus 002028 / Intus 022026 | Intus' Data Access Agreement | | Stipulated | |
| 500 | 2024-05-24 - RTZ's RFP, Set 1 / N/A | Discovery requests | Michael Zawadski | Stipulated | |
| 501 | Intus 001574 | Email attaching EHR Data Map | Will Mims, Laura Ferrara | Stipulated | |
| 502 | Intus 001580 | EHR Data Map | Will Mims, Laura Ferrara | Stipulated | |
| 503 | Intus 001655 | Data integration between Beacon and Intus | Lauri Wertz | Stipulated | |
| 504 | Intus 001707 | Data integration between Neighborhood Healthcare and Intus | Laura Ferrara, Jeffrey Glen | Stipulated | |
| 505 | Intus 001713 | Data integration between Neighborhood Healthcare and Intus | Laura Ferrara, Jeffrey Glen | Stipulated | |
| 506 | Intus 001739 | Data integration between Neighborhood Healthcare and Intus | Laura Ferrara, Jeffrey Glen | Stipulated | |
| 507 | Intus 001740 | Data integration between Neighborhood Healthcare and Intus | Laura Ferrara, Lauri Wertz | Stipulated | |
| 508 | Intus 001766 | Data integration between Neighborhood Healthcare and Intus | Laura Ferrara, Lauri Wertz | Stipulated | |
| 509 | Intus 001808 | Intus' use of PACECare at Neighborhood Health | Laura Ferrara | Stipulated | |
| 510 | Intus 001812 | Intus' use of PACECare at Neighborhood Health | Laura Ferrara | Stipulated | |
| 511 | Intus 001817 | Intus' use of PACECare at Neighborhood Health | Laura Ferrara | Stipulated | |
| 512 | Intus 001823 | Intus' use of PACECare at Neighborhood Health | Laura Ferrara | Stipulated | |
| 513 | Intus 001835 | Intus' use of PACECare at Neighborhood Health | Laura Ferrara | Stipulated | |
| 514 | Intus 001842 / Intus 001894 | Intus' use of PACECare at Neighborhood Health / Training Manual for PACECare | Laura Ferrara / Laura Emery | Stipulated | |

| | | | | | |
|---|---|---|---|---|---|
| 515 | Intus 002010 | Intus 002015 | CAP data update and password change for Neighborhood | Laura Emery | Stipulated |
| 516 | Intus 002053 | Intus 002056 | Intus' account at Community Pace; NDA | Lauri Wertz | Stipulated |
| 517 | Intus 002075 | Intus 002078 | NDA status | Laura Ferrara | Stipulated |
| 518 | Intus 002092 | Intus 002095 | Data map for RTZ | Laura Ferrara | Stipulated |
| 519 | Intus 002096 | Intus 002101 | Data map for RTZ | Laura Ferrara | Stipulated |
| 520 | Intus 002111 | Intus 002113 | Temporary downtime of Intus data pipeline | Robbie Felton, Laura Ferrara | Stipulated |
| 521 | Intus 002114 | Intus 002119 | Data map for RTZ | Laura Ferrara | Stipulated |
| 522 | Intus 002124 | Intus 002124 | Temporary downtime of Intus data pipeline | Laura Ferrara | Stipulated |
| 523 | Intus 002161 | Intus 002164 | Integration between Intus Care and RTZ for Beacon of Life | Micheal Zawadski, Laura Emery | Stipulated |
| 524 | Intus 002172 | Intus 002173 | Data map for RTZ | Laura Ferrara | Stipulated |
| 525 | Intus 002174 | Intus 002179 | Data map for RTZ | Laura Ferrara | Stipulated |
| 526 | Intus 002393 | Intus 002395 | Manual reports from Community Pace | Laura Ferrara | Stipulated |
| 527 | Intus 002403 | Intus 002405 | Steps to extract data from RTZ for uploading in IntusCare | Alex Rothberg | Stipulated |
| 528 | Intus 002943 | Intus 002945 | Automation of data pipeline at BoldAge and data integration addendum | Alex Rothberg | Stipulated |
| 529 | Intus 002948 | Intus 002949 | Automation of data pipeline at Senior Care Partners and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 530 | Intus 002951 | Intus 002953 | Automation of data pipeline at Senior Care Partners and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 531 | Intus 002956 | Intus 002958 | Automation of data pipeline at Neighborhood and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 532 | Intus 002959 | Intus 002960 | Automation of data pipeline at Community Pace and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 533 | Intus 002961 | Intus 002961 | Data Integration Addendum | Evan Jackson | Stipulated |
| 534 | Intus 002962 | Intus 002964 | Automation of data pipeline at Community Pace and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 535 | Intus 002965 | Intus 002967 | Automation of data pipeline at Bold Age and data integration addendum | Alex Rothberg, Evan Jackson | Stipulated |
| 536 | Intus 002971 | Intus 002973 | Data integration addendum with Bold Age | Evan Jackson | Stipulated |
| 537 | Intus 003004 | Intus 003006 | Data integration addendum with Neighborhood | Evan Jackson | Stipulated |
| 538 | Intus 003007 | Intus 003009 | Partially executed data integration addendum with Neighborhood | Evan Jackson | Stipulated |
| 539 | Intus 003010 | Intus 003010 | Partially executed data integration addendum with Neighborhood | Evan Jackson | Stipulated |

| # | | | Description | | Status |
|---|---|---|---|---|---|
| 540 | Intus 003011 | Intus 003013 | Fully executed data integration addendum with Neighborhood | Evan Jackson | Stipulated |
| 541 | Intus 003014 | Intus 003014 | Fully executed data integration addendum with Neighborhood | Evan Jackson | Stipulated |
| 542 | Intus 003015 | Intus 003017 | Fully executed data integration addendum with Neighborhood | Evan Jackson | Stipulated |
| 543 | Intus 003036 | Intus 003040 | Entering Neighborhood's credentials into Intus Care | Lauri Wertz | Stipulated |
| 544 | Intus 003041 | Intus 003049 | Automating Intus Care at Community PACE | Lauri Wertz, Alex Rothberg | Stipulated |
| 545 | Intus 003233 | Intus 003246 | Issues at Neighborhood with automated pipeline | Lauri Wertz | Stipulated |
| 546 | Intus 003255 | Intus 003257 | Issues at Community PACE with automated pipeline | Lauri Wertz | Stipulated |
| 547 | Intus 003258 | Intus 003258 | Automated pipeline at Community PACE | Lauri Wertz | Stipulated |
| 548 | Intus 003268 | Intus 003270 | Automated pipeline at Community PACE | Lauri Wertz | Stipulated |
| 549 | Intus 003273 | Intus 003273 | Data integration addendum with Beacon of Life | Lauri Wertz | Stipulated |
| 550 | Intus 003275 | Intus 003276 | Data integration addendum with Bold Age | Lauri Wertz, Evan Jackson, Robbie Felton | Stipulated |
| 551 | Intus 003277 | Intus 003280 | Data integration addendum with Neighborhood | Lauri Wertz, Evan Jackson, Jeff Glenn | Stipulated |
| 552 | Intus 003284 | Intus 003288 | Data integration addendum with Neighborhood | Lauri Wertz, Evan Jackson | Stipulated |
| 553 | Intus 003288 | Intus 003288 | Executed data integration addendum with Neighborhood | Lauri Wertz, Evan Jackson | Stipulated |
| 554 | Intus 003523 | Intus 003533 | Automated pipeline at Community PACE | Lauri Wertz | Stipulated |
| 555 | Intus 003590 | Intus 003591 | Automated pulling of data at BoldAge | Evan Jackson | Stipulated |
| 556 | Intus 003593 | Intus 003593 | Automated pipeline at Neighborhood | Evan Jackson | Stipulated |
| 557 | Intus 003616 | Intus 003626 | Daily file expert and pipeline at Life Circles | Evan Jackson, Robbie Felton | Stipulated |
| 558 | Intus 003736 | Intus 003745 | Data integration addendum with Community | Lauri Wertz, Evan Jackson | Stipulated |
| 559 | Intus 003747 | Intus 003747 | Data integration addendum with Community | Lauri Wertz, Evan Jackson | Stipulated |
| 560 | Intus 003846 | Intus 003849 | Automation scripts | Evan Jackson | Stipulated |
| 561 | Intus 003915 | Intus 003919 | RTZ Data Extraction Guide | Alex Rothberg | Stipulated |
| 562 | Intus 004631 | Intus 004633 | Beacon integration | Alex Rothberg | Stipulated |
| 563 | Intus 004634 | Intus 004650 | Custom Export Reporting | Alex Rothberg | Stipulated |
| 564 | Intus 005120 | Intus 005122 | Data extraction guide | Alex Rothberg | Stipulated |

| No. | Bates | Description | Custodian | Status |
|---|---|---|---|---|
| 565 | Intus 006152 | Chat accompanying video call re integration of care plans directly into TruChart, PACELogic and RTZ | Alex Rothberg | Stipulated |
| 566 | Intus 014789 | Terms Sheet for Stock Financing of Intus | Robbie Felton | Stipulated |
| 567 | Intus 014803 | Preferred stock | Robbie Felton | Stipulated |
| 568 | Intus 014830 | Emails about stocks and financing | Robbie Felton | Stipulated |
| 569 | Intus 016959 | Intus' cashflow | Robbie Felton | Stipulated |
| 570 | Intus 018454 | Overview of IRIS (Intus Revenue Integrity System) | Robbie Felton | Stipulated |
| 571 | Intus 018507 | Internal messages re automated script | Robbie Felton, Evan Jackson | Stipulated |
| 572 | Intus 018624 | Internal messages re pause of data pipeline | Robbie Felton | Stipulated |
| 573 | Intus 020379 | Slack messages re automated script at Brio | Evan Jackson | Stipulated |
| 574 | Intus 020385 | Slack messages re contracts with PACE facilities | Robbie Felton, Laura Ferrara | Stipulated |
| 575 | Intus 020437 | Slack messages re Neighborhood EMR | Evan Jackson, Laura Ferrara | Stipulated |
| 576 | Intus 020443 | Neighborhood EMR | Laura Ferrara | Stipulated |
| 577 | Intus 020544 | Slack messages re Habitat EMR | Evan Jackson | Stipulated |
| 578 | Intus 020553 | Slack messages re Habitat EMR | William Mims, Laura Ferrara | Stipulated |
| 579 | Intus 020621 | Slack messages re New Horizons EMR | Evan Jackson | Stipulated |
| 580 | Intus 020651 | Pace Logic and TruChart high priority targets, RTZ opportunities | Evan Jackson | Stipulated |
| 581 | Intus 020699 | Navigating RTZ | Laura Ferrara | Stipulated |
| 582 | Intus 020726 | Slack messages re New Horizons login | Laura Ferrara, Robbie Felton | Stipulated |
| 583 | Intus 020823 | Slack messages re Capital Health EMR | Evan Jackson, Alex Rothberg | Stipulated |
| 584 | Intus 020824 | Slack messages re Capital Health EMR | Alex Rothberg, Laura Ferrara | Stipulated |
| 585 | Removed | | | Stipulated |
| 586 | Removed | | | Stipulated |
| 587 | Removed | | | Stipulated |
| 588 | Removed | | | Stipulated |
| 589 | Intus 021873 | CareHub launch and other updates | Laura Ferrara, Evan Jackson, Will Mims | Stipulated |
| 590 | Removed | | | Stipulated |
| 591 | Removed | | | Stipulated |
| 592 | Removed | | | Stipulated |
| 593 | Removed | | | Stipulated |

| # | Begin Bates | End Bates | Description | Status | Witness |
|---|---|---|---|---|---|
| 594 | Intus 023304 | Intus 023305 | Agreement with ArchCare | Stipulated | Laura Ferrara, Evan Jackson |
| 595 | Intus 023306 | Intus 023319 | Agreement with ArchCare | Stipulated | Laura Ferrara, Evan Jackson |
| 596 | Intus 023553 | Intus 023572 | CareHub Agreement with K-Day PACE | Stipulated | Robbie Felton, Evan Jackson |
| 597 | Intus 033899 | Intus 033911 | Investor Presentation | Stipulated | Robbie Felton |
| 598 | Intus 039374 | Intus 039375 | Board meeting minutes | Stipulated | Evan Jackson |
| 599 | Intus 048597 | Intus 048627 | May 1, 2024 Board of Directors presentation | Stipulated | Evan Jackson |
| 600 | Intus 052339 | Intus 052339 | CareHub agreement with BoldAge | Stipulated | Evan Jackson |
| 601 | Intus 052346 | Intus 052371 | Order form b/w Intus and High Dessert | Stipulated | Evan Jackson |
| 602 | Intus 052372 | Intus 052404 | Order form b/w Intus and Community PACE | Stipulated | Evan Jackson |
| 603 | Intus 052405 | Intus 052407 | Order form amendment b/w Intus and High Desert | Stipulated | Evan Jackson |
| 604 | Intus 052408 | Intus 052408 | Amendment to order b/w Intus and BoldAge | Stipulated | Evan Jackson |
| 605 | RTZ0000847 | RTZ0000866 | PACECare agreement with High Desert | Stipulated | Michael Zawadski |
| 606 | RTZ0000909 | RTZ0000911 | Amendment to PACECare agreement between Beacon and RTZ | Stipulated | Michael Zawadski |
| 607 | RTZ0001320 | RTZ0001329 | Emails re Intus Care being part of Tabula Rasa corporate umbrella | Stipulated | Michael Zawadski, Laura Emery |
| 608 | RTZ0001334 | RTZ0001338 | NDA for PACECare requirement | Stipulated | Michael Zawadski, Laura Emery |
| 609 | RTZ0002741 | RTZ0002742 | Intus' use of PACECare at Community PACE | Stipulated | Lauri Wertz |
| 610 | RTZ0002752 | RTZ0002753 | NDA for BoldAge requirement | Stipulated | Michael Zawadski, Laura Emery |
| 611 | RTZ0002754 | RTZ0002764 | Emails b/w Intus and RTZ re Intus' use of PACECare | Stipulated | Michael Zawadski |
| 612 | RTZ0002801 | RTZ0002802 | Amendment to PACECare agreement with Beacon | Stipulated | Michael Zawadski |
| 613 | RTZ0002803 | RTZ0002819 | Amendment to PACECare agreement with Beacon | Stipulated | Michael Zawadski |
| 614 | RTZ0005679 | RTZ0005680 | Introductory email from Intus to RTZ | Stipulated | Michael Zawadski, Robbie Felton |
| 615 | RTZ0005972 | RTZ0005975 | Senior Care Partner's EMR data | Stipulated | Michael Zawadski |
| 616 | RTZ0006181 | RTZ0006197 | PACECare agreement with Sunrise PACE | Stipulated | Michael Zawadski |
| 617 | RTZ0007280 | RTZ0007297 | PACECare agreement with Community PACE | Stipulated | Michael Zawadski |
| 618 | RTZ0008378 | RTZ0008378 | RTZ logs | Stipulated | Laura Emery |
| 619 | RTZ0008389 | RTZ0008389 | RTZ logs | Stipulated | Laura Emery |
| 620 | RTZ0008390 | RTZ0008390 | RTZ logs | Stipulated | Laura Emery |
| 621 | RTZ0000477 | RTZ0000489 | Email chain from A. Chiulli to D. Lee re Intus Care - RTZ - Data Extract Agreement | Stipulated | Michael Zawadski |
| 622 | Appendix A to Intus Responses to Interrogatories, Set 1 | NA | Appendix A to Intus Responses to Interrogatories, Set 1 | Stipulated | Alex Rothberg |
| 623 | 2025-08-18 - Intus' Resp to RTZ RFA | NA | 2025-08-18 - Intus' Resp to RTZ RFP | Stipulated | Robbie Felton |

70656000.v1