UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,

        Plaintiff,

     v.

RTZ ASSOCIATES, INC.,

        Defendant.

Case No. 24-cv-01132-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

At this morning's pretrial conference, the parties orally presented a notice of settlement. Accordingly, the trial and any other scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 10 days of the date of this order.

**IT IS SO ORDERED**.

Dated:  August 5, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California