NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
MICHELE C. KIRRANE (SBN 215448)
mkirrane@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

NOSSAMAN LLP
KASIA PENN (SBN 306056)
kpenn@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

*Attorneys for Defendant RTZ ASSOCIATES, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTUSCARE, INC.,

Plaintiff,

vs.

RTZ ASSOCIATES, INC.; and DOES 1 through 10,

Defendants,

Case No: 4:24-cv-01132-JST

Assigned to: Hon. Jon S. Tigar

**RTZ ASSOCIATES, INC.'S NOTICE OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE**

Pursuant to the Court's August 5, 2026 Order of Dismissal Upon Settlement (ECF No. 224), and Federal Rules of Civil Procedure 41(a)(2) and 41(c), Defendant and Counterclaimant RTZ Associates, Inc. ("RTZ") hereby gives notice of dismissal, with prejudice, of all counterclaims asserted against Plaintiff and Counterdefendant IntusCare, Inc.

Each party shall bear its own attorneys' fees and costs with respect to the dismissed counterclaims.

Dated: August 14, 2026

NOSSAMAN LLP
DAVID C. LEE
MICHELE C. KIRRANE
KASIA PENN

By: /s/ *David C. Lee*
David C. Lee

Attorneys for Defendant RTZ ASSOCIATES, INC.