Charles E. Weir (SBN 211091)
Andrew M. Beshai (SBN 308030)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
cweir@ebglaw.com
abeshai@ebglaw.com

Attorneys for Plaintiff
INTUSCARE, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTUSCARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RTZ ASSOCIATES, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 4:24-cv-01132-JST<br><br>*Assigned to Hon. Jon S. Tigar, Crtrm. 6*<br><br>**INTUSCARE, INC.'S NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: February 23, 2024<br>Amended Complaint Filed: April 2, 2024<br>Counterclaims Filed: June 20, 2024 |

Pursuant to the Court's August 5, 2026 Order of Dismissal Upon Settlement (ECF No. 224), and Federal Rules of Civil Procedure 41(a)(2) and 41(c), Plaintiff and Counterdefendant IntusCare, Inc. ("Intus") hereby gives notice of dismissal, with prejudice, of all claims asserted against Defendant and Counterclaimant RTZ Associates, Inc. ("RTZ").

Each party shall bear its own attorneys' fees and costs with respect to the dismissed claims.

Dated: August 14, 2026

EPSTEIN BECKER & GREEN, P.C.

By: */s/ Charles E. Weir*

Charles E. Weir
Andrew M. Beshai

Attorneys for Plaintiff
INTUSCARE, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.
2. My business address is 1925 Century Park East, Suite 500, Los Angeles, CA 90067.
3. I served copies of the following documents (*specify the exact title of each document served*):

   **INTUS CARE, INC.'S NOTICE OF DISMISSAL OF CLAIMS WITH PREJUDICE**
4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| David C. Lee, Esq.<br>NOSSAMAN LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br>T: (415) 398-3600 \| F: (415) 398-2438<br>E: dlee@nossaman.com<br>mwiman@nossaman.com | *Attorneys for Defendant*<br>*RTZ ASSOCIATES, INC.* |
| Kasia Penn, Esq.<br>NOSSAMAN LLP<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>T: (949) 833-7800 \| F: (949) 833-7878<br>E: kpenn@nossaman.com | *Attorneys for Defendant*<br>*RTZ ASSOCIATES, INC.* |

5. a. ☐ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.

   b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

   c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.
   *(A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)*

e. ☒ **By e-mail or electronic transmission.** Pursuant to California Rules of Court, rules 2.251, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

f. ☐ **By e-mail or electronic transmission. .** I caused the above listed document(s) described to be served via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

6. I served the documents by means described in item 5 on (*date*): ___**August 14,2026**______.

☒ (FEDERAL) I declare that I am employed by a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| August 14, 2026 | Diane Rendon | */s/ Diane Rendon* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |